IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00886-FDW-SCR

| | |
|---|---|
| **2311 RACING LLC, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **NATIONAL ASSOCIATION FOR** ) | |
| **STOCK CAR AUTO RACING, LLC, et.** ) | |
| **al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Christopher S. Yates, Anna M. Rathbun, Lawrence E. Buterman and Christopher J. Brown]" (Doc. Nos. 15-18) filed October 8, 2024. For the reasons set forth therein, the Motions will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 9, 2024

Susan C. Rodriguez
United States Magistrate Judge