UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00886-FDW-SCR

| | |
|---|---|
| **2311 RACING LLC D/B/A 23XI RACING AND FRONT ROW MOTORSPORTS, INC.,** ) ) ) **Plaintiffs,** ) ) v. ) ) **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC AND JAMES FRANCE,** ) ) ) ) **Defendants.** ) ) | **ORDER** |

**TAKE NOTICE** that Defendants must file a response to Plaintiffs' Motion for Expedited Discovery, (Doc. No. 22), by October 11, 2024.

**IT IS SO ORDERED.**

Signed: October 9, 2024

Frank D. Whitney
United States District Judge

1