UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00886-FDW-SCR

| | |
|---|---|
| 2311 RACING LLC D/B/A 23XI RACING AND FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC AND JAMES FRANCE, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Extend Deadlines and Continue Hearing, (Doc. No. 25). For good cause shown, Defendants' Motion is GRANTED in part and DENIED in part. The parties' deadlines are modified as follows:

Defendants must respond to Plaintiffs' Motion for Preliminary Injunction, (Doc. No. 20), by October 23, 2024. Plaintiffs may reply in support of their Motion for Preliminary Injunction, (Doc. No. 20), by October 30, 2024. The hearing on Plaintiffs' Motion for Preliminary Injunction, (Doc. No. 20), is **RESCHEDULED** to November 4, 2024, at 2:00 p.m. The time limits imposed in the Court's prior Order, (Doc. No. 24), remain in place. Defendants must respond to Plaintiffs' Motion to Expedite Discovery, (Doc. No. 22), by October 16, 2024. Plaintiffs may reply in support of their Motion to Expedite Discovery, (Doc. No. 22), by October 23, 2024.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Extend Deadlines and Continue Hearing, (Doc. No. 25), is GRANTED in part and DENIED in part.

1

**IT IS SO ORDERED.**   Signed: October 10, 2024

Frank D. Whitney
United States District Judge