# Waiver of Disqualification Letter - CIVIL CASES

From: Tricia Wilson Magee
SHUMAKER, LOOP, & KENDRICK, LLP
101 S Tryon Street, Suite 2200
Charlotte, NC 28280

Christopher S. Yates
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Lawrence E. Buterman
LATHAM & WAKINS LLP
1271 Avenue of the Americas
New York, NY 10020

Anna M. Rathbun
Christopher J. Brown
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

To: Katie Hord Simon, Clerk of the Court
United States District Court
for the Western District of North Carolina
401 W. Trade Street
Charlotte, NC 28202

Date: 11/4/2024

Re: 2311 Racing LLC, et al. v. National Association for Stock Car Auto Racing, LLC, Case No. 3:24-cv-00886-FDW-SCR

Dear Ms. Simon:

    We have consulted with our clients, National Association for Stock Car Auto Racing ("NASCAR") and James France, all of the clients that we represent in the above-styled and numbered cause, concerning the Clerk's Notice that Judge Whitney intends to disqualify himself from this case because his impartiality might reasonably be questioned because one of the counsel for Defendants is Judge Whitney's former career clerk. Our clients and we hereby waive this disqualification. We are willing to proceed with Judge Whitney presiding. Indeed, Ms. Magee

has signed every pleading in this case since Defendants appeared on October 8, 2024. In the event that opposing counsel is unwilling to consent, Ms. Magee is willing to recuse herself from this matter and substitute another member of her firm to serve as local counsel.

Pursuant to Canon 3D of the Code of Conduct, we are submitting this letter to the clerk's office, but we are not copying Judge Whitney, nor are we copying the other counsel of record or the other parties.

Yours truly,
*/s/ Christopher S. Yates*
Christopher S. Yates*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com

Tricia Wilson Magee (N.C. Bar No. 31875)
SHUMAKER, LOOP, & KENDRICK, LLP
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax: 704-332-1197
tmagee@shumaker.com

Lawrence E. Buterman*
LATHAM & WAKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun*
Christopher J. Brown*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com

chris.brown@lw.com

* Admitted *pro hac vice*

Attorney of Record, on behalf of:
    **NASCAR**
    **James France**