UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE, <br><br> Defendants. | Civil Action No. 3:24-cv-886-FDW-SCR |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs 2311 Racing, LLC ("23XI"), d/b/a 23XI Racing, and Front Row Motorsports, Inc. ("Front Row" and together with 23XI, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's Order Denying Without Prejudice Plaintiffs' Motion For Preliminary Injunction (Dkt. 42), entered in this action on November 8, 2024, together with all underlying orders, rulings, and findings.

Dated: November 12, 2024                    Respectfully submitted,

                                                                WINSTON & STRAWN LLP

By:   */s/ Jeffrey L. Kessler*
       Jeffrey L. Kessler
       **WINSTON & STRAWN LLP**
       200 Park Avenue
       New York, NY 10166
       Tel: (212) 294-6700
       Fax: (212) 294-4700
       jkessler@winston.com

       Danielle T. Williams
       **WINSTON & STRAWN LLP**
       300 South Tryon Street
       16th Floor
       Charlotte, NC 28202
       Tel: (704) 350-7700
       Fax: (704) 350-7800
       dwilliams@winston.com

       Jeanifer Parsigian
       Michael Toomey
       **WINSTON & STRAWN LLP**
       101 California Street
       San Francisco, CA 94111
       Tel: (415) 591-1000
       Fax: (415) 591-1400
       jparsigian@winston.com
       mtoomey@winston.com

       Matthew R. DalSanto
       **WINSTON & STRAWN LLP**
       35 W. Wacker Drive
       Chicago, IL 60601
       Tel: (312) 558-5600
       Fax: (312) 558-5700
       mdalsanto@winston.com

       *Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEAL** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com

Lawrence E. Buterman
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com

Anna M. Rathbun
Christopher J. Brown
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
chris.brown@lw.com

*Counsel for Defendants National Association for Stock Car Auto Racing, LLC and James France*

                                      *Jeffrey L. Kessler*
                                        Jeffrey L. Kessler