FILED: November 14, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2134
(3:24-cv-00886-FDW-SCR)

_____

2311 RACING LLC, d/b/a 23XI Racing; FRONT ROW MOTORSPORTS, INC.

  Plaintiffs - Appellants

v.

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC; JAMES FRANCE

  Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:24-cv-00886-FDW-SCR |
| Date notice of appeal filed in originating court: | 11/12/2024 |
| Appellant(s) | 2311 RACING LLC, FRONT ROW MOTORSPORTS, INC. |
| Appellate Case Number | 24-2134 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |