| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE,<br><br>Defendants. | Civil Action No. 3:24-cv-886-FDW-SCR |

**PLAINTIFFS' MOTION FOR AN
EXPEDITED BRIEFING AND HEARING SCHEDULE**

Pursuant to the Court's Initial Scheduling Order Rule 3(b)(v), Plaintiffs respectfully move this Court for an expedited briefing and hearing schedule in connection with their concurrently filed motion for preliminary injunction. In support of this motion, Plaintiffs state as follows:

1. Following the denial without prejudice of Plaintiffs' motion for preliminary injunction (Dkt. 42) and the voluntary dismissal of their Fourth Circuit appeal of that order (24-2134, No. 27), Plaintiffs have concurrently filed a motion for preliminary injunction in this Court with evidence of changed circumstances.

2. Due to the nature of Plaintiffs' motion and the upcoming holidays, Plaintiffs request that this Court issue an expedited briefing and hearing schedule for Plaintiffs' motion. As detailed in Plaintiffs' concurrently filed motion, Plaintiffs seek the Court's ruling on its motion to meet certain contractual deadlines on December 17, 18, and 20, all triggered after the Court's November 8, 2024 Order. Moreover, Plaintiffs' business partners have requested conversations occur as soon

as this week for updates regarding these contractual deadlines. Since the standard briefing schedule under Local Rule 7.1(e) would have briefing completed on December 17, Plaintiffs request an expedited schedule.

3. An expedited schedule aligns with what this Court previously ordered for Plaintiffs' original motion for preliminary injunction (Dkt. No. 24). For Plaintiffs' original motion, this Court ordered Defendants to file their response within five days and scheduled a hearing for exactly one week after the filing of Plaintiffs' motion. This Court only reverted to the standard briefing schedule (Dkt. 26) after Plaintiffs consented to Defendants' request for a less expedited schedule because of Hurricane Milton (Dkt. 25).

4. On November 25, 2024, counsel for the parties discussed Plaintiffs' concurrently filed motion and an expedited briefing and hearing schedule, but did not reach agreement on the expedited schedule.

5. Plaintiffs propose the following schedule based on the Court's prior expedited briefing and hearing schedule, the upcoming holidays, and the Plaintiffs' need for a ruling before December 17.

- **November 26, 2024:** Plaintiffs' Opening Brief due
- **December 6, 2024:** Defendants' Response Brief due
- **December 10, 2024:** Plaintiffs' Reply Brief due
- **December 12 or 13, 2024:** Hearing on Plaintiffs' Motion for a Preliminary Injunction

6. Defendants proposed the following expedited briefing schedule and noted any hearing should be at the Court's discretion.

- **November 26, 2024:** Plaintiffs' Opening Brief due
- **December 9, 2024:** Defendants' Response Brief due
- **December 11, 2024:** Plaintiffs' Reply Brief due

7.     For the reasons stated above, Plaintiffs respectfully request this Court grant their motion for an expedited briefing and hearing schedule in connection with their concurrently filed motion for preliminary injunction and order Plaintiffs' proposed schedule.

Dated: November 26, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By:   /s/ Jeffrey L. Kessler
Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600

Fax: (312) 558-5700
mdalsanto@winston.com

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' MOTION FOR AN EXPEDITED BRIEFING AND HEARING SCHEDULE** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com

Lawrence E. Buterman
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com

Anna M. Rathbun
Christopher J. Brown
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
chris.brown@lw.com

*Counsel for Defendants National Association for Stock Car Auto Racing, LLC and James France*

　　　　　　　　　　　　　　　　　*Jeffrey L. Kessler*
　　　　　　　　　　　　　　　　　Jeffrey L. Kessler