UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00886-FDW-SCR

| | | |
|---|---|---|
| 2311 RACING LLC D/B/A 23XI RACING AND FRONT ROW MOTORSPORTS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC AND JAMES FRANCE, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Expedite Hearing and Briefing Schedule, (Doc. No. 53), on their renewed Motion for Preliminary Injunction, (Doc. No. 51). Defendants oppose the Motion to Expedite. (Doc. No. 54.) Pursuant to the Court's inherent authority to manage its docket, the Court sets the briefing schedule as follows:

Defendants must respond to Plaintiffs' renewed Motion for Preliminary Injunction, (Doc. No. 51), no later than December 9, 2024. Plaintiffs may reply in support of their Motion for Preliminary Injunction, (Doc. No. 51), no later than 12:00 p.m. Eastern Time on December 12, 2024. The Court will set a hearing on Plaintiffs' renewed Motion for Preliminary Injunction, (Doc. No. 51), by separate Order.

**IT IS SO ORDERED.**

Signed: November 27, 2024

Frank D. Whitney
United States District Judge

1