UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, and JAMES FRANCE, <br><br> Defendants. | Civil Action No. 3:24-cv-886-FDW-SCR |

## NASCAR'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant NASCAR[1] respectfully moves to dismiss the Complaint of Plaintiffs 2311 Racing LLC and Front Row Motorsports, Inc. As set forth more fully in the accompanying Memorandum, the grounds for this Motion are as follows:

1. Most of Plaintiffs' claims are time-barred by the statute of limitations and laches because they concern conduct that occurred more than four years ago. In particular, Plaintiffs' allegations pertaining to: (1) the 2018 acquisition of Automobile Racing Club of America ("ARCA") (Compl. ¶12); (2) the 2019 acquisition of International Speedway Corporation ("ISC") (*id.* ¶14); (3) the 2019 adoption of Next Gen car requirements (*id.* ¶ 13); (4) NASCAR's exclusivity arrangements with racetracks, with the only specific factual

---

[1] The Complaint names National Association for Stock Car Auto Racing, LLC, as a defendant, but NASCAR Event Management, LLC, the entity that signed the 2025 Charter Agreements, is responding too.

Case 3:24-cv-00886-KDB-SCR    Document 56    Filed 12/02/24    Page 1 of 6

allegation predating October 2020 (*id.* ¶¶88-89); and (5) the 2016 Charter provisions (*id.* ¶¶70-77) are all barred by the four-year statute of limitations and the doctrine of laches.

2. Plaintiffs lack antitrust standing to sustain their challenges to the 2025 Charter's release of claims and noncompete provisions, which are their only claims that arguably fall within the statute of limitations, because Plaintiffs did not sign the Charters and their failure to secure preferred contractual terms is not antitrust injury.

3. Plaintiffs' proposed market definition is legally deficient because it analyzes the market *post-investment* rather than *pre-investment*. Under settled law, "[a] plaintiff cannot establish a relevant [] market by claiming to be 'locked in' a market that it entered knowing in advance that doing so would entail lock-in costs and other economic risks." *Virginia Vermiculite, Ltd. v. W.R. Grace & Co.-Conn.*, 108 F. Supp. 2d 549, 583 (W.D. Va. 2000).

4. Plaintiffs have not alleged any facts demonstrating exclusionary conduct by NASCAR for two reasons. First, NASCAR did not refuse to deal with Plaintiffs; rather, NASCAR proposed contractual terms which Plaintiffs rejected and which are no longer available. Second, Plaintiffs have not pleaded any facts plausibly demonstrating that either of the two challenged Charter provisions reduces competition.

The grounds for this Motion are more fully set forth in NASCAR's accompanying Memorandum of Law.

Dated: December 2, 2024.　　　　　　　Respectfully submitted,

By:　*/s/ Tricia Wilson Magee*
　　　Tricia Wilson Magee (N.C. Bar No. 31875)
　　　**SHUMAKER, LOOP, & KENDRICK, LLP**
　　　101 S Tryon Street, Suite 2200
　　　Charlotte, NC 28280
　　　Tel: 704-945-2911
　　　Fax: 704-332-1197
　　　tmagee@shumaker.com

　　　Christopher S. Yates*
　　　**LATHAM & WATKINS LLP**
　　　505 Montgomery Street, Suite 2000
　　　San Francisco, CA 94111
　　　Telephone: (415) 395-8240
　　　Facsimile: (415) 395-8095
　　　chris.yates@lw.com

　　　Lawrence E. Buterman*
　　　**LATHAM & WAKINS LLP**
　　　1271 Avenue of the Americas
　　　New York, NY 10020
　　　Telephone: (212) 906-1200
　　　Facsimile: (212) 751-4864
　　　lawrence.buterman@lw.com

　　　Anna M. Rathbun*
　　　Christopher J. Brown*
　　　**LATHAM & WATKINS LLP**
　　　555 Eleventh Street, NW, Suite 1000
　　　Washington, DC 20004
　　　Telephone: (202) 637-2200
　　　Facsimile: (202) 637-2201
　　　anna.rathbun@lw.com
　　　chris.brown@lw.com


　　　* Admitted *pro hac vice*

　　　*Counsel for Defendants NASCAR and Jim France*

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing document contains fewer than 4,500 words according to the word count feature in Microsoft Word and is therefore in compliance with the word limitation set forth in Judge Whitney's Scheduling Order.

This the 2nd day of December, 2024.

                                        Respectfully submitted,

                                        */s/ Tricia Wilson Magee*
                                        Tricia Wilson Magee (N.C. Bar No. 31875)
                                        SHUMAKER, LOOP, & KENDRICK, LLP
                                        101 S Tryon Street, Suite 2200
                                        Charlotte, NC 28280
                                        Tel: 704-375-0057
                                        Fax: 704-332-1197
                                        Email: tmagee@shumaker.com

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 2nd day of December, 2024.

*/s/ Tricia Wilson Magee*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NASCAR'S MOTION TO DISMISS** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record as follows:

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
dwilliams@winston.com


Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
jkessler@winston.com


Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
jparsigian@winston.com
mtoomey@winston.com


Matthew DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
mdalsanto@winston.com

*Counsel for Plaintiffs 23XI Racing and
Front Row Motorsports Inc.*

This the 2nd day of December, 2024.

                                                  */s/ Tricia Wilson Magee*