UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, and JAMES FRANCE, <br><br> Defendants. | Civil Action No. 3:24-cv-886-FDW-SCR |

## JAMES FRANCE'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant James France respectfully moves to dismiss the Complaint of Plaintiffs 2311 Racing LLC and Front Row Motorsports, Inc. As set forth more fully in the accompanying Memorandum, the grounds for this Motion are as follows:

1. Because Plaintiffs' claims as to Mr. France are entirely predicated on his role as a corporate officer at NASCAR, Plaintiffs' claims against Mr. France fail for the same reasons their claims against NASCAR do.

2. Even if Plaintiffs had alleged a plausible claim against NASCAR (which they have not), Plaintiffs' claims against Mr. France must still be dismissed because they fail to make plausible, factual allegations that Mr. France "actively and knowingly engaged in a scheme designed to achieve anticompetitive ends." *Brown v. Donco Enterprises, Inc.*, 783 F.2d 644, 647 (6th Cir. 1986).

The grounds for this Motion are more fully set forth in Mr. France's accompanying Memorandum of Law.

Dated: December 2, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*/s/ Tricia Wilson Magee*
　　　　　　　　　　　　　　　　　　　　　Tricia Wilson Magee (N.C. Bar No. 31875)
　　　　　　　　　　　　　　　　　　　　　**SHUMAKER, LOOP, & KENDRICK, LLP**
　　　　　　　　　　　　　　　　　　　　　101 S Tryon Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28280
　　　　　　　　　　　　　　　　　　　　　Tel: 704-945-2911
　　　　　　　　　　　　　　　　　　　　　Fax: 704-332-1197
　　　　　　　　　　　　　　　　　　　　　tmagee@shumaker.com

　　　　　　　　　　　　　　　　　　　　　Christopher S. Yates*
　　　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　　　　　　　505 Montgomery Street, Suite 2000
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 395-8240
　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 395-8095
　　　　　　　　　　　　　　　　　　　　　chris.yates@lw.com

　　　　　　　　　　　　　　　　　　　　　Lawrence E. Buterman*
　　　　　　　　　　　　　　　　　　　　　**LATHAM & WAKINS LLP**
　　　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864
　　　　　　　　　　　　　　　　　　　　　lawrence.buterman@lw.com

　　　　　　　　　　　　　　　　　　　　　Anna M. Rathbun*
　　　　　　　　　　　　　　　　　　　　　Christopher J. Brown*
　　　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS LLP**
　　　　　　　　　　　　　　　　　　　　　555 Eleventh Street, NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 637-2200
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 637-2201
　　　　　　　　　　　　　　　　　　　　　anna.rathbun@lw.com
　　　　　　　　　　　　　　　　　　　　　chris.brown@lw.com

　　　　　　　　　　　　　　　　　　　　　* Admitted *pro hac vice*

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants NASCAR and Jim France*

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing document contains fewer than 4,500 words according to the word count feature in Microsoft Word and is therefore in compliance with the word limitation set forth in Judge Whitney's Scheduling Order.

This the 2nd day of December, 2024.

                              Respectfully submitted,

                              */s/ Tricia Wilson Magee*
                              Tricia Wilson Magee (N.C. Bar No. 31875)
                              SHUMAKER, LOOP, & KENDRICK, LLP
                              101 S Tryon Street, Suite 2200
                              Charlotte, NC 28280
                              Tel: 704-375-0057
                              Fax: 704-332-1197
                              Email: tmagee@shumaker.com

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 2nd day of December, 2024.

*/s/ Tricia Wilson Magee*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JAMES FRANCE'S MOTION TO DISMISS** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record as follows:

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
dwilliams@winston.com


Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
jkessler@winston.com


Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
jparsigian@winston.com
mtoomey@winston.com


Matthew DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
mdalsanto@winston.com

*Counsel for Plaintiffs 23XI Racing and
Front Row Motorsports Inc.*

This the 2nd day of December, 2024.

*/s/ Tricia Wilson Magee*

5
Case 3:24-cv-00886-FDW-SCR   Document 57   Filed 12/02/24   Page 5 of 5