WINSTON
&STRAWN
LLP

NORTH AMERICA    SOUTH AMERICA    EUROPE    ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

**JEFFREY L. KESSLER**
Partner and Co-Executive Chairman
+1 212-294-4698
JKessler@winston.com

December 11, 2024

The Honorable Kenneth D. Bell
7200 Charles R. Jonas Federal Bldg.
401 West Trade Street
Charlotte, NC 28202

Re: *2311 Racing LLC et al. v. National Association for Stock Car Auto Racing, LLC et al.*, Case No. 3:24-cv-00886-KDB-SCR – Case Reassignment

Dear Judge Bell:

We represent Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. in the above-captioned matter.

We received notice that this case was transferred to the Court from Judge Whitney this afternoon, but wanted to draw the Court's attention to impending deadlines, including in briefing for a preliminary injunction. Specifically, Plaintiffs have filed a renewed motion for a preliminary injunction and requested a decision on that motion by December 18 because of the need for a decision before a contractual deadline on that date. Judge Whitney ordered Plaintiffs to file a reply in support of their motion by 12:00pm Eastern Time tomorrow (Thursday, December 12). Plaintiffs will proceed with filing their reply by that deadline, but wanted to promptly bring this to your attention, including in case the Court would like to schedule a hearing, which Plaintiffs would request take place as soon as possible.

The parties have several additional deadlines in the next two weeks:

- First, Defendants filed their answer and motions to dismiss on December 2. Plaintiffs' oppositions to those motions to dismiss are due December 16, and Defendants' replies in support of those motions are due December 23.

- Second, Judge Whitney ordered the parties to submit a report on their Initial Attorneys Conference by December 16.

Plaintiffs will operate under the current schedule unless the Court modifies these dates.

Thank you for your attention to this matter.

Sincerely,

*/s/ Jeffrey L. Kessler*

Jeffrey L. Kessler