# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE <br><br> Defendants. | Civil Action No. 3:24-cv-886 |

## RESPONSE TO PLAINTIFFS' NOTICE/LETTER

NOW COME Defendants National Association for Stock Car Auto Racing, LLC and James France (collectively, "Defendants"), in response to Plaintiffs' letter, (Doc. No. 61), concerning the reassignment of the above-referenced matter to Your Honor since it omits certain facts.

First, Judge Whitney heard oral argument on Plaintiffs' first motion for preliminary injunction on November 4, 2024, and then denied Plaintiffs' motion in an Order issued on November 8, 2024. (Doc. Nos. 42 (under seal), 43 (redacted)). Plaintiffs then filed a notice of appeal in the Fourth Circuit and sought an expedited briefing schedule. Plaintiffs then dismissed their appeal on November 20, 2024, and then on Tuesday, November 26, 2024, filed a second motion for preliminary injunction. NASCAR opposed that motion on December 9, 2024, in accordance with the briefing schedule set by Judge Whitney and focused its arguments given Judge Whitney's familiarity with the briefing on the first motion and given oral argument on the first motion/demonstratives used at that hearing. NASCAR also complied with the word limit for briefs set by Judge Whitney's individual practices; NASCAR respectfully submits that for all pending motions, the parties should comply with Judge Whitney's specified word counts.

Second, in accordance with Judge Whitney's individual practices, both NASCAR and its individually named CEO Mr. James France, filed motions to dismiss on December 2, 2024. Defendants again complied with the word limit for briefs set by Judge Whitney. Defendants also filed answers, as required by Judge Whitney's individual practices even though Defendants believe that their motions to dismiss should be granted.

Third, Your Honor's default schedules for complex cases like this one are different from Judge Whitney's. Accordingly, Defendants respectfully suggest that the Court continue the deadline to submit their Certification of Initial Attorneys Conference so the parties can conduct another Initial Attorneys' Conference once the Court rules on Defendants' motions to dismiss.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURE FOLLOWS]

Dated: December 11, 2024.	Respectfully submitted,

By:	*/s/ Tricia Wilson Magee*
Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax: 704-332-1197
tmagee@shumaker.com

Christopher S. Yates*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com

Lawrence E. Buterman*
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun*
Christopher J. Brown*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com
chris.brown@lw.com

*\* Admitted pro hac vice*

*Counsel for Defendants NASCAR and Jim France*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 11th day of December, 2024.

*/s/ Tricia Wilson Magee*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RESPONSE TO PLAINTIFFS' NOTICE/LETTER** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record as follows:

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
dwilliams@winston.com


Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
jkessler@winston.com


Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
jparsigian@winston.com
mtoomey@winston.com


Matthew DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
mdalsanto@winston.com

*Counsel for Plaintiffs 23XI Racing and
Front Row Motorsports Inc.*

This the 11th day of December, 2024.

/s/ Tricia Wilson Magee