IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00886-KDB-SCR

| | |
|---|---|
| 2311 RACING LLC AND FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES FRANCE AND NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Parties' respective filings, Doc. Nos. 61 – 63, regarding the briefing of pending motions and other imminent deadlines in this recently reassigned action. While the Court would like to promptly transition to its typical governing case management procedures, document preparation rules, deadlines, etc., to avoid doubt and any claim of unfairness, the limits applicable to briefs set by Judge Whitney shall apply to the Parties' pending motions, Doc. Nos. 51, 53, 56 and 57. Further, the Court shares Judge Whitney's interest in moving discovery forward without unnecessary delay. Therefore, the Court will keep the current deadline for the Parties to submit a report on their Initial Attorneys' Conference. The Court will, of course, have an opportunity to review and amend the Parties' proposed schedule (and consult with the Parties if necessary) prior to entering a Case Management Order. Finally, with respect to the briefing schedule for the pending motions to

1

dismiss, the Court would be willing to modify the schedule in light of the holiday season, but in the absence of a consent motion to do so, will maintain the current schedule.

Pending entry of the Case Management Order, all new motions and filings shall, unless ordered otherwise, be governed by this Court's standard case management rules, which can be found on the Court's website.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 12, 2024

Kenneth D. Bell
United States District Judge