# EXHIBIT 26

**From:** Phelps, Steve <sphelps@nascar.com>
**Date:** Thursday, September 12, 2024 at 12:59 PM
**To:** Jerry Freeze <jfreeze@frontrowmotorsports.com>
**Subject:** RE: Charter Renewal Intention - Front Row Motorsports

You are correct, Jerry. The transfer would be at the $50k amount – assuming they sell it to you before the end of the year.

Let me know if you have any further questions, we are happy to clarify anything for you.

Thanks,

Steve

**From:** Jerry Freeze <jfreeze@frontrowmotorsports.com>
**Sent:** Thursday, September 12, 2024 12:46 PM
**To:** Phelps, Steve <sphelps@nascar.com>
**Subject:** Re: Charter Renewal Intention - Front Row Motorsports

Thanks for this, Steve.

As a follow up to our conversation yesterday, I was thinking about how you had mentioned that the transfer of the SHR Charter (#22) had already been approved and we wouldn't need to submit any paperwork on that matter. I assume since that has happened now, the fee would be what is in the

current Charter Agreement, $50,000?

If I need to run that by Scott Prime, just let me know.

Thanks,

Jerry

---

**From:** Phelps, Steve <sphelps@nascar.com>
**Date:** Wednesday, September 11, 2024 at 4:32 PM
**To:** Jerry Freeze <jfreeze@frontrowmotorsports.com>
**Cc:** Bob Jenkins <bjenk52607@aol.com>
**Subject:** Charter Renewal Intention - Front Row Motorsports

Jerry,

Attached please find the side letter that was sent to the teams.  NASCAR is willing to give your attorneys the time you've requested to review, however, the Charter Agreement has been finalized and the negotiations are concluded.   We can answer questions if you have any but we are not re-opening the document.

Given this additional time, if Front Row wishes to extend their Charter Agreements, we must receive the signed Charter Agreements no later than Tuesday, September 17, 2024 at 5 PM ET.

---

**From:** Jerry Freeze <jfreeze@frontrowmotorsports.com>
**Sent:** Wednesday, September 11, 2024 10:55 AM
**To:** Phelps, Steve <sphelps@nascar.com>
**Cc:** Bob Jenkins <bjenk52607@aol.com>
**Subject:** Charter Renewal Intention - Front Row Motorsports

**WARNING: This email originated outside of NASCAR Enterprises, LLC.**
DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Steve –

Bob has asked me to respond with our intentions regarding the renewal for our two Charters (#26 and #33) for the new term.  We are interested in moving forward with the renewal of the Charters and continuing to operate as a Chartered team for 2025 and on into the future.  However, given the initial quick response time of executing the Charter renewals and continued language updates since the response deadline, we ask that NASCAR allow us until the close of business next Tuesday, September 17th to give a final answer on our renewal intentions for the next term, so our legal counsel can fully vet and give us their opinion on the recent changes in the Agreement and potential

impact to our team.

Bob and I appreciate your willingness to hear out any concerns we may have about any of the terms in the Charter renewal and we will reach out if a virtual or in-person meeting is so desired over the new few days before our proposed extended deadline.  Also, please forward on the three updates in the side letter going out to teams so that we can add those to our review.

Best regards,

*Jerry Freeze*
*General Manager*



[jfreeze@frontrowmotorsports.com](mailto:jfreeze@frontrowmotorsports.com)
*704-360-5498 - direct*
*704-873-6445 ext. 403 - main*
*704-873-5120 - fax*