# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 12/19/24<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA  ___ Paper Supp.<br>Vols: _____<br>Other: | **District:**<br>Western District of North Carolina<br>**Division:**<br>Charlotte<br>**Caption:**<br>2311 Racing LLC et al v. National Association for Stock Car Auto Racing, LLC et al | **District Case No.:**<br>3:24-cv-00886-KDB-SCR<br>**4CCA No(s). for any prior NOA:**<br>24-02134<br>**4CCA Case Manager:**<br>Kirsten Hancock |

**Exceptional Circumstances:** ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | **Fee Status:**<br>___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br>Kenneth D. Bell<br>**Court Reporter** (list all):<br>Jill Turner<br><br>**Coordinator**: Tammy Hightower | **Sealed Status** (check all that apply):<br>✓ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |
| **Record Status for Pro Se Appeals** (check any applicable):<br>___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | **Record Status for Counseled Appeals** (check any applicable):<br>✓ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: Megan E. Kirk     Phone: 704-350-7400     Date: 12/20/24

10/2022