UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE, <br><br> Defendants. | **CONSENT MOTION TO ENTER STIPULATED INJUNCTION** <br><br> Civil Action No. 3:24-cv-00886-FDW-SCR |

NOW COME Plaintiff 2311 Racing LLC d/b/a 23XI Racing ("23XI") and Defendants National Association for Stock Car Auto Racing, LLC and James France moving the Court to enter the Stipulated Preliminary Injunction attached hereto as Exhibit 1 and submitted to the Court through Cyberclerk.

In support hereof, 23XI and Defendants provide the following:

1. In light of the Court's Orders of December 18, 2024 (Dkt. 74), December 20, 2024 (Dkt. 83), and December 23, 2024 (Dkt. 89), 23XI and Defendants hereby stipulate and agree that the Court may enter the same preliminary injunction with respect to the transfer of a charter signed by Stewart-Haas Racing LLC to 23XI as the Court previously ordered with respect to Front Row Motorsports.

2. Defendants make this stipulation and agreement solely for purposes of judicial economy and subject to the Court's statements that it retains the equitable power to "unwind" the purchase of the Stewart-Haas Charters (e.g., Dkt. 83 at 1; Dkt. 89 at

10) should Defendants prevail on their pending appeal or on the merits in the litigation.

3.  Defendants' stipulation and agreement is also subject to 23XI's agreement, given here, that it will not make any argument that NASCAR's stipulation and agreement to entry of the aforementioned preliminary injunction in any way deprives the Fourth Circuit of jurisdiction over, or otherwise impairs the Fourth Circuit's ability to hear for any reason, Defendants' appeal of the of the grant of the preliminary injunction regarding to the transfer of a charter signed by Stewart-Haas Racing LLC to 23XI.

4.  Defendants' stipulation and agreement is also subject to 23XI's agreement, given here, that NASCAR's stipulation and agreement to entry of the aforementioned preliminary injunction is without prejudice to and has no impact on Defendants' right to assert counterclaims.

Now therefore, 23XI and Defendants move the Court to enter the Stipulated Preliminary Injunction attached hereto as Exhibit 1 and submitted to the Court through Cyberclerk.

Dated: December 24, 2024                               Respectfully submitted,

By: */s/ Tricia Wilson Magee*
Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax: 704-332-1197
tmagee@shumaker.com

Christopher S. Yates*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202

San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com

Lawrence E. Buterman*
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun*
Christopher J. Brown*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com
chris.brown@lw.com

* Admitted *pro hac vice*

*Counsel for Defendants National Association for Stock Car Auto Racing, LLC and James France*

Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer Parsigian*
Michael Toomey*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto*
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

* Admitted *pro hac vice*

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **CONSENT MOTION TO ENTER STIPULATED INJUNCTION** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com

Lawrence E. Buterman
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com

Anna M. Rathbun
Christopher J. Brown
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
chris.brown@lw.com

*Counsel for Defendants National Association for Stock Car Auto Racing, LLC and James France*

                                          *Jeffrey L. Kessler*
                                          Jeffrey L. Kessler