# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE, <br><br> Defendants. | **STIPULATED PRELIMINARY INJUNCTION ORDER** <br><br> Civil Action No. 3:24-cv-00886-KDB-SCR |

THIS MATTER is before the Court pursuant to the Consent Motion for a stipulated preliminary injunction by Plaintiff 2311 Racing LLC d/b/a 23XI Racing ("23XI") and Defendants National Association for Stock Car Auto Racing, LLC ("NASCAR") and James France. (Dkt. 93). 23XI and Defendants have agreed to stipulate to this injunction, which concerns NASCAR's approval of a transfer of a Charter Agreement currently owned by Stewart-Haas Racing, LLC to 23XI. For the reasons stated in the Consent Motion, it is GRANTED.

**IT IS THEREFORE STIPULATED AND ORDERED:**

1. NASCAR is preliminarily enjoined from refusing to approve 23XI's purchase of a Stewart-Haas Racing, LLC charter, which 23XI will be entitled to use to race in all 2025 NASCAR Cup races on the same terms as other charter teams, again with the exception of the application of the release language to 23XI's claims in this action.

2. Entry of this Order does not deprive the Fourth Circuit of jurisdiction over, or otherwise impair the Fourth Circuit's ability to hear for any reason, Defendants'

appeal of the grant of the preliminary injunction regarding to the transfer of a charter signed by Stewart-Haas Racing LLC to 23XI.

3. Entry of this Order is without prejudice to and has no impact on Defendants' right to assert counterclaims.

Signed: December 24, 2024

Kenneth D. Bell
United States District Judge

SO STIPULATED:

By:   */s/ Tricia Wilson Magee*
      Tricia Wilson Magee (N.C. Bar No. 31875)
      **SHUMAKER, LOOP, & KENDRICK, LLP**
      101 S Tryon Street, Suite 2200
      Charlotte, NC 28280
      Tel: 704-945-2911
      Fax: 704-332-1197
      tmagee@shumaker.com

      Christopher S. Yates*
      **LATHAM & WATKINS LLP**
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111
      Telephone: (415) 395-8240
      Facsimile: (415) 395-8095
      chris.yates@lw.com

      Lawrence E. Buterman*
      **LATHAM & WAKINS LLP**
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 906-1200
      Facsimile: (212) 751-4864
      lawrence.buterman@lw.com

      Anna M. Rathbun*
      Christopher J. Brown*
      **LATHAM & WATKINS LLP**
      555 Eleventh Street, NW, Suite 1000
      Washington, DC 20004
      Telephone: (202) 637-2200
      Facsimile: (202) 637-2201
      anna.rathbun@lw.com
      chris.brown@lw.com

      * Admitted *pro hac vice*

      *Counsel for Defendants National Association for Stock Car Auto Racing, LLC and James France*

By:   */s/ Jeffrey L. Kessler*
      Jeffrey L. Kessler*
      **WINSTON & STRAWN LLP**
      200 Park Avenue
      New York, NY 10166
      Tel: (212) 294-6700
      Fax: (212) 294-4700
      jkessler@winston.com

      Danielle T. Williams
      **WINSTON & STRAWN LLP**
      300 South Tryon Street
      16th Floor
      Charlotte, NC 28202
      Tel: (704) 350-7700
      Fax: (704) 350-7800
      dwilliams@winston.com

      Jeanifer Parsigian*
      Michael Toomey*
      **WINSTON & STRAWN LLP**
      101 California Street
      San Francisco, CA 94111
      Tel: (415) 591-1000
      Fax: (415) 591-1400
      jparsigian@winston.com
      mtoomey@winston.com

      Matthew R. DalSanto*
      **WINSTON & STRAWN LLP**
      35 W. Wacker Drive
      Chicago, IL 60601
      Tel: (312) 558-5600
      Fax: (312) 558-5700
      mdalsanto@winston.com

      * Admitted *pro hac vice*

      *Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing*