UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE <br><br> Defendants. | Civil Action No. 3:24-cv-886-KDB-SCR |

## DEFENDANTS' AMENDED NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, as well as 28 U.S.C. § 1292(a)(1), Defendants National Association For Stock Car Auto Racing, LLC, and James France hereby appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's December 18, 2024 Order granting Plaintiffs' Motion for Preliminary Injunction [Doc. No. 74], as amended by the District Court's December 23, 2024 Order [Doc. No. 89], and from the District Court's December 26, 2024 Order granting Plaintiffs an additional Preliminary Injunction [Doc. No. 94].

Defendants previously filed a Notice of Appeal on December 19, 2024 [Doc. No. 81], concerning the District Court's Order granting Plaintiffs' Motion for Preliminary Injunction [Doc. No. 74]. That appeal has been docketed in the Fourth Circuit as *2311 Racing LLC, et al., v. National Association for Stock Car Auto Racing, LLC, et al.*, Case No. 24-2245. Defendants respectfully request that no additional appeal be docketed upon the filing of this amended document, but that Defendants' amended notice of appeal be included under Case No. 24-2245.

This the 27th day of December, 2024.

Respectfully submitted,

*/s/ Christopher S. Yates*
Christopher S. Yates*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com

Lawrence E. Buterman*
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun*
Christopher J. Brown*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com
chris.brown@lw.com

Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax: 704-332-1197
tmagee@shumaker.com


* Admitted *pro hac vice*

*Counsel for Defendants NASCAR and James France*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 27th day of December, 2024.

*/s/ Christopher S. Yates*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Christopher S. Yates*