# Updated APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 12/27/24 | **District:** Western District of North Carolina | **District Case No.:** 3:24-cv-00886-KDB-SCR |
| ___ First NOA in Case | **Division:** Charlotte | **4CCA No(s). for any prior NOA:** 24-02134; 24-02245 |
| ✓ Amended NOA-same party | **Caption:** 2311 Racing LLC et al v. National Association for Stock Car Auto Racing, LLC et al | **4CCA Case Manager:** Kirsten Hancock; Richard H. Sewell |
| ___ Subsequent NOA-new party | | |
| ___ Subsequent NOA-cross appeal | | |
| ___ Paper ROA ___ Paper Supp. | | |
| Vols: _____ | | |
| Other: Amended NOA for 24-2245 | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case**:** | **Fee Status:** |
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal) ✓ Appeal fees paid in full ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** Previously paid (Doc. No. 81) |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case**:** | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** Kenneth D. Bell | **PLRA Cases:** |
| | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): Jill Turner | **Sealed Status** (check all that apply)**:** |
| | ✓ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator:** Tammy Hightower | ___ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ✓ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Megan E. Kirk     Phone: 704-350-7400     Date: 12/30/24

10/2022