IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
<u>CHARLOTTE</u> DIVISION
CIVIL CASE NO. <u>3:24-CV-00886-KDB-SCR</u>

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., )<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, and JAMES FRANCE )<br>Defendant(s). ) | **DESIGNATION OF MEDIATOR** |

Pursuant to the Pretrial Order and Case Management Plan entered <u>December 20, 2024</u>, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

<u>Jeffrey A. Mishkin, PADRE Phillips</u>
<u>ADR Enterprises</u>
<u>JMishkin@phillipsadr.com</u>

Respectfully submitted this <u>28th</u> day of <u>January</u>, <u>2025</u>.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURES FOLLOW]

Dated: January 28, 2025

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports Inc.*

Dated: January 28, 2025.                    Respectfully submitted,

                                      By:     /s/ Tricia Wilson Magee
                                              Tricia Wilson Magee (N.C. Bar No. 31875)
                                              **SHUMAKER, LOOP, & KENDRICK, LLP**
                                              101 S Tryon Street, Suite 2200
                                              Charlotte, NC 28280
                                              Tel: 704-945-2911
                                              Fax: 704-332-1197
                                              tmagee@shumaker.com

                                              Christopher S. Yates*
                                              **LATHAM & WATKINS LLP**
                                              505 Montgomery Street, Suite 2000
                                              San Francisco, CA 94111
                                              Telephone: (415) 395-8240
                                              Facsimile: (415) 395-8095
                                              chris.yates@lw.com

                                              Lawrence E. Buterman*
                                              **LATHAM & WAKINS LLP**
                                              1271 Avenue of the Americas
                                              New York, NY 10020
                                              Telephone: (212) 906-1200
                                              Facsimile: (212) 751-4864
                                              lawrence.buterman@lw.com

                                              Anna M. Rathbun*
                                              Christopher J. Brown*
                                              **LATHAM & WATKINS LLP**
                                              555 Eleventh Street, NW, Suite 1000
                                              Washington, DC 20004
                                              Telephone: (202) 637-2200
                                              Facsimile: (202) 637-2201
                                              anna.rathbun@lw.com
                                              chris.brown@lw.com


                                              * Admitted *pro hac vice*

                                              *Counsel for Defendants NASCAR and Jim France*