# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC and JAMES FRANCE <br><br> Defendants. | Civil Action No. 3:24-cv-886- KDB-SCR |

## JOINT STIPULATION AS TO PLAINTIFFS' AMENDED COMPLAINT

WHEREAS, 2311 Racing LLC d/b/a 23XI Racing ("23XI") and Front Row Motorsports, Inc. ("Front Row") (collectively, "Plaintiffs") filed a Complaint (Doc. No. 1) on October 2, 2024 against National Association for Stock Car Auto Racing, LLC ("NASCAR, LLC") and James France (collectively, "Defendants") (Plaintiffs and Defendants collectively, the "Parties");

WHEREAS, NASCAR Holdings, LLC is the parent entity that acquired International Speedway Corporation through Nova Merger Sub, Inc., which became International Speedway Corporation;

WHEREAS, NASCAR Event Management, LLC ("NEM") is the entity that entered into the 2016 and 2025 Charter Agreements and operates the NASCAR Cup Series, including by entering into agreements with racetracks, and NEM owns the Automobile Racing Club of America, LLC;

WHEREAS, Defendant NASCAR, LLC denies any involvement in the conduct alleged in Plaintiffs' Complaint;

WHEREAS, the Parties met and conferred regarding the entities at issue in this litigation and seek to resolve the issue without prejudice to the schedule set by this Court and without the need for Court intervention; and

WHEREAS, all Parties consent to Plaintiffs amending their Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) as described herein.

THEREFORE, the Parties agree that:

- Plaintiffs will file an Amended Complaint to name the following entities as defendants: NEM and NASCAR Holdings, LLC ("New NASCAR Defendants").

- Plaintiffs' Amended Complaint will be filed by February 4, 2025. Such amendment is made without prejudice to further amendment by Plaintiffs.

- The Parties agree that Defendants will answer the Amended Complaint and not file a motion to dismiss. New NASCAR Defendants will adopt the Answer filed by NASCAR, LLC and James France (Doc. No. 58) and the Defendants need to respond to only the paragraphs specifically identifying New NASCAR Defendants within 30 days.

- NASCAR, LLC will remain a party to this litigation at least until the resolution of NASCAR, LLC's appeal (USCA4 Appeal: 24-2245).

- Plaintiffs' Requests for Production served on NASCAR, LLC and James France on January 7, 2025 will be treated as if served on New NASCAR Defendants, NASCAR, LLC, and James France on January 7, 2025.

- New NASCAR Defendants will preserve all arguments and appeals as if standing in the shoes of NASCAR, LLC, and the Court's orders regarding NASCAR, LLC will have the same effect on New NASCAR Defendants, including but not limited

2

to, the Court's Order on Plaintiffs' Renewed Motion for Preliminary Injunction (Doc. No. 74), Stipulated Preliminary Injunction Order (Doc. No. 94), NASCAR, LLC's Motion to Dismiss and Motion for Bond (Doc. No. 104).

For the reasons stated above, Plaintiffs and Defendants respectfully request that this Court grant the Parties' Joint Stipulation As To Plaintiffs' Amended Complaint.

Dated: January 31, 2025

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

Respectfully submitted,
By: */s/ Tricia Wilson Magee*
Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax:704-332-1197
tmagee@shumaker.com

Christopher S. Yates*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com

Lawrence E. Buterman*
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun*
Christopher J. Brown*
Christina R. Gay*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com
chris.brown@lw.com
christina.gay@lw.com

* Admitted *pro hac vice*
*Counsel for Defendants NASCAR and Jim France*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 31st day of January 2025.

*/s/ Jeffrey L. Kessler*