UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. <br><br> NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No. 3:24-cv-886-KDB-SCR |

**JOINT MOTION TO AMEND PRETRIAL ORDER AND CASE MANAGEMENT PLAN**

COME NOW THE PARTIES, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Rule 16.01 of the Local Rules of the Western District of North Carolina, National Association For Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC ("NEM" or "Counterclaim Plaintiff"), and James France (collectively, "Defendants") and 2311 Racing LLC d/b/a 23XI Racing ("23XI"), Front Row Motorsports, Inc. ("Front Row"), and Curtis Polk (collectively, "Plaintiffs" or "Counterclaim Defendants") (the

parties collectively, the "Parties"). The Parties respectfully move this Court to enter an Amended Pretrial Order as set forth below.

1. On December 20, 2024, the Court issued its Pretrial Order and Case Management Plan (Doc. No. 84) ("PTO").

2. The PTO contained, among other things, the following discovery plan:

    a. Plaintiffs' expert reports are due July 15, 2025.

    b. Defendants' expert reports are due July 30, 2025.

    c. Rebuttal reports are due August 15, 2025.

    d. Completion of Discovery is due September 19, 2025.

    e. Mediation Report is due September 26, 2025.

    f. Each side may take no more than 12 depositions of non-expert witnesses.

    g. Plaintiffs are permitted to take a 30(b)(6) deposition of NASCAR (lasting up to 14 hours over 2 days not including any questioning by Defendants' counsel) and a deposition of Defendant James France (lasting up to 14 hours over 2 days not including any questioning by Defendants' counsel).

3. On March 5, 2025, Defendants filed an amended answer, and NEM filed a counterclaim against 23XI, Front Row, and Curtis Polk (Doc. No. 111) (the "Counterclaim").

4. Pursuant to Federal Rules of Civil Procedure 16(b)(4), a scheduling order may be modified for "good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

5. To date, the Parties have used their best efforts to exercise diligence in proceeding with this case. Good cause exists to amend the PTO in light of the need for additional time to prepare expert reports and additional discovery related to the Counterclaim.

6. In consideration of the Court's request that the Parties work cooperatively to address scheduling or other disputes (Jan. 8, 2025 Hr'g Tr. at 19:07-12), the Parties have conferred and proposed modifications to the PTO. These modifications do not affect the proposed dates for summary judgment or trial.

7. **DISCOVERY PLAN**

The Parties have conferred and propose to the Court the following amendments to the PTO:

   a. Plaintiffs' and Counterclaim Plaintiffs' expert reports are due July 15, 2025.

   b. Defendants' and Counterclaim Defendants' expert reports are due August 15, 2025.

   c. Rebuttal expert reports are due September 8, 2025.

   d. Completion of Discovery is due September 24, 2025.

   e. Mediation Report is due September 26, 2025.

   f. Each side may take no more than 17 depositions of non-expert witnesses.

   g. Defendants are permitted to take a deposition of Counterclaim Defendant Curtis Polk (lasting up to 14 hours over 2 days not including any questioning by Counterclaim Defendants' counsel).

   h. The Parties' initial disclosures, or amended initial disclosures as applicable, are due March 24, 2025.

   i. In the event that the Counterclaim is dismissed with prejudice, the Pretrial Order and Case Management Plan entered on December 20, 2024 will govern, with the exception of the modifications to the case schedule and deadlines

contained in Sections III.I and III.J of the Amended Pretrial Order and Case Management Plan.

8. The Parties believe these amendments will facilitate prompt and just resolution of this case.

9. This request is not made for the purpose of delay, and no party will be prejudiced by the amending the PTO.

10. This is the Parties' first request to amend the PTO.

WHEREFORE, the Parties respectfully request that the Court amend the PTO set forth in the proposed order submitted contemporaneously with this motion.

[Remainder of page intentionally left blank; signatures follow]

Dated: March 21, 2025	Respectfully submitted,

By:	*/s/ Tricia Wilson Magee*
Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 945-2911
Facsimile: (704) 332-1197
tmagee@shumaker.com

Christopher S. Yates*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com

Lawrence E. Buterman*
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Anna M. Rathbun*
David L. Johnson*
Christopher J. Brown*
Christina R. Gay*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
anna.rathbun@lw.com
david.johnson@lw.com
chris.brown@lw.com
christina.gay@lw.com

*Admitted *pro hac vice*

*Counsel for National Association For Stock*

*Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC, and James France*

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com

Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800
dwilliams@winston.com

Jeanifer Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mdalsanto@winston.com

*Counsel for 2311 Racing LLC dba 23XI Racing, Front Row Motorsports, Inc., and Curtis Polk*

## ARTIFICIAL INTELLIGENCE CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of artificial intelligence embedded in the standard on-line legal research sources, such as Westlaw, Lexis, FastCase, and Bloomberg.

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 21st day of March, 2025.

*/s/ Tricia Wilson Magee*