**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. <br><br> NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No. 3:24-cv-886-KDB-SCR |

## <u>NASCAR'S MOTION FOR LEAVE TO AMEND COUNTERCLAIM</u>

Pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure, Counter-Plaintiff NASCAR Event Management, LLC ("NASCAR"), by and through its undersigned counsel of record, moves for leave to amend its Counterclaim. Doc. No. 111. NASCAR offers the following in support of this Motion:

1.      NASCAR filed its Counterclaim on March 5, 2025. Doc. No. 111.

2.      After the deadline for NASCAR to amend its Counterclaim passed, Counterclaim Defendants produced documents that contained new information relevant to NASCAR's Counterclaim.

3.      Based on this new information, NASCAR now seeks leave to file an Amended Counterclaim, attached hereto as Exhibit A.

4.      Good cause exists for the Court to grant NASCAR's Motion for Leave to Amend Counterclaim.

5.      Pursuant to LCvR 7.1(b), Counterclaim Plaintiff's counsel has conferred with Counterclaim Defendants' counsel regarding the instant motion and Counterclaim Defendants' counsel do not consent to NASCAR's Motion for Leave to Amend.

6.      In support of this Motion for Leave to Amend Counterclaim, NASCAR respectfully submits the accompanying memorandum of law.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK; SIGNATURE FOLLOWS]**

Dated: April 16, 2025

Respectfully submitted,

By: */s/ Christopher Yates*
Christopher S. Yates*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com

Lawrence E. Buterman*
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com

Anna M. Rathbun*
David L. Johnson*
Christopher J. Brown*
Christina R. Gay*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
david.johnson@lw.com
chris.brown@lw.com
christina.gay@lw.com

Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 945-2911
Facsimile: (704) 332-1197
tmagee@shumaker.com

*Admitted *pro hac vice*

*Counsel for Defendants and Counter-Plaintiff*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

      1.     No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Fast Case, and Bloomberg;

      2.     Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

      This the 16th day of April, 2025.

                           */s/ Christopher Yates*