UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br>Defendants. <br><br>NASCAR EVENT MANAGEMENT, LLC, <br><br>Counter-Plaintiff, <br><br>v. <br><br>2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br>Counter-Defendants. | No. 3:24-cv-886-KDB-SCR |

## MOTION TO SEAL

Pursuant to Local Rule 6.1, Plaintiffs and Counterclaim Defendants 2311 Racing LLC, d/b/a 23XI Racing, and Front Row Motorsports, Inc. respectfully move this Court for an order permitting them to file certain materials under seal. In support of this motion, Plaintiffs state as follows:

Following the Fourth Circuit's June 5, 2025 order vacating this Court's preliminary injunction (24-2245, No. 45) and subsequent denial of Plaintiffs' petition for *en banc* review (24-

1

2245, No. 49), Plaintiffs intend to file a motion for a temporary restraining order and for a preliminary injunction, which will include record evidence further supporting Plaintiffs' likelihood of success on the merits of their claims and additional evidence of the irreparable harm Plaintiffs will suffer if the requested relief is not granted. In support of Plaintiffs' motion for a temporary restraining order and for a preliminary injunction, Plaintiffs plan to file a memorandum of law and reply, along with the following documents:

1. Documents produced in this litigation with "Confidential" and "Highly Confidential – OCO" designations under the Stipulated Protective Order in this case (Dkt. 85), confidential communications, sensitive business information, and documents relating to sponsors, drivers, and other partners and contracts and other documents detailing Plaintiffs' sensitive business relationships. *See Jeld-Wen, Inc. v. MMG Mgmt. Consulting, Inc.*, 2017 U.S. Dist. LEXIS 21478, at *5 n.1 (W.D.N.C. Feb. 15, 2017*)* (document "sealed to protect the parties' confidential, commercially sensitive, private and proprietary information") (internal quotations omitted). Accordingly, these documents should be sealed to avoid harming Plaintiffs' businesses and business relationships. *See, e.g., Whirlpool Props., Inc. v. Filters Fast, LLC*, 2019 WL 553452, at *2 (W.D.N.C. Feb. 12, 2019) (granting motion to seal documents that contained "confidential and proprietary business information"); *Sound Sec., Inc. v. Sonitrol Corp.*, 2009 WL 1754790, at *1 (W.D.N.C. June 18, 2009) (granting motion to seal "sensitive business information").

2. Plaintiffs also request leave to file under seal unredacted versions of their forthcoming memorandum of law and reply in support of their motion for preliminary injunction and a temporary restraining order. The redactions will be narrowly tailored to prevent public dissemination of NASCAR's and Plaintiffs' sensitive business information. To maintain the confidentiality of this information, the unredacted versions of Plaintiffs' memorandum of law and

2

reply in support of their motion for preliminary injunction and temporary restraining order should be sealed.  *See, e.g., Norkunas v. HP Hospitality, LLC*, 2010 WL 3943924, at *2 (W.D.N.C. Oct. 7, 2010); *Whirlpool Props*., 2019 WL 553452, at *2.

    3.    On July 10, 2025, Plaintiffs' counsel conferred with Defendants' counsel regarding the instant motion.  On July 11, 2025, Defendants' counsel stated that Defendants consent to the filing of Discovery Materials designated by NASCAR as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OCO" under seal and that Defendants take no position as to Discovery Materials designated as Protected Material by any other party or non-party under the Stipulated Protective Order.

    Plaintiffs seek to have these documents filed under seal permanently or until deleted by the Court.

    For the reasons stated above, Plaintiffs respectfully request the Court grant their motion to seal the following in connection with their motion for a temporary restraining order and preliminary injunction:  (1) documents produced in this litigation with "Confidential" and "Highly Confidential – OCO" designations under the Stipulated Protective Order in this case; (2) confidential communications, sensitive business information, and documents relating to sponsors, drivers, and other partners and contracts and other documents detailing Plaintiffs' sensitive business relationships; and (3) unredacted versions of the forthcoming memorandum of law and reply in support of Plaintiffs' motion for a temporary restraining order and a preliminary injunction.

3

Case 3:24-cv-00886-KDB-SCR     Document 174     Filed 07/11/25     Page 3 of 7

Dated: July 11, 2025         By:    /s/ Jeffrey L. Kessler
                                    Jeffrey L. Kessler
                                    Neha Vyas
                                    **WINSTON & STRAWN LLP**
                                    200 Park Avenue
                                    New York, NY 10166
                                    Tel: (212) 294-6700
                                    Fax: (212) 294-4700
                                    jkessler@winston.com
                                    nvyas@winston.com

                                    E. Danielle T. Williams
                                    **WINSTON & STRAWN LLP**
                                    300 South Tryon Street
                                    16th Floor
                                    Charlotte, NC 28202
                                    Tel: (704) 350-7700
                                    Fax: (704) 350-7800
                                    dwilliams@winston.com

                                    Jeanifer E. Parsigian
                                    Michael Toomey
                                    **WINSTON & STRAWN LLP**
                                    101 California Street
                                    San Francisco, CA 94111
                                    Tel: (415) 591-1000
                                    Fax: (415) 591-1400
                                    jparsigian@winston.com
                                    mtoomey@winston.com

                                    Matthew R. DalSanto
                                    **WINSTON & STRAWN LLP**
                                    35 W. Wacker Drive
                                    Chicago, IL 60601
                                    Tel: (312) 558-5600
                                    Fax: (312) 558-5700
                                    mdalsanto@winston.com


                                    Josh Hafenbrack
                                    **WINSTON & STRAWN LLP**
                                    1901 L Street NW
                                    Washington D.C. 20036
                                    Tel: (202) 282-5000
                                    Fax: (202) 282-5100
                                    jhafenbrack@winston.com

4

Benjamin S. Gordon
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports Inc.*

**CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO SEAL** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record as follows:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com

Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com

*Counsel for NASCAR Event Management, LLC*

This the 11th day of July, 2025.

/s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler