IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00886-KDB-SCR

| | |
|---|---|
| 2311 RACING LLC AND FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, ET AL., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own review of the upcoming schedule for pretrial submissions. In light of the complexity of the Parties' claims, the zealousness of the advocacy of their counsel and the Court's trial schedule involving other matters (including a lengthy criminal trial starting in early November 2025), the Court revises the deadlines for certain pretrial submissions as follows:

October 20, 2025 – 6 weeks before trial – Trial briefs and Motions in Limine;

October 27, 2025 – 5 weeks before trial – Jury Instructions (joint submission);

November 3, 2025 – 4 weeks before trial – Exhibit and Witness Lists, Stipulations and Deposition designations;

November 10, 2025 – 3 weeks before trial – Voir Dire questions (joint submission);

Week of November 17, 2025 – 2 weeks before trial – Pretrial Hearing, including hearing on Motions in Limine; and

1

November 24, 2025 – 1 week before trial - Final witness and exhibit lists (with stipulations concerning authenticity), notice of expert qualifications.

Except as revised, the Parties' obligations pursuant to the Court's previous pretrial and scheduling orders remain the same.

**SO ORDERED**.

Signed: July 24, 2025

Kenneth D. Bell
United States District Judge