# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. <br><br> NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No. 3:24-cv-886-KDB-SCR |

## PLAINTIFFS' PROPOSED PRELIMINARY INJUNCTION

Plaintiffs 2311 Racing LLC ("23XI") d/b/a 23XI Racing and Front Row Motorsports, Inc. ("Front Row"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 65, have moved this Court for entry of a preliminary injunction in their favor and against Defendants National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, and NASCAR Event Management, LLC (collectively, "NASCAR") and James France.

1

Plaintiffs submit this proposed preliminary injunction to clarify the preliminary relief they seek from this Court as follows: (i) enjoining Defendants from selling, transferring, assigning, leasing, conveying or otherwise disposing of the 2025 NASCAR Cup Series Charter Member Agreements belonging to the #23, #35, #45, #4, #34, and #38 cars; (ii) requiring Defendants to allow Front Row to enter three race cars in all NASCAR Cup Series races under the 2025 Charter Agreement terms applicable to all charter teams; and (iii) requiring Defendants to allow 23XI to enter three race cars in all NASCAR Cup Series races under the 2025 NASCAR Cup Series Charter Member Agreement terms applicable to all charter teams.

WHEREFORE, Plaintiffs hereby respectfully request that this Honorable Court grant the following preliminary relief:

    a.    A preliminary injunction through trial enjoining Defendants and their agents, servants, employees, attorneys, and all persons in active concert or participation with Defendants from selling, transferring, assigning, leasing, conveying or otherwise disposing of the 2025 NASCAR Cup Series Charter Member Agreements belonging to the #23, #35, #45, #4, #34, and #38 cars.

    b.    A preliminary injunction through trial requiring Defendants and their agents, servants, employees, attorneys, and all persons in active concert or participation with Defendants, to allow Plaintiffs to each enter three race cars in all NASCAR Cup Series races under the 2025 NASCAR Cup Series Charter Member Agreement terms applicable to all charter teams; and granting Plaintiffs the rights, and imposing the obligations, of the 2025 NASCAR Cup Series Charter Member Agreement except to the extent the release provision would bar Plaintiffs' antitrust claims through trial.

      c.      For such other relief the Court deems necessary.

Dated: August 25, 2025

Respectfully submitted,

WINSTON & STRAWN LLP

By:   */s/ Jeffrey L. Kessler*
      Jeffrey L. Kessler
      Neha Vyas
      **WINSTON & STRAWN LLP**
      200 Park Avenue
      New York, NY 10166
      Tel: (212) 294-6700
      Fax: (212) 294-4700
      jkessler@winston.com
      nvyas@winston.com

      E. Danielle T. Williams
      **WINSTON & STRAWN LLP**
      300 South Tryon Street
      16th Floor
      Charlotte, NC 28202
      Tel: (704) 350-7700
      Fax: (704) 350-7800
      dwilliams@winston.com

      Jeanifer E. Parsigian
      Michael Toomey
      **WINSTON & STRAWN LLP**
      101 California Street
      San Francisco, CA 94111
      Tel: (415) 591-1000
      Fax: (415) 591-1400
      jparsigian@winston.com
      mtoomey@winston.com

      Matthew R. DalSanto
      **WINSTON & STRAWN LLP**
      35 W. Wacker Drive
      Chicago, IL 60601
      Tel: (312) 558-5600
      Fax: (312) 558-5700
      mdalsanto@winston.com

Josh Hafenbrack
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com

Benjamin S. Gordon
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for Plaintiffs and Counterclaim Defendants 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. and Counterclaim Defendant Curtis Polk*

## **CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs and Counterclaim Defendants 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. and Counterclaim Defendant Curtis Polk*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' PROPOSED PRELIMINARY INJUNCTION** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants*

                */s/ Jeffrey L. Kessler*
                Jeffrey L. Kessler