UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | |
| NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No.: 3:24-cv-886-KDB-SCR |

**JOINT MOTION TO AMEND**
**STIPULATED PROTECTIVE ORDER**

2311 Racing LLC d/b/a 23XI Racing ("23XI"), Front Row Motorsports, Inc. ("Front Row"), and Curtis Polk (collectively, "Plaintiffs"), and National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC and James France (collectively, "Defendants" and together with Plaintiffs, the "Parties") respectfully move this Court to amend the Stipulated Protective Order (Dkt. No. 85) to permit the Parties to show both "Confidential" and "Highly Confidential - OCO" information to professional jury and/or trial

1

consultants, as well as mock jurors, provided they have signed Exhibit A of the Stipulated Protective Order.

1. On December 20, 2024, the Court entered the Stipulated Protective Order, which allows for "professional jury or trial consultants [and] mock jurors" who have signed Exhibit A thereto to view "Confidential" information. However, as written, it does not expressly allow such individuals to view "Highly Confidential - OCO" information. *See* Dkt. No. 85 ¶¶ 6(a)–(b).

2. In light of the Parties' trial preparation, they wish to amend the Stipulated Protective Order to allow for "professional jury or trial consultants [and] mock jurors" who have signed Exhibit A to view both "Confidential" and "Highly Confidential - OCO" information, as indicated in the Proposed Amended Stipulated Protective Order, attached hereto as Exhibit 1.

3. On September 16, 2025, counsel for the Parties conferred and agreed to move to amend the Stipulated Protective Order to allow "professional jury or trial consultants [and] mock jurors" to view both "Confidential" and "Highly Confidential - OCO" Party and Non-Party materials,[1] provided they have signed Exhibit A to the Stipulated Protective Order.

4. The Parties further agreed that upon the entry of an Order granting this Motion, the Parties shall notify all impacted Non-Parties of the amendment by transmitting electronically the Amended Stipulated Protective Order to such Non-Parties and their counsel as appropriate no later than three (3) business days upon the entry of the Order.

5. The Parties agree that there is good cause for the requested modifications to the Stipulated Protective Order.

---

[1] "Non-Party" means "any natural person, partnership, corporation, association, or other legal entity not named as a Party to this action." Dkt. No. 85 ¶ 1(h).

NOW THEREFORE, the Parties agree—and respectfully request that the Court grant the motion—to amend the Stipulated Protective Order as set forth in Exhibit 1, which:

- Allows "professional jury or trial consultants [and] mock jurors" who have signed Exhibit A to view both "Confidential" and "Highly Confidential - OCO" information of both Parties and Non-Parties. All impacted Non-Parties shall be notified electronically of the amendments to the Protective Order, no later than three (3) business days following the Court's entry of the Order.

Dated: September 23, 2025

By: /s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler*
Neha Vyas*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
nvyas@winston.com

Jeanifer E. Parsigian*
Michael Toomey*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

E. Danielle T. Williams (N.C. Bar No. 23283)
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Matthew R. DalSanto*

**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Josh Hafenbrack*
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com

Benjamin Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for Plaintiffs and Counter-Defendants*

Eric S. Hochstadt*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*Counsel for Counter-Defendant Curtis Polk*

*Admitted *pro hac vice*

Respectfully submitted,

By:   */s/ Tricia Wilson Magee*
     Tricia Wilson Magee (N.C. Bar No. 31875)
     **SHUMAKER, LOOP, & KENDRICK, LLP**
     101 S Tryon Street, Suite 2200
     Charlotte, NC 28280
     Tel: 704-945-2911
     Fax:704-332-1197
     tmagee@shumaker.com

     Christopher S. Yates*
     Ashley M. Bauer*
     Natalie W. Kaliss*
     **LATHAM & WATKINS LLP**
     505 Montgomery Street, Suite 2000
     San Francisco, CA 94111
     Telephone: (415) 395-8240
     Facsimile: (415) 395-8095
     chris.yates@lw.com
     ashley.bauer@lw.com
     natalie.kaliss@lw.com

     Lawrence E. Buterman*
     Shayan Ahmad*
     Quinlan Cummings*
     **LATHAM & WAKINS LLP**
     1271 Avenue of the Americas
     New York, NY 10020
     Telephone: (212) 906-1200
     Facsimile: (212) 751-4864
     lawrence.buterman@lw.com
     shayan.ahmad@lw.com
     quinlan.cummings@lw.com

     Anna M. Rathbun*
     David L. Johnson*
     Christopher J. Brown*
     Christina R. Gay*
     Margaret E. Cohen*
     **LATHAM & WATKINS LLP**
     555 Eleventh Street, NW, Suite 1000
     Washington, DC 20004
     Telephone: (202) 637-2200
     Facsimile: (202) 637-2201
     anna.rathbun@lw.com

david.johnson@lw.com
chris.brown@lw.com
christina.gay@lw.com
margaret.cohen@lw.com

*Admitted *pro hac vice*

*Counsel for Defendants and Counter-Plaintiff*

## CERTIFICATE OF COMPLIANCE

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs and Counter-Defendants*