UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE,<br><br>Defendants.<br><br>NASCAR EVENT MANAGEMENT, LLC,<br><br>Counter-Plaintiff,<br><br>v.<br><br>2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK,<br><br>Counter-Defendants. | Civil Action No. 3:24-cv-886-KDB-SCR<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
MARKET DEFINITION AND MONOPSONY POWER**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. respectfully move for partial summary judgment on their claims on the issues of market definition and Defendants' monopsony power.

Plaintiffs have filed this motion for partial summary judgment ahead of trial according to the case schedule and respectfully request that the Court consider it on an expedited basis, so that the issues for trial may be narrowed and the proceedings be simplified.

As set forth more fully in the accompanying Memorandum, the grounds for Plaintiffs' motion for partial summary judgment are as follows:

1. There is no genuine dispute of fact over the existence of Plaintiffs' proposed relevant input market for the services of premier stock car racing teams. Defendants have alleged the existence of the same market in their pleadings, thereby admitting its existence. Even if Defendants are not deemed to have admitted it, they should be estopped from disclaiming its existence, having successfully convinced the court to deny a motion to dismiss their claims on the same market. *See* Dkt. 120, 162. And on the record, Plaintiffs have met their burden to show that the proposed input market for the services of premier stock car racing teams is a relevant market, and NASCAR cannot raise a material factual dispute or triable issue on this point.

2. There is no genuine dispute of fact that NASCAR is, and has been for decades, the sole purchaser in the relevant market, and that the market is characterized by high barriers to entry. A buyer with decades-long, durable dominant market share in a market characterized by high barriers to entry has monopsony power (and necessarily also market power), and Defendants cannot raise a material factual dispute or triable issue on this point. *See E.I. du Pont de Nemours & Co. v. Kolon Indus., Inc.,* 637 F.3d 435, 451 (4th Cir. 2011) (noting that "courts have also focused on the durability of the defendant's market power" in ruling 70% market share by a company that had "long dominated" the relevant market could constitute monopoly power).

WHEREFORE: Plaintiffs hereby respectfully requested that the Court enter partial judgment in favor of Plaintiffs on the issues of market definition and monopoly power on Plaintiffs' claims.

Dated: October 1, 2025            Respectfully submitted,

                                      WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
Neha Vyas
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
nvyas@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com
sknight@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Josh Hafenbrack
Benjamin L. Rudofsky

**WINSTON & STRAWN LLP**
1901 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

# CERTIFICATE OF COMPLIANCE

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON MARKET DEFINITION AND MONOPSONY POWER** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record as follows:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants*

        */s/ Jeffrey L. Kessler*
        Jeffrey L. Kessler

6

Case 3:24-cv-00886-KDB-SCR   Document 230   Filed 10/01/25   Page 6 of 6