UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. <br><br> NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No. 3:24-cv-886-KDB-SCR |

**NASCAR'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, NASCAR respectfully moves for summary judgment against Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. (collectively, "Plaintiffs") on their Sherman Act Sections 1 and 2 claims (Am. Compl., Counts One and Two).

As set forth more fully in the accompanying Memorandum, the grounds for NASCAR's summary judgment motion against Plaintiffs' claims are as follows:

1. There is no genuine dispute of material fact that Plaintiffs' claims are time-barred. The statute of limitations for Sherman Act claims is four years. The bulk of the conduct Plaintiff challenges occurred between 2016 and 2019. Claims based on that conduct are long expired. Plaintiffs' reliance on the continuing violation doctrine is misplaced; that doctrine has no applicability here.

2. There is no genuine dispute of material fact that Plaintiffs voluntarily and repeatedly released their claims. The Fourth Circuit already upheld that release language as "standard" contractual language that released claims based on all sorts of prior conduct, including antitrust claims.

3. There is no genuine dispute of material fact that Plaintiffs put forward a single, aggregated damages number for a purported "course of conduct," including time-barred conduct. Plaintiffs fail to distinguish damages for actionable and non-actionable conduct, rendering Plaintiffs' damages evidence inapplicable and leaving the jury only to speculate.

4. There is no genuine dispute of material fact that Plaintiffs lack standing to assert their claims. Plaintiffs concede they are not trying to start their own competing racing series. Thus, the allegedly exclusionary provisions in NASCAR's racetrack sanctions and Charter Agreements could not have caused them any harm. Plaintiffs also never signed the 2025 Charter Agreements and are not bound by any provisions therein. And Plaintiffs' damages expert conceded that he offers no opinion that the acquisitions caused Plaintiffs harm.

5. There is no genuine dispute of material fact that 23XI entered the Cup Series eyes wide open. 23XI understood the terms of the Charter, believed that they were not

2

Case 3:24-cv-00886-KDB-SCR    Document 235    Filed 10/03/25    Page 2 of 6

competitive, and decided to go forward anyway. 23XI cannot now complain of being locked in. Plaintiffs' gerrymandered, fail-safe, alleged market should be rejected as a matter of law, even if the testimony of their expert satisfied Rule 702, which it does not.

6. Finally, there is no genuine dispute of material fact that Plaintiffs' Section 1 claim fails for lack of proof. Plaintiffs fail to provide any evidence on essential elements under the rule of reason. This is fatal at summary judgment.

WHEREFORE, NASCAR respectfully requests that this Court grant its Motion for Summary Judgment.

Dated: October 3, 2025		Respectfully submitted,

							By:	/s/ Christopher S. Yates
								Christopher S. Yates*
								Ashley Bauer*
								**LATHAM & WATKINS LLP**
								505 Montgomery Street, Suite 2000
								San Francisco, CA 94111
								chris.yates@lw.com
								ashley.bauer@lw.com

								Lawrence E. Buterman*
								**LATHAM & WATKINS LLP**
								1271 Avenue of the Americas
								New York, NY 10020
								lawrence.buterman@lw.com

								Anna M. Rathbun*
								David L. Johnson*
								Christopher J. Brown*
								Christina R. Gay*
								**LATHAM & WATKINS LLP**
								555 Eleventh Street, NW, Suite 1000
								Washington, DC 20004
								anna.rathbun@lw.com
								david.johnson@lw.com
								chris.brown@lw.com
								christina.gay@lw.com

								Tricia Wilson Magee (N.C. Bar No. 31875)
								**SHUMAKER, LOOP, & KENDRICK, LLP**
								101 S Tryon Street, Suite 2200
								Charlotte, NC 28280
								Telephone: (704) 945-2911
								Facsimile: (704) 332-1197
								tmagee@shumaker.com

								*Admitted *pro hac vice*

								*Counsel for NASCAR and James France*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 3rd day of October, 2025.

*/s/ Christopher S. Yates*
Christopher S. Yates
Of Latham & Watkins LLP

# CERTIFICATE OF SERVICE

I certify that on October 3, 2025, a true and correct copy of the foregoing was served via Email on the below counsel of record for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. and Counter-Defendant Curtis Polk.

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Eric S. Hochstadt
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

/s/ *Christopher S. Yates*
Christopher S. Yates