# Exhibit 2

## **Declaration of Brad Keselowski**

My name is Bradley Aaron Keselowski. I grew up in a family that loved motorsports and racing. I began racing stock cars when I was 16 and raced in a NASCAR Craftsman Truck Series race in 2004 when I was 20 years old. I also raced in the NASCAR Xfinity Series and ultimately the NASCAR Cup Series. In my Cup Series career, I have won 36 races, and I was named one of NASCAR's 75 Greatest Drivers in 2023. I was the Cup Series Champion in 2012. Effective January 1, 2022, I joined Roush Fenway Racing (now known as Roush Fenway Keselowski Racing or RFK Racing) as a driver and co-owner.

RFK Racing currently owns two NASCAR Charters and leases a third for the entry of three cars in Cup Series races. RFK Racing also is a co-owner of Roush Yates Engines, which manufactures engines for many Ford teams in the Cup Series and also in other motorsports series. When I became a co-owner of RFK Racing, negotiations for the 2025 Charter extension were ongoing, and while I was not directly involved in the negotiations, my understanding is that there were multiple drafts of the 2025 Charter exchanged. Although the teams did not get all they wanted in the Charter negotiations, the 2025 Charter reflects a compromise RFK Racing was ultimately willing to accept, and I believe it should contribute to growth in team equity values.

As a successful driver, I love competing in all sorts of motorsports. I was approached by a short-track series called Superstar Racing Experience (SRX) about driving in SRX races. SRX was a series composed of stock vehicles that raced on short tracks in America. Unlike many motorsports series, including the Cup Series, there were no separately owned teams in SRX. Instead, SRX owned all cars, directly hired drivers, and provided the pit crews.

I raced in the entire SRX series season (six races) in 2023 while continuing as a co-owner of, and driver for, a Cup Series team. NASCAR did not prohibit my participation in the SRX series.

I am presenting this declaration voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2025.

Signed by:

_____
Bradley Aaron Keselowski