# Exhibit 3

# Declaration of Carl Long

My name is Carl Long. I have raced cars since 1983, raced as a driver in 26 NASCAR Cup Series races, and have worked as a driver, crew chief, spotter, mechanic, and competition director during my career.

In 2005, I founded Motorsports Business Management LLC. In 2014, Motorsports Business Management added partners, however, I continue to lead the organization today. MBM Motorsports is the branch of Motorsports Business Management LLC that races cars in various motorsports. MBM Motorsports has more than 630 NASCAR Xfinity Series starts and also competes in the NASCAR Craftsman Truck Series. In addition, MBM Motorsports has raced more than 125 times in the NASCAR Cup Series as an Open team (in other words a team that does not have a NASCAR Charter).

MBM Motorsports has raced as an Open team within the rules and only for the purse that NASCAR makes available—and has done so with no issues. MBM Motorsports intends to enter in at least 20 Cup Series races next year as an Open team— and believes it could race in all 36 points races relying on just sponsorship and purse revenue if it was guaranteed entry into all Cup Series races.

While MBM Motorsports has attempted to purchase a NASCAR Charter, it has been unsuccessful to date. MBM Motorsports wants to ensure that it has the ability to continue entering NASCAR Cup Series races as an Open Team, which is what led me to send the email attached as Exhibit 1 to NASCAR's President, Steve O'Donnell. As I said in that email, the potential impact of Court decisions on MBM Motorsports and its ability to continue to race in NASCAR Cup Series races (either by having Charters available for purchase or as Open teams) is important to our future because we need to make plans for the years to come.

If MBM Motorsports was able to acquire a 2025 Charter as it currently exists, MBM Motorsports would do so because I believe in the future of the Cup Series and I also believe that the current Charter system brings value to race teams, and guaranteed entry into races would make it easier for MBM Motorsports to sell sponsorships.

I am presenting this declaration voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 26, 2025.

*/s/ Carl Long*

Carl Long

# EXHIBIT 1

# O'Donnell, Steve

| | |
|---|---|
| **From:** | Carl Long <carl@mbmmotorsports.com> |
| **Sent:** | Thursday, September 4, 2025 8:54 AM |
| **To:** | O'Donnell, Steve <sodonnell@nascar.com> |
| **Cc:** | Rocky Smith <Rhs3@rhsco.com> |
| **Subject:** | Open team 2026 |

Good morning Steve, this is Carl Long, i included majority Garage 66 owner Rocky Smith on this email.

I am concerned with all the court decisions being made, how our future in NASCAR lands. We do intend on racing over 20 events next year, possibly more as we are one of the only teams available for a driver to compete in cup. We have attempted to purchase charters over the last few years, and were better dealed out for one reason or another, but never because we could not pay for it.

If you issue 4 new charters, and 23xi and front row get their 6 back, that's 40 cars and no spot for us?

I had told Elton in a conversation we have the ability to purchase a charter and would like to be considered if that became an option. We have been able to race with the rules and purse NASCAR has provided with no issues. We are the only independent team that maps our own engines. We have no OEM support, so we use the Hawkeye NASCAR provides to prepare for races with no issues.

Is it possible for Rocky and I to meet with you and whoever else you think can give us direction? We are looking at building more cars and making plans for years to come. We can come to Daytona or meet you at Bristol in person. I am the face of Garage 66 , however Rocky is the $$ behind us and has questions I cannot answer.

Thank you