# Exhibit 4

## Declaration of B.J. McLeod, Jr.

My name is Burton Darwin ("B.J.") McLeod, Jr. I began my driving career when I was young, racing go-karts and then various forms of stock cars. I have competed in about 150 NASCAR Cup Series races, about 170 NASCAR Xfinity races, and about 40 NASCAR Craftsman Truck Series races.

In 2010, I started a driver development team called B.J. McLeod Motorsports to give opportunities to up and coming drivers. In 2020, I formed Live Fast Motorsports which purchased a portion of a NASCAR Charter that Live Fast Motorsports used to compete in Cup Series races (racing the No. 78 car) until the end of the 2023 season when I decided to sell the Charter to Spire Motorsports due to the demand of NASCAR charters rising and the increase in value, it was the best business decision for me at that time. I thought that the terms of the 2016 Charter agreement were fair and the value of owning one increased over the time I operated and owned it.

Since selling the Charter at the end of the 2023 season, the No. 78 car has continued to compete in Cup Series races as an Open team. Recently, Katherine Legge has driven the No. 78 car in multiple races, including the 2025 Cup Series race on the streets of Chicago. Katherine finished 19th in that race, becoming the first female driver to finish in the top-20 of a Cup Series race in over eight years. Katherine followed that up with a 17th place finish at the Brickyard 400 even though she started the race in 38th position. Katherine is a highly accomplished driver who has also raced in IndyCar and sports cars, competing in the Rolex 24 at Daytona and the 12 Hours of Sebring.

I was happy to give Katherine the opportunity to compete in the Cup Series—and she made it easier by bringing with her sponsors who are supporting her and who are "all-in" on her efforts in NASCAR. Katherine is the same sort of trailblazer that Danica Patrick was for women in motorsports and I'm happy to be able to open doors for her in the Cup Series.

I am presenting this declaration voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2025.

*/s/ B.J. McLeod*

B.J McLeod, Jr.