# Exhibit 6

## Declaration of Gordon Smith

My name is Gordon Smith and I am the majority owner of Hyak Motorsports along with Brad Daugherty, Mark Hughes and Ernie Cope. When I became principal owner of Hyak Motorsports in November 2023, it was known as JTG Daughterty Racing. We executed a rebrand of the team to Hyak Motorsports to emphasize our focus on performance, innovation and fan engagement. Hyak means "fast" in Chinook jargon. Hyak Motorsports currently enters one car, the No. 47 car driven by Ricky Stenhouse, Jr., into NASCAR Cup Series races. We do not currently participate in any other forms of professional racing.

Prior to getting involved in NASCAR, I co-founded a successful maritime transportation company called Hyak Maritime. In addition to owning tugboats, Hyak Maritime owns a 34-acre shipyard repair and vessel management facility in Astoria, Oregon called Hyak Tongue Point.

I became an owner in Hyak Motorsports prior to the 2016 season, which was the first season in which teams operated with Charters. I made the decision to invest in Hyak Motorsports because I love racing and was excited to enter into what I hoped to be a growing sport. I became the principal owner of Hyak Motorsports in the fall of 2023, while the 2016 Charter was still in effect and while negotiations between Charter holders and NASCAR over the terms of a new Charter were well underway. In November 2023, I was quoted as saying: "Becoming the owner of Hyak Motorsports brings an exciting opportunity. I look forward to building on the team's accomplishments, investing in its future, and driving toward new successes in partnership with our fans, sponsors, and team members." At that time, I hoped that the Charter negotiations would result in a new deal that brought greater value and stability to all teams.

After I became the principal owner of the Hyak Motorsports in November 2023, NASCAR sent multiple draft version of the 2025 Charter. I recall receiving drafts in May 2024, August 2024, and finally in September 2024. Hyak Motorsports accepted NASCAR's final Charter offer on September 6, 2024 because I believed that signing the new Charter agreement, which provided greater revenue than the prior deal, made more sense than potentially losing the Charter that we owned, which provided an essential source of revenue and stability for our team. During the negotiation process, NASCAR listened to input from Hyak Motorsports, even though we are one of the smaller Cup Series teams.

The Cup Series is a unique in many ways because tracks, teams, drivers, and NASCAR all need to cooperate and work together to deliver races that our fans want to watch, which also drives media and sponsorship interest. It is critical to have tracks which are able to invest in their facilities and the fan experience. In addition, it is important for teams like Hyak Motorsports to invest in future growth. And, of course, NASCAR needs to invest as well so that the Cup Series doesn't fall behind other major sports in terms of fan interest.

I believe that the 2025 Charter represents the best deal that Hyak Motorsports and the other participating teams were able to negotiate, and the stability and certainty afforded by the Charter system is a key and integral part of what enables us to have success. I have significant concerns about the current litigation given the uncertainty it brings and the detrimental effect it may have on the future of the sport. More than anything, I hope that the litigation is resolved in

a manner that protects the future viability of our incredible sport, and creates greater stability and certainty for all participants and stakeholders.

    I am presenting this declaration voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2025.

_____

Gordon Smith