# Exhibit 7

# Declaration of Rick Ware

My name is Rick Ware, I'm the owner and founder of Rick Ware Racing ("RWR"). RWR is and always has been, a family-run business, run by myself and my wife of 34 years, Lisa Ware. I have a long history in motorsports in general, as I grew up around the racetrack and spent years as a driver before transitioning to being a team owner. I have been involved in the NASCAR Cup Series, various other NASCAR sanctioned series, the NTT IndyCar Series, IMSA sports car racing, NHRA racing, AFT short track racing and supercross racing on a world stage in WSX. As a NASCAR Cup Series team owner, I proudly watch my son, Cody Ware, drive the No. 51 car for RWR every week as its full-time driver.

RWR began entering NASCAR Cup Series events in 2004. RWR first leased Charters, then purchased its first of two NASCAR Charters from Front Row Motorsports in 2018, followed by a second in 2019. In 2020, RWR then purchased a third Charter from Premium Motorsports. Since 2020, RWR has been the owner and operator of multiple NASCAR charters. I have participated in many Charter transactions since 2018 as a lessor, lessee, buyer and seller. I feel my knowledge concerning Charter transactions is very extensive.

Most recently, in January 2025, after the current Charter Agreement took effect, I was approached by Legacy Motor Club about buying one of Charters held by RWR. I agreed to meet because the value of Charters had increased significantly since 2014. I indicated to Legacy Motor Club that the range within which I would consider selling one of the Charters would be approximately $50 million.

The Charter system has allowed a small, family run race team like RWR to use the financial security that is inherit with the provisions of the agreement with NASCAR, to grow into a multi-disciplinary motorsport organization that includes having owned and leased as many as five (5) full-time Charters at one time in the 2020 and 2021 NASCAR Cup Series seasons. Without the Charter system, we could not have grown our footprint to what it is today and would not have ever realized the ability to operate as a full-time NASCAR Cup Series team.

I am presenting this declaration voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2025.

_____
Rick Ware

Rick Ware Racing