# Exhibit 9

Docusign Envelope ID: 427C1CE8-E2CE-4380-A32E-05FA20CB210C

**Declaration of Jon Wood**

My name is Jon Wood, and I am the President of Wood Brothers Racing, an organization created in Stuart, Virginia by my grandfather Glen Wood and my great-uncle Leonard Wood, 75 years ago. My father, Eddie, is the CEO of Wood Brothers Racing. My uncle Len is the Chief Operating Officer and my aunt, Kim Wood Hall, is the Chief Financial Officer. The third generation of our family is now actively involved in the racing team with me being named President in 2024, Jordan Wood Hicks working as Chief Marketing Officer, and Keven Wood, an Executive Vice President, working on the competition side of the race team.

Our Wood Brothers Racing story began in 1950 when my grandfather, Glen, started racing as a hobby near Martinsville, Virginia. My grandpa raced on the sand in Daytona Beach well before the Daytona International Speedway opened in 1959. He qualified on pole in the Convertible division for the first Daytona 500 in 1959 and later won four NASCAR races in the Grand National division, now known as the Cup Series. Wood Brothers Racing has won races in NASCAR over eight decades, securing over 120 pole positions and winning our 101st race in 2025. Legendary drivers like David Pearson, Cale Yarborough, and A.J. Foyt who primarily raced in the Indy Car series, have driven for Wood Brothers Racing and we have won NASCAR's most prestigious race, the Daytona 500 five times. Wood Brothers holds the Guinness World Record as the longest active NASCAR racing team and both my grandfather and my great-uncle are both Inductees in the NASCAR Hall of Fame, classes in 2012 and 2013 respectively.

Presently, Wood Brothers Racing fields one car, the No. 21 Wood Brothers Racing Ford driven by Josh Berry, in the NASCAR Cup Series. Josh previously won the CARS Tour championship and drove one of the JR Motorsports Xfinity Series entries, followed by a year with Stewart Haas Racing in the Cup series.

After running a full season as an Open Team in 2016 and leasing a NASCAR Charter for the 2017 NASCAR Cup season, Wood Brothers Racing obtained a partial interest in a NASCAR Charter in 2018. In December of 2020, we exercised our option to buy the charter outright, better positioning ourselves for our future involvement in the sport. I believe that the 2016 Charter delivered value to Wood Brothers and was the reasoning for investing in the Charter in 2020. I believe that the 2025 Charter delivers even more value.

Negotiations on the renewed Charter agreement began in 2022. I recall receiving drafts of a new agreement before getting the final version in September 2024. In short, Wood Brothers Racing's sole income is from racing in NASCAR and we believe that the 2025 Charter as it currently exists brings value to the race teams. We signed the 2025 Charter because we believe in the future of the Cup Series and we didn't want to risk losing what my family has worked so hard to create over the years. With this in mind, we must note the concern we have with this litigation and the uncertainty it brings and the detrimental effect it may have on the future of the sport.

As the longest active NASCAR team, Wood Brothers Racing respects the France Family and the investments they have made to grow the Cup Series into what it is today.

Docusign Envelope ID: 427C1CE8-E2CE-4380-A32E-05FA20CB210C

I am presenting this declaration voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2025.

_____

Jon Wood