# Exhibit 23

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**