# Exhibit 29

## Statement of Richard Childress

My name is Richard Childress. I am the owner of Richard Childress Racing, which I founded in 1969.

As a team owner for many decades, I believe in the concept of NASCAR's Charter system. Given the challenging business model and economics that Cup Series team owners face, Charters are essential to creating enterprise value for teams. The Charter system has helped create long-term equity value and has allowed for team equity value to grow. Without Charters, the team ownership model is unsustainable. That is why I remain committed to finding a mutually agreeable solution that will provide permanent Charters to all Charter holders.

I am presenting this statement voluntarily and of my own free will. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 3, 2025.


_____
Richard Childress