# Exhibit 30

## Declaration of Joe Gibbs

My name is Joe Gibbs and I am an owner and the founder of Joe Gibbs Racing ("JGR"). I founded JGR in 1991 when my first stint as Head Coach of the Washington Redskins in the NFL was coming to an end. JGR has been fortunate to have success racing in the NASCAR Cup Series and also the NASCAR Xfinity Series. JGR drivers have won five Cup Series championships and four Xfinity Series championships.

Jim France and Steve Phelps asked me to provide a Declaration in this matter. I am doing so, though with great reservation. JGR and I are in an incredibly difficult position. On the one hand, I have had a close and important relationship with the France family for decades, and consider Jim France a personal friend. Jim and I have had numerous talks about our families and how important NASCAR is to their future. At the same time, this lawsuit involves some of our very important partners: Toyota, alliance partners, and our driver Denny Hamlin. These relationships are some of JGR's most important business relationships. Therefore, the outcome of this lawsuit is very important for JGR and my family.

The most important thing to me is that this lawsuit is resolved amicably, quickly, and in a manner that preserves the Charter system and the long-term viability of our incredible sport. That must happen to ensure the health, happiness and prosperity of our many hundreds of employees and their families. Nothing matters more to me.

I have respect for the time, effort and money the France Family has put into making NASCAR what it is today. NASCAR has also been willing to evolve as the motorsports and sports and entertainment landscape has changed, particularly over the past 20 years. NASCAR and the teams ultimately agreed to the system now known as the Charter agreement, which went into effect for the 2016 Cup Series season. I think that the Charter system has created equity value, though it is imperative that the equity value become permanent. I have repeatedly expressed my strong desire for the Charter system to become permanent in nature, and I continue to hold out hope that will one day be the case. Doing so would, in my view, solidify the financial health and well-being of the Cup teams and the sport as a whole. The Charter system also delivered guaranteed entry into Cup Series races for Charter holders.

The 2016 Charter was set to expire at the end of 2024. The negotiations over the new Charter, the 2025 Charter, were long and difficult, lasting over 2 years. JGR ultimately agreed to sign the 2025 Charter Agreement. Had we not, JGR would have put at risk its four Charters, which in turn, would have put at risk the organization as a whole, and the employees and families that rely on us.

I am hopeful that the 2025 Charter and the efforts of NASCAR, the teams, the tracks, and our sport's media partners will deliver continued success for all of the stakeholders necessary to put on exciting races that our fans love.

I am presenting this declaration voluntarily and of my own free will. I have made it clear to both sides in this lawsuit that I do not want to be a witness and that I think it's important for this to be resolved before any real damage is done to the sport. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2025.

_____
Joe Gibbs