UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. <br><br> NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No. 3:24-cv-886-KDB-SCR |

**RESPONSE TO NASCAR'S MOTION
FOR JUDICIAL SETTLEMENT CONFERENCE**

NASCAR's Motion for a Judicial Settlement Conference is another effort to play to the court of public opinion and attempt to color the perception of Plaintiffs, rather than to progress this case earnestly toward a negotiated resolution. The parties designated Jeffrey A. Mishkin of Phillips ADR Enterprises as mediator on January 28, 2025. Mr. Mishkin is the former Executive Vice President and Chief Legal Officer of the National Basketball Association and was the head of the Sports Practice at Skadden, Arps, Slate, Meagher & Flom for more than twenty years where he represented the PGA TOUR, NFL, NHL, MLB, NCAA, MLB, and U.S. Tennis Association, among many other sports organizations. He has significant expertise in complex, sports-related antitrust disputes and has served as an arbitrator or mediator for the international Court of Arbitration for Sport, the America's Cup, FIFA, and the NFL, among others.

Mr. Mishkin has invested a great deal of time learning this case and meeting with the parties—not just at the in-person mediation session on August 5, 2025, but in multiple phone calls with the parties' counsel prior and subsequent to the mediation. Plaintiffs have thus requested that NASCAR continue to engage with them via Mr. Mishkin or to make a settlement offer directly to Plaintiffs' counsel, but NASCAR has not responded to those requests and instead filed this motion. It seems NASCAR is not happy with the diagnosis and wants to seek a second opinion.

Plaintiffs submit that, with a mere eight weeks until trial, starting over with a judicial officer who will have to learn the case background and the parties' history is less likely, not more likely, to lead to resolution, which all interested parties appear to agree is in their collective best interests. Accordingly, Plaintiffs respectfully maintain that the Court should instead order the parties to engage in another session with the previously selected mediator. However, Plaintiffs remain willing and available to engage in meaningful settlement discussions anytime, anywhere, and with anyone.

Dated: October 6, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP

　　　　　　　　　　　　　　　　　　By:　/s/ Jeffrey L. Kessler
　　　　　　　　　　　　　　　　　　　　Jeffrey L. Kessler (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Neha Vyas (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　　　Tel: (212) 294-6700
　　　　　　　　　　　　　　　　　　　　Fax: (212) 294-4700
　　　　　　　　　　　　　　　　　　　　jkessler@winston.com
　　　　　　　　　　　　　　　　　　　　nvyas@winston.com

　　　　　　　　　　　　　　　　　　　　Danielle T. Williams
　　　　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　　　　　300 South Tryon Street
　　　　　　　　　　　　　　　　　　　　16th Floor
　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28202
　　　　　　　　　　　　　　　　　　　　Tel: (704) 350-7700
　　　　　　　　　　　　　　　　　　　　Fax: (704) 350-7800
　　　　　　　　　　　　　　　　　　　　dwilliams@winston.com

　　　　　　　　　　　　　　　　　　　　Jeanifer Parsigian (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Michael Toomey (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　　　　　101 California Street
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　Tel: (415) 591-1000
　　　　　　　　　　　　　　　　　　　　Fax: (415) 591-1400
　　　　　　　　　　　　　　　　　　　　jparsigian@winston.com
　　　　　　　　　　　　　　　　　　　　mtoomey@winston.com

　　　　　　　　　　　　　　　　　　　　Matthew R. DalSanto (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Tel: (312) 558-5600
　　　　　　　　　　　　　　　　　　　　Fax: (312) 558-5700
　　　　　　　　　　　　　　　　　　　　mdalsanto@winston.com

　　　　　　　　　　　　　　　　　　　　Josh Hafenbrack (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Benjamin L. Rudofsky (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　　　　　1901 L Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036

Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon (*pro hac vice*)
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for Plaintiffs and Counterclaim Defendants 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. and Counterclaim Defendant Curtis Polk*


Eric S. Hochstadt (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*Counsel for Counterclaim Defendant Curtis Polk*

## CERTIFICATE OF COMPLIANCE

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs and Counterclaim Defendants 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. and Counterclaim Defendant Curtis Polk*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RESPONSE TO NASCAR'S MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants and Counterclaim Plaintiff*

                                                  */s/ Jeffrey L. Kessler*
                                                  Jeffrey L. Kessler