IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING and FRONT ROW MOTORSPORTS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> *Defendants*. | Civil Action No. 3:24-cv-00886-KDB-SCR |
| NASCAR EVENT MANAGEMENT, LLC, <br><br> *Counter-Plaintiff*, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> *Counter-Defendants*. | |

**DRIVERS ADVISORY COUNCIL'S MOTION FOR LEAVE
TO FILE BRIEF AS AMICUS CURIAE**

Non-party the Drivers Advisory Council ("DAC") respectfully requests leave to file a brief as amicus curiae in the above-captioned case. The DAC's proposed amicus brief is attached hereto as **Exhibit 1**.

The fact, extent, and manner of participation by an amicus is within the discretion of the court. *E.g.*, *Am. Humanist Ass'n v. Maryland-National Capital Park & Planning Comm'n*, 303 F.R.D. 266, 269 (D. Md. 2014). Courts within this district have previously granted leave to file

1

amicus briefs. *USA Farm Labor, Inc. v. Su*, 694 F. Supp. 3d 693, 700 (W.D.N.C. Sept. 26, 2023). Amicus briefs are generally allowed at the trial court level where the amici have a special interest in the subject matter of the suit or the brief provides a helpful analysis of the law. *Am. Humanist Ass'n*, 303 F.R.D. at 269.

Here, the DAC is a voluntary association of NASCAR drivers whose mission is to represent and advocate for the drivers within the sport. On behalf of its drivers, the DAC negotiated the Drivers' Ambassador Program in the 2025 charter agreements whose structure is being challenged in this lawsuit. The Court recently ordered court-supervised mediation in this case to occur on October 21, 2025. The DAC is concerned that its drivers' rights and interests may be materially impacted by any resolution in this case, as set forth more fully in its proposed amicus brief, and seeks leave to file its proposed amicus brief to present the DAC's rights and interests at issue in this dispute.

Counsel for the DAC reached out to counsel for all the parties to this case regarding their position on the instant motion. Counsel for Plaintiffs stated that Plaintiffs consent to this motion, and counsel for Defendants stated that Defendants take no position on this motion.

For the foregoing reasons, the DAC respectfully requests that this Court grant it leave to file its proposed amicus brief.

Dated: October 21, 2025

**MCGUIREWOODS LLP**

/s/ *Robert A. Muckenfuss*
Robert A. Muckenfuss (SBN #28218)
Kelly Warlich (SBN #51053)
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Tel: 704.343.2052
Fax: 704.444.8707
rmuckenfuss@mcguirewoods.com
kwarlich@mcguirewoods.com
*Attorneys for the Drivers Advisory Council*

**CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

/s/*Robert A. Muckenfuss*
Robert A. Muckenfuss

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of Court for the Western District of North Carolina by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

/s/*Robert A. Muckenfuss*
Robert A. Muckenfuss