IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00886-KDB-SCR

| | |
|---|---|
| 2311 RACING LLC, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NATIONAL ASSOCIATION FOR )<br>STOCK CAR AUTO RACING, LLC, et. )<br>al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Jennifer Giordano and Marguerite Sullivan]" (Doc. Nos. 294-95) filed October 27, 2025. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: October 27, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge