UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. <br><br> NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | No.: 3:24-cv-886-KDB-SCR |

## STIPULATION REGARDING MATTERS TO EXCLUDE AT TRIAL

WHEREAS, trial in the above-caption action (the "Action") is scheduled for December 1, 2025;

WHEREAS, 2311 Racing LLC d/b/a 23XI Racing, Front Row Motorsports, Inc., and Curtis Polk, and National Association for Stock Car Auto Racing, LLC, NASCAR Holdings LLC, NASCAR Event Management, LLC, and James France wish to cooperate in developing efficient means of addressing certain issues which would otherwise be the subject of motions in limine by a party or parties to this Action (collectively, the "Parties," and each individually a "Party"); and

1

WHEREAS, the parties have met and conferred to discuss potential resolutions of the Parties' anticipated motions in limine;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by the undersigned counsel on behalf of the Parties, that during trial before the jury in this case:

1. The Parties will not make any *ad hominem* personal attacks or otherwise denigrate counsel at trial, including specifically through attacks on counsel's role in the litigation.

2. The Parties will not refer to or discuss prior cases where counsel for the Parties served in opposition to one another, including but not limited to, *N. Am. Soccer League LLC v. United States Soccer Fed'n, Inc.*, 1:17-cv-05495 (E.D.N.Y.), *Relevent Sports, LLC v. United States Soccer Federation Inc.*, No. 1:19-cv-08359 (S.D.N.Y), and *Shields et al v. Fédération Internationale de Natation*, Case No. 3:18-cv-07393-JSC (N.D. Cal.).

3. The Parties will not refer to the allegations in the second sentence of Paragraph 65 of Plaintiffs' Amended Complaint regarding former NASCAR executive Brian France or the alleged circumstances surrounding Brian France's departure from NASCAR.

Dated: October 27, 2025        By:    /s/ Jeffrey L. Kessler
                                      Jeffrey L. Kessler*
                                      Neha Vyas*
                                      **WINSTON & STRAWN LLP**
                                      200 Park Avenue
                                      New York, NY 10166
                                      Tel: (212) 294-6700
                                      Fax: (212) 294-4700
                                      jkessler@winston.com
                                      nvyas@winston.com

                                      Jeanifer E. Parsigian*
                                      Michael Toomey*
                                      **WINSTON & STRAWN LLP**
                                      101 California Street
                                      San Francisco, CA 94111
                                      Tel: (415) 591-1000

Fax: (415) 591-1400  
jparsigian@winston.com  
mtoomey@winston.com  

E. Danielle T. Williams (N.C. Bar No. 23283)  
**WINSTON & STRAWN LLP**  
300 South Tryon Street  
16th Floor  
Charlotte, NC 28202  
Tel: (704) 350-7700  
Fax: (704) 350-7800  
dwilliams@winston.com  

Matthew R. DalSanto*  
**WINSTON & STRAWN LLP**  
35 W. Wacker Drive  
Chicago, IL 60601  
Tel: (312) 558-5600  
Fax: (312) 558-5700  
mdalsanto@winston.com  

Josh Hafenbrack*  
Benjamin L. Rudofsky*  
**WINSTON & STRAWN LLP**  
1901 L Street NW  
Washington, DC 20036  
Tel: (202) 282-5000  
Fax: (202) 282-5100  
jhafenbrack@winston.com  

Benjamin S. Gordon*  
**WINSTON & STRAWN LLP**  
333 S. Grand Avenue  
Los Angeles, CA 90071  
Tel: (213) 615-1700  
Fax: (213) 615-1750  
bgordon@winston.com  

*Counsel for Plaintiffs and Counter-Defendants*  

Eric S. Hochstadt*  
**ORRICK, HERRINGTON & SUTCLIFFE LLP**  
51 W 52nd Street  
New York, New York 10019  
Tel: (212) 506-5282

ehochstadt@orrick.com

*Counsel for Counter-Defendant Curtis Polk*

*Admitted* pro hac vice

Respectfully submitted,

By:    */s/ Tricia Wilson Magee*
      Tricia Wilson Magee (N.C. Bar No. 31875)
      **SHUMAKER, LOOP, & KENDRICK, LLP**
      101 S Tryon Street, Suite 2200
      Charlotte, NC 28280
      Tel: 704-945-2911
      Fax:704-332-1197
      tmagee@shumaker.com

      Christopher S. Yates*
      Ashley M. Bauer*
      Natalie W. Kaliss*
      **LATHAM & WATKINS LLP**
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111
      Telephone: (415) 395-8240
      Facsimile: (415) 395-8095
      chris.yates@lw.com
      ashley.bauer@lw.com
      natalie.kaliss@lw.com

      Lawrence E. Buterman*
      Shayan Ahmad*
      Quinlan Cummings*
      **LATHAM & WAKINS LLP**
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 906-1200
      Facsimile: (212) 751-4864
      lawrence.buterman@lw.com
      shayan.ahmad@lw.com
      quinlan.cummings@lw.com

      Anna M. Rathbun*
      David L. Johnson*
      Christopher J. Brown*
      Christina R. Gay*
      Margaret E. Cohen*
      **LATHAM & WATKINS LLP**
      555 Eleventh Street, NW, Suite 1000
      Washington, DC 20004
      Telephone: (202) 637-2200
      Facsimile: (202) 637-2201
      anna.rathbun@lw.com

david.johnson@lw.com
chris.brown@lw.com
christina.gay@lw.com
margaret.cohen@lw.com

*Admitted *pro hac vice*

*Counsel for Defendants and Counter-Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs and Counter-Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **STIPULATION REGARDING MATTERS TO EXCLUDE AT TRIAL** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants and Counter-Plaintiffs*

          *Jeffrey L. Kessler*
          Jeffrey L. Kessler