UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |
| NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | |

**MOTION FOR LEAVE TO ENTER LIMITED APPEARANCE OR IN THE ALTERNATIVE TO INTERVENE AS A MATTER OF RIGHT FOR A LIMITED PURPOSE, FRCP RULE 24(a)(2)**

Now come Fox Broadcasting Company and Fox Sports 1, LLC (hereinafter collectively referred to as "Fox Sports") through the undersigned counsel, and respectfully move the Court for leave to enter a limited appearance for the purpose of filing a Motion to Seal pursuant to W.D.N.C. Local R. 6.1(c)(2), or alternatively, for an order allowing Fox Sports to intervene as a matter of right for a limited purpose, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

In support of this motion, Fox Sports states as follows:

On October 29, 2025, Fox Sports was made aware that certain highly confidential and business sensitive documents, which had previously been filed under seal herein, were ordered UNSEALED by this Court, through the Court's Memorandum and Order (DE 336) of October 28, 2025, pertaining to all documents submitted to the Court related to Counterclaim Defendants' Motion for Summary Judgment (DE 215), including those documents and attached exhibits to DE 216, 249 and 255.

The materials ordered UNSEALED by the Court's Order (DE 336) include a transcript of the June 16, 2025 deposition of Jordan Bazant, Executive Vice President - Business Development & Media at Fox Sports, which transcript was designated HIGHLY CONFIDENTIAL – OCO by all parties to this action and contained testimony given only under the protections of that designation (DE 216 Attachment 64; DE 249 Attachment 115); a draft of a Fox Sports Broadcast Agreement which was being negotiated by Fox Sports and Defendant NASCAR (DE 216 Attachment 36); and a fully executed Fox Sports Broadcast Agreement between Fox Sports and Defendant NASCAR (DE 255 Attachment 7), all of which contain highly sensitive and proprietary business information, the dissemination of which in a public forum would be devastating to competitive business practices and advantages long developed and earned by Fox Sports in the hypercompetitive, multi-billion dollar field of sports media and broadcasting.

Fox Sports is aware that the Court was alerted to the highly confidential and trade secretive nature of the subject documents after the entry of DE 336 and temporarily pulled two of those documents from the public docket to allow Fox Sports the opportunity to appear and argue the merits of keeping all three of those documents under seal for the duration of this action.

FRCP Rule 24(a)(2) provides that a non-party must be permitted to intervene in an action where it:

> (2) Claims an interest relating to the property or transaction that is the subject of the action and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interests, unless existing parties adequately represent that interest.

Fox Sports' interests are currently unrepresented in this matter. While Fox Sports has no direct interest in the merits or ultimate disposition of the underlying action, it unquestionably has an interest in guarding the confidentiality of its highly confidential trade secrets, business practices and negotiations and preventing those materials from being subject to public dissemination through their inclusion as exhibits to various filings in this action. Movants' intervention in this action would be for the sole and limited purpose of litigating the necessity of maintaining the confidentiality of the highly sensitive documents referenced herein, filing a motion to seal and briefing the Court on that motion.[1] Without the ability to intervene and to move to protect the confidentiality of its documents, Fox Sports lacks the ability to protect its interests related thereto.

The undersigned certifies that this motion is made in good faith and without the intention to unnecessarily delay the ultimate disposition of the underlying action and submits that this motion and request for additional time to file a formal response will in no way unnecessarily delay the disposition of this matter or its trial setting of December 1, 2025.

Wherefore, for the foregoing reasons, Fox Broadcasting Company and Fox Sports 1, LLC respectfully move the Court to grant this Motion for Leave to Enter Limited Appearance, or in the

---

[1] Movants note that FRCP Rule 24(c) states that a motion to intervene must be accompanied by a pleading that sets out the claim or defense for which intervention is sought. If the Court finds this Motion fails to satisfy that requirement, Movants seek the Court's leave to satisfy this requirement by filing their Motion to Seal on or before November 5, 2025.

alternative to Intervene as a Matter of Right for Limited Purpose, and for a short period of time within which to prepare their response to DE 336, up to and including November 5, 2025.

Dated: October 30, 2025

Respectfully submitted,

PHELPS DUNBAR LLP

By: */s/ Jonathan E. Hall*
Jonathan E, Hall
N.C. Bar No. 19953
**PHELPS DUNBAR LLP**
4300 Edwards Mill Road
Suite 600
Raleigh, NC 27612
Tel: (919) 789-5329
Fax: (919) 789-5301
Jonathan.hall@phelps.com

*Counsel for Fox Broadcasting Company and Fox Sports 1, LLC*

**CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jonathan E. Hall*
Jonathan E. Hall
N.C. Bar No. 19953
**PHELPS DUNBAR LLP**
4300 Edwars Mill Road
Suite 600
Raleigh, NC 27601
Tel: (919) 789-5329
Fax: (919) 789-5301
Jonathan.hall@phelps.com

*Counsel for Fox Broadcasting Company and Fox Sports 1, LLC*