UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |
| NASCAR EVENT MANAGEMENT, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | **JOINT RESPONSE TO THE OCTOBER 29, 2025 ORDER** |

Pursuant to the Court's October 29, 2025 order, Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. and Defendants National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, and James France, conferred and agree that the Court's ruling granting summary judgment on NASCAR's Counterclaim (Doc. No. 336) has mooted the following motions in their entirety:

1

- Plaintiffs' Motion to Exclude the Testimony of Counter-Plaintiff's Expert John L. Hansen (Doc No. 217).
- Plaintiffs' Motion to Exclude the Market Power Testimony of Counter-Plaintiff's Expert Dr. Thomas N. Hubbard (Doc. No. 221).
- Defendants' Motion in Limine to Exclude Evidence, Argument, and Testimony that Team Joint Negotiations are Collective Bargaining (Doc. Nos. 313, 315).

\* \* \*

The Parties are still assessing other submissions and conferring regarding the impact of the Court's ruling (Doc. No. 336) and will further update the Court if the Parties agree that other issues are resolved or are substantively changed as a result of that ruling.

Dated: October 31, 2025 　　　　Respectfully submitted,

　　　　　　　　　　　　　　By: 　*/s/ Jeffrey L. Kessler*
　　　　　　　　　　　　　　　　Jeffrey L. Kessler*
　　　　　　　　　　　　　　　　Neha Vyas*
　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　Tel: (212) 294-6700
　　　　　　　　　　　　　　　　Fax: (212) 294-4700
　　　　　　　　　　　　　　　　jkessler@winston.com
　　　　　　　　　　　　　　　　nvyas@winston.com

　　　　　　　　　　　　　　　　E. Danielle T. Williams
　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　300 South Tryon Street
　　　　　　　　　　　　　　　　16th Floor
　　　　　　　　　　　　　　　　Charlotte, NC 28202
　　　　　　　　　　　　　　　　Tel: (704) 350-7700
　　　　　　　　　　　　　　　　Fax: (704) 350-7800
　　　　　　　　　　　　　　　　dwilliams@winston.com

　　　　　　　　　　　　　　　　Jeanifer E. Parsigian*
　　　　　　　　　　　　　　　　Michael Toomey*
　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　101 California Street
　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　Tel: (415) 591-1000
　　　　　　　　　　　　　　　　Fax: (415) 591-1400
　　　　　　　　　　　　　　　　jparsigian@winston.com
　　　　　　　　　　　　　　　　mtoomey@winston.com

　　　　　　　　　　　　　　　　Matthew R. DalSanto*
　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　35 W. Wacker Drive
　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　Tel: (312) 558-5600
　　　　　　　　　　　　　　　　Fax: (312) 558-5700
　　　　　　　　　　　　　　　　mdalsanto@winston.com

　　　　　　　　　　　　　　　　Josh Hafenbrack*
　　　　　　　　　　　　　　　　Benjamin L. Rudofsky*
　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**
　　　　　　　　　　　　　　　　1901 L Street NW

Washington D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc*

Eric S. Hochstadt*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*Counsel for Curtis Polk*

\* Admitted *pro hac vice*

/s/  Ashley M. Bauer
    Ashley M. Bauer*
    Christopher S. Yates*
    **LATHAM & WATKINS LLP**
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 395-8240
    Facsimile: (415) 395-8095
    ashley.bauer@lw.com
    chris.yates@lw.com

    Lawrence E. Buterman*
    **LATHAM & WAKINS LLP**
    1271 Avenue of the Americas

4

New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Marguerite Sullivan*
Jennifer L. Giordano*
Anna M. Rathbun*
David L. Johnson*
Christopher J. Brown*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
marguerite.sullivan@lw.com
jennifer.giordano@lw.com
anna.rathbun@lw.com
david.johnson@lw.com
chris.brown@lw.com

Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: 704-945-2911
Facsimile: 704-332-1197
tmagee@shumaker.com

* Admitted *pro hac vice*

*Counsel for Defendants NASCAR and James France*

5

## CERTIFICATE OF COMPLIANCE

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs Defendants 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT RESPONSE TO THE OCTOBER 29, 2025 ORDER** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants*

　　　　　　　　　　　　　　　　　*/s/ Jeffrey L. Kessler*
　　　　　　　　　　　　　　　　　Jeffrey L. Kessler

7

Case 3:24-cv-00886-KDB-SCR   Document 338   Filed 10/31/25   Page 7 of 7