# Exhibit 8

```
 1            UNITED STATES DISTRICT COURT
 2         WESTERN DISTRICT OF NORTH CAROLINA
 3                  CHARLOTTE DIVISION
 4            Case No.: 3:24-cv-886-KDB-SCR
   - - - - - - - - - - - - - - - - - - - -x
 5   2311 RACING LLC d/b/a 23XI RACING,
 6   and FRONT ROW MOTORSPORTS, INC.,
 7                  Plaintiffs,
     v.
 8   NATIONAL ASSOCIATION FOR STOCK
 9   CAR AUTO RACING, LLC, NASCAR
10   HOLDINGS, LLC, NASCAR EVENT
11   MANAGEMENT, LLC, and JAMES FRANCE,
12                  Defendants.
   - - - - - - - - - - - - - - - - - - - -x
13   NASCAR EVENT MANAGEMENT, LLC,
14                  Counter-Plaintiff,
     v.
15   2311 RACING LLC d/b/a 23XI RACING,
16   FRONT ROW MOTORSPORTS, INC., and
17   CURTIS POLK,
18                  Counter-Defendants.
   - - - - - - - - - - - - - - - - - - - -x
19       VIDEOTAPED DEPOSITION OF MICHAEL JORDAN
20                  NEW YORK, NEW YORK
21                WEDNESDAY, MAY 14, 2025
22                      8:07 a.m.
23
24   REPORTED BY:  DANIELLE GRANT
25   JOB NO.: SF 7349400


                                                Page 1
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:24-cv-00886-KDB-SCR    Document 351-9    Filed 11/03/25    Page 2 of 6

```
 1
 2
 3
 4
 5
 6         Videotaped Deposition of MICHAEL JORDAN,
 7     held at the offices of LATHAM & WATKINS LLP,
 8     1271 Avenue of the Americas, New York, New York
 9     pursuant to Notice before DANIELLE GRANT, a
10     Shorthand Reporter and Notary Public of the State
11     of New York, commencing at 8:07 a.m., Wednesday,
12     May 14, 2025.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:24-cv-00886-KDB-SCR    Document 351-9    Filed 11/03/25    Page 3 of 6

```
 1    APPEARANCES:
 2
 3    WINSTON & STRAWN LLP
 4    Attorneys for the Plaintiffs
 5         200 Park Avenue
 6         New York, New York 10166
 7    BY:  JEFFREY KESSLER, ESQ.
 8         jkessler@winston.com
 9         NEHA VYAS, ESQ.
10         nvyas@winston.com
11
12    LATHAM & WATKINS
13    Attorneys for the Defendants
14         1271 Avenue of the Americas
15         New York, New York 10020
16    BY:  LAWRENCE E. BUTERMAN, ESQ.
17         lawrence.buterman@lw.com
18         DAVID JOHNSON, ESQ.
19         david.johnson@lw.com
20         EMILY VIOLA, ESQ.
21         emily.viola@lw.com
22
23    ALSO PRESENT:
24    CHRISTOPHER MANCINI, Videographer
25    CURTIS POLK
```

Page 3

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:24-cv-00886-KDB-SCR    Document 351-9    Filed 11/03/25    Page 4 of 6

```
 1                        M. Jordan
 2        Q    Are you aware that NASCAR gave
 3   away the charters to the racing teams for
 4   free in 2016?
 5             MR. KESSLER:  Objection to the
 6        form of the question.
 7        A    I am aware, yes.
 8   ████ ██ ████ ████ ██ ███ ██ ████ ██ █
 9   █ ██████ ███ ███ ████ █ ████ █ ██████
10   █   █   █
11        Q    Have you had any conversations
12   with other investors about buying a
13   charter?
14        A    Buying which charter?
15        Q    Any charter beyond the --
16        A    The ones that we have had thus
17   far that we --
18        Q    Yes.
19        A    Not to my knowledge.
20        Q    And have you had any
21   conversations with anyone about selling any
22   of your charters?
23        A    Not to my knowledge.
24        Q    Okay.  Mr. Jordan, I promised I
25   would get you out before 3 o'clock.
```

Page 225

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:24-cv-00886-KDB-SCR    Document 351-9    Filed 11/03/25    Page 5 of 6

```
 1                        M. Jordan
 2                       CERTIFICATE
 3
 4        I, DANIELLE GRANT, a Certified Shorthand
 5    Reporter and Notary Public within and for the
 6    State of New York, do hereby certify:
 7        That MICHAEL JORDAN, the witness whose
 8    deposition is hereinbefore set forth, was duly
 9    sworn by me and that such deposition is a true
10    record of the testimony given by such witness.
11        I further certify that I am not related to
12    any of the parties to this action by blood or
13    marriage and that I am in no way interested in
14    the outcome of this matter.
15        In witness whereof, I have hereunto set my
16    hand this 14th day of May, 2025.
17
18
19
20
21                    *Danielle Grant* (signature)
22                      DANIELLE GRANT
23
24
25
```

Page 231

Veritext Legal Solutions
Calendar-CA@veritext.com  866-299-5127
Case 3:24-cv-00886-KDB-SCR    Document 351-9    Filed 11/03/25    Page 6 of 6