UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

## JOINT MOTION TO SUBSTITUTE REDACTED EXHIBITS

Pursuant to the Court's November 3, 2025 Text-Only Order, 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc., (collectively, "Plaintiffs"), and National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC, and James France (collectively, "Defendants" and together with Plaintiffs, the "Parties") respectfully move this Court for an order permitting them to substitute versions of certain exhibits previously filed under seal that redact certain personally identifiable information and confidential information, prior to certain exhibits being unsealed. The Parties also respectfully move this Court for an order permitting sensitive third-party information to temporarily remain under seal to allow third parties an opportunity to file a motion for a limited appearance to be heard on unsealing. In support of this Joint Motion, the Parties state as follows:

On November 4, 2025, the Court entered a Memorandum and Order resolving Defendants' Motion for Summary Judgment (Doc. No. 235) and Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 230). Each of these motions and their respective opposition and reply briefs

1

(collectively, the "Decided Motions") attached certain exhibits that were filed under seal, some of which contain sensitive personally identifiable information. After ruling on the Decided Motions, the Court directed the clerk to unseal all documents submitted to the Court for consideration in connection with the Decided Motions, including Doc. Nos. 231, 236, 265, 273, 279 and 284 (and their accompanying exhibits), no earlier than 48 hours after the order.

In addition, there are currently pending motions to exclude, in whole or in part, certain expert testimony, including Doc. Nos. 219, 232, 233, 237, 239, and 242. These motions and their respective opposition and reply briefs (collectively, the "Pending Motions") also attached certain exhibits that were filed under seal, some of which contain personally identifiable information.[1] The Court has indicated that, upon ruling on those Pending Motions, it may unseal exhibits in connection with the Pending Motions that are currently under seal.

To prevent the public disclosure of that sensitive information in the unsealing of documents related to the Decided Motions and the potential disclosure of that sensitive information in the potential unsealing of documents related to the Pending Motions, the Parties jointly move the Court to permit them to replace the sealed exhibits listed below with versions containing limited redactions of personally identifiable information before the exhibits are unsealed. *See Jeld-Wen, Inc. v. MMG Mgmt. Consulting, Inc.*, 2017 U.S. Dist. LEXIS 21478, at *5 n.1 (W.D.N.C. Feb. 15, 2017) (document "sealed to protect the parties' confidential, commercially sensitive, private and proprietary information") (internal quotations omitted)). The personally identifiable information to be redacted includes personal cellphone numbers, personal (non-corporate) email addresses, home addresses, and license numbers.

---

[1] As described in Doc. 338, the parties agreed that the Court's ruling granting summary judgment on NASCAR's Counterclaim has mooted the motions to exclude expert testimony pending at Doc. Nos. 217 and 221.

The Parties are also aware that Fox Broadcasting Company and Fox Sports 1, LLC have filed a motion seeking to maintain certain documents under seal, *see* Doc. Nos. 375, 376, 377, 378, and that other third parties may choose to file similar motions this week. Certain documents related to the Decided Motions and Pending Motions, including expert reports that are currently filed under seal, contain highly confidential business information related to these third parties, including the dollar figures of NASCAR's broadcast agreements with individual broadcasters. Disclosure of this highly confidential information could harm the contracting parties in their respective negotiations with third parties that are not parties to this litigation, and potentially harm those third parties in their negotiations with other media rights sellers. Accordingly, the Parties also move this Court to permit the same process of substituting redacted versions of certain exhibits, including expert reports, attached to the Decided Motions and the Pending Motions and currently under seal, that contain such highly confidential business information before those documents and exhibits are unsealed. Such redactions are proper: "[e]xamples of information which may be protected (most likely through the careful redaction of documents rather than their blanket removal from the public record) are still current confidential prices, competitively important pricing data and specific negotiating positions as distinguished from more generalized discussions related to the factors that go into pricing decisions / negotiations or the overall course of negotiations." *Fed. Trade Comm'n v. Novant Health, Inc.*, No. 5:24-CV-00028-KDB-SCR, 2024 WL 1886750, at *4 (W.D.N.C. Apr. 30, 2024). The Parties will narrowly tailor the redactions to remove personally identifiable information, the monetary amounts in the broadcast agreements with third parties, and any other information the Court deems appropriate to keep under seal. There are no less restrictive alternatives to sealing these documents that would sufficiently protect the confidentiality of this information.

To facilitate providing the Court with a consolidated set of redactions that account for both the personally identifiable information and third-party business information described above, the Parties respectfully request that the Court maintain the documents currently under seal for a period of fourteen (14) days from the date of the rulings on the Decided Motions, and fourteen (14) days from the date of any forthcoming rulings on the Pending Motions that result in the unsealing of any associated documents currently under seal, to allow third parties an opportunity to file a limited appearance to file a motion to seal any information they believe qualifies for sealing. The Parties further respectfully request that the Court allow 48 hours from the last order on any such third-party motion to seal to file a single consolidated set of redactions to currently sealed materials.

Subject to any additional documents that contain third-party information that must be redacted following a determination by the Court that additional material should be kept under seal, the under seal materials that the Parties would seek to replace with identical, but redacted, versions are:

1. The Expert Declaration and Report of Daniel A. Rascher, dated July 13, 2025 and filed under seal as Dkt. No. 231-1.

2. The expert rebuttal report of Professor Kevin M. Murphy, dated August 15, 2025 and filed under seal as Dkt. No. 231-4.

3. NASCAR-00116200, and its native attachment, NASCAR-00116202, produced by Defendant NASCAR and filed under seal as Dkt. No. 231-10.

4. NASCAR-00101820, produced by Defendant NASCAR and filed under seal as Dkt. No. 231-11.

5. The expert damages report of Edward A. Snyder, dated July 15, 2025 and filed under seal as Dkt. No. 231-13.

6. NASCAR-00331199, produced by Defendant NASCAR and filed under seal as Dkt. No. 231-17.

7. The expert rebuttal report of Paul K. Meyer, dated August 15, 2025, and a true and correct copy of the errata thereto, dated September 29, 2025, and filed under seal as Dkt. No. 231-21.

8. FRM0000130, produced by Front Row Motorsports and filed under seal as Dkt. No. 236-4.

9. 23XI_0222072, produced by 23XI and filed under seal as Dkt. No. 236-7.

10. 23XI_0076215, produced by 23XI and filed under seal as Dkt. No. 236-8.

11. 23XI_0300683, produced by 23XI and filed under seal as Dkt. No. 236-10.

12. 23XI_0304433, produced by 23XI and filed under seal as Dkt. No. 236-12.

13. FRM_0091183, produced by Front Row Motorsports and filed under seal as Dkt. No. 236-17.

14. NASCAR-00531939, produced by Defendant NASCAR and filed under seal as Dkt. No. 236-18.

15. 23XI_0027149, produced by 23XI and filed under seal as Dkt. No. 236-19.

16. The expert damages report of Edward A. Snyder, dated July 15, 2025 and filed under seal as Dkt. No. 240-5.

17. The Expert Declaration and Report of Daniel A. Rascher, dated July 13, 2025 and filed under seal as Dkt. No. 265-2.

18. NASCAR-00323698, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-11.

19. NASCAR-00558557, and its native attachment, NASCAR-00558558, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-14.

20. NASCAR-00026401, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-15.

21. NASCAR-00467802, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-16.

22. NASCAR-00502702, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-17.

23. NASCAR-00138127, and its native attachment, NASCAR-00138129, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-20.

24. 23XI_0005675, and its native attachment, NASCAR-00138129, produced by 23XI and filed under seal as Dkt. No. 265-22.

25. NASCAR-00530959, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-25.

26. NASCAR-00167677, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-26.

27. NASCAR-00116223, and its native attachment, NASCAR-00116224, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-27.

28. NASCAR-00019249, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-32.

29. NASCAR-00462778, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-33.

30. NASCAR-00464720, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-34.

31. NASCAR-00558557, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-35.

32. NASCAR-00318825, produced by Defendant NASCAR and filed under seal as Dkt. No. 265-37.

33. FRM_0006115, produced by Front Row Motorsports and filed under seal as Dkt. No. 265-40.

34. 23XI_0214720, produced by 23XI and filed under seal as Dkt. No. 273-3.

35. 23XI_0180513, produced by 23XI and filed under seal as Dkt. No. 273-4.

36. 23XI_0181774, produced by 23XI and filed under seal as Dkt. No. 273-5.

37. 23XI_0240200, produced by 23XI and filed under seal as Dkt. No. 273-6.

38. 23XI_0011538, produced by 23XI and filed under seal as Dkt. No. 273-9.

39. NASCAR-00574138, produced by Defendant NASCAR and filed under seal as Dkt. No. 273-10.

40. NASCAR-00179636, and its native attachment, NASCAR-00179692, produced by Defendant NASCAR and filed under seal as Dkt. No. 279-4.

41. NASCAR-00179636, and its native attachment, NASCAR-00370955, produced by Defendant NASCAR and filed under seal as Dkt. No. 279-6.

42. FRM_0025875, produced by Front Row Motorsports and filed under seal as Dkt. No. 284-2.

43. 23XI_0221838, produced by 23XI and filed under seal as Dkt. No. 284-3.

44. 23XI_0070896, produced by 23XI and filed under seal as Dkt. No. 284-8.

If the Court grants the instant motion, at the Court's direction the Parties will submit the proposed redacted versions of these exhibits using the CM/ECF event Redacted Documents listed under the Other Events category, linking those redactions back to the original filing.

Respectfully submitted,

Dated: November 5, 2025   By:   /s/ Jeffrey L. Kessler
Jeffrey L. Kessler*
Neha Vyas*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
nvyas@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian*
Michael Toomey*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto*
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

8

mdalsanto@winston.com

Josh Hafenbrack*
Benjamin L. Rudofsky*
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Admitted *pro hac vice*
*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

Respectfully submitted,

By: */s/ Tricia Wilson Magee*
Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax:704-332-1197
tmagee@shumaker.com

Christopher S. Yates*
Ashley M. Bauer*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8240
chris.yates@lw.com
ashley.bauer@lw.com

Lawrence E. Buterman*
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
lawrence.buterman@lw.com

Marguerite M. Sullivan*
Jennifer L. Giordano*
Anna M. Rathbun*
David L. Johnson*
Christopher J. Brown*
Christina R. Gay*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
marguerite.sullivan@lw.com
jeniffer.giordano@lw.com
anna.rathbun@lw.com
david.johnson@lw.com
chris.brown@lw.com
christina.gay@lw.com

*Admitted *pro hac vice*
*Counsel for Defendants*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This 5th day of November 2025.

                */s/ Jeffrey L. Kessler*
                Jeffrey L. Kessler

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that the foregoing **JOINT MOTION TO SUBSTITUTE REDACTED EXHIBITS** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record as follows:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Marguerite M. Sullivan
Jennifer L. Giordano
Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
marguerite.sullivan@lw.com
Jennifer.giordano@lw.com
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com

*Counsel for Defendants*

                        */s/ Jeffrey L. Kessler*
                          Jeffrey L. Kessler