UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | **No. 3:24-cv-886-KDB-SCR** |

**PLAINTIFFS 2311 RACING LLC D/B/A 23XI RACING AND FRONT ROW MOTORSPORTS, INC.'S MOTION FOR LEAVE TO DEPOSE NASCAR'S LATE-DISCLOSED TRIAL WITNESSES**

More than two months after the close of fact discovery, NASCAR identified Rick Hendrick and Roger Penske as individuals likely to have discoverable information that NASCAR may use to support its claims and/or defenses. NASCAR has since identified Messrs. Hendrick and Penske as witnesses it may call at trial.

NASCAR's untimely disclosure of those witnesses prevented Plaintiffs from deposing them during the fact discovery period. To remedy the unfairness caused by NASCAR's actions and to ensure the orderly presentation of evidence at trial, Plaintiffs seek leave to depose Messrs. Hendrick and Penske before trial. NASCAR has indicated it takes no position on this motion.

## FACTUAL BACKGROUND

Neither Mr. Hendrick nor Mr. Penske appeared on NASCAR's January 10, 2025 Initial Disclosures, its March 24, 2025 Amended Disclosures, its June 9, 2025 Second Amended Disclosures, or its June 30, 2025 Third Amended Disclosures. Instead, NASCAR first identified Messrs. Hendrick and Penske as individuals likely to have discoverable information that NASCAR may use to support its claims and/or defenses on September 10, 2025, when NASCAR served its Fourth Amended Initial Disclosures. This was more than two months after the close of fact discovery.

On October 17, 2025, NASCAR disclosed its Preliminary Witness List of "witnesses that NASCAR may call at trial" which identified 30 individuals for an estimated ten-day trial. The list includes Messrs. Hendrick and Penske. At the time, Plaintiffs' counsel contacted counsel for Mr. Hendrick and counsel for Mr. Penske, who informed them that neither Mr. Hendrick nor Mr. Penske had been approached to provide testimony at trial. Plaintiffs and third-party counsel then asked NASCAR to confirm its intentions regarding these witnesses. NASCAR's counsel did not

respond, but included Mr. Hendrick and Mr. Penske on their witness list served on November 3, 2025 and has since confirmed their intention to call these witnesses.

## LEGAL STANDARD

Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides:

> [A] party must, without awaiting a discovery request, provide to other parties: (i) the name, and if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment . . .

Fed R. Civ. P. 26(a)(1)(A)(i). Rule 26(e)(1) requires a party to supplement those disclosures "if the party learns that in some material respect the information disclosed is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing[.]" Fed. R. Civ. P. 26(e)(1)(A).

"If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1). In determining whether the failure to disclose was substantially justified or is harmless, the court is guided by five factors: "(1) the surprise to the party against whom the evidence would be offered; (2) the ability of that party to cure the surprise; (3) the extent to which allowing the evidence would disrupt the trial; (4) the importance of the evidence; and (5) the nondisclosing party's explanation for its failure to disclose the evidence." *Southern States Rack & Fixture, Inc. v. Sherwin-Williams Co.*, 318 F.3d 592, 597 (4th Cir. 2003) (citation omitted). "The first four factors relate to harmlessness, while the last factor relates mainly to substantial justification." *Sciullo v. Griggs & Co.*, 2016 WL 2731465, at *3 (E.D.N.C. May 9, 2016).

## ARGUMENT

NASCAR plainly failed to comply with the disclosure requirements of Rule 26 with respect to Messrs. Hendrick and Penske. As detailed above, NASCAR did not disclose those witnesses until September 10, 2025, more than two months after the close of fact discovery. Under the *Southern States* factors, it would be appropriate for the Court to prohibit those witnesses from testifying at trial pursuant to Rule 37(c)(1).

First, NASCAR's failure to timely disclose Messrs. Hendrick and Penske is not harmless (first through fourth *Southern States* factors). The late disclosure certainly comes as a surprise to Plaintiffs, as NASCAR waited until well after the close of fact discovery to disclose these witnesses, even though NASCAR was well-aware of their existence and knowledge regarding the facts at issue in the case. Indeed, NASCAR subpoenaed the Penske and Hendrick Cup Series teams seeking extensive discovery about their financials and documents related to the 2025 Charter negotiations, among other things. Yet, it did not disclose these individuals as potential witnesses. Depositions are the only option to avoid unfair surprise at trial and trial disruptions requiring counsel to waste court and jury time on foundational issues that could have been explored during depositions.

Second, NASCAR nondisclosure (final *Southern States* factor) is classic sand-bagging. As detailed above, NASCAR amended its initial disclosures multiple times, but inexplicably waited until more than two months after the close of discovery to disclose Messrs. Hendrick and Penske. Exclusion of their testimony would be appropriate under these circumstances. *See, e.g.*, *Mathis v. Terra Renewal Servs., Inc.*, 2021 WL 2885926, at *1 (W.D.N.C. July 9, 2021) (granting motion to preclude testimony from late-disclosed witnesses); *Musselwhite v. Mid-Atl. Rest. Corp.*, 2022 WL 2294050, at *2 (E.D.N.C. June 24, 2022) (granting motion to exclude witnesses "disclosed long after the close of discovery"); *Sygenta Crop Protection, LLC v. Wildwood, LLC*, 2017 WL

3

3309699, at *3–4 (M.D.N.C. Aug. 2, 2017) (granting motion to exclude late-disclosed witnesses and documents).

Nonetheless, Plaintiffs do not seek the exclusion remedy at this juncture. Instead, they ask that the Court grant them leave to depose Messrs. Hendrick and Penske before trial. *See Commons of Grand Oaks Homeowners Ass'n v. Pa. Nat'l Mut. Cas. Ins. Co.*, 2020 WL 13616440, at *2 (D.S.C. Aug. 12, 2020) (granting defendant leave to depose late-disclosed witnesses); *Rios v. Ramage*, 2020 WL 6802402, at *6 (D. Kan. Nov. 19, 2020) (same); *Iacono v. IBM Corp.*, 2019 WL 2949024, at *2 (C.D. Cal. May 7, 2019) (same). Plaintiffs reserve the right to seek exclusion of Messrs. Hendrick and Penske's testimony if they are not able to secure their deposition testimony in a timely manner.

## **CONCLUSION**

For the foregoing reasons, the Court should grant Plaintiffs leave to depose Rick Hendrick and Roger Penske before trial.

Dated: November 5, 2025                    Respectfully submitted,

                                           WINSTON & STRAWN LLP

                                    By:    */s/ Jeffrey L. Kessler*
                                           Jeffrey L. Kessler*
                                           Neha Vyas*
                                           **WINSTON & STRAWN LLP**
                                           200 Park Avenue
                                           New York, NY 10166
                                           Tel: (212) 294-6700
                                           Fax: (212) 294-4700
                                           jkessler@winston.com
                                           nvyas@winston.com

                                           E. Danielle T. Williams (N.C. Bar No. 23283)
                                           **WINSTON & STRAWN LLP**
                                           300 South Tryon Street
                                           16th Floor
                                           Charlotte, NC 28202
                                           Tel: (704) 350-7700
                                           Fax: (704) 350-7800
                                           dwilliams@winston.com

                                           Jeanifer E. Parsigian*
                                           Michael Toomey*
                                           **WINSTON & STRAWN LLP**
                                           101 California Street
                                           San Francisco, CA 94111
                                           Tel: (415) 591-1000
                                           Fax: (415) 591-1400
                                           jparsigian@winston.com
                                           mtoomey@winston.com

                                           Matthew R. DalSanto*
                                           **WINSTON & STRAWN LLP**
                                           35 W. Wacker Drive
                                           Chicago, IL 60601
                                           Tel: (312) 558-5600
                                           Fax: (312) 558-5700
                                           mdalsanto@winston.com

                                           Josh Hafenbrack*
                                           Benjamin Rudofsky*
                                           **WINSTON & STRAWN LLP**

5

Case 3:24-cv-00886-KDB-SCR    Document 380    Filed 11/05/25    Page 6 of 9

1901 L Street NW
Washington D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

**CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants*

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler