**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-CV-00886-KDB-SCR**

| | |
|---|---|
| **2311 RACING LLC AND FRONT ROW MOTORSPORTS, INC.,** | |
| **Plaintiffs,** | |
| **v.** | **ORDER** |
| **NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, ET AL.,** | |
| **Defendants.** | |

       **THIS MATTER** is before the Court on Plaintiffs' Motion for Discovery (Doc. No. 380), which seeks leave to depose Rick Hendrick and Roger Penske prior to trial. Plaintiffs' motion states that "NASCAR has indicated it takes no position on this motion." *Id*. at 1. For good cause shown (NASCAR's identification of Mr. Hendrick and Mr. Penske as persons with discoverable information and likely to be called as witnesses at trial well after the close of fact discovery), the Court will GRANT the motion and permit Plaintiffs to depose Mr. Hendrick and Mr. Penske prior to trial. Further, this Order is entered without prejudice to Plaintiffs' opportunity to seek additional relief with respect to these witnesses' potential testimony.

       **SO ORDERED ADJUDGED AND DECREED**.

Signed: November 5, 2025

Kenneth D. Bell
United States District Judge