IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-cv-886-KDB-SCR

| |
|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendant. |
| NASCAR EVENT MANAGEMENT, LLC <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. |

**HENDRICK MOTORSPORTS, LLC, HMS HOLDINGS, LLC, RICK HENDRICK, PENSKE RACING SOUTH, INC. AND ROGER PENSKE'S
JOINT MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, non-parties Hendrick Motorsports, LLC and HMS Holdings, LLC (collectively, "HMS"), Rick Hendrick ("Mr. Hendrick"), Penske Racing South, Inc. ("PRS") and Roger Penske ("Mr. Penske") respectfully and for the reasons set forth in the memorandum of law filed contemporaneously with this Motion, move the Court for a protective order either prohibiting the depositions of Mr. Hendrick and Mr.

1

Penske, or otherwise putting guardrails on their testimony at deposition (and trial) limiting such testimony to the high-level subject matter of their Declarations.

**WHEREFORE**, Non-parties Hendrick Motorsports, LLC, HMS Holdings, LLC, Rick Hendrick Penske Racing South, Inc., and Roger Penske respectfully request the Court enter a protective order prohibiting the depositions of Mr. Hendrick and Mr. Penske, or otherwise putting guardrails on their testimony at deposition (and trial) limiting such testimony to the high-level subject matter of their Declarations.

This the 7th day of November 2025.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Adam L. Ross
Adam L. Ross (NC Bar No. 31776)
Richard B. Fennell (NC Bar No. 17398)
Jennifer M. Houti (NC Bar No. 45442)
Email: aross@jmdlaw.com
       rfennell@jmdlaw.com
       jhouti@jmdlaw.com
525 North Tryon Street, Suite 700
Charlotte, NC 28202
Telephone: 704-372-9870
Facsimile: 704-333-5508
*Counsel for Non-Parties Hendrick Motorsports, LLC, HMS Holdings, LLC and Rick Hendrick*

**ROBINSON, BRADSHAW & HINSON, P.A.**

/s/ Cary B. Davis
Cary B. Davis (NC Bar No. 36172)
John R. Wester (NC Bar No. 4660)
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
Email: cdavis@robinsonbradshaw.com
       jwester@robinsonbradshaw.com
*Counsel for Non-Parties Penske Racing South, Inc. and Roger Penske*

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **HENDRICK MOTORSPORTS, LLC, HMS HOLDINGS, LLC, RICK HENDRICK, PENSKE RACING SOUTH, INC. AND ROGER PENSKE'S JOINT MOTION FOR PROTECTIVE ORDER** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to Plaintiff's counsel of record as follows:

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Eric S. Hochstadt
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*Attorneys for Plaintiffs*

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280 tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000 San Francisco, CA 94111 chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas New York, NY 10020 lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun Christina R. Gay David L. Johnson Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com christina.gay@lw.com
david.johnson@lw.com chris.brown@lw.com
margaret.cohen@lw.com
*Attorneys for Defendants*

This the 7th day of November 2025.

        **JAMES, McELROY & DIEHL, P.A.**

        /s/ Adam L. Ross
Adam L. Ross (NC Bar No. 31776)
Richard B. Fennell (NC Bar No. 17398)
Jennifer M. Houti (NC Bar No. 45442)
Email:  aross@jmdlaw.com
        rfennell@jmdlaw.com
        jhouti@jmdlaw.com
525 North Tryon Street, Suite 700
Charlotte, NC 28202
Telephone:  704-372-9870
Facsimile:  704-333-5508
*Counsel for Non-Parties Hendrick Motorsports, LLC, HMS Holdings, LLC and Rick Hendrick*


**ROBINSON, BRADSHAW & HINSON, P.A.**

*/s/ Cary B. Davis*
Cary B. Davis (NC Bar No. 36172)
John R. Wester (NC Bar No. 4660)
600 South Tryon Street, Suite 2300
Charlotte, NC 28202
Telephone: (704) 377-2536
Email: cdavis@robinsonbradshaw.com
       jwester@robinsonbradshaw.com
*Counsel for Non-Parties Penske Racing South, Inc. and Roger Penske*

4

Case 3:24-cv-00886-KDB-SCR   Document 414   Filed 11/07/25   Page 4 of 4