IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:24-cv-886-KDB-SCR

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendant. | |
| NASCAR EVENT MANAGEMENT, LLC <br><br> Counter-Plaintiff, <br><br> v. <br><br> 2311 RACING LLC d/b/a 23XI RACING, FRONT ROW MOTORSPORTS, INC., and CURTIS POLK, <br><br> Counter-Defendants. | |

**NON-PARTY TEAMS' MOTION TO REDACT UNSEALED DOCUMENTS**

Pursuant to Local R. 6.1(c)(2) and this Court's text-only Order entered on November 3, 2025, Non-Parties Hendrick Motorsports, LLC ("HMS"), Joe Gibbs Racing, LLC ("JGR"), Spire Motorsports IV, LLC ("Spire"), Smith Racing LLC d/b/a Hyak Motorsports ("Hyak"), and RPAC Racing LLC d/b/a Legacy Motor Club ("Legacy") (collectively, the "Non-Party Teams"), through undersigned counsel, respectfully move the Court to redact certain unsealed documents to prevent the public dissemination of personal identifying information. In support of this Motion, the Non-

1

Party Teams show the Court as follows:

1. On October 28, 2025, the Court ordered numerous documents that were previously filed under seal be unsealed in connection with summary judgment motions concerning NASCAR's counterclaim. [DE # 336].

2. On November 4, 2025, the Court further ordered additional exhibits filed under seal in connection with further summary judgment motions be unsealed.

3. The Non-Party Teams became aware that among the documents ordered unsealed by the Court are emails, contracts, and other documents that include the personal identifying information of senior executives within the Non-Party Teams and other employees and agents, namely email addresses.

4. These email addresses and other personal identifying information are private and highly confidential and maintained by the Non-Party Teams' executives in connection with both their highly sensitive business dealings, as well as their personal information. The dissemination of this personal identifying information in a public forum not only subjects them to potential harassment from the media, fans, and opponents alike, but also risks jeopardizing their and the Non-Party Teams' financial stability and highly sensitive and confidential business practices by dramatically increasing the likelihood of scams, phishing, impersonation, etc. The Non-Party Teams do not publicize these email addresses and information or make them widely available.

5. The Non-Party Teams are aware that the Court was alerted to the highly confidential and sensitive nature of the personal identifying information contained in these documents after entry of the initial order unsealing documents, [DE # 336], and temporarily re-sealed some of them to allow the Non-Party Teams and other interested parties the opportunity to move to have the unsealed, public version of the documents appropriately redacted or, alternatively, for the documents to remain permanently sealed in their entirety.

6. The Non-Party Teams have a direct interest in guarding the confidentiality of the personal identifying information of their employees and agents, as well as their own business and financial interests. The Non-Party Teams move to permanently redact the email addresses and other personally identifying information of their senior executives, employees, and agents on all publicly available versions of those documents.

7. The Non-Party Teams specifically move to redact the following documents, as outlined in greater detail in their memorandum of law filed contemporaneously herewith: DE # 216-4, 216-27, 216-38, 216-42, 216-45, 216-52, 216-56, 216-65, 231-17, 235-30, 236-72, 249-10, 249-12, 249-14, 249-17, 249-20, 249-21, 249-25, 249-27, 249-28, 249-29, 249-30, 249-34, 249-36, 249-37, 249-39, 249-42, 249-45, 249-47, 249-51, 249-53, 249-55, 249-56, 249-69, 249-73, 249-74, 249-75, 249-78, 249-79, 249-84, 249-85, 249-89, 249-90, 249-128, 265-5, and 273-5.

8. However, counsel for the Non-Party Teams have not yet been able to obtain copies of every document ordered to be unsealed, and so have not yet determined every document requiring redactions. Accordingly, the Non-Party Teams respectfully request that the email addresses for their senior executives, as identified in the accompanying memorandum of law, be redacted from all unsealed documents.

9. This Motion is made in good faith and not for the purpose of undue delay. Undersigned counsel have conferred with counsel for the parties: Plaintiffs take no position, while Defendants do not oppose this Motion. Undersigned counsel further certify that this Motion and requested relief will not result in any delay the current trial of this matter set for December 1, 2025.

WHEREFORE, for the foregoing reasons, Hendrick Motorsports, LLC, Joe Gibbs Racing, LLC, Spire Motorsports IV, LLC, Smith Racing LLC d/b/a Hyak Motorsports, and RPAC Racing LLC d/b/a Legacy Motor Club respectfully move the Court to permanently redact their employees' and agents' email addresses and other personal identifying information in all unsealed documents,

including but not limited to: DE # 216-4, 216-27, 216-38, 216-42, 216-45, 216-52, 216-56, 216-65, 231-17, 235-30, 236-72, 249-10, 249-12, 249-14, 249-17, 249-20, 249-21, 249-25, 249-27, 249-28, 249-29, 249-30, 249-34, 249-36, 249-37, 249-39, 249-42, 249-45, 249-47, 249-51, 249-53, 249-55, 249-56, 249-69, 249-73, 249-74, 249-75, 249-78, 249-79, 249-84, 249-85, 249-89, 249-90, 249-128, 265-5, and 273-5.

This the 7th day of November 2025.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Adam L. Ross
Adam L. Ross
Richard B. Fennell
Jennifer M. Houti
Email:  aross@jmdlaw.com
　　　　rfennell@jmdlaw.com
　　　　jhouti@jmdlaw.com
525 North Tryon Street, Suite 700
Charlotte, NC 28202
Telephone:  704-372-9870
Facsimile:  704-333-5508
*Attorneys for Non-Parties Joe Gibbs Racing, LLC; Hendrick Motorsports LLC; Smith Racing, LLC d/b/a Hyak Motorsports; RPAC Racing LLC d/b/a Legacy Motor Club; and Spire Motorsports IV, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

      The undersigned certifies that the foregoing **NON-PARTY TEAMS' MOTION TO REDACT UNSEALED DOCUMENTS** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to Plaintiff's counsel of record as follows:

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Eric S. Hochstadt
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*Attorneys for Plaintiffs*

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280 tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000 San Francisco, CA 94111 chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas New York, NY 10020 lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun Christina R. Gay David L. Johnson Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
anna.rathbun@lw.com christina.gay@lw.com
david.johnson@lw.com chris.brown@lw.com
margaret.cohen@lw.com

*Attorneys for Defendants*

5

Case 3:24-cv-00886-KDB-SCR     Document 415     Filed 11/07/25     Page 5 of 6

This the 7th day of November 2025.

        **JAMES, McELROY & DIEHL, P.A.**

        /s/ Adam L. Ross
        Adam L. Ross
        Richard B. Fennell
        Jennifer M. Houti
        Email:  aross@jmdlaw.com
                   rfennell@jmdlaw.com
                   jhouti@jmdlaw.com
        525 North Tryon Street, Suite 700
        Charlotte, NC 28202
        Telephone:  704-372-9870
        Facsimile:  704-333-5508
        *Attorneys for Non-Parties Joe Gibbs Racing, LLC; Hendrick Motorsports LLC; Smith Racing, LLC d/b/a Hyak Motorsports; RPAC Racing LLC d/b/a Legacy Motor Club; and Spire Motorsports IV, LLC*