IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

**PARTIES' VOIR DIRE PROPOSALS**

2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc., (collectively, "Plaintiffs"), and National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC, and James France (collectively, "Defendants" and together with Plaintiffs, the "Parties") hereby file the Parties' Voir Dire Proposals.

I. **JOINT PROPOSAL**

The Parties jointly propose the following voir dire questions as set forth below. The Parties are agreeable to the Court asking prospective jurors the following questions orally during voir dire or including them in the Court's written questionnaire, whichever the Court deems more efficient. In addition, the Parties each propose extended written jury questionnaires as set forth in their respective exhibits.

1

**Ability to Serve**

1. Does anyone have a medical reason or personal hardship that would make it difficult to serve as a juror in this case?

2. Does anyone have difficulty reading, hearing, or understanding the English language?

3. The lawyers have estimated that this trial may take 10 business days. Does anyone have a problem being a juror that entire time?

**Familiarity With the Parties, Witnesses, Attorneys, and Law Firms**

4. The Plaintiffs in this case are 2311 Racing, LLC headquartered in Charlotte, North Carolina and Front Row Motorsports, Inc., headquartered in Mooresville, North Carolina.

    a. Has anyone heard of 2311 Racing, LLC? If so, please indicate how you are familiar with 2311 Racing, LLC.

    b. Has anyone heard of Front Row Motorsports, Inc.? If so, please indicate how you are familiar with Front Row Motorsports, Inc.

5. The Defendants in this case are National Association for Stock Car Auto Racing, NASCAR Holdings, LLC, NASCAR Event Management, LLC, and Mr. James France. NASCAR is headquartered in Daytona Beach, Florida. Mr. France is Chairman and CEO of NASCAR and lives in Daytona Beach, Florida.

    a. Does anyone know or is anyone familiar with Mr. France? If so, please indicate how you are familiar with Mr. France.

    b. Has anyone heard of NASCAR? If so, please indicate how you are familiar with NASCAR.

6. Jeffrey Kessler, Jeanifer Parsigian, Danielle Williams, Josh Hafenbrack, Matthew DalSanto, Michael Toomey, and Neha Vyas of the law firm Winston & Strawn LLP are the attorneys for Plaintiffs.

   a. Does anyone know these attorneys or any of their family members? If so, how?

   b. Does anyone know another individual who works at Winston & Strawn LLP? If so, how?

   c. Has anyone been represented by Winston & Strawn LLP?

7. Ashley Bauer, Christopher Brown, Lawrence Buterman, Jennifer Giordano, David Johnson Anna Rathbun, Marguerite Sullivan, and Christopher Yates of the law firm Latham & Watkins LLP and Tricia Wilson Magee of the law firm Shumaker, Loop & Kendrick LLP are the attorneys for Defendants.

   a. Does anyone know these attorneys or any of their family members? If so, how?

   b. Does anyone know another individual who works at Latham & Watkins LLP or Shumaker, Loop & Kendrick LLP? If so, how?

   c. Has anyone been represented by Latham & Watkins LLP or Shumaker, Loop & Kendrick LLP?

8. During the trial of this case, the following individuals may be called to testify on behalf of the parties. Do you or a close family member know any of the following individuals or do you have strong opinions about any of these individuals? [**Please read names from the parties' final witness lists.**]

**Familiarity With the Case and Subject Matter**

9. Has anyone heard of this case or the facts of this case prior to today?

10. Does anyone have an interest, personal or otherwise, in the outcome of this case?

11. After hearing only the statement of the case, do any of you already find yourselves leaning in favor of one party or the other?

**Familiarity With Others in the Courtroom**

12. Do any of you know someone else on the jury panel?

13. Does anyone know me, any member of my court staff, or others who work in this courthouse?

**Ability to Come to a Judgment in This Case**

14. As a juror it will be your job to determine who you think is telling the truth and to make a decision in this case.

    a. Are any of you uncomfortable about accepting the responsibility of determining who is telling the truth?

    b. Does anyone feel uncomfortable making a decision for one party or the other in this case?

**Final Questions**

15. Is there any reason that you cannot sit as a juror in this case with complete fairness and impartiality and decide the case based only on the evidence presented in court and the law as given at the conclusion of the trial?

16. Does anyone have any reason we have not discussed today that they would not be able to serve as a fair and impartial juror for this case?

## II. PLAINTIFFS' PROPOSAL

Plaintiffs propose that the Court expand its "Confidential Juror Questionnaire" as shown in Exhibit 1.

In addition, Plaintiffs propose voir dire questions as set forth below. Plaintiffs note that they have proposed certain voir dire questions below that are also proposed in their written jury questionnaire (*see* Ex. 1). For clarity, they do not propose to have any such question presented to prospective jurors twice. If a question is included in the written questionnaire, then Plaintiffs would propose to delete it from the voir dire.

**Relevant Training or Experience**

17. Is anyone familiar with the term antitrust?

    a. How are you familiar with this term?

18. Is anyone a lawyer or does anyone have close family or friends who are lawyers?

19. Has anyone studied law or worked in a law office?

20. Have you or a close family member ever testified in a lawsuit?

    a. If so, does that experience affect your ability to be fair to all parties in deciding this case?

21. Have any of you been a party to a lawsuit, either a plaintiff or a defendant?

    a. If so, please explain the circumstances without providing specific details about the lawsuit.

**Ability to Come to a Judgment in This Case**

22. Does anyone have feelings about our legal system or our justice system that makes them skeptical of those who bring a case for money damages?

23. You may be called upon in this case to decide liability and/or award money damages to a party. Do you have any religious, philosophical, or other beliefs that would prevent you from doing that impartially if the evidence leads there?

24. When something bad happens in a person's life, do you believe it is usually due to fate or to their own choices?

### III. DEFENDANTS' PROPOSAL

Defendants propose that the Court expand its "Confidential Juror Questionnaire," as shown in Exhibit 2, to be used either as a written questionnaire provided to each person selected for jury service or as voir dire questions, at the Court's discretion.

### IV. PARTIES' VOIR DIRE CASE STATEMENTS

The Parties have prepared proposed case descriptions for use in voir dire, to be read at the Court's discretion, as shown in Exhibit 3.

Dated: November 10, 2025     Respectfully submitted,

By:    */s/ Ashley M. Bauer*
      Ashley M. Bauer*
      Christopher S. Yates*
      **LATHAM & WATKINS LLP**
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111
      ashley.bauer@lw.com
      chris.yates@lw.com

      Lawrence E. Buterman*
      **LATHAM & WATKINS LLP**
      1271 Avenue of the Americas
      New York, NY 10020
      lawrence.buterman@lw.com

Marguerite Sullivan*
Jennifer L. Giordano*
Anna M. Rathbun*
David L. Johnson*
Christopher J. Brown*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
marguerite.sullivan@lw.com
jennifer.giordano@.lw.com
anna.rathbun@lw.com
david.johnson@lw.com
chris.brown@lw.com

Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Telephone: (704) 945-2911
Facsimile: (704) 332-1197
tmagee@shumaker.com

*Admitted *pro hac vice*

*Counsel for NASCAR and James France*

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
Jeffrey L. Kessler*
Neha Vyas*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
nvyas@winston.com

E. Danielle T. Williams (N.C. Bar No. 23283)
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

7

Jeanifer E. Parsigian*
Michael Toomey*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto*
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Josh Hafenbrack*
Benjamin L. Rudofsky*
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 10th day of November, 2025.

*/s/ Ashley Bauer*\*
Ashley M. Bauer

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PARTIES' VOIR DIRE PROPOSALS** was electronically filed using the Court's CM/ECF system, which will automatically send notice of this filing to counsel of record for all parties, including:

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Josh Hafenbrack*
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Eric S. Hochstadt*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*/s/ Ashley Bauer\**
Ashley M. Bauer