UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

**JOINT MOTION TO SUBSTITUTE REDACTED EXHIBITS**

Pursuant to the Court's November 3, 2025 Text-Only Order, 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc., (collectively, "Plaintiffs"), and National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC, and James France (collectively, "Defendants" and together with Plaintiffs, the "Parties") respectfully move this Court for an order permitting them to substitute versions of certain exhibits previously filed under seal that redact certain personally identifiable information prior to those exhibits being unsealed. In support of this Joint Motion, the Parties state as follows:

**Amended Counterclaim Summary Judgment Briefing**

On October 28, 2025, the Court entered a Memorandum and Order granting Plaintiffs' Motion for Summary Judgment Against Counter-Plaintiff's Amended Counterclaim and unsealed all documents submitted for the Court's consideration in connection with that motion, including Doc. Nos. 216, 249 and 255 and their accompanying exhibits, (collectively the "Amended Counterclaim Summary Judgment Briefing"). *See* Doc. No. 336. On November 3, 2025, the Court

1

entered a Text Order temporarily resealing certain exhibits to allow the Parties and third parties an opportunity to substitute public versions of these exhibits that redact personally identifiable information. *See* Nov. 3 Text Order. While those exhibits were resealed, non-parties Fox Broadcasting Company, Fox Sports 1, LLC, Liberty Media Corporation, Hendrick Motorsports, LLC, Joe Gibbs Racing, LLC, Spire Motorsports IV, LLC, Smith Racing LLC d/b/a Hyak Motorsports, and RPAC Racing LLC d/b/a Legacy Motor Club filed motions to maintain certain information (the "Non-Party Confidential Information") under seal. *See* Doc. Nos. 375, 384, 415. While those motions were pending and as directed by the November 3 Text Order, the Parties sought leave to file and simultaneously filed redacted versions of the documents included in the Amended Counterclaim Summary Judgment Briefing that contained personally identifiable information of the Parties' personnel, but continued to maintain documents that contained Non-Party Confidential Information under seal pending the Court's rulings on the non-parties' motions. *See* Doc. Nos. 416, 417, 418, 419, 420. The Court ruled on the non-parties' motions on November 14, 2025. Accordingly, the Parties now jointly move the Court to permit them to replace the remaining sealed exhibits related to the Amended Counterclaim Summary Judgment Briefing listed below with identical versions containing limited redactions of personal information, including phone numbers, personal (non-corporate) email addresses, home addresses, license numbers, and approved Non-Party Confidential Information. *See Jeld-Wen, Inc. v. MMG Mgmt. Consulting, Inc.*, 2017 U.S. Dist. LEXIS 21478, at *5 n.1 (W.D.N.C. Feb. 15, 2017) (document "sealed to protect the parties' confidential, commercially sensitive, private and proprietary information") (internal quotations omitted)).

      As directed by the November 3 Text Order, the Parties are submitting the proposed redacted versions of the following documents related to the Amended Counterclaim Summary Judgment

Briefing using the CM/ECF event Redacted Documents listed under the Other Events category, linking those redactions back to the original filing, in conjunction with this motion[1]:

1. Doc. No. 216-4, which is a document produced by Defendant NASCAR as NASCAR-00167677.

2. Doc. No. 216-7, which is a document produced by the Race Team Alliance as RTA00009551.

3. Doc. No. 216-27, which is a document produced by Defendant NASCAR as NASCAR-00271487.

4. Doc. No. 216-38, which is a document produced by Defendant NASCAR as NASCAR-00196487.

5. Doc. No. 216-42, which is a document produced by Defendant NASCAR as NASCAR-00272331.

6. Doc. No. 216-44, which is a document produced by Defendant NASCAR as NASCAR-00097010.

7. Doc. No. 216-45, which is a document produced by Defendant NASCAR as NASCAR-00004408.

8. Doc. No. 216-52, which is a document produced by Defendant NASCAR as NASCAR-00331199.

9. Doc. No. 216-56, which is a document produced by Defendant NASCAR as NASCAR-00146388.

---

[1] The Parties also jointly submit the proposed redacted versions of the following documents: 216-9, 216-11, 216-12, 216-44, 216-79, 216-80, 216-81, 216-82, 249-11. On November 14, 2025, the Court granted Fox Broadcasting Company's motion to redact confidential business information. These documents contain same "highly sensitive and proprietary business information" that the Court permitted to remain under seal. *See* Doc. No. 421.

10. Doc. No. 216-65, which is an excerpt from the June 16, 2025, deposition of Jordan Bazant.

11. Doc. No. 249-10, which is a document produced by Plaintiff 23XI as 23XI_0237603.

12. Doc. No. 249-11, which is a document produced by Plaintiff Front Row Motorsports as FRM_0089805.

13. Doc. No. 249-12, which is a document produced by Plaintiff 23XI as 23XI_0033371.

14. Doc. No. 249-14, which is a document produced by Plaintiff 23XI as 23XI_0238297.

15. Doc. No. 249-17, which is a document produced by Plaintiff 23XI as 23XI_0016589.

16. Doc. No. 249-20, which is a document produced by Plaintiff 23XI as 23XI_0016053.

17. Doc. No. 249-21, which is a document produced by Plaintiff 23XI as 23XI_0224883.

18. Doc. No. 249-25, which is a document produced by Plaintiff 23XI as 23XI_0078878.

19. Doc. No. 249-27, which is a document produced by Plaintiff 23XI as 23XI_0020616.

20. Doc. No. 249-28, which is a document produced by Plaintiff 23XI as 23XI_0020104.

21. Doc. No. 249-29, which is a document produced by Plaintiff 23XI as 23XI_0020094.

22. Doc. No. 249-30, which is a document produced by Plaintiff 23XI as 23XI_0020081.

23. Doc. No. 249-34, which is a document produced by Plaintiff 23XI as 23XI_0075336.

24. Doc. No. 249-36, which is a document produced by Plaintiff 23XI as 23XI_0238120.

25. Doc. No. 249-37, which is a document produced by Plaintiff 23XI as 23XI_0075084.

26. Doc. No. 249-39, which is a document produced by Plaintiff 23XI as 23XI_0019144.

27. Doc. No. 249-42, which is a document produced by Plaintiff 23XI as 23XI_0258395.

28. Doc. No. 249-45, which is a document produced by Plaintiff 23XI as 23XI_0170809.

29. Doc. No. 249-47, which is a document produced by Plaintiff 23XI as 23XI_0018905.

30. Doc. No. 249-51, which is a document produced by Plaintiff 23XI as 23XI_0282670.

31. Doc. No. 249-53, which is a document produced by Plaintiff 23XI as 23XI_0172856.

32. Doc. No. 249-55, which is a document produced by Defendant NASCAR as NASCAR-00327102.

33. Doc. No. 249-56, which is a document produced by Plaintiff 23XI as 23XI_0172464.

34. Doc. No. 249-69, which is a document produced by Plaintiff 23XI as 23XI_0014538.

35. Doc. No. 249-73, which is a document produced by Plaintiff 23XI as 23XI_0013978.

36. Doc. No. 249-74, which is a document produced by Defendant NASCAR as NASCAR-00003732.

37. Doc. No. 249-75, which is a document produced by Plaintiff 23XI as 23XI_0226508.

38. Doc. No. 249-78, which is a document produced by Plaintiff 23XI as 23XI_0170964.

39. Doc. No. 249-79, which is a document produced by Plaintiff 23XI as 23XI_0013095.

40. Doc. No. 249-84, which is a document produced by Plaintiff 23XI as 23XI_0252195.

41. Doc. No. 249-85, which is a document produced by Plaintiff 23XI as 23XI_0012860.

42. Doc. No. 249-89, which is a document produced by Plaintiff 23XI as 23XI_0012757.

43. Doc. No. 249-90, which is a document produced by non-party the Race Team Alliance as RTA00034000.

44. Doc. No. 249-128, which is a document produced by non-party the Race Team Alliance as RTA00048821.

### Original Claim Summary Judgment Briefing

On November 4, 2025, the Court entered a Memorandum and Order resolving Defendants' Motion for Summary Judgment (Doc. No. 235) and Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 230). *See* Doc. No. 374. That same day, the Court entered a Text-Only Order directing the Clerk to unseal "all documents submitted for the Court's consideration in connection with Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 230) and Defendants' Motion for Summary Judgment (Doc. No. 235), including Doc. Nos. 231, 236, 265, 273, 279 and 284 (and their accompanying exhibits)," (collectively, the "Original Claim Summary Judgment Briefing"). Because many of documents in the Original Claim Summary Judgment Briefing contained both personally identifiable information of the Parties' personnel and Non-Party Confidential Information, the Parties requested that the Court delay unsealing the documents until the non-party motions were resolved. *See* Doc. No. 479. Now that the non-parties' motions have been resolved, the Parties jointly move the Court to permit them to replace certain sealed exhibits related to the Original Claim Summary Judgment Briefing listed below with identical versions containing limited redactions of personal information, including phone numbers, personal (non-corporate) email addresses, home addresses, license numbers, and approved Non-Party Confidential Information. *See Jeld-Wen, Inc.*, 2017 U.S. Dist. LEXIS 21478, at *5 n.1.

As directed by the November 3 Text Order, the Parties are submitting the proposed redacted versions of the following documents related to the Original Claim Summary Judgment Briefing

7

using the CM/ECF event Redacted Documents listed under the Other Events category, linking those redactions back to the original filing, in conjunction with this motion:

1. Doc. No. 231-1, which is the Expert Declaration and Report of Daniel A. Rascher, dated July 13, 2025.

2. Doc. No. 231-4, which is the expert rebuttal report of Professor Kevin M. Murphy, dated August 15, 2025.

3. Doc. No. 231-10, which is a document produced by Defendant NASCAR as NASCAR-00116200.

4. Doc. No. 231-11, which is a document produced by Defendant NASCAR as NASCAR-00101820.

5. Doc. No. 231-13, which is the expert damages report of Edward A. Snyder, dated July 15, 2025.

6. Doc. No. 231-17, which is a document produced by Defendant NASCAR as NASCAR-00331199.

7. Doc. No. 231-21, which is the expert rebuttal report of Paul K. Meyer, dated August 15, 2025, and a true and correct copy of the errata thereto, dated September 29, 2025.

8. Doc. No. 236-4, which is a document produced by Plaintiff Front Row Motorsports as FRM_0000130.

9. Doc. No. 236-7, which is a document produced by Plaintiff 23XI as 23XI_0222072.

10. Doc. No. 236-8, which is a document produced by Plaintiff 23XI as 23XI_0076215.

11. Doc. No. 236-10, which is a document produced by Plaintiff 23XI as 23XI_0300683.

12. Doc. No. 236-12, which is a document produced by Plaintiff 23XI as 23XI_0304433.

13. Doc. No. 236-17, which is a document produced by Plaintiff Front Row Motorsports as FRM_0091183.

14. Doc. No. 236-18, which is a document produced by Defendant NASCAR as NASCAR-00531939.

15. Doc. No. 236-19, which is a document produced by Plaintiff 23XI as 23XI_0027149.

16. Doc. No. 265, which is Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

17. Doc. No. 265-2, which is the Expert Declaration and Report of Daniel A. Rascher, dated July 13, 2025.

18. Doc. No. 265-5, which is a document produced by Defendant NASCAR as NASCAR-00331199.

19. Doc. No. 265-7, which is a document produced by Defendant NASCAR as NASCAR-00358203.

20. Doc. No. 265-11, which is a document produced by Defendant NASCAR as NASCAR-00323698.

21. Doc. No. 265-12, which is an excerpt from the June 16, 2025, deposition of Jordan Bazant.

22. Doc. No. 265-13, which is an excerpt from the May 29, 2025, deposition of Brian Herbst.

23. Doc. No. 265-14, which is a document produced by Defendant NASCAR as NASCAR-00558557.

24. Doc. No. 265-15, which is a document produced by Defendant NASCAR as NASCAR-00026401.

25. Doc. No. 265-16, which is a document produced by Defendant NASCAR as NASCAR-00467802.

26. Doc. No. 265-17, which is a document produced by Defendant NASCAR as NASCAR-00502702.

27. Doc. No. 265-20, which is a document produced by Defendant NASCAR as NASCAR-00138127.

28. Doc. No. 265-22, which is a document produced by Plaintiff 23XI as 23XI_0005675.

29. Doc. No. 265-24, which is a document produced by Plaintiff Front Row Motorsports as FRM_0005822.

30. Doc. No. 265-25, which is a document produced by Defendant NASCAR as NASCAR-00530959.

31. Doc. No. 265-26, which is a document produced by Defendant NASCAR as NASCAR-00167677.

32. Doc. No. 265-27, which is a document produced by Defendant NASCAR as NASCAR-00116223.

33. Doc. No. 265-32, which is a document produced by Defendant NASCAR as NASCAR-00019249.

34. Doc. No. 265-33, which is a document produced by Defendant NASCAR as NASCAR-00462778.

35. Doc. No. 265-34, which is a document produced by Defendant NASCAR as NASCAR-00464720.

36. Doc. No. 265-35, which is a document produced by Defendant NASCAR as NASCAR-00558557.

37. Doc. No. 265-37, which is a document produced by Defendant NASCAR as NASCAR-00318825.

38. Doc. No. 265-39, which is the declaration of Brian J. Wendling, produced by third party Liberty Media Corporation.

39. Doc. No. 265-40, which is a document produced by Plaintiff Front Row Motorsports as FRM_0006115.

40. Doc. No. 273-3, which is a document produced by Plaintiff 23XI as 23XI_0214720.

41. Doc. No. 273-4, which is a document produced by Plaintiff 23XI as 23XI_0180513.

42. Doc. No. 273-5, which is a document produced by Plaintiff 23XI as 23XI_0181774.

43. Doc. No. 273-6, which is a document produced by Plaintiff 23XI as 23XI_0240200.

44. Doc. No. 273-9, which is a document produced by Plaintiff 23XI as 23XI_0011538.

45. Doc. No. 273-10, which is a document produced by Defendant NASCAR as NASCAR-00574138.

46. Doc. No. 279-1, which is a document produced by Plaintiff Front Row Motorsports as FRM_0005822.

47. Doc. No. 279-4, which is a document produced by Defendant NASCAR as NASCAR-00179636.

48. Doc. No. 279-6, which is a document produced by Defendant NASCAR as NASCAR-00370955.

49. Doc. No. 279-7, which is a document produced by Defendant NASCAR as NASCAR-00342267.

50. Doc. No. 284-2, which is a document produced by Plaintiff Front Row Motorsports as FRM_0025875.

51. Doc. No. 284-3, which is a document produced by Plaintiff 23XI as 23XI_0221838.

52. Doc. No. 284-8, which is a document produced by Plaintiff 23XI as 23XI_0070896.

### *Daubert* and Motions in Limine Briefing

On November 17, 2025, the Parties requested guidance from the Court as to whether they should file a motion to substitute redacted exhibits for briefing related to the motions to exclude expert testimony and the motions in limine, Doc. Nos. 219, 232, 233, 235, 237, 239, 242, 301, 303, 305, 308, 311, 314, 316, 319, 320, 321, 324, 325, 327, 328, 330, 332, 334, and 335 (collectively

and with their associated oppositions and replies, the "*Daubert* and Motions in Limine Briefing"). That same day, Mr. Irving Brenner informed the parties that they should file such a motion. Certain documents and exhibits that comprise the *Daubert* and Motions in Limine Briefing contain personally identifiable information of the Parties' personal and/or Non-Party Confidential Information. Accordingly, the Parties now jointly move the Court to permit them to replace the sealed exhibits listed below with identical versions containing limited redactions of personal information, including phone numbers, personal (non-corporate) email addresses, home addresses, and license numbers, and approved Non-Party Confidential Information. *See Jeld-Wen, Inc.*, 2017 U.S. Dist. LEXIS 21478, at *5 n.1.

As directed by the November 3 Text Order, the Parties are submitting the proposed redacted versions of the following documents related to the *Daubert* and Motions in Limine Briefing using the CM/ECF event Redacted Documents listed under the Other Events category, linking those redactions back to the original filing, in conjunction with this motion:

1. Doc. No. 220, which is Plaintiffs' and Counter-Defendants' Memorandum in Support of Their Motion to Exclude the Expert Testimony of Edwin S. Desser.

2. Doc. No. 240-2, which is the expert rebuttal report of Professor Kevin M. Murphy, dated August 15, 2025.

3. Doc. No. 240-5, which is the expert damages report of Edward A. Snyder, dated July 15, 2025.

4. Doc. No. 243-1, which is the expert damages report of Edward A. Snyder, dated July 15, 2025.

5. Doc. No. 243-7, which is the expert rebuttal report of Paul K. Meyer, dated August 15, 2025.

13

6. Doc. No. 259, which is Plaintiffs' and Counter-Defendants' Reply Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Edwin S. Desser.

7. Doc. No. 317-4, which is an excerpt from the June 12, 2025, deposition of Curtis Polk.

8. Doc. No. 317-7, which is an excerpt from the July 25, 2025, deposition of Eugene Mason.

9. Doc. No. 318, which is a document produced by Defendant NASCAR as NASCAR-00464396.

10. Doc No. 318-1, which is a document produced by Defendant NASCAR as NASCAR-00481463.

11. Doc. No. 318-2, which is a document produced by Defendant NASCAR as NASCAR-00265850.

12. Doc. No. 318-4, which is a document produced by Defendant NASCAR as NASCAR-00464720.

13. Doc. No. 318-5, which is a document produced by Defendant NASCAR as NASCAR-00469169.

14. Doc. No. 318-7, which is a document produced by Defendant NASCAR as NASCAR-00398726.

15. Doc. No. 318-8, which is a document produced by Defendant NASCAR as NASCAR-00469409.

16. Doc. No. 344-1, which is a document produced by Plaintiff Front Row Motorsports as FRM_0089724.

17. Doc. No. 344-9, which is a document produced by Plaintiff 23XI as 23XI_0229997.

18. Doc. No. 344-12, which is a document produced by Plaintiff Front Row Motorsports as FRM_0084147.

19. Doc. No. 344-14, which is a document produced by Plaintiff Front Row Motorsports as FRM_0080618.

20. Doc. No. 344-16, which is a document produced by Plaintiff 23XI as 23XI_0169954.

21. Doc. No. 347-4, which is a document produced by Plaintiff 23XI as 23XI_0076215.

22. Doc. No. 354-1, which is a document produced by Plaintiff Front Row Motorsports as FRM_0076087.

23. Doc. No. 354-2, which is a document produced by Plaintiff 23XI as 23XI_0259167.

24. Doc. No. 354-3, which is a document produced by Plaintiff Front Row Motorsports as FRM_0000684.

25. Doc. No. 354-4, which is a document produced by Plaintiff 23XI as 23XI_0008116.

26. Doc. No. 354-5, which is a document produced by Plaintiff Front Row Motorsports as FRM_0011376.

27. Doc. No. 360-1, which is a document produced by Plaintiff 23XI as 23XI_0071761.

28. Doc. No. 360-4, which is a document produced by Plaintiff 23XI as 23XI_0249239.

29. Doc. No. 373-3, which is a document produced by Plaintiff 23XI as 23XI_0251557.

30. Doc. No. 373-4, which is a document produced by Plaintiff 23XI as 23XI_0173742.

31. Doc. No. 404, which is a document produced by Plaintiff 23XI as 23XI_0011132.

Respectfully submitted,

Dated: November 21, 2025   By:   /s/ Jeffrey L. Kessler
Jeffrey L. Kessler*
Neha Vyas*
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
nvyas@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian*
Michael Toomey*
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com

mtoomey@winston.com

Matthew R. DalSanto*
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Josh Hafenbrack*
Benjamin L. Rudofsky*
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington D.C. 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com


*Admitted *pro hac vice*
*Counsel for 2311 Racing LLC d/b/a 23XI
Racing and Front Row Motorsports, Inc.*

Respectfully submitted,

By:    */s/ Tricia Wilson Magee*
      Tricia Wilson Magee (N.C. Bar No. 31875)
      **SHUMAKER, LOOP, & KENDRICK, LLP**
      101 S Tryon Street, Suite 2200
      Charlotte, NC 28280
      Tel: 704-945-2911
      Fax:704-332-1197
      tmagee@shumaker.com

      Christopher S. Yates*
      Ashley M. Bauer*
      **LATHAM & WATKINS LLP**
      505 Montgomery Street, Suite 2000
      San Francisco, CA 94111
      Telephone: (415) 395-8240
      chris.yates@lw.com
      ashley.bauer@lw.com

      Lawrence E. Buterman*
      **LATHAM & WAKINS LLP**
      1271 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 906-1200
      lawrence.buterman@lw.com

      Marguerite M. Sullivan*
      Jennifer L. Giordano*
      Anna M. Rathbun*
      David L. Johnson*
      Christopher J. Brown*
      Christina R. Gay*
      **LATHAM & WATKINS LLP**
      555 Eleventh Street, NW, Suite 1000
      Washington, DC 20004
      Telephone: (202) 637-2200
      marguerite.sullivan@lw.com
      jeniffer.giordano@lw.com
      anna.rathbun@lw.com
      david.johnson@lw.com
      chris.brown@lw.com
      christina.gay@lw.com

      *Admitted pro hac vice*
      *Counsel for Defendants*

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This 21st day of November 2025.

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **JOINT MOTION TO SUBSTITUTE REDACTED EXHIBITS** was electronically filed using the Court's CM/ECF system, which will automatically send notice of filing to all parties of record, including as follows:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Marguerite M. Sullivan
Jennifer L. Giordano
Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
marguerite.sullivan@lw.com
Jennifer.giordano@lw.com
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com

*Counsel for Defendants*

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler