# Exhibit 12

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

| From: | Ron Devine [rdevine@arfoods.com] |
|---|---|
| Sent: | 1/5/2016 8:02:20 AM |
| To: | bob jenkins [ ] |
| CC: | Tommy Baldwin [tbaldwin@tommybaldwinracing.com]; Tad Geschickter [TGeschickter@STMotorsports.com]; harry.scott@hscottmotorsports.com |
| Subject: | Re: |

I hope not, but is that 2/3 of the board or the members?

Sent from my iPad

On Jan 5, 2016, at 7:06 AM, "bob jenkins" < > wrote:

I read the RTA by-laws and my fear is that we may have signed a collective bargaining agreement. It looks like to me that a two-thirds vote would apply to the topics we are discussing. I do believe that NASCAR wants to do a deal with the teams individually. I also believe the RTA would have a serious anti-trust issue by stacking the payouts for the top two-thirds of the owners and then relying on their vote to ratify a deal.

Please look it over and let me know what you think.

Bob ;enkins

Sent from my BlackBerry 10 smartphone.

**From:** Tommy Baldwin
**Sent:** Monday, January 4, 2016 9:02 PM
**To:** rdevine@arfoods.com; Tad Geschickter; harry.scott@hscottmotorsports.com;
**Subject:**

I re read the performance standards and they do have it right now. My only complaint now is the historical pay out

**Tommy Baldwin**
Owner
Tommy Baldwin Racing
296 Cayuga Dr.
Mooresville, NC 28117
tbaldwin@tommybaldwinracing.com
704-696-0036 (Office)
             (Cell)

Please note my primary email has changed to tbaldwin@tommybaldwinracing.com. Please update your records and discontinue the use of the yahoo email address. Thank You.

IMPORTANT INFORMATION & CONFIDENTIALITY NOTICE.
This e-mail (including any attached documents) is solely for the intended recipient. It may contain confidential and/or privileged information. If you are not the intended recipient (or with the authority to deliver or access the recipient's mail box) any disclosure, dissemination, distribution or copying of this e-mail or attached documents is strictly prohibited. If you have received this e-mail in error, please notify us and delete this e-mail and all documents attached immediately.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.