# Exhibit 14

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| | |
|---|---|
| From: | Denny Hamlin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9E96BE0B81614B8792AFED68F3F7ED51-DENNY] |
| Sent: | 1/22/2021 1:00:41 PM |
| To: | Steve Lauletta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=93f0b8acdd9b4361a35fe349559ae000-steve.laule] |
| CC: | Curtis Polk [                    ] |
| Subject: | Re: RTA Meeting |

That is the attitude we must have to make change happen. I don't know about Curtis but I'm willing to fight to make this business model more feasible without having to get 15M a year in sponsorship.

> On Jan 22, 2021, at 12:57 PM, Steve Lauletta <steve.lauletta@23xiracing.com> wrote:
>
> "The more thing change the more they stay the same", I was on the front line of when we did the Charter systems 5 or so years ago to get rid of licensing and hard card fees to teams and the owners bowed out of the fight.
>
> The issue is getting enough of the owners to stay aligned and strong with these type of topics as the "old guard" ,including your team owner Denny, are the first to fold. My hope is new blood like 23XI, Justin Marks, and others start to get the backbone needed for real change.
>
> As you might guess I love the fight so ready to get to it in order to make this a viable business model.
>
>
>
> Steve Lauletta | Interim President
> 218 Raceway Drive
> Mooresville, NC 28117
> C:
> Steve.lauletta@23XIRacing.com
>
>
>
> -----Original Message-----
> From: Denny Hamlin <denny@23xiracing.com>
> Sent: Friday, January 22, 2021 12:52 PM
> To: Curtis Polk <            >; Steve Lauletta <steve.lauletta@23xiracing.com>
> Subject: RTA Meeting
>
> I just spoke to Rob Kaufman the head of the RTA and Steve Odonell with Nascar. Curtis I think all 3 of us should attend these Nascar meetings. They are 4 times a year and cover a lot of things that involve our business structure. I was signing paperwork for my 11 team today and saw that our entry fee is 125k for the year. My hard card cost 10k!! These teams pay hundreds of thousands in credentials every year. Absolutely ridiculous. I texted Rob Kaufman about this immediately and told him that it was complete BS that Nascar charges these teams to compete like that. He said yea we have been trying to get them to change that for awhile but we should probably bring that back up since everything is different with COVID. These are the type of things that the teams have to stand up for and stop letting Nascar bully them around. I think it would be beneficial for you to be in these meetings to give some outside perspective since you are so heavily involved in the NBA. The first meeting is next weds right after our 23XI call.
> I have approved all of us to be in the meeting with Nascar and the RTA
>
> DH

CONFIDENTIAL                                                                                                           23XI_0025583