# Exhibit 15

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| | |
|---|---|
| From: | Denny Hamlin [denny@23xiracing.com] |
| Sent: | 2/10/2021 1:28:03 PM |
| To: | Curtis Polk [████████████] |
| CC: | Steve Lauletta [steve.lauletta@23xiracing.com] |
| Subject: | Re: NASCAR Economic Model |

This would be a very informative meeting Curtis. I believe with some influence from you and the team we can really make some changes in the Nascar team ownership business model. When the TV contract is up is when the team owners need to align and demand more from Nascar. Rob is the guy who built the Charter system and got all the teams to align years ago.

## Denny Hamlin | Managing Member | 3X Daytona 500 Champion
218 Raceway Drive
Mooresville, NC 28117
████████

denny@23xiracing.com



On Feb 10, 2021, at 12:06 PM, Curtis Polk <████████████> wrote:

Ok sounds good

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Feb 10, 2021, at 10:59 AM, Steve Lauletta <steve.lauletta@23xiracing.com> wrote:

I spoke to my former team's co-owner Rob Kauffman who was the initial Chairman of the Race Team Alliance (RTA) and knows more about the inner workings of the history and current state of the NASCAR economic model than just about anyone.

I asked him if he would spend some time with you guys to provide the background that I think will be helpful as we help work to revise the model moving forward. There has been baby steps made since the charter system but the roots of much of the issues remain, I think it would be a great forum to hear from Rob and ask questions in this small group.

I would look to start with a 60-90 minutes session with him, he is available this month so if you can send me some windows of time to organize a Zoom call I will get it done.

Thanks

CONFIDENTIAL                                                                                     23XI_0015174

**Steve Lauletta | Interim President**
218 Raceway Drive
Mooresville, NC 28117
Steve.lauletta@23XIRacing.com

<image001.png>

CONFIDENTIAL                                                                                                                      23XI_0015175