# Exhibit 16

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Rob Kauffman [███████████] |
|---|---|
| Sent: | 6/16/2021 11:18:54 AM |
| To: | Curtis Polk [███████████] |
| Subject: | Re: Thanks |

For sure! Yes, your impression is very similar to mine when I first got involved - most of these people are successful business people, but seem to get totally distracted on parts&pieces, rather than the business. And not surprisingly, NASCAR tries to kill or defer any substantive discussion on the business issues. Divide and conquer has worked well for them over the decades.

As you may have gathered by being on the call yesterday vs today, as a group they are quite passive-aggressive.

Happy to chat anytime directly.

Rob

On 6/16/21, 11:13 AM, "Curtis Polk" <███████████> wrote:

> Rob I appreciate your comments about the need to discuss the Charter system and it's flaws. I very much want to speak up about the issues I see and hurdles we are having in trying to expand. It's interesting to see the older owners either quiet or focused on things like CAD/Next Gen, changing Road Course. What about the money!!!!!!!
>
> If a working group is formed I would very much like to be on it. Thanks again
>
> This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

HIGHLY CONFIDENTIAL - OCO                                                                 23XI_0224900