# Exhibit 17

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

From: Jonathan Marshall [jsm@raceteamalliance.com]
Sent: 6/16/2021 5:42:10 PM
To: Denny Hamlin [denny@23xiracing.com]
CC: Rob Kauffman [　　　　　　　　]; Steve Newmark [snewmark@roushfenway.com]; Curtis Polk [　　　　　　　　]; Jeff Gordon [　　　　　　　　]; Brett Frood [brett@tonystewart.com]
Subject: Re: Discussion

Rob and Denny -

Confirming receipt.

We will reach out to Curtis for dates and times and set a meeting at RK Collection.

JSM

On Wed, Jun 16, 2021 at 5:25 PM Denny Hamlin <denny@23xiracing.com> wrote:
> Thanks Rob. That location works for me. Everyone is local except for Curtis so whenever he comes into town I'll make work on my end.

## Denny Hamlin | Managing Member | 3X Daytona 500 Champion
218 Raceway Drive
Mooresville, NC 28117

denny@23xiracing.com

On Jun 16, 2021, at 5:22 PM, Rob Kauffman <　　　　　　　　> wrote:

Jonathan, see below. DH suggested a smaller group meeting, with you attending as well. Can you have Sara coordinate with everyone so we can efficiently get a date on the calendar that works for everyone.

Guys – Sara will be contacting you each directly to get a few times that work and will make it happen. Happy to host in person at my car collection at RK Motors.

Look forward to it.

Rob

From: Brett Frood <Brett@tonystewart.com>
Date: Wednesday, June 16, 2021 at 5:13 PM

CONFIDENTIAL                                                                 23XI_0237603

**To:** Jeff Gordon <░░░░░░░░░░░░░░░░░>, Denny Hamlin <denny@23xiracing.com>
**Cc:** Robert I Kauffman <░░░░░░░░░░░░░░░░>, Steve Newmark <SNewmark@roushfenway.com>, Curtis Polk <░░░░░░░░░░>
**Subject:** RE: Discussion

Denny,

Thanks for the intro to Curtis – we're all excited to have someone with such experience and acumen joining our team fold. I would be enthusiastic to join in on a meeting as well.

Unfortunately, I am traveling for much of the next two weeks in June but can be flexible to join remotely. July is doable for in-person as well. Thanks.

---

**From:** Jeff Gordon <░░░░░░░░░░░░░░░░>
**Sent:** Wednesday, June 16, 2021 5:08 PM
**To:** Denny Hamlin <denny@23xiracing.com>
**Cc:** Rob Kauffman <░░░░░░░░░░░░░░░░>; Steve Newmark <SNewmark@roushfenway.com>; Brett Frood <Brett@tonystewart.com>; Curtis Polk <░░░░░░░░░░░░░>
**Subject:** Re: Discussion

Thanks Denny and pleasure to meet you Curtis. Look forward to the discussion. My next availability is June 24th(afternoon) or June 25th(morning). Happy to do in person or via Zoom, Teams etc. If that doesn't work for the group I also have availability the week after so let me know?

Best,

JG

On Jun 16, 2021, at 4:56 PM, Denny Hamlin <denny@23xiracing.com> wrote:

Hello guys I'd like you to meet my partner Curtis Polk who has been MJs business manager for decades. Although new to this sport Curtis has some very good insight on other sports and has been part of team/league revenue discussions many times over. I think it would be good to have a small open discussion with a small group to bounce around ideas and goals of the RTA as we enter a crucial couple of years in our sport. If we could all connect or get something on the calendar in the next couple of weeks that would be great. Let me know when everyone would be available.

Thank you,

**Denny Hamlin | Managing Member | 3X Daytona 500 Champion**
218 Raceway Drive

CONFIDENTIAL

23XI_0237604

Mooresville, NC 28117

denny@23xiracing.com

\<image001.png\>

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR
jsm@raceteamalliance.com


\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

CONFIDENTIAL

23XI_0237605