# Exhibit 18

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

**Messages in chronological order** (times are shown in GMT -04:00)

---

**JL** — Jeremy Lange <██████████> — 8/27/2021, 6:05 PM
You guys get your deal done?!

**JF** — Jerry Freeze <██████████> — 8/27/2021, 6:51 PM
No! That is why no mention of a Charter. To many parties involved trying to define too many hypotheticals….

**JL** — Jeremy Lange <██████████> — 8/27/2021, 6:51 PM
Haha. I can only imagine.

**JL** — Jeremy Lange <██████████> — 8/27/2021, 6:52 PM
What a cluster. Still find it hard to believe that bob will be partners with Denny and MJ. Such different people.

**JF** — Jerry Freeze <██████████> — 8/27/2021, 6:52 PM
Tell me about it

**JL** — Jeremy Lange <██████████> — 8/27/2021, 6:53 PM
You and I I think are real about it. Ain't no way it works. Haha

**JF** — Jerry Freeze <██████████> — 8/27/2021, 7:08 PM
MJ's people are a whole different level. They really think the Charter's will be worth 200M once they use their "influence" on the next NASCAR/TV deal. I want to tell them the Hornets are riding the coattails of LeBron/Steph Curry and the NBA's world marketing plan, not their stewardship of a low level franchise. They keep saying how they are going to increase our Charter's value once they run it and make Bob more $, but he'll they aren't outrunning us now!

**JL** — Jeremy Lange <██████████> — 8/27/2021, 7:14 PM
Haha. My thoughts exactly. They truly don't get it. It's easy now while they have sponsorship. Without it they are no different than Rick ware.

CONFIDENTIAL                                                                 FRM_0089805