# Exhibit 19

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 10/11/2021 11:32:11 AM |
| To: | Marshall Carlson [█████████████]; Dave Alpern [█████████████]; Brett Frood [bfrood@shracing.com]; Steve Lauletta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=93f0b8acdd9b4361a35fe349559ae000-steve.laule]; Torrey Galida [tgalida@rcrracing.com] |
| CC: | Steve Newmark [SNewmark@roushfenway.com]; Rob Kauffman [█████████████] |
| Subject: | RTA - Select Committee - Rights Group and Events Group - CONFIDENTIAL |

This note is being sent to this specific group to establish two select group -

The Rights Committee - (Steve N., Dave A, and Marshall C.)

The Events Committee (Brett F., Steve L., Torrey G. and Rob K.)

The idea came from the July 30th meeting at the Spectrum Center hosted by Curtis Polk (with a follow-on meeting this past weekend with a few of the participants (Steve N., Steve L, Curtis P, Denny H and Rob K)0.

Below you will find a description for each of the groups.

To kick this off, I've been asked to find a time for this group to meet and discuss either Wednesday or Thursday this week.

As Rob K is west coast this week, I'd like to propose the following times:

Wed - 12N, 1P or 3P
Thurs - 12N, 2P or 3P

Please let me know. Thank you.

JSM

*The following is a summary of the notes from the July 30 meeting.*

**Overview.** After reviewing the challenges of getting NASCAR to engage with the Teams on the extension of the Charter Agreement for the 2020 option, it was determined that the Teams should rethink their approach. It was suggested that for the Teams to improve their negotiation position, they would need to both offer more to NASCAR/broadcasters (the "pull") and demonstrate the Teams' collective ability to "put on a show" through possible curated racing events (the "push"). To accomplish this, it was recommended that two committees be established, the Rights Committee and the Events Committee, with each to deliver a "white paper" documenting their findings and recommendations.

A.    The **Rights Committee** will seek to deliver an overall economic proposal to NASCAR in connection with the Charter Renewal. The proposal would address the current broken business model and propose a potential solution (similar in concept to what Roush Fenway Racing sent to NASCAR before the opt out date for the extension). As part of this review, this committee would explore what rights are currently granted to NASCAR vs. reserved Team rights and come up with a recommendation for the Teams on what additional rights could be offered to NASCAR and potential value of those rights if they were granted. The goal is to see if the Teams can present a plan where Teams & NASCAR can collectively grow the pie (and therefore value) through collaboration.
*Rights Committee members: S. Newmark, M. Carlson, D. Alpern and T. Galida*

B.    The **Events Committee** will review the feasibility of creating additive content in the form of Team sponsored exhibition races that are permissible pursuant to the Charter Agreement, would be entertaining content to racing fans and which could bring in broadcasting dollars and/or help the Teams grow the Teams' media property, Racing

HIGHLY CONFIDENTIAL - OCO    23XI_0033371

America. This committee would explore whether there are one or more exhibition races that can be run during specific windows when there is a gap in sports entertainment and create a consolidated media package. This is "not instead of" content it is "in addition to" content. Most likely run as a charity race. The suggestion was made to create an RFP to do a track promotion.

Events Committee members: B. Frood, S. Lauletta, Torrey and Rob K.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0033372