# Exhibit 20

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Rob Kauffman [███████] |
|---|---|
| Sent: | 10/29/2021 1:34:53 PM |
| To: | Denny Hamlin [denny@23xiracing.com] |
| CC: | Jonathan Marshall [jsm@raceteamalliance.com]; Sara Zuccari [sara.zuccari@raceteamalliance.com] |
| Subject: | Re: RTA - Board and Member Meeting Agenda for November 1, 2021 - CONFIDENTIAL |

We have a much smaller & tighter group working on that, as you know. I think it's a mistake to open that up more broadly until we have a clear strategy to create the leverage we need to negotiate a better position.
If we tip our hand early and give nascar time to react I be we will miss our opportunity. Racing America is already under their skin.
Happy to speak anytime.
Rk

On Oct 29, 2021, at 13:28, Denny Hamlin <denny@23xiracing.com> wrote:

Generally speaking. How in the world can we be talking NFTs, docu series stuff (AGAIN!) and not be talking about business or the main source of revenue for the teams. Are we really just gonna sit back and wait on NASCAR tell us that they redid a TV deal without us consulting on it? This is beyond frustrating that we deflect as much if not more then NASCAR on the most important issues.

# Denny Hamlin | Managing Member | 3X Daytona 500 Champion
218 Raceway Drive
Mooresville, NC 28117
███████

denny@23xiracing.com



On Oct 29, 2021, at 12:45 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

Dear RTA Members

Please find attached the Agenda for the Board and Member meeting taking place this Monday, November 1st.
Our meeting will be a Zoom meeting and will last for 60 - 90 minutes. It will start at 9AM.

As in the past it will be a combined Board & member meeting with the Board conducting official business before opening the meeting up to all members.

If you have any questions beforehand, please do not hesitate to reach out to me.

Rob and I look forward to seeing you all then.

JSM

CONFIDENTIAL
23XI_0240117

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*
<RTA Members Meeting Agenda 11012021.pdf>

CONFIDENTIAL

23XI_0240118