# Exhibit 21

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

From: Curtis Polk [█████████]
Sent: 11/22/2021 11:20:55 AM
To: Jonathan Marshall [jsm@raceteamalliance.com]
CC: Marshall Carlson [█████████]; Dave Alpern [█████████]; Brett Frood [bfrood@shracing.com]; Steve Newmark [SNewmark@roushfenway.com]
Subject: Re: RTA - Select Committee - Rights Group

Thanks we are discussing internally at 23XI and hope to have a position by Wednesday.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Nov 22, 2021, at 9:48 AM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

Gentlemen

Steve asked me to send a reminder to this group following up on our Nov. 16th meeting last week. In that meeting we discussed having this group send by Wednesday "suggested ideas that you might have if you were drawing up a new structure for the sport".

This is all part of the "growing the pot" exercise discussed.

Towards that end, I'm attaching the original RFR "Stakeholders Alignment" memorandum that RFR submitted to NASCAR in 2019.

Thanks.

JSM
--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR
█████████
jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
<Roush Fenway Racing Strategic Alignment White Paper 2019.docx>

HIGHLY CONFIDENTIAL - OCO

23XI_0238297