# Exhibit 22

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

From: Curtis Polk [                    ]
Sent: 11/23/2021 10:14:33 PM
To: Steve Newmark [SNewmark@roushfenway.com]
CC: Steve Lauletta [steve.lauletta@23xiracing.com]; Denny Hamlin [denny@23xiracing.com]
Subject: Re: New Structure

Glad we can entertain everyone😊let me know if you want to get on a call tomorrow or after the holiday.

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply email and delete the message.

On Nov 23, 2021, at 9:16 PM, Steve Newmark <SNewmark@roushfenway.com> wrote:

 I'm just catching up and thoroughly enjoyed the back and forth.  It's clear that the banter at 23XI will be entertaining to say the least.

And, Denny, I don't disagree that we need to create a structure where the drivers can be compensated fairly and at levels above where they're trending.  However, I would approach it from a macro perspective, and estimate what we think we'll need to run a competitive team for a season, and then figure out the revenue buckets that we need to, at a minimum, break even, and if we perform well, either on or off the track, to make a profit.

Whether we tell NASCAR that the pool money is covering our operating costs or something else probably doesn't matter to us, as it's just cash into the company.  However, from a negotiating perspective, it's more likely to resonate with NASCAR if we claim their money is being used for basic operating costs, because they seem to think that the drivers earn too much already (which I know is hypocritical when looking at their financials).

In any case, from my perspective, we should have a model where a team can break even, at a minimum, with $8-10M in sponsorship.  For example, if we assume that we should be able to operate a competitive team, including driver, for $25M in the Next Gen world (which still is to be determined), then I would expect that we should receive around $12M from the fixed pool, and then some variable amount from prize money (maybe $2-5M).  If a team excels at generating sponsor revenue or earns more from prize money, you should be able to pocket the profit, use it on your driver or however else you choose.

And, you guys don't need to have a unified proposal by tomorrow.  Just suggestions and thoughts about how to structure, similar to what Curtis sent initially.  I'll take the input from the various teams, and try to create a more comprehensive structure for the group to use as starting point.

Steve

Sent from my iPad

HIGHLY CONFIDENTIAL - OCO

23XI_0016887

On Nov 23, 2021, at 7:30 PM, Steve Lauletta <steve.lauletta@23xiracing.com> wrote:

That last reply from Curtis really made me laugh!! Good one

Steve Lauletta
██████████ Mobile
@slauletta

Sent from my iPhone please excuse misspellings


On Nov 23, 2021, at 7:04 PM, Denny Hamlin <denny@23xiracing.com> wrote:

I am putting on my ownership hat!! That's why we gotta make sure all reasonable expenses should be covered. INCLUDING the talent lol.

# Denny Hamlin | Managing Member | 3X Daytona 500 Champion
## 218 Raceway Drive
Mooresville, NC 28117
██████████

denny@23xiracing.com




On Nov 23, 2021, at 6:55 PM, Curtis Polk <██████████> wrote:

For this discussion wear your ownership hat▯.

So we are supposed to send something to the RTA tomorrow(each of the 5 teams that participated in last call) to start the discussion. More work before anything goes to NASCAR. Does it make sense for some/all of us to get on the phone tomorrow morning for 1/2 to finalize? I am pretty open timewise.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.


On Nov 23, 2021, at 6:15 PM, Denny Hamlin <denny@23xiracing.com> wrote:

Agree. I guess the question is what do you think the superstars of our sport should make? 2m? 5m? We are grossly bigger then other sports that stars are making 15-20m a year. It's easy to improve our bottom line by suppressing the

HIGHLY CONFIDENTIAL - OCO

23XI_0016888

driver salary to make up for deficits like we've done for the last 5-6 years but it's still a cost whether we choose to recognize that or not. Some sort of driver cost has to be in the equation. What I'm afraid of is that we get the bump in TV to get to our "get even" number but we still have expenses that are not covered and we continue to lose sponsorship revenue like the sport has been for the last 10 year's and we end up with a net wash. 4-5m more per charter is great, however thinking of the cause and affect that that could cause on the sponsorship side we once we go to more streamed races could be a issue in the future. Now if your saying that we should be in the 12-13m range and then we go race for the rest then that starts to make more sense to me. But "all-in" I just don't know if that really truly really changes the game for us.

# Denny Hamlin | Managing Member | 3X Daytona 500 Champion
## 218 Raceway Drive
Mooresville, NC 28117

denny@23xiracing.com



On Nov 23, 2021, at 6:02 PM, Curtis Polk <​███████████​> wrote:

I hear you but at least in bball we have a salary cap. Do you want driver salaries regulated? Also, we aren't going to get to 50/50 in this negotiation. We have to plan on a realistic target and stay firm on that. There will be future negotiations and revenue growth(don't forget I ask that we get that on same %). I think by adding more money to purses and skewing it to top 10s, with the significant driver splits that seem to exist amongst the teams, the drivers would get most of their compensation that way. We can certainly add $1 million per car to the base cost structure for driver's but there is no way NASCAR is going to pay drivers $5-10 million each. Also note I'm not suggesting we share team/car sponsor revenue so this is also available to teams to comp drivers.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Nov 23, 2021, at 5:46 PM, Denny Hamlin <denny@23xiracing.com> wrote:

One thing that concerns me is we keep saying we need our cost covered. That of course is a great idea however it's not covering the largest nut we have and that is the driver. That's like the hornets not counting their player cost. If we are headed toward at least a 50% increase in tv money then that alone will get us close to our goal of getting 12-13m per chartered car. Are we selling ourselves short here? Shouldn't it be more about what % split is fair and not trying to just get us back to even? Where is the upside for us investing so much into the sport and actually being the show. I'm just afraid that with the bump in TV revenue that we are going to be happy with the pay raise and not get what is actually fair.

# Denny Hamlin | Managing Member | 3X Daytona 500 Champion
## 218 Raceway Drive

HIGHLY CONFIDENTIAL - OCO

23XI_0016889

Mooresville, NC 28117



denny@23xiracing.com



On Nov 23, 2021, at 5:38 PM, Curtis Polk <​███████████> wrote:

Unfortunately I'm not well versed enough to get into the specifics. However I believe we need to set forth the following fundamental goals and objectives.

All well managed teams should have an opportunity to make a profit and compete for a championship.

There should be determined a baseline cost of operating a car throughout a Cup season and each team should be guaranteed that amount through the Charter system.

Charter payments should be equal amongst the teams to make each team competitively balanced.

Purse money should be increased and skewed towards top ten finishes in order to incentivize and reward teams to compete.

Teams should be penalized for not meeting minimum performance/spending standards.

Nascar and teams need to work together to mutually agree to grow the revenues by determining additional rights that have value and can be exploited.

Growth in revenue should be shared by a similar % split once the basic team payments are covered and purses are set. For example, if 35% of NASCAR Revenue needs to be paid out to teams in Charter and purse payments to meet the above, then 35% of Revenue growth should accrue to teams and 65% to NASCAR.

NASCAR and teams should agree that a certain amount of revenues go into a fund to improve the sport through, capital improvements at tracks, media, employee training and innovation.

Let me know your thoughts

This message contains information which may be confidential and privileged.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message.  If you have received the message in error, please advise the sender by reply email and delete the message.

On Nov 23, 2021, at 8:22 AM, Steve Lauletta <steve.lauletta@23xiracing.com> wrote:

HIGHLY CONFIDENTIAL - OCO

23XI_0016890

Steve,

From 50,000 feet here are a couple of thoughts as to what our goal should be in terms of structuring a new financial model moving forward

1)      NASCAR has suggested they feel the cost to field a competitive NextGen car for a season is in the $12-14M range without driver salary.  Any new financial model should have the charter revenue covering this base cost to compete allowing teams to use sponsorship revenue to cover the driver salary and drive profit into the business.

2)      NASCAR continues to suggest the market should allow for an increase in the television media rights fees in this next deal. We have all complained about the lack of equity in the current split of the television media revenue being overly skewed to the tracks. A goal should be to have the increase from the current rights fees paid to the new deal be significantly shared with the teams, I would start with that increase being shared at a rate of 65-70% with the teams. If we have to discuss providing more team rights to do so that should be a conversation we should be willing to have.

3)      NASCAR should walk the teams through (and I told Herbst this when I met with him) all the scenarios they have as to how the split of linear versus streaming content/rights could effect the financial packages offered. We continue to deal in a vacuum while they have specific numbers estimated for these new deal options, we need to get those and be open with the information.

4)      The charter pool of revenue should be one pot (get rid of the historic) that each charter team gets evenly. They can increase the prize money pool so that the better teams can secure their fair share of that piece of revenue by proving they are the better teams each week on the track. Financial reward should no longer be given for what teams accomplished 10+ years ago.

Curtis/DH please feel free to add to this high level list of directional comments.

Thanks

**Steve Lauletta | President**
218 Raceway Drive
Mooresville, NC 28117

███████████

Steve.lauletta@23XIRacing.com

<image001.png>

HIGHLY CONFIDENTIAL - OCO

23XI_0016891