# Exhibit 23

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 12/31/2021 9:41:30 AM |
| To: | Steve Newmark [SNewmark@rfkracing.com] |
| Subject: | Rights Group - Presentation |
| Attachments: | New Model for Team Sustainability 12312021.pptx |

Steve

Here's a start of a presentation for the Rights Group.

I thought I'd take your work from the last meeting and get it into a few slides.

Nothing to do here, just wanted to get a jump on moving this forward at the appropriate time.

jsm


--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL – OCO

RTA00038190



# Mission Statement

**FUNDAMENTAL PRINCIPLE WITH A MANTRA**

*All well managed Teams should be able to make compete for a championship and make a reasonable profit*

CONFIDENTIAL & PROPRIETARY 2

HIGHLY CONFIDENTIAL – OCO

RTA00038192

# Need to Cover Base Cost

## A BOTTOMS UP APPROACH

NASCAR's annual distribution needs to *cover the base cost* for each Charter owned by a Team

- Definition of Base Cost to be established and measured but expected to be in the $12M - $14M range per Charter not including driver = $432M
- $1 million - base driver salary = $36M

@ $12M per Charter

($12M x 36) = $432M

+ $36M

Total   $468M

*Represents 39% of the current Media Deal*

CONFIDENTIAL & PROPRIETARY

3

HIGHLY CONFIDENTIAL – OCO

RTA00038193

# Additional Concepts

## REWARD SUPERIOR PERFORMANCE

Establish a separate prize money fund (weekly and year-end) to incentivize and reward superior performance on the track.

- $150M - $170M in Prize Pool goes to top 10 Teams
- Prize pool paid to Drivers as performance bonus

## AVOID AN ARM'S RACE / BUT BE COMPETITIVE

- Establish rules for overspending Teams
- Need to penalize Teams that can't reach minimum requirements
    - Teams would expect minimal operational requirements to be established by NASCAR, as well as possible cost cap

CONFIDENTIAL & PROPRIETARY

4

HIGHLY CONFIDENTIAL – OCO

RTA00038194

# Additional Team Assets

## ADDITIONAL RIGHTS & CREATING JOINT OPPORTUNITIES

- Teams would contribute additional rights to NASCAR, which could include social/digital, content, appearances, etc.

- NASCAR and Teams would create a "new business" joint venture to explore additional revenue opportunities using the combined IP of the group, with the intent that new opportunities would be funneled through this entity in order to align interests among the stakeholders.

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL – OCO

RTA00038195