# Exhibit 24

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

```
From:     Jonathan Marshall [jsm@raceteamalliance.com]
Sent:     1/8/2022 11:30:25 AM
To:       Curtis Polk [                    ]; Steve Lauletta [steve.lauletta@23xiracing.com]; Brett Frood
          [bfrood@shracing.com]; Gordon, Jeff [                    ]; Marshall Carlson [                    ];
          Dave Alpern [                    ]
CC:       Steve Newmark [SNewmark@roushfenway.com]; Torrey Galida [tgalida@rcrracing.com]
Subject:  Rights Group - Stakeholder Alignment - CONFIDENTIAL
```

Rights Group

Steve N. has asked if this group can find time on Monday, Janaury 17th for our next discussion. Our goal is to have a deck to share with this group during that meeting for review and feedback.

I'll propose either a 3PM or 4PM start for 60 minutes. Please let me know if that works for you.

Also, see below for notes/next steps from our meeting this past week.

JSM

**NOTES FROM JANUARY 5, 2022 RIGHTS GROUP MEETING**

Following the call earlier today, here are the notes for Next Steps.

1.  Media Rights Consultant.

a. Consensus is that Wasserman would be a good fit subject to (i) confirming who would be on the Team (important that Dean and Will are leaders for this group) and (ii) we can agree on financial terms. Point was made that they could help the Teams two ways, first with the media rights and second with actually assisting on a potential race event.
b. Jonathan to continue to see if can reach agreement with Wasserman and keep this group informed of progress.
c. But don't yet give up on –
i. WME - Steve L. to have a follow-on conversation with Karen Brodkin
ii. UTA – Jonathan to follow up with UTA on their potential interest in this engagement.

2.  Prepare a high-level outline of a structure/paradigm for the new Charter/TV era that is endorsed by the teams.

a. Steve N and Jonathan to prepare slides outlining the approach that this group discussed during the 12/13 meeting (*well-run Teams should be able to compete for a championship and be profitable*). Refer to Steve N's 12/15 email for more detail.
b. Once drafted, Steve and Jonathan will disseminate to this group and will schedule a follow-on call for this group to discuss further.
c. Goal is to confirm that this group has consensus on this approach, before sharing with a wider group. And who is part of the wider group will be discussed before dissemination.

3.  Continue to develop and build out a viable Events concept. Steve L and Brett to provide an update on the work they've already provided but holding on any type of RFP until after Phelps meeting.

4.  Timeline - This group will need to discuss overall approach for getting Teams buy-in, but high-level timeline would be as follows:

a. Presidents Group Meeting – 1/12 (Steve N. would lead any discussion with this group as appropriate)
b. Board Meeting 1/18 (Rob K and Jonathan will discuss with Teams need to engage third party media consultant)

HIGHLY CONFIDENTIAL - OCO                                                                                       23XI_0016589

c. Week of Jan 24 or Jan 31 – meeting with "the right group of Teams and their reps (owners, principals, presidents/cfos (all TBD))" to discuss overall concept/approach developed by Rights Group
d. Week prior to Daytona – meet with Phelps.

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR
jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0016590