# Exhibit 25

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 2/10/2022 5:57:25 PM |
| To: | Jonathan Marshall [jsm@raceteamalliance.com] |
| CC: | Steve Newmark [SNewmark@rfkracing.com] |
| BCC: | |
| Subject: | RTA - Owners & Principals Daytona Meeting |

Team Owners & Principals

**Re: Meeting in Daytona**

This will confirm that the special meeting of Owners & Other Principals will take place on Thursday, February 17 at 3 PM at the Shores Resort & Spa.

Teams/Principals that have confirmed their attendance - 23XI Racing (Michael Jordan, Denny Hamlin, Curtis Polk), Hendrick Motorsports (Rick Hendrick, Jeff Gordan, Marshall Carlson), Joe Gibbs Racing (Coach Gibbs, Coy Gibbs, David Alpern), Roush Fenway Keselowski Racing (Jack Roush, Steve Newmark), Richard Childress Racing (Richard Childress, Torrey Galida) and Stewart Haas Racing (Joe Custer, Brett Frood).

The location will be the **Shores Resort & Spa in the Coastal Room.**

Address: 2637 S. Atlantic Avenue
Daytona Beach Shores, Florida 32118

I will be in the lobby on Thursday to direct folks to the proper room.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR
jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***