# Exhibit 26

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Curtis Polk [REDACTED]
**Sent:** 2/16/2022 6:28:07 PM
**To:** M Jordan [REDACTED]
**Subject:** Tomorrow's meeting
**Attachments:** FinalPowerpointfor NASCAR.pdf; Untitled attachment 00011.txt; MJtalking points.pdf; Untitled attachment 00014.txt

Here is a handout we are going to be using tomorrow. In addition, I attached some potential talking points for you. I hope you will make a few comments so the others see you are involved and in support.



TEAM SUSTAINABILITY DISCUSSION

FEBRUARY 2022

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016458

# Current Landscape

**Broadcast, Track & Charter Agreements**

- All agreements expire at end of 2024, blank slate for 2025

- Important Dates
  - **January 1 - March 1, 2023** – Teams notify NASCAR of intent to negotiate renewal
  - **February - April 30, 2023** – Exclusive negotiating window for NBC & FOX
  - **May 2023** – NASCAR may begin discussions with other broadcasters
  - **July 1 – December 31, 2023** – Exclusive negotiating window for NASCAR & Teams

**Industry is Bullish on Increases**

- NASCAR & other industry experts have predicted a significant increase for rights fees
  - Expected to include a direct-to-consumer/streaming component as part of the offer



INDUSTRY TRENDS/ SNAPSHOT OF TEAM ECONOMICS
GET LOUD
GET LOUD
DEAD ON TOOLS
CAMRY
CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO
23XI_0016460

# Sports Industry Trends

## *MEDIAN ANNUAL TEAM REVENUE BY SPORTS SERIES (1997 – PRESENT)*

Median Annual Team Revenue MM$
500
450
400
350
300
250
200
150
100
50
0
COVID
NFL
NBA
MLB
NHL
MLS
NASCAR
2003
2006
2009
2012
2015
2018
2019
2020
2021

Source: 1997 – 2018 Forbes; 2018 – 2021 Wasserman Agency

CONFIDENTIAL & PROPRIETARY

4

HIGHLY CONFIDENTIAL - OCO

23XI_0016461

# Sports Industry Trends

***AVERAGE VALUES* & REVENUE MULTIPLES** BY LEAGUE***

| Average Revenue Multiples | | |
|---|---|---|
| | LOW | HIGH |
| NFL | 6 | 8 |
| NBA | 4 to 6 | 7+ |
| MLB | 4 to 6 | 6 to 7+ |
| NHL | 3 to 4 | 4 to 5+ |
| MLS | 10 | 13 |

*Source: Forbes Estimates / ** Per Wasserman Agency

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0016462

Case 3:24-cv-00886-KDB-SCR Document 454-14 Filed 11/21/25 Page 7 of 30

# 2009 – 2022 Team Revenues & Team Costs**

***Over last 13 years, Sponsorship Revenue has declined / Per Car Cost has Increased***

Sponsorship Revenue
Per Car Spend
150
125
100
75
50
25
Percentage
2009
2014
2019
2021
2022
+ 21%
-50%
Since 2009
• Per car Costs Up 21%
• Sponsorship Revenue Down 50%

**Data from 8 Teams / 24 Charters for 2014 & 2016, 5 Teams / 16 Charters for 2022 (Excludes cost of Driver)

6

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016463

Case 3:24-cv-00886-KDB-SCR Document 454-14 Filed 11/21/25 Page 8 of 30



NASCAR/TRACK ECONOMICS
CONFIDENTIAL & PROPRIETARY
50 LAPS TO GO - TOP 3 ADVANCE TO MAIN
2022 BUSCH LIGHT CLASH AT THE LA COLISEUM
1. HAMLIN
2. ALLMENDINGER
3. CHASTAIN
4. HARVICK
UNITED AIRLINES FIELD

HIGHLY CONFIDENTIAL - OCO

23XI_0016464

# Pro Forma NASCAR & SMI Revenue (2018 – 2022)**

## *COMBINED NASCAR & SMI HAS A COMBINED $1.9B – $2.2B ANNUAL REVENUE*

Revenue (in millions)
NASCAR
SMI
Combined
$2,500
$2,000
$1,500
$1,000
$500
$0
$1,462
$462
$1,924
$1,521
$468
$1,989
$1,562
$477
$2,039
$1,625
$486
$2,111
$1,692
$496
$2,188
2018A
2019E
2020E
2021E
2022E

**Source - Goldman Sachs Presentation dated October 29, 2018 & Morgan Stanley Presentation dated May 16, June 10, June 19, July 02, and July 23, 2019
*** Does not include Dover, Pocono & Indy

8

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016465

# Pro Forma NASCAR & SMI EBITDA (2018 – 2022)**

*....AND A COMBINED EBITDA OF $441 - $525 MILLION ANNUALLY*

EBITDA (in millions)
NASCAR
SMI
Combined
$600
$500
$400
$300
$200
$100
$0
$324
$117
$441
$346
$117
$463
$358
$115
$473
$390
$113
$503
$415
$111
$526
2018A
2019E
2020E
2021E
2022E

**Source - Goldman Sachs Presentation dated October 29, 2018 & Morgan Stanley Presentation dated May 16, June 10, June 19, July 02, and July 23, 2019

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016466

Case 3:24-cv-00886-KDB-SCR Document 454-14 Filed 11/21/25 Page 11 of 30

# Pool Money Paid to Teams (2016 – 2024)

## *NASCAR AGGREGATE POOL MONEY / AVERAGE BY TEAM*

| | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|
| Total Funds Paid (000) | $232,647 | $242,415 | $252,436 | $263,815 | $275,483 | $288,093 | $301,123 | $317,929 | $333,177 |
| Annual Growth | 4.00% | 4.20% | 4.10% | 4.50% | 4.40% | 4.60% | 4.50% | 5.60% | 4.80% |
| Average Payout Per Charter | $6,157,284 | $6,418,999 | $6,687,568 | $6,992,444 | $7,305,153 | $7,713,075 | $8,061,992 | $8,512,114 | $8,920,453 |



PATH FORWARD
NAPAonline.com
@chaseelliott9
NAPA
AUTO PARTS
CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016468

# Stated Goals for the Industry

## Collective Objectives

- NASCAR should be a ***compelling sport*** with a large, loyal and growing fan base
- With a sustainable business model that is viable for all key stakeholders
  - *All* ***well-managed Teams*** *should be able to* ***compete for a Cup championship*** *and make a* ***reasonable profit***

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

# What Do Teams Need?

- What is a “fair share”?

- Should the Teams’ share be based on an absolute dollar figure or a floating percentage?

CONFIDENTIAL & PROPRIETARY

13

HIGHLY CONFIDENTIAL - OCO

23XI_0016470

# What Happens if Teams Do Nothing?

## *NASCAR AGGREGATE POOL MONEY / AVERAGE BY TEAM*

**Assumptions:**

- NASCAR enters 10- year agreement (2025 – 2034) @ a 50% premium to existing deal (4% per annum)
- The percentage payout to Teams remains unchanged
- Broadcast rights (@ 4% per annum) and track contributions (@ 6% per annum) remain the same

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Funds Paid (000) | $348,745 | $365,075 | $382,205 | $400,176 | $419,031 | $438,816 | $459,577 | $481,364 | $504,232 | $ 528,236 |
| Annual Growth | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.8% | 4.8% |
| Average Payout per Charter | $9,337,406 | $9,774,736 | $10,233,497 | $10,714,781 | $11,219,740 | $11,749,586 | $12,305,596 | $12,889,114 | $13,501,557 | $14,144,417 |

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016471

# What Additional Assets Can Teams Offer?

- ✓ Broader Exclusivity
- ✓ Social / Digital Rights
- ✓ Content Commitment
- ✓ Driver / Team Appearances
- ✓ Track Promotional Support
- ✓ "Associate rights" to certain Team Assets
- ✓ Potential new business & joint venture opportunities

CONFIDENTIAL & PROPRIETARY

15

HIGHLY CONFIDENTIAL - OCO

23XI_0016472

# What Might NASCAR Require in Return?

- ✓ Ability to stream select races
- ✓ Broader allocation of funds across all Charters
- ✓ Minimum operating standards
- ✓ Penalties for overspending
- ✓ Potential cost cap
- ✓ Sharing of cost reductions
- ✓ Additional IP rights

CONFIDENTIAL & PROPRIETARY

16

HIGHLY CONFIDENTIAL - OCO

23XI_0016473

NEXT STEPS?
GET LOUD
GET LOUD
DEAD ON TOOLS
CAMRY
CONFIDENTIAL & PROPRIETARY

23XI FAIR SHARE MODEL
23
CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016475

# Sample "Fair Share" Model

## Two Components:

- **Fixed Charter Payment**
  - ➢ Intended to cover all/majority of base costs, a minimum driver allocation and hopefully some profit margin
- **Variable Prize Money Payment**
  - ➢ Weekly and year-end payments heavily weighted to top performers

## Initial Estimates:

- $504M in Fixed Charter Payments ($14M per Charter)
- $150M in Variable Prize Money Payments

**TOTAL NASCAR POOL = $654M**

# Comparison of New Model vs 2021 Team Payouts

| Team | Car # | 2021 Total | New Model Total** | Change |
|---|---|---|---|---|
| 23XI | 23 | 6,367,533 | 17,083,890 | 10,716,357 |
| 23XI | 00 | 4,237,945 | 15,850,236 | 11,612,291 |
| FRM | 34 | 6,984,486 | 18,163,055 | 11,178,569 |
| FRM | 38 | 4,809,033 | 16,189,017 | 11,379,983 |
| HMS | 9 | 11,156,809 | 19,897,158 | 8,740,349 |
| HMS | 5 | 10,553,514 | 24,826,742 | 14,273,228 |
| HMS | 48 | 8,908,794 | 18,181,997 | 9,273,203 |
| HMS | 24 | 8,787,146 | 18,613,171 | 9,826,025 |
| JGR | 11 | 10,936,276 | 20,949,552 | 10,013,276 |
| JGR | 18 | 10,440,878 | 18,978,620 | 8,537,742 |
| JGR | 19 | 10,324,039 | 21,538,928 | 11,214,889 |
| JGR | 20 | 8,384,294 | 18,331,169 | 9,946,874 |
| JTG | 47 | 6,329,278 | 17,014,850 | 10,685,571 |
| Kaulig | 77 | 5,783,236 | 16,457,445 | 10,674,209 |
| Kaulig | 99 | 5,650,452 | 16,760,976 | 11,110,525 |
| Live Fast | 78 | 4,677,689 | 16,140,311 | 11,462,622 |
| Penske | 2 | 10,457,103 | 19,155,884 | 8,698,781 |
| Penske | 22 | 10,710,540 | 18,995,115 | 8,284,575 |
| Penske | 12 | 10,008,813 | 18,993,770 | 8,984,957 |
| Petty GMS | 43 | 5,875,291 | 16,789,918 | 10,914,627 |
| Petty GMS | 51 | 4,084,028 | 16,055,220 | 11,971,192 |
| RCR | 3 | 8,631,007 | 18,532,550 | 9,901,543 |
| RCR | 8 | 7,871,898 | 18,260,877 | 10,388,979 |
| RFK | 17 | 7,035,337 | 17,688,040 | 10,652,703 |
| RFK | 6 | 6,006,017 | 16,556,486 | 10,550,469 |
| RWR | 52 | 4,300,056 | 16,055,488 | 11,755,432 |
| RWR | 15 | 4,254,461 | 15,752,555 | 11,498,094 |
| SHR | 4 | 11,080,688 | 19,483,680 | 8,402,992 |
| SHR | 10 | 8,219,355 | 17,616,786 | 9,397,431 |
| SHR | 41 | 7,138,737 | 17,037,732 | 9,898,995 |
| SHR | 14 | 7,897,030 | 17,024,560 | 9,127,529 |
| Spire | 53 | 4,186,573 | 16,037,652 | 11,851,079 |
| Spire | 7 | 5,908,810 | 16,774,484 | 10,865,674 |
| Trackhouse | 1 | 8,870,953 | 18,367,061 | 9,496,108 |
| Trackhouse | 42 | 8,020,060 | 17,899,754 | 9,879,693 |
| WBR | 21 | 7,458,007 | 17,743,678 | 10,285,671 |
| Total Charter Payout | | | 645,798,406 | |
| Average Charter Payout | | | 17,938,845 | |

## TOTAL POOL PAYOUT

| | |
|---|---|
| 2025 Charter Revenue $14m per team | 504,000,000 |
| 2025 Race Purse | 120,000,000 |
| 2025 YE Points | 30,000,000 |
| Total Pool Payout | 654,000,000 |

2025 Prize Money and YE Points Fund uses same finish as 2021 and new Prize Money Allocation

Total Revenue Difference is due to non-charter teams prize money

**** New Model Total – prize money + YE points fund uses same finish as 2021 and new prize money allocation. Difference between Total Charter Payout vs. Total Pool Payout is money for open teams.**

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0016477

Case 3:24-cv-00886-KDB-SCR Document 454-14 Filed 11/21/25 Page 22 of 30

# New Model Sample Prize Money and YE Points Allocation

| Finish Position | 2021 Race Purse | 2025 Race Purse | Change | YE Points |
|---|---|---|---|---|
| 1 | 5.160% | 20.00% | 14.84% | 20.8500% |
| 2 | 4.067% | 12.00% | 7.93% | 12.8500% |
| 3 | 3.976% | 8.00% | 4.02% | 8.8500% |
| 4 | 3.885% | 5.00% | 1.12% | 5.8500% |
| 5 | 3.794% | 4.00% | 0.21% | 4.8500% |
| 6 | 3.704% | 3.70% | 0.00% | 4.5500% |
| 7 | 3.613% | 3.50% | -0.11% | 4.3500% |
| 8 | 3.522% | 3.30% | -0.22% | 4.1500% |
| 9 | 3.432% | 3.00% | -0.43% | 3.8500% |
| 10 | 3.341% | 2.80% | -0.54% | 3.6500% |
| 11 | 3.250% | 2.60% | -0.65% | 3.4500% |
| 12 | 3.165% | 2.40% | -0.77% | 3.2500% |
| 13 | 3.079% | 2.20% | -0.88% | 3.0500% |
| 14 | 2.993% | 2.00% | -0.99% | 2.8500% |
| 15 | 2.908% | 1.80% | -1.11% | 2.6500% |
| 16 | 2.822% | 1.60% | -1.22% | 2.4500% |
| 17 | 2.736% | 1.50% | -1.24% | 2.3500% |
| 18 | 2.651% | 1.30% | -1.35% | 2.1500% |
| 19 | 2.565% | 1.20% | -1.37% | 2.0500% |
| 20 | 2.479% | 1.10% | -1.38% | 1.9500% |
| 21-40 | 32.858% | 17.00% | -15.86% | |
| | 100.00% | 100.00% | 0.00% | 100.00% |

2021 21-40 ranges 2.399% to .886%

2025 21-40 each spot earns .85% of purse

**NOTE TO DRAFT – THIS IS INCLUDED IN PRINTED PRESENATION ONLY**

## Key Concepts

- ✓ With increased pool, all Charters receive more
- ✓ However, high performers more greatly rewarded

# 2021 Actual Charter Sales

## *A ROBUST YEAR FOR CHARTER SALES*

- 7 Charters were purchased/sold in 2021
- Purchases were made by 4 Teams

| Number of Charters Purchased | Average Purchase Price Per Charter | Average Annual Fixed Revenue Per Charter | Sales Price Multiple | Average Fixed Revenue + PM + YE Points Revenue Per Charter | Sales Price Multiple |
|---|---|---|---|---|---|
| | | | | | |
| **7** | **$12,000,000** | **$3,669,856** | **3.27** | **$6,074,567** | **1.98** |

# New Model Charter Sales and Charter Multiples

**Assumptions:**

- Fixed Charter Revenue = $14M per Charter
- Fixed Charter Revenue + Prize Money + Year End Points as per 23XI New Model

| Team | Car Number | Fixed Charter Revenue @ 4 Times Multiple | Fixed Charter Revenue + Prize Money + Year End Points @ 3 Times Multiple |
|---|---|---|---|
| **Stewart - Haas Racing** | **4** | **$56,000,000** | **$58,449,000** |
| **Hendrick Motorsports** | **5** | **$56,000,000** | **$74,480,226** |
| **Joe Gibbs Racing** | **11** | **$56,000,000** | **$62,848,656** |

# Common Ground Between NASCAR & Teams

- ✓ Need a more competitive field
- ✓ Need for baseline costs to be covered
- ✓ Need to control costs
- ✓ Need for broader ownership / more attractive business model
- ✓ Stop sponsorship erosion
- ✓ Broader demographic appeal
- ✓ Greater consolidation of rights

CONFIDENTIAL & PROPRIETARY

24

HIGHLY CONFIDENTIAL - OCO

23XI_0016481

# Team Concerns About Moving Forward

- ✓ Can the Teams agree to a "Base Cost"?
- ✓ Concern over Fixed Payments benefitting under-performing Charters
- ✓ What if Teams can't get NASCAR to $654M?

CONFIDENTIAL & PROPRIETARY

25

HIGHLY CONFIDENTIAL - OCO

23XI_0016482

CONFIDENTIAL

23XI_0016483

MJ Potential Talking Points

I am a big Nascar fan and absolutely love the sport

I'm thrilled to be an owner and hope to be here for a long time

I have worked with Curtis for over 30 years and totally trust him when it involves financial advice and structuring. Curtis and I made a big impact in improving the franchise values in the NBA during a similar process

We definitely want this to be a group effort of people from all of your teams. We have to stick together and not get divided

When appropriate I have no problem lending my voice to this process

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.