# Exhibit 27

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| | |
|---|---|
| From: | Curtis Polk [▮▮▮▮▮▮▮▮▮▮] |
| Sent: | 3/17/2022 5:33:02 PM |
| To: | Rob Kauffman [▮▮▮▮▮▮▮▮▮▮] |
| Subject: | Re: Owners Meeting - Talking Points |

Thanks Rob appreciate that

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Mar 17, 2022, at 5:08 PM, Rob Kauffman <▮▮▮▮▮▮▮▮▮▮> wrote:

Thanks Curtis. I'm sure you already know, but this is exactly the type of update the key folks need to help keep the group together and on message. It will pay big dividends when the seas get a bit choppier.

Let me know if I can be a help with anything specifically.

Best regards,

Rob

---

**From:** Curtis Polk <▮▮▮▮▮▮▮▮▮▮>
**Date:** Thursday, March 17, 2022 at 5:00 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>
**Cc:** Torrey Galida <tgalida@rcrracing.com>, Marshall Carlson <▮▮▮▮▮▮▮▮▮▮>, "jcuster@shracing.com" <jcuster@shracing.com>, ▮▮▮▮▮▮▮▮▮▮, Denny Hamlin <denny@23xiracing.com>, "Gordon, Jeff" <▮▮▮▮▮▮▮▮▮▮>, ▮▮▮▮▮▮▮▮▮▮ <▮▮▮▮▮▮▮▮▮▮>, Rick Hendrick <▮▮▮▮▮▮▮▮▮▮>, Cindy Mangum <▮▮▮▮▮▮▮▮▮▮>, Richard Childress <rc@rcrracing.com>, Robert I Kauffman <▮▮▮▮▮▮▮▮▮▮>, Steve Newmark <SNewmark@rfkracing.com>, Steve Lauletta <steve.lauletta@23xiracing.com>
**Subject:** Re: Owners Meeting - Talking Points

Good day, I hope everyone is well. We are certainly off to an exciting new race season. I appreciated the opportunity to present to everyone at Daytona. We have been busy organizing ourselves since then and speaking with other teams so that they know what some of our thoughts are in approaching NASCAR. I have personally spoken with Roger Penske and Justin Marks and received a positive response from both.

We have our first meeting scheduled with NASCAR next Wednesday in Charlotte. From the team side it will be me, Jeff Gordon, David Alpern and Steve Newmark. From NASCAR it will be Steve Phelps, Steve O'Donnell and Ben Kennedy. In setting the meeting up with Phelps, I found him to be very open and he started talking out loud as to who should be in meeting from NASCAR. He commented that it was probably "politically smart" to include Ben. I took this as a positive. Our group has discussed our approach to this meeting, and we will also be meeting before the NASCAR meeting, and expect to keep this first discussion at a high level to see how we can offer help in maximizing the media

HIGHLY CONFIDENTIAL - OCO
23XI_0016053

deal for all stakeholders. We don't plan on getting into specific proposals as of yet. We will send out a report(or organize a call) after the meeting.

Lastly, I'm sure you have seen my brief comments in the media about the economic model of team ownership and how it needs to be improved. This has gotten quite an amount of recirculating in other media outlets and also has gotten NASCAR's attention from info that has come back my way. I'm certainly not advocating that we negotiate in the media or start an all out media campaign, but I feel that NASCAR has exposed where they are sensitive. It certainly won't hurt for some of you(at the right time) to strategically make some comments in the media. We will reach out to you, as this process unfolds, to let you know when media might be helpful. As a result, I think it is important for us all to have the below talking points we previously circulated handy with two additional ones.

**The team are discussing how the teams, drivers and Nascar could work together to grow overall industry revenue leading to a revised economic model that would be fairer to all stakeholders.**

**The teams will assist NASCAR in maximizing the media value of the sport.**

Please let me know if I can answer any questions. My cell phone is ▮▮▮▮▮▮▮ and I'm available to discuss this anytime.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Feb 20, 2022, at 8:08 AM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

All

Following the meeting last Thursday, it was suggested by a few in the group that we might all benefit from having some high-level talking points if asked by NASCAR leadership concerning the purpose of that meetings. Here are some suggestions:

• We discussed the positive developments surrounding the sport including new owners, new venues & events (like the Clash in the Coliseum) and the Next Gen car.

• We discussed recent comments shared by NASCAR with various Teams about the pending TV negotiations and the Teams hiring of Wasserman to provide insights and general knowledge about the TV rights landscape.

• We discussed the 2023 timing in the Charter Agreement requiring the Teams to notify NASCAR for the Charter extension.

• It was agreed that a smaller group of Team executives be formed to host a meeting with NASCAR to set a timeline and plan for alignment on broadcast rights, the Charter renewal and moving forward with communication and collaboration.

If there are any questions, please let me know.

HIGHLY CONFIDENTIAL - OCO   23XI_0016054

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



HIGHLY CONFIDENTIAL - OCO

23XI_0016055

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0016056