# Exhibit 28

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Gordon, Jeff [█] |
|---|---|
| Sent: | 3/22/2022 12:47:05 PM |
| To: | Denny Hamlin [denny@23xiracing.com] |
| CC: | David Alpern [█]; Carlson, Marshall [█]; Steve Newmark [SNewmark@rfkracing.com]; Jonathan Marshall [jsm@raceteamalliance.com]; Curtis Polk [█] |
| Subject: | Re: Weds meeting |

Thank you Denny. This is helpful info for tomorrow's(and future)meeting.

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Mar 22, 2022, at 11:38 AM, Denny Hamlin <denny@23xiracing.com> wrote:

You're welcome guys.
I don't believe Steve believes that Dave. It's a Jim thing. What you said can simply say that to them. You guys have been doing this a long time. For decades they have gotten away with theft. We are aligned now like never before. 93/7.

# Denny Hamlin | Managing Member | 3X Daytona 500 Champion

218 Raceway Drive
Mooresville, NC 28117

denny@23xiracing.com



On Mar 22, 2022, at 10:56 AM, David Alpern <█> wrote:

HIGHLY CONFIDENTIAL - OCO

23XI_0224883

Good insight Denny- Wonder what the NFL would look like if Rozelle/Tagliabue/Goodell shunned business people as owners in favor of only former players and constantly pushed teams to cut costs, hire scabs, and operate out of high school gyms. Phelps came from the NFL and knows better.

Really a lack of vision.

This has to change. Have to sell him on how/why increasing value of the teams HELPS Nascar.

**Dave Alpern**
President
Joe Gibbs Racing

---

**From:** Carlson, Marshall [mailto:███████████]
**Sent:** Tuesday, March 22, 2022 9:44 AM
**To:** Steve Newmark <SNewmark@rfkracing.com>; Denny Hamlin <denny@23xiracing.com>; Gordon, Jeff <██████████>; David Alpern <██████████████>; Jonathan Marshall <jsm@raceteamalliance.com>; Curtis Polk <██████████>
**Subject:** RE: Weds meeting

Very helpful insight.

A good response might be that well-managed teams are looking to achieve similar returns in their businesses as NASCAR does.

---

**From:** Steve Newmark <SNewmark@rfkracing.com>
**Sent:** Tuesday, March 22, 2022 8:22 AM
**To:** Denny Hamlin <denny@23xiracing.com>; Gordon, Jeff <██████████>; David Alpern <██████████>; Jonathan Marshall <jsm@raceteamalliance.com>; Carlson, Marshall <██████████>; Curtis Polk <██████████>
**Subject:** RE: Weds meeting

Denny,

That's a great summary. Thanks for sharing.

We'll need to continue to try to disabuse NASCAR of the dream that we can cut our way to prosperity. Although cost reductions can (and should in my opinion) be one piece of the puzzle, the primary deficiency that we have is on the revenue side.

On to Wednesday . . . .

Steve

**Steve Newmark**
President



4600 Roush Place
Concord, NC 28027

HIGHLY CONFIDENTIAL - OCO                                                                                                    23XI_0224884

Office: 704-720-4600
Mobile: [redacted]
Email: snewmark@rfkracing.com

www.rfkracing.com



---

**From:** Denny Hamlin <denny@23xiracing.com>
**Sent:** Monday, March 21, 2022 10:48 PM
**To:** [redacted]; Steve Newmark <SNewmark@rfkracing.com>; David Alpern <[redacted]>; Jonathan Marshall <jsm@raceteamalliance.com>; Marshall Carlson <[redacted]>; Curtis Polk <[redacted]>
**Subject:** Weds meeting

Hello guys. I wanted to send you an email to use how you see fit for your meeting with NASCAR on weds.
This past weekend I personally met with Jim France to discuss a few topics. I raised some concern with Steve Phelps about a few issues and his message to me was clear. He said 'Denny I think you need to talk to Jim personally and let him hear your concerns direct from you instead of through me". "I want to use my powder with Jim on the big topics and the needle movers over these next 12 months" My takeaway is this. Steve Phelps knows what we are after. If It were his decision alone this would be a lot easier process then what it will probably end up being. After meeting with Jim, Steve reached out right away and asked "how did it go?"

SO, my meeting with Jim.

We discussed a few topics to start but it eventually lead itself down the road you would think. I lead with the statement that although things like Lemans, an electric series may be good for NASCAR and its bigger picture it causes concerns for people like myself, MJ, Curtis. Those concerns are based on the fact that the NASCAR Cup Series is what we are invested in, and if they aren't going to value our importance to the value of NASCAR then he needs to let me know. I told him that I made a living for 17 years driving in this sport and I will not continue to invest in this sport until myself and my partners see a shift in the business model. My question to him was pretty simple in short. "Jim tell me why I should invest and give back to this sport beyond my driving days. Tell me the avenue to re-coop the investment I make in this sport. Forget making a profit. Tell me how im going to get my investment back". His fix was quite short but direct. "**We need to continue to find ways to cut the teams cost**". My answer to that was pretty quick. "Tell me how cutting equals growth" I said Jim we are at the highest level of Motorsports in the US. I believe we have cut as much of the fat off the bone as we can. Anymore and we are going to hurt the product that we put on the track. He asked a lot of questions about what we are spending on this and that but in short I told him that to field a competitive team we would need 15M per car. He said "**What I'd like to see is that number to be around 10M**". i told him that I don't think 15m per car is a unreasonable number considering all the travel, people, and schedule that we currently have. I don't know about you guys but we absolute have to stop talking about how we can cut cut cut. The money is there for us to have those expenses covered. Stop worrying about what we are spending and just give us what is fair. Its is my belief that Jim actually believes we should be working out of Bo's garage with 20 people. He genuinely believes that its 1960. I don't believe he values what healthy teams means to the value of NASCAR itself.
Speaking of owners. That was a whole other topic that we covered. He said to me that what he wants is racers for owners. People like me, Jeff Gordon, Brad Keselowski, Dale Jr are the future of ownership. "**I don't want New York City guys owning teams**" "**I want racers that get what we are doing here**". You guys are smart enough to know that that means. It means that he doesn't want people that care about the bottom line. He wants people that are just happy to be part of the "club". Needless to say that is the exact opposite of what is right. They just don't anyone coming in and questioning this ridiculous split of revenue.
Jim told me that he is at the end of his career. "I'd like to continue this dialogue with you and if I need to talk to Curtis and MJ id be glad to do that as well". I don't know what that means but take it as you will.

My takeaway from the meeting is this.

HIGHLY CONFIDENTIAL - OCO     23XI_0224885

Steve Phelps is a asset for us. I truly believe he will be one of our best advocates. Its all going to boil down to can he present something to Jim that shows that giving more of a revenue split is good for EVERYONE. We must create that case of how we are going to grow this TOGETHER.

Jim doesn't really value the current owners of our sport and what we bring.  *He believes that NASCAR itself is the show.*

He made a point to say that we have to continue to give OEMs tremendous value because they help support the teams. I honestly don't think he understands that every teams OEM deal is different. I told him our 15M number is WITH OEM engine support. In the end he just wants someone else to pay our bills, NOT NASCAR.

My question for them would be this. Why are you so concerned with what we are spending but not concerned with what tracks are spending. If we are looking to make sure everyone is optimizing the dollars it receives why aren't we addressing the group that gets the most money. (YES I ALREADY KNOW THE REAL ANSWER)

Hopefully this will be of use for you guys and propose some questions that perhaps you could address. We are only strong when we are together. Have each others back and continue to support the main message. Goodluck gents.

**Denny Hamlin | Managing Member | 3X Daytona 500 Champion**
218 Raceway Drive
Mooresville, NC 28117

denny@23xiracing.com

