# Exhibit 29

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| | |
|---|---|
| **From:** | Jonathan Marshall [jsm@raceteamalliance.com] |
| **Sent:** | 4/3/2022 12:57:52 PM |
| **To:** | Rob Kauffman ▮▮▮▮▮▮▮▮▮▮▮▮] |
| **Subject:** | RTA - Board of Directors & Members - Presentation - DRAFT |
| **Attachments:** | RTA BOARD MEETING APRIL 2022 - CONFIDENTIAL.pdf |

Rob

Attached is a draft of the presentation for Tuesday's meeting.

I'm out this afternoon but can discuss after 6P today or anytime tomorrow that might work for you.

jsm

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

HIGHLY CONFIDENTIAL – OCO

RTA00023074



# BOARD & MEMBER MEETING

**APRIL 5, 2022 | ZOOM MEETING**

HIGHLY CONFIDENTIAL – OCO

RTA00023075



# AGENDA

1. **Board of Directors Matters**
   a. Review & approve prior meeting minutes
   b. Update on Dues Collections

2. **Charter Renewal**
   a. Discussions with NASCAR
   b. Wasserman Update

3. **RTA Initiatives**
   a. RTA Media / Racing America
   b. NFT / Candy Digital
   c. Salute to America Worker
   d. Speedway Motorsports Inc.

3. **TOC Matters**
   a. Next Gen / Parts & Supply Issues
   b. In car cams
   c. Team set up for P & Q
   d. The 1948

PRIVATE & CONFIDENTIAL RACE TEAM ALLIANCE LLC.



HIGHLY CONFIDENTIAL – OCO



# BOARD MATTERS

HIGHLY CONFIDENTIAL – OCO

RTA00023077

# OPENING REMARKS & APPROVALS

1. **Chairman's Opening Remarks**

2. **Combined Board and Member Meeting**
   - Confirming Quorum
   - Board approval for Prior Minutes

3. **RTA Media / Collections from Members**



PRIVATE & CONFIDENTIAL RACE TEAM ALLIANCE LLC.

HIGHLY CONFIDENTIAL – OCO

RTA00023078



# CHARTER RENEWAL

HIGHLY CONFIDENTIAL – OCO

RTA00023079

# CHARTER RENEWAL

## *GROUP MEETING WITH NASCAR*

➤ **Participating**

*Teams* - Dave Alpern, Jeff Gordon, Steve Newmark and Curtis Polk

*NASCAR* - Steve Phelps, Steve O'Donnell, and Ben Kennedy

➤ **Highlights**
  - ➤ Currently a high-level discussion → leaving details to future conversations
  - ➤ Intend to establish a regular cadence for upcoming meetings
  - ➤ NASCAR is concerned about negotiating in the media and Teams talking about "Team economic model"
  - ➤ Team mantras –
    - ○ Important that all stakeholders be aligned to maximize the value of the media rights, and
    - ○ All well managed teams should be able to compete for a championship and make a reasonable profit

**NEXT STEPS –**
  - ➤ *Next meeting mid-April*
  - ➤ *Parties to share information*
    - ○ *Data regarding relative health of sport vs. Team financial health*
    - ○ Prelim list from NASCAR for rights *they do not currently have that they are interested in*
  - ➤ *NASCAR assigning point person to work with Wasserman*

 PRIVATE & CONFIDENTIAL RACE TEAM ALLIANCE LLC.

HIGHLY CONFIDENTIAL – OCO

RTA00023080

# WASSERMAN ENGAGEMENT

## *PHASE ONE ENGAGEMENT*

Following January meeting RTA engaged Wasserman as a **strategic advisor** to provide

- An understanding of where **broadcast rights values** will be for 2025 & beyond

- An understanding of where the **Team value** stands in relation to:

  - Other players in NASCAR (sanctioning body & tracks)

  - Other teams in other sports

- Value of **"additional rights"** that NASCAR is expected to request in a new deal



> *Deliverable due May 1st*


PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

7

HIGHLY CONFIDENTIAL – OCO

RTA00023081



# RTA INITIATIVES

HIGHLY CONFIDENTIAL – OCO

RTA00023082

# RTA MEDIA OVERVIEW

## 2021 Highlights

**Met primary 2021 revenue goals**
- ✔ Subscribers grew **45%**
- ✔ Revenue increased **18%**

**Renewed Major Events**
- ✔ 100% renewal rate of marquee events & tracks
- ✔ Grew live event streams by 20%

**Successful launch of**
- ✔ Racing America brand
- ✔ New .com site
- ✔ New 24/7 Streaming Channel
- ✔ Creation of new original content

**Executed Team campaigns** (production / sponsorship)
with Hendrick, JTG Daugherty, Live Fast and 23XI

## Market Challenges

**Operating costs have increased**
- ✔ Cost to renew events up 3X in 2 years
- ✔ Staffed up on editorial to produce content
- ✔ Invested in new distribution platforms

**Highly competitive business field**
- ✔ Flo Sports buying up races & competitors

**NASCAR has partnered with Flo Sports**
- ✔ Promoting Flo throughout NASCAR channels
- ✔ Will not collaborate with **Racing America**

**Limited Team content available *Racing America***
- ✔ Distinguishing feature is not yet fully exploited
- ✔ Teams have limited ability to promote

PRIVATE & CONFIDENTIAL RACE TEAM ALLIANCE LLC.

HIGHLY CONFIDENTIAL – OCO

RTA00023083

# *RACING AMERICA* WHAT'S BEEN BUILT

### RacingAmerica.com
- 375K Users / 1.75MM page views

### RacingAmerica.TV
- 12K+ subscribers
- Team channels (content aggregation)

### Social Channels
-  133k  44k  34k

### Database
- 54K+

### FAST Channel
- **185MM+** Homes (addressable universe)
- In first 3 months:
  - **2.0MM** Unique Users / **240K** Hours Watched
  - **1.9MM** bonus impressions for RA sponsors

### Services Group
- Worked with 4 Teams on production & sponsorship







*Cup content is limited - but what we have performs extremely well through our channels*

PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO

RTA00023084

# SUBSCRIBERS GOALS HAVE NOT CHANGED



*Q2, '22 will be an important subscriber benchmark w/ 75+ live streams scheduled…*

Target of 16,000

12,250

Current

8,450

4,420

+99%   +45%   +30%

End Of >  Q3 '19  Q4 '19  Q1 '20  Q2 '20  Q3 '20  Q4 '20  Q1 '21  Q2 '21  Q3 '21  Q4 '21  Q1 '22  Q2 '22 P  Q3 '22 P  Q4 '22 P

PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO

RTA00023085

# RACING AMERICA WHAT'S NEST

- ➤ **Distribution Platform is built, streaming & creating content - Ready for more**
  - ○ Limited dollars & increasing costs/competition will require us to choose a path
    - ■ Service subscribers with live racing
    - ■ Become more Team content oriented
- ➤ **Growing but not yet profitable**
  - ○ Revenues & subscriptions are up but so are operating costs
  - ○ Next 6 months critically important to show subscriber growth in order to justify continued live streaming structure
- ➤ RTA Media Advisory Board to meet in April to review paths to move forward

*Takeaways from 2021 -*

- ● *More Cup content & Team promotion will be needed for Racing America to reach goals*
- ● *Racing America needs to become synonymous with the Teams*





HIGHLY CONFIDENTIAL – OCO

RTA00023087

# CANDY - INITIAL RESULTS

## *11 TEAMS / 25 CHARTERS PARTICIPATING*

➤ **Product Launched**

    ○ Launched with Daytona 500 product

        ■ Limited launch due to Ford holdback

        ■ 7 Teams / 14 Charters

    ○ Followed w/ Larson Championship NFT

➤ **Sales**

    ○ ***Over $650K Gross in Sales***

    ○ D500 - ***$564K Gross*** / 2,874 Orders / 43% first time customers

    ○ Larson Championship - **$95.5K Gross** / 600 Orders / 1 of a Kind@$26K

        ■ Highlight - Sold 250 Rares @ $250 per - sold out in 4 hours

    ○ ***Net to Teams - $234K***

➤ NASCAR has ***signed on to participate*** in future drops




PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO

RTA00023088

# CANDY - WHAT TO EXPECT

## *NEXT SIX MONTHS*

### Product



- When Ford approves a Ford themed launch
  - *Collect the set with D500 cars*
- Team Racing Packs
  - Modern take on baseball card packs
  - Each pack has 5 NFTs / Rarities included in some packs
- 11 Limited Edition Firesuits (Team/Sponsor branding)
  - *Tie purchases to "upgrades & functionality"*
  - Firesuit purchase unlocks functionality

***And, with NASCAR now participating … Video highlights & promotions should drive sales & engagement***



PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO

RTA00023089

# SALUTE TO AMERICAN WORKER

### *A LABOR DAY CELEBRATION*

**THE NASCAR INDUSTRY UNITES IN A SINGLE VOICE TO:**

## CELEBRATE THE U.S. WORKER

NASCAR fans personify the *Work Hard Play Hard* spirit of America.

➢ Teams engage **primary sponsors** for Darlington Labor Day Race

➢ Each primary sponsor identifies a deserving employee as a ***"honorary crew member"*** for the race

- Group of workers **saluted during Race Day**

- An aspirational "one-of-a-kind" track experience…think CC 600 but for workers

  ▪ **Teams**
    - Arrange for honored worker + guest at track
    - A custom Team experience (hauler/pit box) / Sponsor/Team branding

  ▪ **NASCAR / Track**
    - Provides VIP passes
    - Creates a hospitality area or other special access
    - Create group activity - photo opp / ride with drivers

  ▪ **Collaboration**
    - Social media opportunity
    - Storyline for NBC

### *Collective messaging saluting the American worker on Labor Day*

 PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO

RTA00023090

# SPEEDWAY MOTORSPORTS, INC.

*At request of Marcus Smith, a group of executives are meeting to discuss issues*

- Approach is to be non-confrontational but direct
- Identify areas of concern
  - Attendance / promotion / facilities / competition
- Determine ways in which Teams and SMI can work together to address
- Just getting started





TOC MATTERS

HIGHLY CONFIDENTIAL – OCO

RTA00023092

# PartsCom Group

*GROUP CREATED AT REQUEST OF THE TEAMS*

| NAME | TITLE | |
|------|-------|---|
| Joe Custer | President | |
| Kayla Donley | Director of Purchasing | |
| Sammy Johns | Director of Operations | |
| Mike Larusso | Director of Team Operations | |
| Tony Lunder | Competition Manager | |
| Michael Nelson | Vice President of Operations | |
| Matt Puccia | Director of Operations | |
| Phil Roberts | Chief Financial Officer | |

HIGHLY CONFIDENTIAL – OCO

RTA00023093

# NEXT GEN PARTS & SUPPLIES

## BEING ADDRESSED AT REQUEST OF THE TEAMS

- **Background**
  - *Industry, as a whole (NASCAR, Teams & suppliers), is experiencing these issues*
  - *Teams want to provide some specific guidance with collective Team concerns*
  - *Already starting behind schedule, many of the issues addressed exacerbate the problem, leading to more urgency*
  - *But, generally, the consensus of this group that the Teams are going through more parts than were originally anticipated*

- **Primary Issues**
  - **Communication** - lack of consistent form of communication between NASCAR, suppliers & Teams
    - Complicates Team planning and production schedules
  - **Parts Availability**
    - Availability, delays and quality
  - **Now identifying key suppliers**
    - Working with NASCAR to address immediate concerns
  - **Parts Repair Issues**
    - If Teams not allowed to repair, turnaround time with vendors needs to be improved
  - **Cost Concerns**
    - Cost creep through (i) price increases, (ii) re-designed parts, (iii) needing more than anticipated and (iv) the overtime costs

### *Teams and NASCAR are now meeting this week as a result of this groups voiced concerns*



PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO

RTA00023094

# OTHER TOC MATTERS

**_OTHER AREAS NASCAR WILL BE ADDRESSING_**

- Adding in-car cams on all cars

- Have asked to address Team set up for P & Q

- **_The 1948_** / Team feedback



PRIVATE & CONFIDENTIAL, RACE TEAM ALLIANCE

HIGHLY CONFIDENTIAL – OCO