# Exhibit 31

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Czarnecki, Walter [wpc@penskecorp.com]
**Sent:** 4/5/2022 11:18:37 AM
**To:** Steve Lauletta [steve.lauletta@23xiracing.com]; Curtis Polk [ ]
**Subject:** RE: Virtual Introduction

Good morning Steve and Curtis,

Appreciate your making the virtual introduction Steve. Curtis, I look forward to connecting at your convenience. My office phone is 248-648-2110, my cell is ▮▮▮▮▮▮ and email is wpc@penskecorp.com. Thanks to you both.

Best,

Walter

**From:** Steve Lauletta <steve.lauletta@23xiracing.com>
**Sent:** Tuesday, April 5, 2022 9:14 AM
**To:** Curtis Polk ▮▮▮▮▮▮>; Czarnecki, Walter <wpc@penskecorp.com>
**Subject:** Virtual Introduction

**WARNING:** This email is from an **EXTERNAL** source. Please exercise caution when opening attachments or clicking links.

Walter,

Great seeing you in Austin (as always) and glad all is going well, please give my best to RP.

As promised I wanted to introduce you to Curtis Polk who as you heard from his update on the RTA call is helping share information internally and with NASCAR as we look for a new charter agreement. I know Curtis spoke to RP but many of us has suggested you and he connect so you have an open dialogue with Curtis as well.

Curtis, I have had the pleasure of knowing and working with Walt for many many years and he is one of the best in the garage having been with Roger since the beginning of Penske Racing South in NASCAR.

I know you both will enjoy speaking to each other.

Thanks

Jake

**Steve Lauletta | President**
218 Raceway Drive
Mooresville, NC 28117
C: ▮▮▮▮▮▮
Steve.lauletta@23XIRacing.com



CONFIDENTIAL                                      23XI_0016169