# Exhibit 33

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 6/20/2022 5:20:53 PM |
| To: | Curtis Polk ███████████████ ]; Steve Newmark [SNewmark@rfkracing.com]; Gordon, Jeff ███████████ ; Dave Alpern ████████████ |
| Subject: | RTA - Team Negotiation Group Presentation to RTA Members - DRAFT v.7 062022 5:20PM |
| Attachments: | New Model for Team Sustainability (June 2022) RTA Meeting 06212022 V.7.pdf |

This is the "final" version, pending any additional changes.

I'm available after 6PM to make changes and I will be at my computer at 7:30AM to make changes as well.

JSM


--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

███████████████

jsm@raceteamalliance.com




***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL



TEAM SUSTAINABILITY DISCUSSION

JUNE 2022

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078879

# Current Landscape

**Broadcast, Track & Charter Agreements**

- All agreements expire at end of 2024, blank slate for 2025

- Important Dates
  - **January 1 - March 1, 2023** – Teams notify NASCAR of intent to negotiate renewal
  - **February - April 30, 2023** – Exclusive negotiating window for NBC & FOX
  - **May 2023** – NASCAR may begin discussions with other broadcasters
  - **July 1 – December 31, 2023** – Exclusive negotiating window for NASCAR & Teams

**Industry is Bullish on Increases**

- NASCAR predicts a "significant increase" in the rights fees
  - In the area of 50%
  - And may include a direct-to-consumer/streaming component as part of the offer

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078880



INDUSTRY TRENDS/ SNAPSHOT OF TEAM ECONOMICS

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078881

# Median Annual Revenue by Sport (2003 – Present)

## SPORT FRANCHISE REVENUES HAVE GROWN SIGNIFICANTLY PAST 20 YEARS

- ➢ All major league sports have seen both expansion & revenue growth
- ➢ Cup Team revenues have not followed suit



Source: 2003 – 2018 Forbes; 2018 – 2021 Wasserman Agency

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078882

# Franchise Values by Sport (2003 –Present)*

## *SPORT FRANCHISE VALUES ARE GROWING AND SELL AT REVENUE MULTIPLES*

➢ Four major sports now selling at an average of 4 to 5.5 multiple
➢ MLS franchises selling at an even higher multiple



| Recent Avg. Revenue Multiples** | | |
|---|---|---|
| | LOW | HIGH |
| NFL | 6 | 8 |
| NBA | 4 to 6 | 7+ |
| MLB | 4 to 6 | 6 to 7+ |
| NHL | 3 to 4 | 4 to 5+ |
| MLS | 10 | 13 |

*Source: Forbes Estimates / ** Per Wasserman Agency

CONFIDENTIAL & PROPRIETARY

5

HIGHLY CONFIDENTIAL - OCO

23XI_0078883

# 2009 – 2022 Team Revenues & Team Costs**

**OVER LAST 13 YEARS, SPONSORSHIP REVENUE HAS DECLINED / PER CAR COST HAS INCREASED**



**Since 2009**

- Per car Costs *Up 21%*

- Sponsorship Revenue *Down 50%*

**Data from 8 Teams / 24 Charters for 2014 & 2016, 5 Teams / 16 Charters for 2022 (Excludes cost of Driver)

**CONFIDENTIAL & PROPRIETARY**

6

HIGHLY CONFIDENTIAL - OCO

23XI_0078884



NASCAR/TRACK ECONOMICS

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078885

# Pro Forma NASCAR & SMI Revenue (2018 – 2022)(1)(2)

## COMBINED NASCAR & SMI HAS A COMBINED $1.9B – $2.2B ANNUAL REVENUE

➢ Public filings from 2019 show NASCAR & SMI have revenue growth & profitability
➢ Revenues primarily come from Ticket Sales, F & B, Sponsorship, Merchandise, Sanctioning Fees & Broadcast



(1) Source - Goldman Sachs Presentation dated October 29, 2018 & Morgan Stanley Presentation dated May 16, June 10, June 19, July 02, and July 23, 2019
(2) Does not include Dover, Pocono & Indy

**CONFIDENTIAL & PROPRIETARY**

8

HIGHLY CONFIDENTIAL - OCO

23XI_0078886

# Annual Broadcast Revenues for NASCAR

## *HOW THE $8 BILLION HAS BEEN SPLIT*

➢ Using the broadcast numbers as a barometer, % that each industry group receives per year
➢ Demonstrates disparity between track revenue vs. Team revenue
  • During 10-year period, track revenue mix has grown from ~30% to nearly ~50% / % that broadcast revenue makes up total revenue*

| (in millions) | 2022 | 2023 | 2024 | |
|---|---|---|---|---|
| Teams Share of NASCAR Pool | $301 | $318 | $333 | 35% |
| Tracks Net of NASCAR Pool Contribution | $409 | $433 | $451 | 48% |
| NASCAR with Fees | $125 | $143 | $149 | 16% |
| **TOTAL** | **$835** | **$894** | **$933** | |

*Source -2019 10-K for ISC & SMI filed in connection with mergers

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

# Pool Money Paid to Teams (2016 – 2024)

## *NASCAR AGGREGATE POOL MONEY / AVERAGE BY TEAM*

|  | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|
| **Total Funds Paid (000)** | $232,647 | $242,415 | $252,436 | $263,815 | $275,483 | $288,093 | $301,123 | $317,929 | $333,177 |
| **Annual Growth** | 4.00% | 4.20% | 4.10% | 4.50% | 4.40% | 4.60% | 4.50% | 5.60% | 4.80% |
| **Average Payout Per Charter** | $6,157,284 | $6,418,999 | $6,687,568 | $6,992,444 | $7,305,153 | $7,713,075 | $8,061,992 | $8,512,114 | $8,920,453 |

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078888

# What Happens if Teams Do Nothing?

## *NASCAR AGGREGATE POOL MONEY / AVERAGE BY TEAM*

**Assumptions:**

- ➢ NASCAR enters 10 - year agreement (2025 – 2034) @ a 50% premium to existing deal (4% per annum)
- ➢ The percentage payout to Teams remains unchanged
- ➢ Broadcast rights (@ 4% per annum) and track contributions (@ 6% per annum) remain the same

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Funds Paid (000)** | $348,745 | $365,075 | $382,205 | $400,176 | $419,031 | $438,816 | $459,577 | $481,364 | $504,232 | $ 528,236 |
| **Annual Growth** | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.7% | 4.8% | 4.8% |
| **Average Payout per Charter** | $9,337,406 | $9,774,736 | $10,233,497 | $10,714,781 | $11,219,740 | $11,749,586 | $12,305,596 | $12,889,114 | $13,501,557 | $14,144,417 |

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078889



PATH FORWARD

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078890

# Since the Start of the Year

*RTA THROUGH VARIOUS COMMITEES HAS PURSUED THE FOLLOWING*

## Primary Collective Objectives

➢ NASCAR should be a ***compelling sport*** with a large, loyal and growing fan base

➢ With a **sustainable business model** that is viable for all key stakeholders



*"All **well-managed Teams** should be able to **compete for***

*a **Cup championship** and make a **reasonable profit**"*

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078891

# Starting the Process

*ACTIVITIES SO FAR*

## NASCAR

Team Negotiating Committee (J. Gordon, C. Polk, S. Newmark & D. Alpern) have had three meetings with **NASCAR Leadership Team** (S. Phelps, S. O'Donnell & B. Kennedy)

  - ➢ Positive tenor with open & frank dialog
  - ➢ Solutions oriented but no numbers yet exchanged

## Wasserman

**Engaged** Wasserman

  - ➢ Wasserman met with Teams & delivered their report
  - ➢ Met with NASCAR broadcast team
  - ➢ Presently assisting Teams in Rights Evaluation exercise

**CONFIDENTIAL & PROPRIETARY**

14

HIGHLY CONFIDENTIAL - OCO

23XI_0078892

# Wasserman

## *KEY FINDINGS – NASCAR IS A TOP SPORTS PROPERTY / TEAMS HAVE UNFAVORABLE DEAL*

NASCAR as a sports property has **many positive attribute**s
  - ➢ One of top sports properties that delivers viewers and programming hours
  - ➢ Very consistent audience delivery
  - ➢ Important programming component for FOX

**Expect an increase in broadcast deal**, but headwinds persist
  - ➢ NASCAR is the most expensive sports property per broadcast hour
  - ➢ NBC may be a tougher sell in 2025

Direct – to – consumer **will impact the current Cup sponsorship model**

Cup Teams in NASCAR have **much less favorable terms** then any other major sport, including F1
  - ➢ NASCAR Teams receive lowest % share of broadcast revenue for major sports

There is a **misalignment in objectives** between NASCAR, tracks and Teams

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

15

23XI_0078893

# Team Negotiating Committee & NASCAR Leadership

## *WHAT TEAM NEGOTIATING COMMITTEE PRESENTED TO NASCAR SO FAR*

➢ Teams & NASCAR have areas of **Common Ground**
- ✓ Need a more competitive field
- ✓ Need for baseline costs to be covered
- ✓ Need to control costs
- ✓ Need for broader ownership / more attractive business model
- ✓ Stop sponsorship erosion
- ✓ Broader demographic appeal
- ✓ Greater consolidation of rights

➢ But Team **Economics have deteriorated**
- ✓ Since 2009, Team Sponsorship Revenue is down 50% / Costs are up 21%

➢ And Teams are Expecting Next Gen Cost to **be significantly higher than anticipated**
- ✓ vs. Teams' 2022 per car budgeted amounts, Teams are projecting a 20 – 40%** increase
- ✓ Based on early findings, Teams expect Next Gen car to be greater than the 2019 per car cost

➢ Teams currently receive (on average) ~$8.1M per Charter for 2022, rising to $8.9M in 2024
- ➢ Still not nearly enough to cover costs of operating a Cup Car

** Based on data from 7 Teams / 20 Charters

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078894

# A Sustainable Business Model

Attributes of a **"Sustainable Business Model"**

- ➢ **Fixed Charter Payment**

    - ➢ Intended to cover majority of base costs (w/o driver) to compete for the Cup season

- ➢ **Variable Prize Money Payment**

    - ➢ Weekly and year-end payments heavily weighted towards top performers in order to incentivize Teams to compete for Top 10 finishes

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078895

HIGHLY CONFIDENTIAL - OCO



RESULTS OF INITIAL DISCUSSIONS

CONFIDENTIAL & PROPRIETARY

23XI_0078896

# NASCAR Discussions

*RECAPPING DISCUSSIONS*

Agreed to create a **Baseline Cost Model** (*def -* cost to run a single competitive Cup car in 2024)

- ➢ CFOs from 7 Teams provided cost numbers in 8 agreed-upon categories
- ➢ NASCAR participated in the exercise

And NASCAR indicated they would be looking for **Additional Assets** from the Teams

- ➢ 6 asset categories
- ➢ NASCAR & Teams to work on defining the assets being requests
- ➢ Teams to determine value to Teams

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078897

# Determining Baseline Costs

## METHODOLOGY USED

- 7 Teams participating (JGR, HMS, SHR, 23XI, RFK, RCR, TRCKHSE)
- NASCAR & Teams agreed to look at 8 categories
- Cost to run one competitive car *(capable of finishing an average of 15th place)* for the 2024 season
- Driver and corporate overhead not included
- Scott Prime and Tom Swindell (NASCAR) participated in meetings

### RESULTS FROM 7 TEAMS / 20 CARS

|  | TOTAL COST | DIFF. |
|---|---|---|
| Low | $19,555,185 | -3% |
| | | |
| Average | $20,166,287 | |
| | | |
| High | $21,058,752 | +4.4% |

### AGREED UPON CATEGORIES

| LABOR | | LOW | AVERAGE | HIGH |
|---|---|---|---|---|
| | Team Manufacturing Engineering | | | |
| TOTAL LABOR | | $ 8,262,064 | $ 8,776,527 | $ 9,539,712 |
| ENGINE | | 2,163,200 | 3,111,829 | 3,348,000 |
| PARTS AND COMPONENTS | | 3,215,700 | 3,712,052 | 4,444,817 |
| TIRES | | 900,049 | 1,114,553 | 1,406,080 |
| TRAVEL | | 668,088 | 1,107,201 | 1,474,200 |
| NASCAR FEES | | 265,127 | 293,215 | 367,162 |
| FACILITIES | | 297,011 | 629,523 | 928,800 |
| OPERATING EXPENSES | | 486,000 | 1,217,185 | 2,257,318 |
| OTHER/TBD | | - | 204,202 | 1,429,415 |

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078898

# Team Rights Being Sought by NASCAR

## *INITIAL LIST FROM NASCAR*

| 1 | NEW RACING INVENTORY | Team and driver participation in any newly created events (exhibition races, EV series, etc.) |
|---|---|---|
| 2 | DIGITAL RIGHTS | Aggregation of all team websites under NDM platform |
| 3 | CONTENT | NASCAR could create a "Teams content" group (similar to tracks content already in place) |
| 4 | LICENSING | Bundling of Team rights beyond current "NASCAR Trust" categories, including NFTs, video games, etc. |
| 5 | SPORTS BETTING | State specific sponsorship packages for sportsbook operators that could be packaged by NASCAR into market access deals |
| 6 | ESPORTS | Creation of a "Pro Invitational" series for example |

- Teams have **organized working group** to evaluate

- **Wasserman assisting**

- Emphasis on

  - **Defining** specific rights
  - **Valuing** those rights
  - **Understanding** cost to Teams if broadcast deal has **streaming component**

STRICTLY PRIVATE & CONFIDENTIAL

HIGHLY CONFIDENTIAL - OCO

23XI_0078899



PROPOSED NEW CHARTER PAYMENTS

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078900

# Determining New Charter Payment

*"THE FAIR SHARE" MODEL*

## Two Components:

All **well-managed Teams** should be able to **compete for a Cup championship** and make a **reasonable profit**

- **Fixed Charter Payment**
  - Intended to cover a majority of base costs

- **Variable Prize Money Payment**
  - Weekly and year-end payments heavily weighted to top performers to incentivize competition

## Initial Estimates:

- Fixed Charter Payments @$14M per Charter
  - Covers a majority of Base Cost

- $216M in Variable Prize Money Payments

> **TOTAL NASCAR POOL = $720M**
>
> **2025 ANNUAL PAYMENT TO THE TEAMS**
>
> - 2024 Pool = $333M
> - Ask is **two times+** 2024 Pool
> - One third of total revenue for the sport

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078901



HIGHLY CONFIDENTIAL - OCO

23XI_0078902

# Proposal

- $720M annual payment

- 33% of all new revenue sources that include Team rights

- 33% of media increases

- Permanent Charters

- Change of control provision

- Additional approvals / Seat at the Table (on material issues/changes)
    - Schedule
    - Any move towards electrification
    - New industry initiatives (e.g., NASCAR at LeMans)

- Teams expect to contribute certain collective Team rights as requested by NASCAR

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078903



HIGHLY CONFIDENTIAL - OCO

23XI_0078904

# Wasserman

## *KEY FINDINGS cont.*

**THERE IS MISALIGNMENT OF INTERESTS IN NASCAR ECOSYSTEM**

| KEY AREA | BIG FOUR | F1 | NASCAR |
|---|---|---|---|
| **ECONOMIC** | | | |
| Aligned incentives on growth and revenue | ◉ | ◉ | ◌ |
| Robust media rights propping up team stability, including ownership representatives on media committees | ◉ | ◌ | ◌ |
| Shared revenue across teams from key league and team level revenue | ◉ | ◉ | ◌ |
| Focus on new revenue growth areas to benefit all | ◉ | ◉ | ◉ |
| Teams ownership/control of venue facilities | ◉ | ● | ● |
| Shared investment opportunities | ◉ | ◉ | ● |
| **REPRESENTATION** | | | |
| Voice / representation from all parties – League, Team and Talent | ◉ | ◌ | ● |
| Collective bargaining agreements for defined economic models | ◉ | ◉ | ● |
| **MARKETING** | | | |
| Growing fan base (while making younger and more diverse) | ◉ | ◉ | ◌ |
| Focus on global reach | ◉ | ◉ | ◌ |
| Concerted effort to promote marquee teams and talent | ◉ | ◌ | ◌ |

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078905

# % of Media Deal Paid Per Team by League

*VS. COMPARABLE SPORTS, CUP CHARTERS RECEIVE SIGNIFICANTLY LESS OF TOTAL MEDIA DEAL*

➤ Stick & Ball sports all within 3.1% - 3.6%
➤ F1 at 2.5% per car (each two car Team receives ~5%)

| LEAGUE | TERM LENGTH | NATIONAL MEDIA AAV ($M) | OVERALL AAV% CHANGE | PER TEAM ($M) | TEAM ALLOCATION AS % OF AAV |
|---|---|---|---|---|---|
| NFL | 2023 -2033 (11) | **$10,960** | 48% | $365.2 | 3.13% |
| MLB | 2022-2028 (7) | **$1,844** | 19% | $61.17 | 3.32% |
| NBA | 2016-2024 | **$2,700** | TBD Upcoming | $84.38 | 3.13% |
| NHL | 2022-2028 (7) | **$625** | 213% | $20.8 | 3.33% |
| MLS | 2015-2022 | **$76** | TBD Upcoming | $2.71 | 3.57% |
| NASCAR | **2015-2024** | **$806** | **TBD Upcoming** | $7.48 | 0.92% |
| F1 | *2023-2027 (5)* | *$75 (Estimated US)* | *1,400%* | *$3.75\*\** | *2.5%* |

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0078906

# 2021 Actual Charter Sales

## *A ROBUST YEAR FOR CHARTER SALES*

➢ 7 Charters were purchased/sold in 2021
➢ Purchases were made by 4 Teams

| Number of Charters Purchased | Average Purchase Price Per Charter | Average Annual Fixed Revenue Per Charter | Purchase Price Multiple | Average Fixed Revenue + PM + YE Points Revenue Per Charter | Purchase Price Multiple |
|---|---|---|---|---|---|
| | | | | | |
| 7 | $12,000,000 | $3,669,856 | 3.27 | $6,074,567 | 1.98 |

**CONFIDENTIAL & PROPRIETARY**

HIGHLY CONFIDENTIAL - OCO

23XI_0078907

# Track Financials (2009 – 2018)

## TRACKS HAVE RELIED ON BROADCAST MONEY TO MAKE UP FOR LOST ADMISSIONS

➢ Over 10-year period, Admissions revenues *decreased 44% (ISC) & 52% (SMI),* but total revenue *only decreased by 3% (ISC) & 16% SMI*
➢ Decrease in Admission Revenue made up by *increase in broadcast fees up 34% (ISC) and 25% (SMI)*
➢ % of Total Revenue growing *from 38% to 52% (ISC)* and *32% to 47%,* respectively

| International Speedway Corp. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line Item | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 |
| Admissions | 109,602 | $ 121,505 | $ 123,521 | $ 130,154 | $ 129,688 | $ 129,824 | $ 136,099 | $ 144,433 | $ 160,476 | $ 195,509 |
| Event-Related | $ 193,155 | $ 197,241 | $ 193,945 | $ 184,825 | $ 203,468 | $ 177,347 | $ 181,484 | $ 194,718 | $ 204,337 | $ 226,614 |
| NASCAR Broadcasting [1] | $ 351,019 | $ 335,717 | $ 325,220 | $ 314,295 | $ 303,150 | $ 292,229 | $ 281,200 | $ 278,800 | $ 269,100 | $ 262,000 |
| Other | $ 21,260 | $ 16,971 | $ 18,330 | $ 16,096 | $ 15,630 | $ 13,240 | $ 13,584 | $ 11,734 | $ 11,444 | $ 9,040 |
| **Total Revenues** | **$ 675,036** | **$671,433** | **$661,016** | **$645,370** | **$651,936** | **$612,640** | **$612,367** | **$629,685** | **$645,357** | **$693,163** |
| **Broadcast percentage** | **52%** | **50%** | **49%** | **49%** | **47%** | **48%** | **46%** | **44%** | **42%** | **38%** |

| Speedway Motorsports | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line Item | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | 2011 | 2010 | 2009 |
| Admissions | $ 78,332 | $ 86,949 | $ 90,639 | $ 100,694 | $ 100,798 | $ 106,050 | $ 116,034 | $ 130,239 | $ 139,126 | $ 163,087 |
| Event-Related | $ 140,210 | $ 133,632 | $ 142,574 | $ 152,283 | $ 152,359 | $ 145,749 | $ 151,562 | $ 163,621 | $ 156,691 | $ 178,805 |
| NASCAR Broadcasting | $ 216,592 | $ 209,155 | $ 201,804 | $ 195,722 | $ 186,632 | $ 199,014 | $ 192,662 | $ 185,394 | $ 178,722 | $ 173,803 |
| Other | $ 26,780 | $ 28,622 | $ 60,390 | $ 31,320 | $ 29,293 | $ 29,836 | $ 29,902 | $ 26,591 | $ 27,705 | $ 34,827 |
| **Total Revenues** | **$ 461,914** | **$458,358** | **$495,407** | **$480,019** | **$469,082** | **$480,649** | **$490,160** | **$505,845** | **$502,243** | **$550,522** |
| **Broadcast percentage** | **47%** | **46%** | **41%** | **41%** | **40%** | **41%** | **39%** | **37%** | **36%** | **32%** |

**Source:** EDGAR Filings for Speedway Motorsports LLC CIK: 0000934648 and International Speedway Corp CIK: 0000051548

[1] Line item names have been normalized for comparative purposes. Specifically, Int'l Speedway Corp normally includes broadcasting rights within event-related revenues and as such, have been bifurcated for purpose of this analysis

HIGHLY CONFIDENTIAL - OCO

23XI_0078908