# Exhibit 35

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

From: Curtis Polk
Sent: 6/21/2022 1:21:53 PM
To: Jonathan Marshall [jsm@raceteamalliance.com]
CC: Steve Newmark [SNewmark@rfkracing.com]; David Alpern [ ]; Gordon, Jeff
Subject: Re: Team Negotiation Committee - NASCAR Presentation for June 22, 2022, Meeting DRAFT V. 2

I like that addition so it is clear we have unanimity.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Jun 21, 2022, at 1:14 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

## Proposal

*The following proposal has been reviewed and approved by all 16 teams holding the 36 Charters*

- $720M annual payment
- 33% of all new revenue sources that include Team rights
- 33% of media increases
- Permanent Charters
- Change of control provision
- Additional approvals / Seat at the Table (on material issues/changes)
  - Schedule
  - Any move towards electrification
  - New industry initiatives (e.g., NASCAR at LeMans)
- Teams expect to contribute certain collective Team rights as requested by NASCAR

**CONFIDENTIAL & PROPRIETARY**

10

On Tue, Jun 21, 2022 at 11:09 AM Jonathan Marshall <jsm@raceteamalliance.com> wrote:
Curtis, Steve & Jeff -

I have revised the presentation for tomorrow's meeting. It's the same as before with the following changes:

A. I omitted the Appendix as per Curtis' comments

B. I added a new slide 9 which I also copied below. It's a set up slide for the actual proposal to remind the group that (i) Teams are looking for a "Sustainable Model" (and these are the attributes but without numbers) and (ii) include the Curtis Polk Doctrine - all well managed Teams, etc.

But, I can take it out just as easily if you don't think you need it.

JSM

## A Sustainable Business Model

Attributes of a "Sustainable Business Model"

- **Fixed Charter Payment**
  - Intended to cover majority of base costs (w/o driver) to compete for the Cup season

- **Variable Prize Money Payment**
  - Weekly and year-end payments heavily weighted towards top performers in order to incentivize Teams to compete for Top 10 finishes

*"All well-managed Teams should be able to compete for a Cup championship and make a reasonable profit"*

CONFIDENTIAL & PROPRIETARY

---

On Tue, Jun 21, 2022 at 8:06 AM Jonathan Marshall <jsm@raceteamalliance.com> wrote:
RE: Deck for Wed NASCAR meeting - responding to Curtis' email -

*I think I would drop the appendix. I don't want to get into the $14 million fixed charter payment and PM payout yet with NC. I want to see how they react to the $720 million. Thoughts?*

Yes, that's what you all discussed.

My plan was to eliminate Appendix. I kept them in this version b/c there were a couple of concepts that I thought you might want to pull forward into your discussion with NASCAR. Most notably, the "Sustainable Business Model" concept making it clear that there are two components of a Fixed and Variable. I didn't want to toss those out without asking you all if you wanted to include the concept - but excluding the $14M & $216M breakdown. Pages are below.

I plan to do this work post call - so I'm jumping off email to concentrate on 9AM.

HIGHLY CONFIDENTIAL - OCO
23XI_0020617

JSM



On Mon, Jun 20, 2022 at 10:43 PM Curtis Polk <​> wrote:
Thanks Jonathan for giving this a whack. I think I would drop the appendix. I don't want to get into the $14 million fixed charter payment and PM payout yet with NC. I want to see how they react to the $720 million. Thoughts?

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.


On Jun 20, 2022, at 5:03 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:


Gentlemen

Based on the request (and following Steve's email instructions below) please see an initial draft of slides for the Wed. June 22nd meeting with NASCAR Leadership.

I've kept a few slides in Appendix that you all may decide we should rework, but otherwise pared it down to
-

Case 3:24-cv-00886-KDB-SCR    Document 454-20    Filed 11/21/25    Page 4 of 11

HIGHLY CONFIDENTIAL - OCO                                                                                        23XI_0020618

*Set up slide*

*Base Cost Slide*

*Additional Assets slide*

*Proposal Slide*

JSM

On Mon, Jun 20, 2022 at 9:30 AM Steve Newmark <SNewmark@rfkracing.com> wrote:

Agree that we need some slides for Wednesday. JSM, can you put together a few slides that basically show the results of the Baseline Costs study, and then a few "proposal slides" that also includes the slide about rights that NASCAR has requested and the teams understand will be part of the compromise? Thanks.

**Steve Newmark**
President

4600 Roush Place
Concord, NC 28027
Office: 704-720-4686
Mobile:
Email: snewmark@rfkracing.com

www.rfkracing.com

---

**From:** Curtis Polk
**Sent:** Monday, June 20, 2022 9:09 AM
**To:** David Alpern <
**Cc:** Steve Newmark <SNewmark@rfkracing.com>; Jonathan Marshall <jsm@raceteamalliance.com>; Gordon, Jeff <
**Subject:** Re: RTA - Team Negotiation Group Presentation to RTA Members - DRAFT

I hear you but I think we need to be very clear on what we are asking Nascar for so every Charter owner buys in. We aren't giving them this deck but of course in a Zoom meeting they could screen shoot it. We only left 24 hours for it to leak out so a small window before we present it to NASCAR. One other thing for this group, what pages if any do we bring to Nascar meeting on Wednesday? I feel we need to leave behind at least the proposal page and maybe the determining baseline cost page so when they share with Jim F its in writing. Thoughts?

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Jun 20, 2022, at 8:53 AM, David Alpern <███████████████████████> wrote:

Morning gents-

This deck looks great- thanks Jonathan. Curtis and Steve covered everything I would change.

As I read through the deck again this morning, it dawned on me to ask- are we sure we want to throw 100% of this out to EVERY team before the team negotiating meeting? I fear the 720 number will get to NASCAR before the group does. I had thought we originally discussed a "pared down" version from what the Daytona group saw.

Just wondering your thoughts.

**Dave Alpern**
President
Joe Gibbs Racing

███████████

On Jun 19, 2022, at 7:38 PM, Steve Newmark <SNewmark@rfkracing.com> wrote:

Jonathan,

Thanks for sending. Here are my comments:

Slide 9: I'm not sure what "Teams with Prize Money" means. We receive NASCAR Pool Money that has four buckets (Fixed, Historical, Weekly and Year-End). I think we should just state "Teams Share from NASCAR Pool". Then, the second line probably needs to be clarified as well as the Tracks aren't paying all of the prize money, but instead contribute a "Promoter Share" to the NASCAR Pool. So maybe say "Tracks net of NASCAR Pool" contribution. Also, do the Track amounts listed on the chart reflect their TV share minus both their Promoter Share and Sanction Fees to NASCAR? I may be getting too precise here but don't want there to be confusion, or for us to get sidetracked on the calculation if someone is confused by the nomenclature, as the slide sends a powerful message.

Slide 10 – this seems to complicated. Can we simplify a bit to show that NASCAR teams receive, and likely will continue to receive, a much smaller percentage of the overall TV deal per team than other leagues? At a minimum, I would delete the last column about Avg $ Per Cume Hour.

Slide 13 – Is there a specific reason this is included? If not, I would delete.

HIGHLY CONFIDENTIAL - OCO                                                                    23XI_0020620

Slide 15 – I would insert a new Intro slide here that basically tees up that the RTA has been working through its committees to pursue the Collective Objectives we created previously, plus the new addition about "All well-managed Teams . . " – I would spell out these on one page (move from Slide 18)

Slide 24 - I would just be consistent with the $720 million (and not use $724M).

Appreciate your putting all of this together. I can talk tomorrow morning if you'd like.

Steve

**Steve Newmark**
President

4600 Roush Place

Concord, NC 28027

Office: 704-720-4686

Mobile:

Email: snewmark@rfkracing.com

www.rfkracing.com

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Sent:** Friday, June 17, 2022 4:30 PM
**To:** Curtis Polk
**Cc:** Steve Newmark <SNewmark@rfkracing.com>; Gordon, Jeff <​           >; Dave Alpern <​           >
**Subject:** Re: RTA - Team Negotiation Group Presentation to RTA Members - DRAFT

Curtis -

Attached is a revised deck with your changes, with exception of Page 21. I didn't understand "bottom box with categories is missing". When I look at the slide, it seems it's there - but I might be missing something. I've attached both PDF and PPT as there's a page in the PDF that doesn't come through cleanly (slide 6).

JSM

On Fri, Jun 17, 2022 at 3:47 PM Curtis Polk <​           > wrote:

HIGHLY CONFIDENTIAL - OCO
23XI_0020621

Download Attachment
Available until Jul 17, 2022

Thanks Jonathan for pulling this together. Here are my comments

Page 15 list Team Negotiating Committee on line w Nascar Leadership

Page 21 bottom right box w categories is missing

Page 24 delete the line near top that says "same concept presented in February"

Page 25 Delete from deck

Page 27 Even though the 720 and 724 don't agree I think we should ask for $720 million which is $20 million a Charter.

Page 30 and 31 Delete from Deck

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Jun 17, 2022, at 1:01 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

Gentlemen

Attached is the first draft of Tuesday's presentation to the full RTA membership. Things to note:
- I've tried to put this into the order where it tells a story using the two "Daytona Group" presentations from Feb & yesterday and following Curtis' suggestion as to which pages to include
- I've added a new slide (no. 10) that has details around the massive decrease in Track admissions revenue and how broadcast revenues to track have helped tracks maintain a positive outlook - I believe this helps tell the story re: tracks share is substantial
- There are 20 pages in the main presentation (not counting the picture/divider slides)

I'm available later today, this weekend or on Monday to work on this.

JSM

--

HIGHLY CONFIDENTIAL - OCO

23XI_0020622

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

Click to Download
New Model for Team Sustainability (June 2022) RTA Meeting 06212022.pptx
0 bytes

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

HIGHLY CONFIDENTIAL - OCO

23XI_0020623

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



HIGHLY CONFIDENTIAL - OCO

23XI_0020624

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***