# Exhibit 37

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Jonathan Marshall [jsm@raceteamalliance.com]
**Sent:** 6/21/2022 6:26:47 PM
**To:** Curtis Polk [REDACTED]; Gordon, Jeff [REDACTED]; Steve Newmark [SNewmark@rfkracing.com]; Dave Alpern [REDACTED]
**Subject:** Re: RTA - Event RFP & Team Talking Points

If (when) we send out the talking points, I would want to add a note along the following lines -

*All,*

*We very much appreciate your time [yesterday] for what I think was a very good meeting. I wanted to provide all of you with some added thoughts.*

*First, please remember that no one should be discussing our conversation yesterday with ANYONE outside of the group. If the information that we are sharing with NASCAR gets out, it could make it far more for the negotiating team, which will not help any of us.*

*Secondly, I am providing message points that have been created with the Negotiating Committee that you could follow for any subsequent calls that you might get from NASCAR concerning the proposal that they have been given by the Teams. These message points are to help you reinforce the Teams' position.*

*Finally, I would like to ask that NOBODY speak to the media on or off the record about any of this. At some point in the near future we will name a spokesperson or two (most likely someone from the negotiating committee) to address the media when the time is appropriate.*

*Thanks everyone for the time and all your efforts in helping to grow the sport while at the same time working tirelessly on improving the economic model for the teams.*

JSM

On Tue, Jun 21, 2022 at 6:21 PM Jonathan Marshall <jsm@raceteamalliance.com> wrote:
> **Negotiating Group -**
>
> **Two follow up items from today -**
>
> A. **Event RFP.** I have been in communication with both the Events Group (Steve L and Brett & Wasserman) about being ready in the event it's decided to send out an RFP. We will have a proposal in the next day or so from Wasserman as to the cost to have them lead this process along with the team they would bring in to work with the RTA.
>
> B. **Talking Points.** We spoke today about having talking points for the Teams in the event they are called by NASCAR post meeting tomorrow. I took at stab at creating messaging as an initial draft for you to consider.

HIGHLY CONFIDENTIAL - OCO                                                23XI_0020094

I broke them down into one of three buckets (i) about the sport, (ii) Economics of the sport and (iii) Charter Renewal and Broadcast Extension. These are "internal talking points" to help Teams think about where the Teams stand on these items and to help them in any conversations with NASCAR (if NASCAR were to contact Team execs post meeting).

I've remained largely neutrail in this draft, trying not to be provocative.

After your meeting tomorrow, we can discuss next steps on both.

JSM

---

## TEAM TALKING POINTS

### About the Sport as a Whole

- The Teams are pleased to see the positive developments surrounding the sport including new owners, new venues & events and the on-track success of the Next Gen car and applaud NASCAR's efforts in bringing about these developments.

### Economics of the Sport

- The economics of the sport from a Team viewpoint, namely continued pressure on Team sponsorship model along with continued rising costs, are not favorable, nor sustainable, long term, and the Teams are addressing these concerns with NASCAR leadership.

- While Charters have been successful at bringing certain stability to the sport (and value to owners needing to sell their Charters), the sport remains a challenging one in which to make money which is why you've seen a number of Teams leave the business in the past few years. The Teams are dedicated to finding solutions to bridge the money gap that currently exists.

### About Charter Renewal & Broadcast Extension

- The Teams are dedicated to working with NASCAR to set a timeline and plan for alignment on broadcast rights, the Charter renewal and moving forward with communication and collaboration.

- The Teams are dedicated to assisting NASCAR in maximizing the media value of the sport and creating economically healthy Teams.

- A Team Negotiating Committee has been established in order that the Teams have a representative body made up of Team executives who can engage in dialog with NASCAR leadership concerning how the teams, drivers and Nascar can work together to grow overall industry revenue leading to a revised economic model that would be fairer to all stakeholders.

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

HIGHLY CONFIDENTIAL - OCO                                                                                              23XI_0020095


jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR


jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0020096