# Exhibit 38

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Gordon, Jeff
**Sent:** 6/21/2022 7:01:17 PM
**To:** Curtis Polk
**CC:** Jonathan Marshall [jsm@raceteamalliance.com]; Dave Alpern ; Rob Kauffman ; Steve Newmark [SNewmark@rfkracing.com]
**Subject:** Re: Email from Maury Gallagher

Curtis it's great to see others see what the rest of already know by being around you through this process but enjoy it while it lasts because tomorrow there's another group that might not be as impressed😄

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Jun 21, 2022, at 4:33 PM, Curtis Polk wrote:

Hey you just made my day! I got a good loud chuckle by myself at my office at Spectrum Center over the Wood Bros. email. Someone who was walking by said what's so funny.
☐
Anyway it's good to read these as you all know I'm very passionate about this and think we have worked well as a team. If all the teams stayed united and we come to common place on exercising leverage we will end up in a good place.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Jun 21, 2022, at 3:51 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

More Team Comments - Make sure to see Jon Wood's comments -

**Wood Brothers Racing** (Jon Wood)

Good call today. We are onboard fully. Curtis has made a believer out of my dad (Eddie). You won't have any issue with us towing the line.

HIGHLY CONFIDENTIAL - OCO                                                                                                       23XI_0020081

I'll tell you one more thing to consider. **There's a 100% chance Jim goes to my dad and maybe Len, just depending if they're together, which they usually always are. He goes to them and plays the good cop role but he ABSOLUTELY will be trying to work them over so I think it will be helpful if you keep them sort of in the loop.** Speaking totally honestly here, they missed the first call when Curtis laid out his plan. I think they took it to be like every other time teams have gone for more money and nascar always won. I couldn't really convince them, they just needed to hear it themselves and today they did. That being said, so long as they kinda know what's going on, they'll stay lined up. My dad has come to the realization that he has believed in the past they're his friends but now sees they really haven't done jack shit to further our business.

For Curtis - Eddie and Len Wood are brothers, and Jon Wood is Eddie's son.

### Live Fast (Joe Falk, Matt Tiff & BJ McLeod)

We are 100% on board and hope it works and the lower teams get a more equitable deal so we can get to the front . That was an impressive group that was on the phone.

### Spire Motorsports (Bill Anthony)

Yeah generally. We have to manage the conflict though. Unmanaged aggressiveness could be our enemy.

### Kaulig Racing (Chris Rice)

I was on the phone with Matt (Kaulig) for over an hour after the call. We were impressed by Curtis, the presentation and the group of people assembled on the phone. We're new to the RTA but we are fully committed to getting this done.



On Tue, Jun 21, 2022 at 2:11 PM Jonathan Marshall <jsm@raceteamalliance.com> wrote:

On Tue, Jun 21, 2022 at 12:43 PM Curtis Polk <​___​> wrote:
Thanks for passing on the comments

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Jun 21, 2022, at 12:24 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

From Robby Benton, president of Rick Ware Racing,

*I'm too new to speak up today, but the leverage we have is an educated league specialist in Curtis, a unanimous group of all 36 charter owners & the resolve of the entire group of 36 charter owners to seek a more fair and equitable deal.*

*It works for all. It's healthy for all.*

For Curtis - Although RWR is a "backmarker Team", they recently (this past year) aligned with Stewart - Haas Racing and it was Joe Custer that spoke with me about RWR becoming part of the RTA and "vouching for" their new intent to be more competitive (i.e. spend money to race). As a race organization they also participate in IndyCar, IMSA and the NHRA.

JSM

On Tue, Jun 21, 2022 at 12:06 PM Jonathan Marshall <jsm@raceteamalliance.com> wrote:
> From Jerry Freeze at Front Row.
>
> *Great call/meeting. Bob (Jenkins) called me as soon as it was over, he was stoked.*
>
> For Curtis - this is a very positive development. Front Row was an original RTA member but Bob Jenkins, their owner, left the RTA shortly after the Charter was issued. Didn't feel it represented all interests (was how it was explained to me) - although I was not here at the time so anecdotal).
>
> JSM
>
>
> On Tue, Jun 21, 2022 at 11:52 AM Curtis Polk ▉▉▉▉▉▉▉▉▉▉ wrote:
>> Great to see that teams recognize how ugly this can get and we need to have a counter punch
>>
>> This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.
>>
>>
>> On Jun 21, 2022, at 11:45 AM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:
>>
>>
>> I am in regular contact with Maury - he sent me this email post meeting -
>>
>> jsm
>>
>> ---------- Forwarded message ---------
>> From: **Maury Gallagher** <Maury.Gallagher@allegiantair.com>
>> Date: Tue, Jun 21, 2022 at 11:03 AM
>> Subject: RE: [EXTERNAL] Track Revenue Trends
>> To: Jonathan Marshall <jsm@raceteamalliance.com>

The interesting question is why has NC been so generous to the Smiths? They were bitter enemies through most of the past 50/60 years with Bruton fighting with Jim F senior. But they both have gotten comfortable with the check that shows up weekly/monthly from TV. The $ keep coming and they don't have to work very hard. My guess is NC is going to play hard ball. We should plan for it regardless. As a smart person told me a number of years ago – upside takes care of itself, plan for what goes wrong.

NC's biggest leverage is to cut off the cash flow to the teams, those weekly checks and see how long and tough the group becomes then. As Mike Tyson said so famously, everyone has a plan until they get hit in the nose. That's why the Broadcast groups are so important. That is NC's punch in the nose. The networks don't want to pay billions for some back water teams with no names to put on their network. I know you and the negotiating committee are aware of this.

Good luck to the group tomorrow!

M

F

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



HIGHLY CONFIDENTIAL - OCO                                                                                                   23XI_0020084

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0020085