# Exhibit 43

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Curtis Polk |
| --- | --- |
| Sent: | 8/26/2022 7:00:27 PM |
| To: | Jonathan Marshall [jsm@raceteamalliance.com] |
| CC: | Steve Newmark [SNewmark@rfkracing.com]; Jeff Gordon; Dave Alpern; Rob Kauffman |
| Subject: | Re: Daytona Group Presentation - Version 5 |
| Attachments: | Daytona Group (August 2022) v.5.pdf; Untitled attachment 00020.htm |

I think this looks really good. Thanks for all your work Jonathan. See you tomorrow

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Aug 26, 2022, at 5:05 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

All -

As of 5PM today, this is Version 5 which Curtis changes sent at 3:12P and Lauletta's changes to the RFI/RFP slide.

I'm out for dinner this evening but can make changes when I get home tonight.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL

23XI_0075336



# DAYTONA GROUP PRESENTATION

**AUGUST 2022**

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0075337

# AGENDA

> *"All **well-managed Teams** should be able to **compete for a Cup championship** and make a **reasonable profit**"*

- Events Since June 21/22
- The Issues
- Team Payout / New Broadcast Agreement Scenarios
- TNC Recommendation
- Media Talking Points
- RFI/RFP Process

- Next Steps
    - Approval from Daytona Group to bring to wider Team Ownership
    - Presentation to Team Ownership on 8/30
    - Delivery of executable plan for communication & proceeding on RFI/RFP

CONFIDENTIAL & PROPRIETARY

2

HIGHLY CONFIDENTIAL - OCO

23XI_0075338

# EVENTS SINCE JUNE 21/22

- **June 21st -** RTA Board & Members meeting. It was agreed (unanimously) for the TNC to make a 7-point proposal to NASCAR

- **June 22nd –** TNC met with NASCAR Negotiating Committee - Phelps, O'Donnell & B. Kennedy

  - *While NASCAR continued to reinforce their openness to improving the Team economic model, the response to the $720M proposal was that it was not feasible due to NASCAR/track financials*

  - *TNC walked through its bottoms-up baseline costs approach and continued to insist it's reasonable and comparable to sports in the U.S. and F1*

- **Late July** - via SBJ, Steve Phelps said *"the sanctioning body is preparing to offer teams a 'fair relationship' with the split of media rights dollars for the next deal that will start in 2025."*

- **Day after** SBJ article, the TNC met with the NASCAR Negotiating Committee

  - NASCAR focused their presentation on the need for a "new paradigm" based on spending caps, luxury taxes & minimum spending BUT no direct response to the June 22 proposal
  - NASCAR acknowledged (verbally) that Base Costs should be covered by monies from the sport (but didn't address how much this meant)
  - TNC responded that it was open to discussing with owners this "new paradigm" but until we see NASCAR make a proposal on Team Revenue Share, we would not participate in that process

CONFIDENTIAL & PROPRIETARY

3

HIGHLY CONFIDENTIAL - OCO

23XI_0075339

# EVENTS SINCE JUNE 21/22 (cont.)

- **Mid - August –** NASCAR, through O'Donnell, provided a 4-point email response addressing - revenue, cost control, IP / content, and governance
  - But no counteroffer & did not address baseline costs
  - Wanted to create working groups to study "the issues"
  - And, stated - *"NASCAR is willing to look at any and all aspects of the current model" …"willing to look at changes to the model … stakeholder should be fairly compensated … [but] given the uncertainty around our future media rights, it is challenging to discuss or respond to specific numbers…"*

- **Since NASCAR's email response -** there have been several separate conversations with Phelps, O'Donnell, and Gary Crotty with the following message:
  - This negotiation is moving too slowly
  - Teams are aligned in their thinking and <u>need to hear how NASCAR will increase Team Revenue</u>
  - NASCAR needs the Teams to cooperate with NASCAR in order to show alignment and maximize the new media rights negotiation in 2023
  - TNC needs a counter proposal prior to Aug 30 meeting

- **This last weekend** Jim France & Lesa Kennedy met with Rick Hendrick, Richard Childress & Joe Gibbs
  - Followed by multiple outreach calls by Phelps, O'Donnell & Crotty to select TNC members

- **Early this week** TNC has provided NASCAR with a deadline of Monday, August 29th for a proposal

CONFIDENTIAL & PROPRIETARY

4

HIGHLY CONFIDENTIAL - OCO

23XI_0075340

# THE ISSUES

- 2024 payment averages $9M per Charter
- June proposal was $20M per Charter
- NASCAR wants to close the gap primarily with a Spending Cap
- TNC has requested that NASCAR first show Teams the Revenue Increase

- *JIM FRANCE MET DIRECTLY WITH OWNERS AND SAID ...*
  - *I will increase Team's share but can't until we know the new media deal*
  - *You don't need a committee, you can make the deal with me*

---

**QUESTION FOR THIS GROUP – ARE TEAMS READY TO EXERCISE LEVERAGE AND SHOW THAT NASCAR NEEDS TO RESPECT THE PROCESS (NEGOTIATE WITH THE TNC)?**

CONFIDENTIAL & PROPRIETARY

5

HIGHLY CONFIDENTIAL - OCO

23XI_0075341

Case 3:24-cv-00886-KDB-SCR   Document 454-24   Filed 11/21/25   Page 7 of 16

# TEAM PAYOUT / NEW BROADCAST AGREEMENT SCENARIOS

## SCENARIOS & ASSUMPTIONS

- 3 Scenarios presented for Broadcast Increases
  - 20% AAV (avg. annual payment = to final year of existing agreement)
  - 35% AAV increase
  - 50% AAV increase
- 3 Scenarios presented for Team Share of Broadcast Revenues
  - 25% (Current), 35% and 40%
- There is no increase in Promotor/track & NASCAR contributions (same as final year of existing agreement)
- Assumes a 10-year broadcast renewal
- Assumes Teams continue to receive "net revenues" computed as per existing Charter Agreement
  - (100% less 3.25% off the top to NDM and then 90% of remainder assigned to "Cup Revenues")

## KEY TAKEWAYS

➤ @$720M, Team ask was $20M per Charter vs. $8.9 avg. per Charter to be paid in 2024

➤ Any material increase to the Teams will require…..

   o A substantial increase in broadcast deal (e.g., increase in AAV of 35% +)
                                  and/or
   o A substantial increase in % of the revenues to the Teams (e.g., from 25% to 35%/40%)

CONFIDENTIAL & PROPRIETARY

| CURRENT 2024 | | | |
|---|---|---|---|
| Total to Teams | $333,177,000 | Avg. / Charter | $8,920,453 |

| CURRENT LEVEL FOR 10 YEARS (20% AAV) | | | |
|---|---|---|---|
| Teams Broadcast Share | 25% | 35% | 40% |
| All Teams Annual Tot. for 10 Yrs. | $ 333,176,950 | $ 417,152,080 | $ 459,139,645 |
| Avg. / Charter (10 Years) | 8,920,453 | 11,253,094 | 12,419,415 |
| Year 1 Amt. / Charter (Traditional Mechanics) | 7,834,538 | 9,732,815 | 10,681,953 |

| 35% AAV | | | |
|---|---|---|---|
| Teams Broadcast Share | 25% | 35% | 40% |
| All Teams Tot. Annual for 10 Yrs. | $ 360,332,082 | $ 455,169,265 | $ 502,587,856 |
| Avg. / Charter (10 Years) | 9,674,761 | 12,309,127 | 13,626,310 |
| Year 1 Amt. / Per Charter | 9,048,747 | 11,432,707 | 12,624,688 |

| 50% AAV | | | |
|---|---|---|---|
| Teams Broadcast Share | 25% | 35% | 40% |
| All Teams Annual Tot. for 10 Yrs. | $ 386,699,314 | $ 492,083,390 | $ 544,775,428 |
| Avg. / Charter (10 Years) | 10,407,184 | 13,334,519 | 14,798,187 |
| Avg. / Charter Year 1 | 9,158,964 | 11,587,012 | 12,801,035 |

HIGHLY CONFIDENTIAL - OCO

23XI_0075342

Case 3:24-cv-00886-KDB-SCR    Document 454-24    Filed 11/21/25    Page 8 of 16

# TNC RECOMMENDATION

*IF BY MONDAY NASCAR HAS NOT DELIVERED A MEANINGFULL RESPONSE TO THE TEAMS ...*

- We should **pause** discussions with NASCAR ...

---

- Turn our focus on discussion & alignment with Teams on steps that ...

  - Will **bring industry awareness to the economic inequities** of the sport

    *AND*

  - Use Team assets and rights to **generate/create ancillary income streams**

# MEDIA TALKING POINTS

## CONTROLLED ... POSITIVE ... BUT FACTUAL

- NASCAR is privately owned by the France family & the tracks utilized for Cup races are primarily owned by either the France family or SMI
- As a result of the inequity in how revenue is shared, NASCAR/Track groups own approximately **93% of the sport's value while the teams own 7%.**
- The current media rights agreements expire after the 2024 season. This is the **largest single source** of revenue for the industry.
- In February of 2022, the Teams created a four person Team Negotiating Committee (TNC). This committee is comprised of David Alpern (Joe Gibbs Racing), Jeff Gordon (Hendrick Motorsports), Steve Newmark (RFK Racing) and Curtis Polk (23XI Racing). *The stated goal of the TNC is to help create a system where Teams, drivers and NASCAR could work together to grow overall industry revenue leading to a revised economic model that would be fairer to all stakeholders.*

---

- One key objective of the TNC is to help consolidate stakeholder rights and provide them to NASCAR in order to help **maximize the value of the new media deal**. Teams have engaged a third-party agency as an advisor in this process.
- The TNC has held four meetings with NASCAR's Negotiating Committee comprised of Steve Phelps, Steve O'Donnell, and Ben Kennedy. These meetings were very productive and led to working sessions in between to better understand and reach consensus on the current Team economic situation. This resulted in the **TNC presenting a 7-point offer sheet on June 22** that was unanimously approved by all Team Owners.
- **To date NASCAR has yet to make a counter-offer.**

CONFIDENTIAL & PROPRIETARY

8

HIGHLY CONFIDENTIAL - OCO

23XI_0075344

Case 3:24-cv-00886-KDB-SCR    Document 454-24    Filed 11/21/25    Page 10 of 16

# RFI / RFP FOR EXHIBITION RACES

## CHARTER AGREEMENT EXPESSLY ALLOWS EXHIBITIONS IN U.S. & RACING OUTSIDE US/CAN/MEX

- Charter Agreement – Team exclusivity is specific to *"professional stock car racing series in the Territory"*

---

- Wasserman has been engaged to send out a Request for Information (RFI) to potentially interested producing parties
    - Team Executives & Wasserman compiled a list of global targets to gauge level of interest

- Races will be competitive race(s) with **top Drivers intended to create best fan engagement**
    - Prize purse
    - Creative racing formats
    - First class, broadcast ready

- Intended to be heavily promoted events which drive and engage audiences, both in-venue and on broadcast

- One day events (including P & Q and main event) - Expected to be shorter race vs. typical 3+ hour broadcast for Cup race

- Promoter(s) should be well-established (w/ tangible racing experience) and responsible for fulfilling all obligations
    - Host markets need to actively support the race

- At a minimum, financial terms will need to guarantee Team/Driver full cost to participate in the event
    - Media rights reserved to the Teams depending on deal being offered by promoter

- Teams, drivers & car all TBD

***IF APPROVED BY TEAM, PLAN WOULD BE TO HAVE WASSERMAN SEND RFI OUT IN THE NEXT FEW WEEKS***



# NEXT STEPS?

CONFIDENTIAL & PROPRIETARY

10

HIGHLY CONFIDENTIAL - OCO

23XI_0075346

# NEXT STEPS

- **Team Negotiating Committee seeking approval from** Daytona Group to make presentation to the wider Team Ownership

- Presentation to Team Ownership on 8/30

- If approved, follow up with the delivery of executable plan for communication & proceeding on RFI/RFP

CONFIDENTIAL & PROPRIETARY

11

HIGHLY CONFIDENTIAL - OCO

23XI_0075347



# APPENDIX

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0075348

# PROPOSAL

*The following proposal has been reviewed and approved by all 16 teams holding the 36 Charters*

- $720M annual payment

- 33% of all new revenue sources that include Team rights

- 33% of media increases

- Permanent Charters

- Change of control provision

- Additional approvals / Seat at the Table (on material issues/changes)
  - Schedule
  - Any move towards electrification
  - New industry initiatives (e.g., NASCAR at LeMans)

- Teams expect to contribute certain collective Team rights as requested by NASCAR

CONFIDENTIAL & PROPRIETARY

HIGHLY CONFIDENTIAL - OCO

23XI_0075349

CONFIDENTIAL
23XI_0075350