# Exhibit 45

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Robert Kauffman
**Sent:** 9/1/2022 2:31:52 PM
**To:** David Alpern ; Steve Newmark [SNewmark@rfkracing.com]; Curtis Polk ; Jonathan Marshall [jsm@raceteamalliance.com]; Jeff Gordon
**Subject:** Re: Notes on my call

Sounds like the first 'reality channel' conversation with the ~25% shareholder directly. Great.

The nice showing of DaleJr/Nwilks/SMI/RacingAmerica has their attention in the background. I bet Phelps&OD are jumpy!

rk

---

**From:** David Alpern
**Date:** Thursday, September 1, 2022 at 1:35 PM
**To:** Steve Newmark <SNewmark@rfkracing.com>, Curtis Polk , Jonathan Marshall <jsm@raceteamalliance.com>, Jeff Gordon , Robert Kauffman
**Subject:** Re: Notes on my call

That sounds like a very productive meeting. Great job.
Let's keep our foot on the gas.

Get Outlook for iOS

---

**From:** Steve Newmark <SNewmark@rfkracing.com>
**Sent:** Thursday, September 1, 2022 1:05:04 PM
**To:** Curtis Polk ; Jonathan Marshall <jsm@raceteamalliance.com>; David Alpern ; Jeff Gordon ; Rob Kauffman
**Subject:** RE: Notes on my call

Curtis,

Thanks for the recap. Sounds like that went extremely well, based on what we had hoped to accomplish. Great work.

Steve

Steve Newmark
President

4600 Roush Place
Concord, NC 28027
Office: 704-720-4686

Email: snewmark@rfkracing.com

https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.rfkracing.com%2F&data=05%7C01%7Cdalpern%40joegibbsracing.com%7C19864cddb61e4ff1661308da8c3c20df%7C3d12c6653e9b4ee386ec2f9c4e5dc192%7C0%7C0%7C637976487138352380%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=1LceFcHsD2I6Qy5Gogamzt94T3Zc%2BN8oJ%2BSB7HDmj

fE%3D&reserved=0

-----Original Message-----
From: Curtis Polk [REDACTED]
Sent: Thursday, September 1, 2022 1:02 PM
To: Jonathan Marshall <jsm@raceteamalliance.com>; Dave Alpern [REDACTED]; Jeff Gordon [REDACTED]; Rob Kauffman [REDACTED]; Steve Newmark <SNewmark@rfkracing.com>
Subject: Notes on my call

One and a quarter hours

Very pleasant it never got contentious.

She knows of our proposal but really didn't seem to be exposed too much about the other meetings except baseline cost exercise. For example, when I discussed getting all the team and driver rights consolidated and given to NC to monetize, she said it would be helpful for us to give her a list of the rights we have in mind. I said, this was basically one meeting with your group early in the process and they gave us a list.

She talked about her getting up to speed only recently and provided some flavor about meetings at the Glen, with Roger P and Walt and with JG. Some of the concerns that Jim and her have are from comments at those meetings, like we need a higher percentage than 25%, teams won't wait until you negotiate the new media deal because then have no leverage. I told her those were not the TNC's position. She also brought up that me/committee feel they are making an end run around us. I made it clear to her that they can speak to their friends/partners all they want but that it becomes a game of telephone and they get misinformation(like above) when that happens and it will just make this process more difficult.

I made my points I reviewed with the TNC yesterday. She seemed very interested in the rights we could give NC that could be monetized. I also seemed to get surprise from her when I read her Phelps quote from SBJ in July and that in our July meeting he said "Base costs should be covered by monies from the sport". I explained how the $720 million was arrived at and although she sort of knew that I could see in her face that this was all starting to resonate.

So she finally asked sounds like you gave us a deadline and we are busy modeling etc. She said what do you need. I told her the following. We made a 7 point proposal in June. All we have heard back is a "new paradigm" and the 4 key areas(which she is really aware of). We want to address all of this, particularly a cost cap system, but we cant without a meaningful proposal on one of the seven points REVENUE. We need to show our ownership that NC is serious about moving the payout up. She asked what is meaningful. I said in 2024 the payout is $8.9 million per team, $330 million, we asked for $20 million per team, $720 million. Somewhere between those numbers would be a good starting point for NC to propose a MINIMUM payout for 2025-2034. Once we have that we can work on the assumptions, mechanics etc so that there is a fair system that is a win/win. I said now we are asking you and Jim to take risk. To push money over to the teams without you knowing your new TV deal or how you might monetize these new rights. She said I get it and we are modeling what ifs. So she asked about a deadline. I said you all asked owners to get us to stand down. We got the owners to vote 16-0 that it's within the TNC's discretion to stop bargaining and take action steps without going back to the owners. I told Phelps you have days not weeks.

I told her I was available for her to call me if she heard something she didn't like or a question and I'm available if Jim wants to talk to me. I told her we wanted to be transparent and get a deal done that benefited the sport.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any

information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.