# Exhibit 46

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Jonathan Marshall [jsm@raceteamalliance.com]
**Sent:** 9/23/2022 3:57:25 PM
**To:** Robert Kauffman
**CC:** Curtis Polk            ; Dave Alpern             Jeff Gordon
      Steve Newmark [SNewmark@rfkracing.com]
**Subject:** TNC - Comms Plan & Talking Points CONFIDENTIAL
**Attachments:** RTA Comms Plan v. 9 09232022 .docx; RTA Comms Plan v. 9 09232022 (REDLINE vs. v.8).docx

TNC Members -

Attached is a revised Comms Plan & Talking Points. The changes made include Rob's notes from yesterday, along with a few changes I made based on Curtis' email regarding messaging.

I've attached both a clean and a redline showing changes.

I spoke with John Olguin this AM (John and Steve N. spoke earlier today) and he's standing by to provide guidance and suggestions for next week. I know that Steve N. still may have changes to this document so I'm standing by for those as well.

I also spoke with Covington earlier today (both corporate and antitrust counsel) and they are up to speed. I've shared comms plan & talking points with them as well.

JSM


On Thu, Sep 22, 2022 at 5:23 PM Robert Kauffman                              wrote:

A few points (we might want to CC our lawyers on this re attny/client privilege).

1. I would rephrase the 'a team recently couldn't sign a driver..' too specific. Losing a key sponsor has impaired the ability of many teams over time. Maybe rephrase? Teams are too reliant on key sponsors for survival.
2. I wouldn't commit to 'no exhibition during seaons'. Why? The more general at this point the better.
3. We shouldn't name now who is/isn't in the team exhibition event. Why do that now?

Otherwise pretty good by me.

Rob

--
JONATHAN MARSHALL // EXECUTIVE DIRECTOR
jsm@raceteamalliance.com

HIGHLY CONFIDENTIAL - OCO                                                                 23XI_0075084

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO                                                                                                      23XI_0075085

# Team – PR & Communications Plan - RFI / RFP Process

## Situation Analysis

Since May, there have been a series of meetings between NASCAR and the Teams concerning Charter Renewal issues. In August the Teams sent a letter to the NASCAR Board authorizing the Team Negotiating Committee ("TNC") to be the representative body in discussions with NASCAR. This follows on a series of meetings over the summer between the TNC and NASCAR representatives during which time the TNC presented NASCAR on June 22, 2022, with a proposal for Charter Renewals on behalf of the Teams. While NASCAR has promised to respond to the Teams Proposal, the Teams would like to be prepared in the event talks stall.

In anticipation that the talks with NASCAR could stall, the TNC sought, and received, approval from the Board & Members to do the following in such case:

1. Pause communications with NASCAR; and
2. Turn the focus on:
   a. Bringing industry awareness about the economic inequities in the sport through a factual discussion with relevant media, and
   b. Use team assets to generate/create ancillary income streams through a RFI process using the Wasserman Agency to see if there were any promoters who would be interested in running an exhibition race that conforms to the terms that are allowed as per the Charter Agreements.

## PR Goals

### *Addressing Industry Awareness About Economic Inequities*

- Overall, we want to show the Teams in a positive light
  - Teams are generally positive about the direction of the sport
  - Teams are expecting a successful broadcast renewal and are working with NASCAR towards the same goal
  - But at the same time, the current Team economic model is not sustainable
    - Costs continue to rise (Next Gen notwithstanding)
    - Continued pressure on sponsorship revenues, which is a primary source of Team revenue

- Media, the industry and subsequently the fans, need to understand that under the present model, Team economics do not work
  - Teams rely on sponsorships to provide sufficient revenues to operate but sponsorship revenues have been decreasing during this same period.
  - Losing a key sponsor has impaired the ability of many teams over time.
  - Teams are too reliant on key sponsors for survival.

1

*Addressing a Possible Exhibition by the Teams*

- Teams are looking for ways to find additional revenue to cover the cost of running in the NASCAR Cup Series and holding an exhibition race is a strategic way to use current Team assets to generate additional revenue.

- The Teams are working within the terms of the existing Charter Agreement with NASCAR. Specifically, by the terms of the Charter Agreement the Teams are expressly allowed to hold exhibition races.

## Statement and Key Messages

*Addressing Industry Awareness About Economic Inequities*

1. **Positive Direction of the Sport** - The Teams are pleased to see the positive developments surrounding the sport including new owners, new venues & events, exciting competitive racing, and the on-track success of the Next Gen car and applaud NASCAR's efforts in bringing about these developments.

2. **Economic Challenges** - Under the present model, Team economics do not work. Teams must rely on sponsorships to provide sufficient revenues to operate but sponsorship revenues have been decreasing during this same period. Losing a key sponsor has impaired too many Teams over time. In stick and ball sports, over 80% of revenue comes from two sources – TV and gate. In motorsports, Teams do not receive either.

3. **Achieving Alignment** - A Team Negotiating Committee ("TNC") has been established as a representative body, made up of Team executives, who can engage in dialog with NASCAR leadership to achieve alignment on how all stakeholders can work together to grow the sport. Teams have

4. **Teams are Unified in their Support of the TNC** – All Cup Teams have put their support behind the TNC as its representative to help create a new model with NASCAR that will be beneficial to all stakeholders in the sport.

5. **Maximizing Media Value** - All Team owners are united in the goal of assisting NASCAR, through a broader consolidation of Team Rights, in maximizing the media value of the sport and creating an improved, sustainable Team Charter model.

6. **Team (Polk) Doctrine.** *"All well run Teams should be able to run for a championship and make a reasonable return on their investment in the sport."*

7. **Talking Point for Drivers (through their respective Teams and Jeff Burton).** *"Financially healthy Teams are in the best interest of the sport."*

*Addressing Possible Exhibition Races by the Teams*

1. The Teams are always looking at ways to supplement the money they need to run in NASCAR. The RFI is the first step toward creating another revenue stream for the Teams by using the assets that they control – Team IP, race cars, race shops and racing abilities. An event like this can help the Teams in their effort to become more economically stable.

2. With motorsports growing worldwide, the Teams are looking to find an opportunity either within the U.S. or internationally to race in an exhibition both promoting their unique brand of racing and that is not in competition with the NASCAR Cup Series Product.

3. Any exhibition race would not be run during the NASCAR Cup Series schedule.

**TO BE DISCUSSED FURTHER** - *Decide if on background we want the media to understand the RTA is closer to the role of the players if you compare NASCAR to a sport like the NFL, NBA or MLB. And, that most Teams do NOT make money in Cup racing. It is a breakeven sport at best for most, and many Teams are subsidized by their owners from other business ventures. The sport has seen numerous Teams shut down over the last few years due to economic losses and the business model not being sustainable long term.*

## Spokesperson

Initially the designated Spokespersons will be Dave Alpern (co-Chair of the Team Owner Council), Jeff Gordon (Executive Vice Chairman Hendrick Motorsports), Steve Newmark (President, RFK Racing) and Curtis Polk (Owner/Principal, 23XI Racing).

We will also want to make sure every Team owner and president know and understand the message points to use when in conversations with their own stakeholders – employees, vendors, and sponsors.

## Plan

A. If NASCAR does not respond this with a counter proposal to the TNC's June 22nd proposal before next Thursday (September 29th) or otherwise does respond but with a counter that is not meaningful, then the TNC would meet with select media (see below) in a video call to discuss the Teams' economic challenges to compete in the sport.

B. The following steps would be followed in preparation for the call with media:

1. September 26th - TNC will have reviewed and signed off on the communication plan and the talking points to be distributed to Team owners & principals.

2. September 27th –
   i. Distribute to Team owners & principals, the talking points. Ask each Team to speak with their respective drivers and share the "Driver Talking Point" so that each driver knows how to respond to media inquiries, if asked.

3

      ii. Arrange for any follow up calls with Owners/principals that have questions and/or concerns. Consider specific calls to the following Teams/Owners (i) Penske, (ii) Maury Gallagher, (iii) Richard Childress and (iv) Wood Brothers.

      iii. Speak with Jeff Burton, head of the Drivers Council, and share the Driver Talking Point for Jeff to have as well.

      iv. John Olguin contacts members of media to invite to video call.

3. September 28th – TNC conducts a run through for the call with the select media.

4. September 29th – TNC holds video call with select media.

C. The select media to include the following:

1. Jenna Fryer (AP)
2. Nate Ryan and/or Dustin Long (NBC)
3. Bob Pockrass (FOX)
4. Jeff Gluck and/or Jordan Bianchi (The Athletic)
5. Adam Stern (Sports Business Journal)
6. Matt Weaver (Racing America)

## First Pass at Questions & Answers

1. Question: **Why are the Teams speaking to the media now about these economic issues?**

   Answer: In the past few months the Teams created this committee to discuss these issues on behalf of the Teams. In anticipation of the upcoming Charter Renewal, we believe it's important for all stakeholders to understand the current economic pressures that are affecting the Teams.

2. Question: **What are the teams needing from NASCAR to become more economically viable?**

   Answer: Simply put, more fixed revenue. It is a difficult prospect to operate a team year in and year out when your major source of income (sponsorship) is variable. Teams can close if they lose a sponsor. Very few teams in stick and ball are ever forced to worry about whether their franchise will be in business the following year. That is a yearly occurrence in racing.

3. Question: **Are the Teams and NASCAR currently discussing the Charter extension?**

   Answer: *We have been in close contact with NASCAR for quite a while about the extension of the Charters. Those conversations have been productive to date, and we look forward to coming to a mutually beneficial conclusion very soon.*

4

4. **Question:** **Negotiations with potential broadcast partners do not start until 2023 (and under the Charter Agreement, Team negotiations do not start until July 2023). Have you started negotiations with NACAR early?**

   Answer: The Charter Agreement extension is separate from the broadcast agreements and there are several different items that both the Teams and NASCAR will be discussing when it comes to the Charter Agreement. Getting an early start makes sense for the industry.

5. **Question:** **Is your speaking to the media meant to send a message to NASCAR?**

   Answer. No. We believe that it's important for all stakeholders in the industry to understand the challenges that Teams face, to compete at this level and make an economically viable business.

6. **Question:** **Has NASCAR made a proposal to the Teams?**

   Answer: We would like to keep the specifics of our conversations between us and NASCAR.

7. **Question:** **Is Wasserman advising the Teams on their discussions with NASCAR?**

   Answer: Wasserman was engaged by the Teams to advise on broadcast rights generally, which is what they have done so far.

8. **Question:** **Are you speaking on behalf of the Race Team Alliance?**

   Answer: We are speaking on behalf of the 16 Teams that own Charters, which are also the 16 Teams that are members of the Race Team Alliance, but no, we speak on behalf of the Cup Teams that own Charters.

*Addressing Possible Exhibition Races by the Teams*

9. **Question:** **Why are Teams pursuing an event separate from the Cup Series?**

   Answer: *Nearly all Teams are operating at a loss in Cup racing and have been doing so for some time now with sponsorship revenues declining, costs rising and the monies from NASCAR not making up the difference. The Teams must find additional sources of revenue and having an exhibition race(s) would allow the Teams to do just that.*

10. **Question:** **Under the terms of the Charter Agreement are the Teams allowed to race in a non-sanctioned race?**

    Answer: *Yes, under the terms of the Charter Agreement, Teams are allowed to compete in exhibition races.*

11. **Question:** **Why wouldn't Teams work with NASCAR on sanctioning additional races?**

Answer: *The Teams and NASCAR are already fully committed to each other under the terms of the Charter Agreements which expire in 2024. Trying to add to these obligations under the existing agreement would be quite challenging. The exhibition races the Teams are pursuing have full alignment with the participating Teams and are near term revenue opportunities designed to bring in much needed revenue to help operate race Teams at the Cup level. The Teams will continue to discuss the future beyond the existing agreement and any additional races that might be added.*

12. Question: **What has NASCAR's reaction been to Teams pursuing their own race?**

    Answer: *We would never want to speak for them. You would have to ask NASCAR.*

13. Question: **Where will these races be broadcast?**

    Answer: *That's still to be determined. We will first see what races can be organized and then determine if there is interest from broadcasters.*

14. Question: **Do you think that holding exhibition races will antagonize NASCAR?**

    Answer: *We don't expect it to. The races being proposed are all being done within the contractual terms of the Charter Agreements. When the Charter Agreements were initially adopted, it was contemplated that Teams would be allowed to pursue racing in the international market if the Teams chose to do so. If the Teams operate pursuant to the terms of the Charter Agreement, we wouldn't expect NASCAR to be against these activities.*

CONFIDENTIAL

As of September 2223, 2022

# Team – PR & Communications Plan - RFI / RFP Process

## Situation Analysis

Since May, there have been a series of meetings between NASCAR and the Teams concerning Charter Renewal issues. In August the Teams sent a letter to the NASCAR Board authorizing the Team Negotiating Committee ("TNC") to be the representative body in discussions with NASCAR. This follows on a series of meetings over the summer between the TNC and NASCAR representatives during which time the TNC presented NASCAR on June 22, 2022, with a proposal for Charter Renewals on behalf of the Teams. While NASCAR has promised to respond to the Teams Proposal, the Teams would like to be prepared in the event talks stall.

In anticipation that the talks with NASCAR could stall, the TNC sought, and received, approval from the Board & Members to do the following in such case:

1. Pause communications with NASCAR; and
2. Turn the focus on:
   a. Bringing industry awareness about the economic inequities in the sport through a factual discussion with relevant media, and
   b. Use team assets to generate/create ancillary income streams through a RFI process using the Wasserman Agency to see if there were any promoters who would be interested in running an exhibition race that conforms to the terms that are allowed as per the Charter Agreements.

## PR Goals

### Addressing Industry Awareness About Economic Inequities

- Overall, we want to show the Teams in a positive light
  - Teams are generally positive about the direction of the sport
  - Teams are expecting a successful broadcast renewal and are working with NASCAR towards the same goal
  - But at the same time, ~~these are challenging times to be a Team owner~~ the current Team economic model is not sustainable
    - Costs continue to rise (Next Gen notwithstanding)
    - Continued pressure on sponsorship revenues, which is a primary source of Team revenue

- Media, the industry and subsequently the fans, need to understand that under the present model, Team economics do not work
  - Teams rely on sponsorships to provide sufficient revenues to operate but sponsorship revenues have been decreasing during this same period.
  - ~~A top Team was recently unable to sign top driver due to the loss of its primary sponsor.~~
  - Losing a key sponsor has impaired the ability of many teams over time.

1

o   Teams are too reliant on key sponsors for survival.

*Addressing a Possible Exhibition by the Teams*

- Teams are looking for ways to find additional revenue to cover the cost of running in the NASCAR Cup Series and holding an exhibition race is a strategic way to use current Team assets to generate additional revenue.

- The Teams are working within the terms of the existing Charter Agreement with NASCAR. Specifically, by the terms of the Charter Agreement the Teams are expressly allowed to hold exhibition races.

## Statement and Key Messages

*Addressing Industry Awareness About Economic Inequities*

1. **Positive Direction of the Sport** - The Teams are pleased to see the positive developments surrounding the sport including new owners, new venues & events, exciting competitive racing, and the on-track success of the Next Gen car and applaud NASCAR's efforts in bringing about these developments.

2. **Economic Challenges** - Under the present model, Team economics do not work. Teams must rely on sponsorships to provide sufficient revenues to operate but sponsorship revenues have been decreasing during this same period. A top Team was recently unable to sign top driver due to the loss of its primary Losing a key sponsor. has impaired too many Teams over time. In stick and ball sports, over 80% of revenue comes from two sources – TV and gate. We don't in motorsports, Teams do not receive either.

3. **Achieving Alignment** - A Team Negotiating Committee ("TNC") has been established as a representative body, made up of Team executives, who can engage in dialog with NASCAR leadership to achieve alignment on how all stakeholders can work together to grow the sport. Teams have

4. Teams are Unified in their Support of the TNC – All Cup Teams have put their support behind the TNC as its representative to help create a new model with NASCAR that will be beneficial to all stakeholders in the sport.

4.5. **Maximizing Media Value** - All Team owners are united in the goal of assisting NASCAR, through a broader consolidation of Team Rights, in maximizing the media value of the sport and creating an improved, sustainable Team Charter model.

5.6. **Team (Polk) Doctrine.** *"All well run Teams should be able to run for a championship and make a reasonable return on their investment in the sport."*

2

CONFIDENTIAL

23XI_0075093

CONFIDENTIAL

As of September 2223, 2022

5~~6~~7. **Talking Point for Drivers** ~~(through their respective Teams and Jeff Burton).~~ *"Financially healthy Teams are in the best interest of the sport."*

*Addressing Possible Exhibition Races by the Teams*

1. The Teams are always looking at ways to supplement the money they need to run in NASCAR. The RFI is the first step toward creating another revenue stream for the Teams by using the assets that they control – Team IP, race cars, race shops and racing abilities. An event like this can help the Teams in their effort to become more economically stable.

2. With motorsports growing worldwide, the Teams are looking to find an opportunity either within the U.S. or internationally to race in an exhibition both promoting their unique brand of racing and that is not in competition with the NASCAR Cup Series Product.

3. Any exhibition race would not be run during the NASCAR Cup Series schedule.

4. ~~The following Teams will be participating (LIST TEAMS HERE) and racing between ___ and ___ cars and will include star Drivers from the Teams.~~

**TO BE DISCUSSED FURTHER** - *Decide if on background we want the media to understand the RTA is closer to the role of the players if you compare NASCAR to a sport like the NFL, NBA or MLB. And, that most Teams do NOT make money in Cup racing. It is a breakeven sport at best for most, and many Teams are subsidized by their owners from other business ventures. The sport has seen numerous Teams shut down over the last few years due to economic losses and the business model not being sustainable long term.*

## Spokesperson

Initially the designated Spokespersons will be Dave Alpern (co-Chair of the Team Owner Council), Jeff Gordon (Executive Vice Chairman Hendrick Motorsports), Steve Newmark (President, RFK Racing) and Curtis Polk (Owner/Principal, 23XI Racing).

We will also want to make sure every Team owner and president know and understand the message points to use when in conversations with their own stakeholders – employees, vendors, and sponsors.

## Plan

A. If NASCAR does not respond this with a counter proposal to the TNC's June 22nd proposal before next Thursday (September 29th) or otherwise does respond but with a counter that is not meaningful, then the TNC would meet with select media (see below) in a video call to discuss the Teams' economic challenges to compete in the sport.

B. The following steps would be followed in preparation for the call with media:

CONFIDENTIAL

As of September 22~~22~~23, 2022

1. September 26th - TNC will have reviewed and signed off on the communication plan and the talking points to be distributed to Team owners & principals.

2. September 27th –
   i. Distribute to Team owners & principals, the talking points. Ask each Team to speak with their respective drivers and share the "Driver Talking Point" so that each driver knows how to respond to media inquiries, if asked.
   ii. Arrange for any follow up calls with Owners/principals that have questions and/or concerns. Consider specific calls to the following Teams/Owners (i) Penske, (ii) Maury Gallagher, (iii) Richard Childress and (iv) Wood Brothers.
   iii. Speak with Jeff Burton, head of the Drivers Council, and share the Driver Talking Point for Jeff to have as well.
   iv. John Olguin contacts members of media to invite to video call.

3. September 28th – TNC conducts a run through for the call with the select media.

4. September 29th – TNC holds video call with select media.

C. The select media to include the following:

   1. Jenna Fryer (AP)
   2. Nate Ryan and/or Dustin Long (NBC)
   3. Bob Pockrass (FOX)
   4. Jeff Gluck and/or Jordan Bianchi (The Athletic)
   5. Adam Stern (Sports Business Journal)
   6. Matt Weaver (Racing America)

## First Pass at Questions & Answers

1. Question: **Why are the Teams speaking to the media now about these economic issues?**

   Answer: In the past few months the Teams created this committee to discuss these issues on behalf of the Teams. In anticipation of the upcoming Charter Renewal, we believe it's important for all stakeholders to understand the current economic pressures that are affecting the Teams.

2. Question: **What are the teams needing from NASCAR to become more economically viable?**

   Answer: Simply put, more fixed revenue. It is a difficult prospect to operate a team year in and year out when your major source of income (sponsorship) is variable. Teams can close if they lose a sponsor. Very few teams in stick and ball are ever forced to worry about whether their franchise will be in business the following year. That is a yearly occurrence in racing.

4

CONFIDENTIAL

23XI_0075095

CONFIDENTIAL

As of September ~~22~~23, 2022

3. **Question:** **Are the Teams and NASCAR currently discussing the Charter extension?**

    Answer: *We have been in close contact with NASCAR for quite a while about the extension of the Charters. Those conversations have been productive to date, and we look forward to coming to a mutually beneficial conclusion very soon.*

4. **Question:** **Negotiations with potential broadcast partners do not start until 2023 (and under the Charter Agreement, Team negotiations do not start until July 2023). Have you started negotiations with NACAR early?**

    Answer: The Charter Agreement extension is separate from the broadcast agreements and there are several different items that both the Teams and NASCAR will be discussing when it comes to the Charter Agreement. Getting an early start makes sense for the industry.

5. **Question:** **Is your speaking to the media meant to send a message to NASCAR?**

    Answer. No. We believe that it's important for all stakeholders in the industry to understand the challenges that Teams face, to compete at this level and make an economically viable business.

6. **Question:** **Has NASCAR made a proposal to the Teams?**

    Answer: We would like to keep the specifics of our conversations between us and NASCAR.

7. **Question:** **Is Wasserman advising the Teams on their discussions with NASCAR?**

    Answer: Wasserman was engaged by the Teams to advise on broadcast rights generally, which is what they have done so far.

8. **Question:** **Are you speaking on behalf of the Race Team Alliance?**

    Answer: We are speaking on behalf of the 16 Teams that own Charters, which are also the 16 Teams that are members of the Race Team Alliance, but no, we speak on behalf of the Cup Teams that own Charters.

*Addressing Possible Exhibition Races by the Teams*

9. **Question:** **Why are Teams pursuing an event separate from the Cup Series?**

    Answer: *Nearly all Teams are operating at a loss in Cup racing and have been doing so for some time now with sponsorship revenues declining, costs rising and the monies from NASCAR not making up the difference. The Teams must find additional sources of revenue and having an ~~international~~ exhibition race ~~during the off-season~~(s) would allow the Teams to do just that.*

10. **Question:** **Under the terms of the Charter Agreement are the Teams allowed to race in a non-sanctioned race?**

5

CONFIDENTIAL

23XI_0075096

CONFIDENTIAL

As of September ~~22~~23, 2022

Answer: *Yes, under the terms of the Charter Agreement, Teams are allowed to compete in exhibition races.*

11. Question: Why wouldn't Teams work with NASCAR on sanctioning additional races?

    Answer: *The Teams and NASCAR are already fully committed to each other under the terms of the Charter Agreements which expire in 2024. Trying to add to these obligations under the existing agreement would be quite challenging. The exhibition races the Teams are pursuing have full alignment with the participating Teams and are near term revenue opportunities designed to bring in much needed revenue to help operate race Teams at the Cup level. The Teams will continue to discuss the future beyond the existing agreement and any additional races that might be added.*

12. Question: What has NASCAR's reaction been to Teams pursuing their own race?

    Answer: *We would never want to speak for them. You would have to ask NASCAR.*

13. Question: Where will these races be broadcast?

    Answer: *That's still to be determined. ~~As the plan is to conduct a race or races during the Cup Series off-season, we expect there to be interest from several potential broadcast partners and we look forward to having those conversations~~ We will first see what races can be organized and then determine if there is interest from broadcasters.*

14. Question: Do you think that holding exhibition races will antagonize NASCAR?

    Answer: *We don't expect it to. The races being proposed are all being done within the contractual terms of the Charter Agreements. When the Charter Agreements were initially adopted, it was contemplated that Teams would be allowed to pursue racing in the international market if the Teams chose to do so. If the Teams operate pursuant to the terms of the Charter Agreement, we wouldn't expect NASCAR to be against these activities.*

6

CONFIDENTIAL

23XI_0075097