# Exhibit 48

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** David Alpern
**Sent:** 9/25/2022 9:19:59 PM
**To:** Gordon, Jeff                             Steve Newmark [SNewmark@rfkracing.com]
**CC:** Curtis Polk                    ; Jonathan S. Marshall [jsm@raceteamalliance.com]; Robert Kauffman
**Subject:** Re: TNC - Comms Plan & Talking Points CONFIDENTIAL

Well that race just set our sport back a few years.
Look forward to talking with you either tomorrow (preferred) or Tuesday.

**Dave Alpern**
President
Joe Gibbs Racing

---

**From:** Gordon, Jeff
**Sent:** Sunday, September 25, 2022 7:04:58 PM
**To:** Steve Newmark <SNewmark@rfkracing.com>
**Cc:** Curtis Polk                         ; Jonathan S. Marshall <jsm@raceteamalliance.com>; Robert Kauffman                                  ; David Alpern
**Subject:** Re: TNC - Comms Plan & Talking Points CONFIDENTIAL

Agree Steve. Happy to get together, tomorrow is best for me but I have some opening on Tuesday also.

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Sep 25, 2022, at 7:39 PM, Steve Newmark <SNewmark@rfkracing.com> wrote:

If we ever get home from Texas, we should try to jump on a call either tmrw afternoon or Tuesday morning. Just want to get us on the same page.

I don't believe we're saying fundamentally different things. In my opinion, it's just a matter of how we characterize the state of the sport. I believe there's a balance there that still accomplishes the goal of poking the bear without hurting all of our respective sales efforts.

Steve

HIGHLY CONFIDENTIAL - OCO                                                                                      23XI_0019144

On Sep 25, 2022, at 10:35 AM, Curtis Polk <span style="background:black">[redacted]</span> wrote:

So we are going to call for a Zoom press conference and just start talking about why we have put this together? And we are going to praise NC on what a good job they are doing?

I don't think that will be effective. I think we need to hand out a document that gets across the points we want to make so that it gets back to NC and it clearly states what we want to get public. That is what I attempted to do. Then we can answer questions and elaborate. Unscripted I don't think we will effectively make our points as strongly as we need to. I also don't want to compliment NC. Sorry but this is now a contentious situation. We tried to do this nicely behind the scenes. Now it's time to show NC we are serious. This is the first step very factual nothing threatening. We will then see Jim's/NC reaction and if they don't bargain the next action step will be threatening to them.

I'm sorry but it's time to poke the bear! They aren't just going to give us $200+million more a year unless they feel very threatened.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Sep 24, 2022, at 4:25 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

TNC Members –

I've made the changes suggested by Steve N –

1. Toned down decline in sponsor revenue
2. Emphasized business model is broken
3. Praised NASCAR leadership & added praise for Fox and NBC
4. Added the inequities & 93/7 concept
5. Deleted all reference to exhibition races
6. Added point on June proposal
7. And, added the "why are we talking now" as suggested

Because there were extensive edits, I don't believe a redline is useful so this is only the clean version.

I've also stripped this down to four main sections:

A. Talking Points
B. Spokespersons
C. Plan
D. Questions and Answers

I'm available tomorrow to make additional changes.

JSM

HIGHLY CONFIDENTIAL - OCO                                                                                                                23XI_0019145

On Sat, Sep 24, 2022 at 10:38 AM Steve Newmark <SNewmark@rfkracing.com> wrote:

JSM, thanks for putting together the plan and talking points. It's definitely helpful to see it laid out that way, and of course is easier to edit than create.

Here are my general thoughts and ramblings.

1. I'm hesitant to hammer how bad sponsorship is right now, and am reluctant to repeatedly use the soundbite that it is in a steep decline. My concern here is that it will have the unintended consequence of being used against every team in our negotiations with sponsors/prospects who will be able push for lower fees (as we would've openly told the world that we're struggling to find sponsor dollars). However, I don't think we need to fixate on the reality of sponsor decline to convey our message. Instead, the emphasis should be on how the business model is broken. Unlike every other professional sport in the US, the league money only covers a fraction of what it takes to run a competitive race team. Most top teams receive less than 25-30% from the league, meaning we have to generate the rest of our revenue from other sources (sponsorship, licensing, hospitality, etc.) to cover the vast majority of our costs. We can easily cite stats from other sports – NBA and MLB in particular – that show how it's flipped in our sports. I don't think we need to completely stay away from the sponsorship struggles but would prefer it not be the leading soundbite. Instead, have it be one element of the overall picture, which also includes rising NextGen costs, etc. At the end of the day, I think the simplest and easiest thing for the media and public to grasp is that our model doesn't make sense as the teams don't receive a reasonable share compared to every other sport, and instead, NASCAR and the France family (including the tracks) retain most of the revenue.

2. In the Media press conference, I like the idea of leading with compliments and accolades about what the NASCAR leadership team has done to put the sport on an upward trajectory. I think showering Phelps, OD and Ben with praise for their bold moves on schedules, social issues, etc. will play well. Also, it's good to reiterate the positive narrative so that the media doesn't twist our message to mean that the sport is in decline and is failing overall. Then, I think the primary message points are the ones in Curtis's list – the model is inequitable, the teams don't receive a fair share, can't operate a competitive race team with a reasonable profit, 93/7, etc. To me, the inequity of the model is the singular message that we want to make public.

3. I would suggest that we don't talk about the potential exhibition race quite yet. First, I would like to see how Jim reacts to this step by the TNC. Although it might seem benign for those in the NBA, MLB and NFL, it will be received as a punch in the face by the France family as we've never done anything like it before. I think the possibility of an exhibition race, and speculation about it, will become a focus of the media articles if we disclose that on Thursday. At this point, I think it's better if the emphasis remains on the broken business model, and not what steps we may take next. In reality, we have two audiences -- Jim France (who we want to show that we have resolve and unity) and the media/public (who we want to educate about how the sport operates). I think we can accomplish the objectives with both of those audiences without disclosing our plans around the exhibition race. So, I would lean towards waiting to release anything about the exhibition plans for a week or two, until we assess the general reaction to our press conference. I don't believe we will prejudice those efforts by waiting, and it allows us to continue to be strategic in how we stage our escalation.

4. Next, I would be bit more aggressive in how we respond to questions about the status of our negotiations with NASCAR. I believe the proposed Talking Points have us avoiding an answer to that question, and instead comment that things are moving forward well. I would take a different approach, and after we compliment NASCAR generally, would be open that we put a proposal on the table in June that was endorsed by all teams, and have not received a response yet.

HIGHLY CONFIDENTIAL - OCO

23XI_0019146

5. Lastly, and although it's a minor point, if asked why we are holding this press conference now, I would add one more point to the response in the Talking Points: With the numerous articles about the new TV deal and charter renewal over the last few months, including comments from NASCAR, the teams have been receiving a number of requests from various media outlets to provide their perspective. So, in light of the appointment of the TNC by all of the teams, we thought it would be easier and more efficient to address the various inquiries at one time.

Thanks for the all of the effort here. It's just the beginning but it's refreshing to see how united we've been, and that there's a real path to fixing the system if we can keep the coalition together!

Steve

**Steve Newmark**
President

4600 Roush Place
Concord, NC 28027
Office: 704-720-4686

Email: snewmark@rfkracing.com

www.rfkracing.com

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Sent:** Friday, September 23, 2022 3:57 PM
**To:** Robert Kauffman
**Cc:** Curtis Polk            ; Dave Alpern                          Jeff Gordon
              Steve Newmark <SNewmark@rfkracing.com>
**Subject:** TNC - Comms Plan & Talking Points CONFIDENTIAL

TNC Members -

Attached is a revised Comms Plan & Talking Points. The changes made include Rob's notes from yesterday, along with a few changes I made based on Curtis' email regarding messaging.

I've attached both a clean and a redline showing changes.

I spoke with John Olguin this AM (John and Steve N. spoke earlier today) and he's standing by to provide guidance and suggestions for next week. I know that Steve N. still may have changes to this document so I'm standing by for those as well.

I also spoke with Covington earlier today (both corporate and antitrust counsel) and they are up to speed. I've shared comms plan & talking points with them as well.

HIGHLY CONFIDENTIAL - OCO    23XI_0019147

JSM

On Thu, Sep 22, 2022 at 5:23 PM Robert Kauffman ▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

A few points (we might want to CC our lawyers on this re attny/client privilege).

1. I would rephrase the 'a team recently couldn't sign a driver..' too specific. Losing a key sponsor has impaired the ability of many teams over time. Maybe rephrase? Teams are too reliant on key sponsors for survival.
2. I wouldn't commit to 'no exhibition during seaons'. Why? The more general at this point the better.
3. We shouldn't name now who is/isn't in the team exhibition event. Why do that now?

Otherwise pretty good by me.

Rob

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

HIGHLY CONFIDENTIAL - OCO

23XI_0019148

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO                                                                                                      23XI_0019149