# Exhibit 51

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 10/3/2022 6:45:28 PM |
| To: | Jeff Gordon ▮ ; Curtis Polk ▮ ; Dave Alpern ▮ ; Steve Newmark [SNewmark@rfkracing.com] |
| CC: | Rob Kauffman ▮ |
| Subject: | Fwd: TNC - Updated Talking Points / Run of Show - Press Meeting Friday October 7, 2022 @ 10AM |
| Attachments: | TNC Comms Plan and Talking Points v.3 10032022.docx; Team Negotiating Committee - Run of Show 10032022.docx |

TNC -

I sent the note below to John Olguin and Jesse Essex.

We have a meeting set for 9A tomorrow to go through all.

I'll also circle back with the attorneys at Covington for an update.

JSM


---------- Forwarded message ---------
From: **Jonathan Marshall** <jsm@raceteamalliance.com>
Date: Mon, Oct 3, 2022 at 6:43 PM
Subject: TNC - Updated Talking Points / Run of Show - Press Meeting Friday October 7, 2022 @ 10AM
To: John Olguin ▮ , Essex, Jesse ▮

John and Jesse

The TNC met earlier today after their meeting with NASCAR this past Sunday in Talladega. Bottom line, the TNC was "very disappointed" with the counteroffer from NASCAR (which represented ~$1M more per Team in 2025 then the Teams are presently receiving).

At this point, the TNC would like to do the following:

1. **Media Talking Points**   Update the Media Talking Points with the following additional points:

*a. NASCAR did make a proposal to the Teams*

*b. The Teams find the proposal unacceptable. It has only minor annual income increases on a per charter basis and is contingent on aggressive assumptions*

*c. NASCAR continues to focus on cutting costs as the primary way for Teams to achieve an economically sustainable business model but cutting costs*

*i. Sacrifices safety*

*ii. Will lead to more layoffs of workers at the Teams*


2. **Meeting with Select Press Members**

HIGHLY CONFIDENTIAL - OCO

23XI_0258395

| | |
|---|---|
| When: | Friday, October 7 at 10 AM |
| Where: | Uptown Charlotte (possibly The Ritz) |
| How: | In person with TNC / members of media in person or via video |
| Who: | TNC and Invited media |

### 3. Rehearsal for Meeting with Press

| | |
|---|---|
| When: | Wednesday, October 5 at 4PM |
| Where: | Via video conference call |
| Who: | Invited media only |

4. **Other**  The TNC does not want the press to be invited until Thursday afternoon. They prefer to not provide large lead time between the press conference and notice to media.

5. Also, one area where the TNC will want guidance is handling the "Denny comments" (if you will) as this group does not want to get into "safety" or "Next Gen car" outside of the narrow focus that this group is currently driving at, and that is the economics for the sport.

I have updated the TNC Comms Plan and Talking Points which now reflects changes suggested by outside counsel and has started to include concepts stated above. Also, I've updated the Run of Show.

We can discuss on our call in the AM.

JSM
--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0258396

HIGHLY CONFIDENTIAL - OCO

23XI_0258397

# TEAM NEGOTIATING COMMITTEE

# Key Messages and Question and Answers

# As of October 3, 2022

## Key Messages

1. **Team Economics Do Not Work** - Under the present model, Team economics do not work. Unlike every other professional sport in the U.S., the money that comes from the league (in this case NASCAR) only covers a fraction of what it takes to run a competitive race team. The Teams are generally losing money due to escalating costs and an inequitable sharing of total revenue. The current model is not sustainable for the Teams, and thus the business model needs to change.

2. **Inequity in Shared Revenue** - As a result of the inequity of how total revenue is shared, the France family and Speedway Motorsports Inc. (SMI) own approximately 93% of the sport's value while the Teams own 7%.

3. **The NASCAR Model** -- NASCAR is privately owned by the France family, and the tracks utilized for Cup races are primarily owned by the France family or SMI.

4. **Charter Ownership** - The 16 Ownership Groups (the Teams) that run the 36 NASCAR full-time Cup cars (representing all the Charter holders) have no ownership in NASCAR or the tracks, yet we think it is safe to say that fans are paying to see the drivers, cars, and Teams.

5. **Media Rights and Charter Agreements** - The current Media Rights agreements and Charter agreements expire after the 2024 season. The media rights are the largest single source of revenue for the industry. As a result, we feel the two deals go together, and although the agreements are separate, each impacts the other so working on them simultaneously makes sense for the industry.

6. **The TNC** - In February 2022, the Teams appointed a Team Negotiating Committee (TNC) consisting of four executives – Dave Alpern (president JGR), Jeff Gordon (vice chairman HMS), Steve Newmark (president RFK), and Curtis Polk (principal/owner 23XI). The stated goal of the TNC is to facilitate a discussion about how to create a system where Teams, drivers, and NASCAR can work together to grow overall industry revenue leading to a revised economic model that is fairer to all stakeholders. The Teams believe that NASCAR should embrace the principle that *"all well managed Teams should be able to compete for a Cup Championship and make a reasonable profit"*. If we want to continue to draw investment into the sport from people like Michael Jordan, Pit Bull, or other well-funded investors, this statement needs to become a reality.

HIGHLY CONFIDENTIAL - OCO    23XI_0258398

7. **Stakeholder Rights** – The Teams also are working to create further value for the sport by developing new rights offerings in the areas of digital, sports betting, and lifestyle, and they are exploring models to partner with NASCAR to unlock the potential value of these rights in the context of a new media deal. The Teams have engaged a third-party agency as an advisor in this process.

8. **Meetings to Date** - The TNC has multiple meetings with NASCAR's negotiating committee reviewing the economics of the sport and the current Team economic situation. This resulted in the TNC presenting a 7-point offer sheet on June 22.

9. **NASCAR Response.** Within the last week, NASCAR responded with a counterproposal which the Teams find unacceptable as it only provides minor annual income increases on a per car basis and is contingent on aggressive assumptions. The Teams are disappointed that NASCAR continues to focus on cutting costs as the primary way for Teams to achieve an economically sustainable business model while cutting costs sacrifices safety for the sport as a whole and will inevitably lead to more layoffs in the industry.

10. **Talking Point for Drivers (through their respective Teams and Jeff Burton).** *"Financially healthy Teams are in the best interest of the sport."*

## Questions & Answers

1. Question: **Why are the Teams speaking to the media now about these economic issues?**

   Answer: *In the past few months the Teams created this committee to discuss these issues on behalf of the Teams. In anticipation of the upcoming Charter Renewal, we believe it's important for all stakeholders to understand the current economic pressures that are affecting the Teams. With the numerous articles about the new broadcast deal and Charter Renewal over the last few months, including comments from NASCAR, the Teams have received several requests from various media outlets to provide their perspective. So, considering the appointment of the TNC by all the Teams, we thought it would be easier and more efficient to address the various inquiries at one time.*

2. Question: **What are the Teams needing from NASCAR to become more economically viable?**

   Answer: *Simply put, more fixed revenue. It is a difficult prospect to operate a Team year in and year out when your major source of income (sponsorship) is variable. Teams can close if they lose a sponsor. Many teams get as much funding from sponsors that they can and must fill shortfall from their own pocket or go into debt. Teams in stick and ball sports are not forced to worry about whether their franchise will be in business the following year because they share equitably in the revenue of their sport. That is a yearly occurrence in racing.*

HIGHLY CONFIDENTIAL - OCO

23XI_0258399

3. **Question:** **Are the Teams and NASCAR currently discussing the Charter extension?**

   Answer: *Yes. Through the TNC, the Teams made a proposal to NASCAR in June and in the last week received a counterproposal from NASCAR.*

4. **Question:** **Does NASCAR know you are speaking to the media?**

   Answer: *Not sure if they know we are today but we have told them that at some point we would be speaking to the media to let stakeholders understand the situation.*

5. **Question:** **Negotiations with potential broadcast partners do not start until 2023 (and under the Charter Agreement, Team negotiations do not start until July 2023). Have you started negotiations with NASCAR early?**

   Answer: *The Charter Agreement extension is separate from the broadcast agreements and there are several different items that both the Teams and NASCAR will be discussing when it comes to the Charter Agreement. Getting an early start makes sense for the industry.*

6. **Question:** **Is your speaking to the media meant to send a message to NASCAR?**

   Answer. *We believe that it's important for all stakeholders in the industry to understand the challenges that Teams face, to compete at this level and make an economically viable business. Our intention of discussing these issues with the media is to call attention to these challenges in hopes of having them being adequately addressed.*

7. **Question:** **Is Wasserman advising the Teams on their discussions with NASCAR?**

   Answer: We have engaged *Wasserman to advise on how rights deals have gone in other leagues in general so we might become more knowledgeable, which is what they have done so far.*

8. **Question:** **What is the relationship between the RTA and the TNC?**

   Answer: The RTA is funded by the Teams, and w*e are speaking on behalf of the 16 Teams that own Charters, which are also the 16 Teams that are members of the Race Team Alliance.*

9. **Question:** **What happens if you don't get the changes that you want?**

   Answer: We believe/hope there is an appetite for a deal with to get done with NASCAR. I know there is on this side, so I would like to leave it at that.

HIGHLY CONFIDENTIAL - OCO   23XI_0258400

TEAM NEGOTIATING COMMITTEE

RUN OF SHOW

AS OF OCTOBER 3, 2022

**Participants -** Dave Alpern (DA), Jeff Gordon (JG), Steve Newmark (SN), Curtis Polk (CP)

**Format -** In person at TBD location & video call

**Rules of Engagement** – No videotaping and no audio sound bites. Audio recording is to confirm specifics of what is being said only.

**Overall Theme** - Getting the industry to understand the Teams' concerns about the business model they work under. (We want to avoid this being millionaires crying that billionaires aren't paying them)

**Proposed Date** - Friday, October 7, 2022 @ 10:00AM

*This is a suggested plan for engaging in conversation with the media. Each of you should feel free at anytime to jump in if you believe it is helpful to make a specific point or bolster a position. Facts and/or anecdotes that you are personally familiar with help tell the story and adds color.*

1. CP kicks things off by telling the 23XI (MJ & Curtis) story
    - Questions they had coming into the sport on costs (no one really knew)
    - JGR alliance
    - Get to know the other owners, passion for the sport but owners not making money
    - Public filings for NASCAR & SMI demonstrate that they industry has money, but the distribution doesn't favor the teams

2. CP continues
    - Review of 8 things that the Teams feel important to share
    - Shares that Teams went to NASCAR, didn't ask for a handout, instead came up with a plan based on cost data shared by 7 Teams and made a proposal to NASCAR
    - NASCAR provided a counter proposal last week that the Teams feel is insufficient
    - Offers a modest increase per car per year and continues to look to cost cutting for the Teams to achieve a sustainable economic model

    > **Commented [JG1]:** Only real question is this for me is whether these eight point should be split up. I am fine either way.

3. JG discusses that this is also a concern from a legacy standpoint for the Hendricks, Childress, Gibbs, Petty's, Wood Bros, Roush/Keselowski, all these businesses are at risk if the model doesn't change.

4. DA follows on importance of the Gibbs legacy and shares firsthand how one brand's decision last year to exit the sport leads to a regular occurrence of a Team unable to resign a two-time champion based on a sponsorship change. Top sports are not dependent on sponsorship, the model is broken.

1

HIGHLY CONFIDENTIAL - OCO

23XI_0258401

TEAM NEGOTIATING COMMITTEE

RUN OF SHOW

AS OF OCTOBER 3, 2022

5. SN – discusses "why now"? Now that the Teams have received NASCAR's proposal the Teams feel they need to speak up about the sports broken financial model for the Teams.. Emphasize that to date Teams have done everything possible to keep this behind the scenes but now feels its important for the industry players to understand what is going on.

   > **Commented [JO2]:** I might add another bullet that encourages all four of them to jump in anytime they feel like adding something would be helpful especially if it is an anecdote or fact that is personal to their team or the industry as it adds color.

6. [TO BE DISCUSSED] General agreement that there will be a "leave behind" which will be the 8 points memo. (Memo will be vetted by outside counsel prior to sharing/distributing.)

2

Case 3:24-cv-00886-KDB-SCR    Document 454-28    Filed 11/21/25    Page 9 of 9

HIGHLY CONFIDENTIAL - OCO                                          23XI_0258402