# Exhibit 54

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Curtis Polk |
| --- | --- |
| Sent: | 10/11/2022 9:40:18 AM |
| To: | Jonathan Marshall [jsm@raceteamalliance.com] |
| CC: | Jeff Gordon            ; Dave Alpern            ; Steve Newmark [SNewmark@rfkracing.com]; Rob Kauffman            ; John Olguin            ; Essex, Jesse |
| Subject: | Re: TNC - Memo in Preparation for Wednesday Oct 12th Call with Teams (UPDATED 10/10 AT 6:15 PM) DRAFT |
| Attachments: | Untitled attachment 00009.pdf; Untitled attachment 00012.htm |

JM are you getting a good response for tomorrows attendance?

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Oct 10, 2022, at 6:16 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

This draft has been revised with Curtis' corrections to my initial draft.

JSM

On Mon, Oct 10, 2022 at 4:13 PM Curtis Polk            wrote:
Hi thanks for doing this. In the cost System box the Penalties starting at $16 m spend belongs in the NC column not Team column. Also in the NC column it should say $10 M minimum spend

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Oct 10, 2022, at 3:52 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

TNC Members -

I've updated the attached memorandum to include all of Curtis (very good) notes that he shared this AM.

I've made no changes to Curtis' notes, but I have added a short "Run of Show" at the end of the document.

Please let me know any changes you all might have.

Again, this is for the Wed. 10:30 AM meeting with Team Owners / Principals / Presidents.

JSM

CONFIDENTIAL

23XI_0170809

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR
jsm@raceteamalliance.com

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

CONFIDENTIAL

23XI_0170810

CONFIDENTIAL

Memo to:     Team Negotiating Committee

Date:        October 10, 2022

Re:          Preparation for Oct. 12th Meeting with Team Owners/Principals

---

## OUTLINE OF TERMS

|  | 2024 | 2025 | 2025 |
|---|---|---|---|
|  | **Current System** | **Team June Proposal** | **NC Oct Offer** |
| **Revenue** | $333 M<br>$9.25 M/Car | $720 M<br>$20 M/Car | $396 M<br>$11 M/Car |
| **New Rev.** | Teams Own | 33% Teams<br>67% NC | Did not address |
| **Cost System** | None | Will work w Teams around Base Cost findings<br>$19.5 - 21M/car | Minimum spend $10M/car<br>Penalties start at $16M<br>Hard Cap at $25M |
| **Governance** | Current Charter | Permanent<br>More Approvals<br>Change of Control | NO<br>NO<br>NO<br>Asked for many NC favorable changes |
| **Team IP Rights** | Teams hold | Willing to give to NC for 33% share of Revenue to Teams | They don't think they are worth anything |

## TALKING POINTS

- We need to have all 16 Teams stay together now more than ever, support the TNC and stick to the talking points we have distributed.
- We don't have any future media plans right now but our plan is to always try to control the narrative, be fact based, not be negative, always speak on the record.
- Watch how NC has responded and will continue to respond.

CONFIDENTIAL                                                                                              23XI_0170811

- What we are doing is not damaging to the ultimate media deal. It gives us strength/leverage in our negotiations with NC. It is highly unlikely NC can conclude a new media deal unless they make a deal with the Teams. So it is damaging to NC but not to us.

**RFI**
- This was approved by this group in August.
- We want to release in next two weeks.
- It is not to form our own "League". It is to take Team Rights that exist under the Current Charter Agreement (that NC doesn't think is worth anything) and monetize them so the Teams can make additional revenue over the remaining two Charter Seasons and NC can see WE DO have valuable rights that can be monetized.

**NEXT STEPS**

- See if NC wants to engage in constructive dialogue.
- We will present additional action steps to this group for approval in order to give us additional leverage.

**RUN OF SHOW FOR WEDNESDAY**

- Jeff G. leads discussion of How We Got Here
    - We made an offer in June, and they made us wait
    - Unanimous approval by Teams in late August for "first leverage point" – discussion with media if counter was unacceptable
    - Met in Talladega and counteroffer was made
    - Disappointing response
        - We were led to believe that "Teams would like offer"
    - Before going to media
        - Talked with each Team
        - Spoke with Fox & NBC to give a head's up
        - Selected media based on influence and talent (selected print media)
    - With media, we walked through scripted "Key Messages"

- Steve N. then goes through outline of deal points
    - Aggressive Assumptions. Counteroffer was contingent on aggressive assumptions
    - Money to Teams - See table above
    - Cost Cap - See table above
    - On permanent Charters –See table above

- Dave & Curtis add color and context as they feel is appropriate

CONFIDENTIAL

23XI_0170812

CONFIDENTIAL
23XI_0170813