# Exhibit 56

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

**From:** Steve Newmark [SNewmark@rfkracing.com]
**Sent:** 11/3/2022 7:21:17 AM
**To:** Jonathan Marshall [jsm@raceteamalliance.com]; Gordon, Jeff
**CC:** Robert Kauffman ; Curtis Polk ; Dave Alpern
**Subject:** RE: TNC - DRAFT Email to Concord Group

I had a good conversation with Robby Benton last night, who indicated that he was the exec from the lower third team that shared a lot of feedback with JSM. It was about an hour-long call so I'm not going to try to summarize all of it here but the primary theme is that the lower teams are concerned about making sure the "fixed" payment is adequate in the new world order. I walked him through our position and approach, and he seemed to be relieved/satisfied. He was also appreciative of the efforts of the TNC, and said that all of his counterparts recognize that the TNC is putting themselves on the front line, and it's generally a thankless job.

Based on that conversation, as well as the talk that Alpern and I had with Chris Rice at Kaulig, I would just have the meeting on the 5th with the Concord Group. I would, however, make sure that we explain to the other four teams -- Trackhouse, RCR, SHR and Penske -- when and why we are doing it. I suspect they'll endorse the approach for the sake of trying to maintain unity.

As an aside, Robby was very complimentary of JSM, and emphasized the important role that he's playing in keeping the group together. Nice work, Jonathan.

Steve

**Steve Newmark**
President



4600 Roush Place
Concord, NC 28027
Office: 704-720-4686

Email: snewmark@rfkracing.com

www.rfkracing.com



**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Sent:** Wednesday, November 2, 2022 11:15 PM
**To:** Gordon, Jeff
**Cc:** Robert Kauffman ; Curtis Polk ; Steve Newmark <SNewmark@rfkracing.com>; Dave Alpern
**Subject:** Re: TNC - DRAFT Email to Concord Group

This is an important discussion and I have struggled with it. Here are my thoughts.

- Curtis is correct. Trackhouse was not part of the "original Daytona Group" but I included them as part of that group b/c as of now they are. Meaning, when we look for "buy in" we include Justin. So he's in the loop on what the TNC is doing. And, to be more specific, Penske has never participated in the "Daytona Group" but they have always been invited (and debriefed) so I included them. I know, it's a judgment call. I'm not trying to be "right" but am trying to address everyone's concerns.

CONFIDENTIAL                                                                                         23XI_0018905

- Regarding "inviting everyone". The undercurrent that I am feeling is that the "lower third" (which I'm referring to as the Concord Group) is not feeling the love. Based on the conversations I've had, I believe the Concord Group (i) believes that the larger Teams "respect them but don't have a ton of respect for them" (although the all acknowledge they have individual relationships with specific Teams that they value), (ii) talk amongst themselves, and (iii) wouldn't mind to have a "we're the other half" conversation where they don't feel "dominated" (no offense intended) by folks that have more than they do in terms of investing in this sport.

- Am I right? I don't know. It's just a feeling that I have based on my conversations.

- Bottom line, no Team is excluded from the Dec. 5th meeting. We can let others know this meeting is happening. But, if we focus on the 8 Teams (with 13 Charters) to have a conversation with, then I think we have done a lot. We can "quitely invite" others - but the purpose of the meeting (I believe) is to allow this group to "not be dominated" by the "haves". This group wants to have a conversation - and I think we lean into that.

From my conversations (A) they have incredible respect for Jeff G., Steve and Dave and what you all are trying to accomplish, (B) they want to know who Curtis is, (C) think you all have gone out of the way to make their business better and (D) want you to know how appreciative they are. For them, it's hard to express yourself in a Zoom call when you're "32nd in points".

Of the other 8 Teams in the Daytona Group, you all represent 4, one is Penske (we talk to all of the time), and the others are Justin Marks, Richard Childress and Stewart Haas. Those eight Teams are very well informed (no one feels neglected or not "part of the discussion).

I'm not trying to be right. Just my perspective.

JSM


On Wed, Nov 2, 2022 at 10:15 PM Gordon, Jeff <span style="background:black">█████████████</span> wrote:
> My only ten cents on this subject is the smaller less funded teams typically don't feel they have a voice and rarely speak out in the larger group so I'm ok meeting with this group.
>
>
>
> **Jeff Gordon**
> **Vice Chairman**
> **Hendrick Motorsports**
>
> 4325 Papa Joe Hendrick Blvd.
> Charlotte, NC 28262
>
>
> On Nov 2, 2022, at 7:33 PM, Robert Kauffman <span style="background:black">█████████████</span> wrote:
>
> Good idea – no issue with that. I do think we need to make sure we get the 'right' level attendees if we invite all teams. JSM, we should think about how we do that without pissing anyone off.

CONFIDENTIAL

23XI_0018906

rk

**From:** Curtis Polk
**Date:** Wednesday, November 2, 2022 at 7:27 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>
**Cc:** Steve Newmark <SNewmark@rfkracing.com>, Jeff Gordon, Dave Alpern, Robert Kauffman
**Subject:** Re: TNC - DRAFT Email to Concord Group

Thanks for putting this together. Just a nit Trackhouse was not at Daytona meeting.

Question for everyone, why wouldn't we invite all teams to an in person meeting? This is about keeping all 16 teams aligned and I don't think it's a good idea to make anyone suspicious because we do something that isn't inclusive. It's when we get to the financials that teams might have varying opinions so best to keep everyone informed at the same. Obviously teams don't have to attend but I think we make it all inclusive.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Nov 2, 2022, at 5:11 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

Version 2 -

**[ADDRESS TO INDIVIDUAL TEAM PRINCIPALS – NOT A MASS TEAM EMAIL]**

Earlier in the year, a group of Team leaders met in Daytona to discuss Charter Renewals. These discussions (with reps from HMS, JGR, SHR, Penske, RCR, RFK, Trackhouse and 23XI) led to the creation of the Team Negotiating Committee (TNC) and helped fashion the Teams' proposal to NASCAR in June.

In order that all Teams have the opportunity to provide feedback, the TNC would like to invite you to a meeting to be held on Monday, December 5, 2022, at RFK Racing (start time [2:00PM]). The intent of this meeting is to provide a full update on where things stand, field any questions, and solicit input and guidance.

This will be an in-person meeting and we're hoping you will be able to attend. An invite will go out shortly.

If there are any questions or you'd like to discuss further, please let me know.

Thank you.

JSM

CONFIDENTIAL

23XI_0018907

On Wed, Nov 2, 2022 at 5:01 PM Steve Newmark <SNewmark@rfkracing.com> wrote:

Thanks. I'm not even sure you need to say we're going to review financial information, and the NASCAR counter-proposal. Probably better to be more general in an email, and just note that the intent is to provide a full update on where things stand, and field any questions, and solicit input and guidance. You can obviously tell the teams verbally more detail, but I think simpler is better in emails.

**Steve Newmark**
**President**



4600 Roush Place
Concord, NC 28027
Office: 704-720-4686

Email: snewmark@rfkracing.com

www.rfkracing.com



**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Sent:** Wednesday, November 2, 2022 4:56 PM
**To:** Jeff Gordon ▮▮▮▮▮▮▮▮▮▮; Curtis Polk ▮▮▮▮▮▮▮▮▮▮; Dave Alpern ▮▮▮▮▮▮▮▮▮▮; Steve Newmark <SNewmark@rfkracing.com>
**Cc:** Rob Kauffman ▮▮▮▮▮▮▮▮▮▮
**Subject:** TNC - DRAFT Email to Concord Group

TNC Members -

Here's my first take at a draft of an email to send to the Concord Group for the Dec. 5th meeting.

Let me know if you'd like to weigh in and thoughts. I've kept it simple.

JSM

_____

**[ADDRESS TO INDIVIDUAL TEAM PRINCIPALS – NOT A MASS TEAM EMAIL]**

**Earlier in the year, a group of Team leaders met in Daytona to discuss Charter Renewals. These discussions led to the creation of the Team Negotiating Committee (TNC) (currently tasked with holding discussions with NASCAR's**

CONFIDENTIAL                                                                23XI_0018908

negotiating group). This group (reps from HMS, JGR, SHR, Penske, RCR, RFK, Trackhouse and 23XI) reviewed various financial models which helped to guide thoughts in making the Teams' proposal to NASCAR in June.

In order that there is full transparency for all Teams, the TNC would like to invite you to a meeting to be held on Monday, December 5, 2022, at RFK Racing (start time [2:00PM]). During this meeting the TNC will share industry financial information with discussion regarding the TNC's proposal to NASCAR and NASCAR's response to date. Attendees are encouraged to ask questions and participate in discussing Charter Renewals and next steps for the TNC.

This will be an in-person meeting and we're hoping you will be able to attend. An invite will go out shortly.

If there are any questions or you'd like to discuss further, please let me know.

Thank you.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

CONFIDENTIAL

23XI_0018909



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL

23XI_0018910