# Exhibit 60

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

From: Gordon, Jeff
Sent: 2/8/2023 9:00:44 PM
To: Robert Kauffman
CC: Steve Newmark [SNewmark@rfkracing.com]; Curtis Polk; David Alpern; Jonathan S. Marshall [jsm@raceteamalliance.com]; Phil Roberts [PRoberts@rfkracing.com]
Subject: Re: Nascar team payout

Well said Rob and agree. Thanks

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Feb 8, 2023, at 7:02 PM, Robert Kauffman <​> wrote:

Hi guys. My 2cts:
I would suggest rather than scramble tomorrow to show how the 'possible' new money might be divided – which is a big deal and potentially divisive amongst the group, I would suggest to focus only on the following....

1. Just get the teams to understand how far you guys have gotten nascar to move (a lot!).
2. Be clear on the key open issues (formula for what teams get, cost cap, lux tax, rights, governance, team payouts). THESE ARE BIG ISSUES!
3. Try to get consensus that the TNC has done a great job (which it has!), but agree to delegate to TNC to will come back to the group for approval before anything moves foward.
4. We are looking for sign off on money is ok and delegate to TNC the above.

My strong suggestions is keep it simple and keep the group together. This stuff can be confusing. We have time til Daytona to work on possible splits and the other key issues. Don't rush that if we don't have to.

Happy to discuss. Around anytime.
Rob

HIGHLY CONFIDENTIAL - OCO
23XI_0282670

**From:** Steve Newmark <SNewmark@rfkracing.com>
**Date:** Wednesday, February 8, 2023 at 5:04 PM
**To:** Curtis Polk ▮▮▮▮, Gordon, Jeff ▮▮▮▮
**Cc:** Jonathan S. Marshall <jsm@raceteamalliance.com>, Phil Roberts <PRoberts@rfkracing.com>, David Alpern ▮▮▮▮, Robert Kauffman ▮▮▮▮
**Subject:** RE: Nascar team payout

Curtis,

I just looked at the 2021 comparison that Gene/Phil ran and am concerned that the spread between the top and bottom may not be ideal to ensure we have everyone on board. I'm waiting to see what the 2022 comparison looks like but suspect it will be similar. Also, I would suggest that a better comparison is what the teams will receive hypothetically in 2024 and 2025 if the system remained unchanged. I think that's what Jeff was referencing was done by the HMS CFO.

I'm around to talk tonight if you'd like, as I think we need to be really comfortable with what we're showing the group tomorrow.

Steve

**Steve Newmark**
President

<image001.png>
4600 Roush Place
Concord, NC 28027
Office: 704-720-4686
▮▮▮▮
Email: snewmark@rfkracing.com

www.rfkracing.com

<image003.png>

<image004.png>

<image005.png>

<image006.png>

<image007.png>

**From:** Curtis Polk ▮▮▮▮
**Sent:** Wednesday, February 8, 2023 2:12 PM
**To:** Gordon, Jeff ▮▮▮▮
**Cc:** Steve Newmark <SNewmark@rfkracing.com>; Eugene Mason <gene.mason@jump.management>; Jonathan S. Marshall <jsm@raceteamalliance.com>; Phil Roberts <PRoberts@rfkracing.com>; David Alpern ▮▮▮▮
**Subject:** Re: Nascar team payout

HIGHLY CONFIDENTIAL - OCO

23XI_0282671

I have been warning all the owners to be careful of this and put language in contracts about changing % PM and points payout to adjust for a material change in charter payout so that driver makes a comparable comp as b4 change. FYI we did this for our 2 new driver contracts.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Feb 8, 2023, at 10:02 AM, Gordon, Jeff <​███​> wrote:

I'm sure this is something being considered but we'll have to address how our driver contracts read if we go with this payout formula. I'm not opposed to revising those agreements but never a fan of opening up the discussion that could lead to other revisions if at all possible. Currently drivers get a large % of winnings from the purse and we would need to restructure those contracts to be sure this is fair for both drivers and teams.

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**
███

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Feb 8, 2023, at 7:53 AM, Steve Newmark <SNewmark@rfkracing.com> wrote:

Curtis and Gene,

I spoke with Phil, and we think we can run the comparison for both 2021 and 2022 (which I wasn't sure last night). I believe Phil has the 2022 weekly/year end performance results. So, Phil and I will send along a proposed payout percentage scale later this morning, and we can run that one, as well as any variations, to try to arrive at something to present to the Daytona teams tomorrow.

Thanks.

Steve

**Steve Newmark**
President

<image001.png>
4600 Roush Place
Concord, NC 28027
Office: 704-720-4686

Email: snewmark@rfkracing.com

www.rfkracing.com

<image002.png>
<image003.png>
<image004.png>
<image005.png>
<image006.png>

---

**From:** Curtis Polk
**Sent:** Tuesday, February 7, 2023 7:44 PM
**To:** Eugene Mason <gene.mason@jump.management>; Steve Newmark <SNewmark@rfkracing.com>; Jonathan Marshall <jsm@raceteamalliance.com>
**Subject:** Nascar team payout

Gene we will need a new version of this using a $450 million payout of $8.33 million in a fixed charter payment and $150 million in PM and YE points. Let's leave out open money and give it all to the chartered for now. Please prep it with the PM payouts and YE points payout we used back then. Phil and Steve from RFK will likely weigh in with a tweak of the prize money payouts between 1-10 and please run that as well. We need this for a Thursday 10 am ET meeting. Thanks

<image007.png>

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.