# Exhibit 61

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 2/18/2023 11:07:48 AM |
| To: | TheUPSStore0787@gmail.com |
| Subject: | Fwd: Please print 6 color copies |
| Attachments: | TNC - RTA Daytona 2023 Presentation FINAL.pptx |

Thank you.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL

RTA00036058


CONFIDENTIAL                                                                 RTA00036059

# AGENDA

- **Recap of Discussions**
- **New NASCAR Proposal**
  - Economics
  - Cost System
  - Governance
- **Seek Team Approval to Proceed**

*"All **well-managed Teams** should be able to **compete for a Cup championship** and make a **reasonable profit**"*

— The Polk Doctrine

CONFIDENTIAL & PROPRIETARY 2

CONFIDENTIAL    RTA00036060


CONFIDENTIAL                                                                                    RTA00036061

# RECAP OF DISCUSSIONS

- **February 2022** - TNC created and tasked with facilitating negotiations with NASCAR
- **March/April** - First meetings between TNC & NASCAR
- **June - TNC submitted RTA-approved proposal to NASCAR**
- **July/August** – NASCAR delays providing a response; Jim France reaches out to individual owners
- **September** - Based on NASCAR's lack of concrete response -
    - RTA approved TNC establishing a deadline for a counter
    - RTA approved TNC actions to bring awareness to Teams' economic challenges if NASCAR did not provide timely counter
- **October**
    - **NASCAR responded in Talladega with a counter-proposal** that was deemed insufficient
    - TNC meeting with members of the Media
    - TNC meeting with Drivers
- **November** - RTA distributes RFI/RFP for 2024 Exhibition Race
- **January 2023** - TNC agrees to meet with NASCAR in Daytona to do a reset and NASCAR agrees to respond specifically to TNC's proposal
- **February**
    - TNC meets with Fox Sports
    - **NASCAR provides second proposal**

CONFIDENTIAL & PROPRIETARY

4

CONFIDENTIAL                                                                                                                  RTA00036062


CONFIDENTIAL
RTA00036063

## THE HOW'S & WHY'S TO CREATING LONG TERM TEAM ECONOMIC VALUE

- NASCAR Cup racing is the best live sports event in the U.S.

- Teams & Drivers are the show - Content is King!

- All well managed Teams should be able to compete for a Cup championship and make a reasonable profit

- We need to create competitive balance to make it more compelling

- Developing a cost cap system will foster competitive balance

- NASCAR Cup "Team economics" is a sleeping giant

- NASCAR (and the tracks) are printing money

CONFIDENTIAL & PROPRIETARY 6

CONFIDENTIAL                                                                                                    RTA00036064

# THE HOW'S & WHY'S TO CREATING LONG TERM TEAM ECONOMIC VALUE

- 93/7% Value Proposition

- Top Down (stick and ball leagues) v. Bottoms Up (what we did) approach to asking for a revenue share

- Align all stakeholders (Teams, drivers, tracks and NASCAR) interests, grow the pie and share the growth - REVENUE sharing

- Permanent Charters - Charters aren't receiving the valuation methodology of traditional sports franchises

- Create more collective/guaranteed leaguewide revenue stream that gets distributed to Teams. Charter values should be a MULTIPLE of Team revenues.

- Our Charter values are only as strong as the bottom Charter - *"all boats rise"*

- If we create a committee to represent the Teams, stay united and create negotiating leverage we will get a fair deal

CONFIDENTIAL & PROPRIETARY 7

CONFIDENTIAL                                                                 RTA00036065



CONFIDENTIAL
RTA00036066



CONFIDENTIAL                                                                 RTA00036067



# ECONOMICS
**Based on a 50% Increase in AAV of Media Rights Agreements**

|  | Baseline Extend Current Agmt. | NASCAR's Latest Proposal | $ Increase Proposal vs. Baseline | % Increase Over Baseline |
|---|---|---|---|---|
| Average Payout 2025 | $9.9M | $12.5M | $2.6M | 26.3% |
| Average Annual Payout Per Charter | $11.9M | $15.0M | $3.1M | 26.5% |
| Total Payouts: 2025-2034 | $4.3B | $5.4B | $1.1B | 26.5% |

CONFIDENTIAL & PROPRIETARY 11

Case 3:24-cv-00886-KDB-SCR   Document 454-32   Filed 11/21/25   Page 13 of 20

CONFIDENTIAL                                                            RTA00036069

# ECONOMICS ISSUE SUMMARY

New proposal equals **45%** share of the media rights vs. **36%** currently

→ **TNC Proposal** - Acceptance SUBJECT TO:

- ✓ Agreement on **"MATERIAL ISSUES"**

- ✓ Teams get **45% OF MEDIA RIGHTS** regardless of increase (> or < 50%)

- ✓ Rev share on **ALL NEW REVENUE SOURCES**

CONFIDENTIAL & PROPRIETARY    12

CONFIDENTIAL    RTA00036070

# TNC WORKING PRINCIPLES - POOL MONEY

## Nobody Goes Backwards

- Initial incremental pool dollars should go to fixed Charter payments. This will increase all Charter values.

- Cost cap & minimum spend requirement should be phased in.
  → Perhaps over a three-year period

- Goal is to get fixed Charter payment to approximate minimum spend.
  → Probably needs to be phased in over multiple years

- Historical Charter payments should transition over time to performance based to incentivize Teams and create more competition.

- Prize Money & Year End Points.
  → As historical Charter payments sunset, will need to increase PM & YE points to incentivize Teams
  → Superior performance should be rewarded

- **TNC will create models and present to full ownership group for approval.**

*Balance rewarding performance, generating cash flow and creating higher Charter values*

CONFIDENTIAL & PROPRIETARY    13

CONFIDENTIAL    RTA00036071

## MATERIAL ISSUE – COST SYSTEM

| | NASCAR PROPOSAL | TNC CONCEPT |
|---|---|---|
| **Minimum Spend** | $9 - 10M | • Phased In<br>• Covered by Fixed Payment |
| **Cost Cap** | $16 - $24M | • Phased In |
| **Hard Cap w/ Luxury Tax** | @$24M | ▪ Deeper dive into what costs count in cap<br>▪ Money goes to Teams |

*Calculation, compliance & enforcement – All TBD*

CONFIDENTIAL & PROPRIETARY

14

Case 3:24-cv-00886-KDB-SCR   Document 454-32   Filed 11/21/25   Page 16 of 20

CONFIDENTIAL

RTA00036072

# MATERIAL ISSUE – GOVERNANCE

| | NASCAR PROPOSAL | TNC CONCEPT |
|---|---|---|
| **Charter Term** | 10 Year (length of Media Rights) | Permanent |
| **Change of Control** | Applies to Team Transfers | OK … but reciprocal |
| **Rules/Endorsements** | Roll Back Team rights | Enhance Team rights |

CONFIDENTIAL & PROPRIETARY 15

CONFIDENTIAL

RTA00036073

# MATERIAL ISSUES SUMMARY

- **Economics**
    - Total money = $5.4B
    - 2025 increase ~$100MM
    - Pool money principles

- **Cost System**
    - Minimum Spend
    - Cost Cap
    - Luxury Tax

- **Governance**
    - Charter Term
    - Change of Control
    - Rules/Endorsements

CONFIDENTIAL & PROPRIETARY    16

CONFIDENTIAL    RTA00036074

# FOR CONSIDERATION

- Approve economic proposal subject to acceptable resolution of the Material Issues

- Authorize the TNC to continue negotiations on the Teams' behalf

CONFIDENTIAL & PROPRIETARY    17

CONFIDENTIAL    RTA00036075


CONFIDENTIAL

RTA00036076