# Exhibit 62

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

```
From:     Curtis Polk
Sent:     2/19/2023 5:20:33 PM
To:       Jonathan Marshall [jsm@raceteamalliance.com]
CC:       Jeff Gordon                              ; Dave Alpern                          ; Steve Newmark
          [SNewmark@rfkracing.com]; Rob Kauffman
Subject:  Re: TNC - Perspectives from Daytona Post Meeting
```

Thanks JM for the update

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Feb 19, 2023, at 2:27 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

**Longish email - apologies -**

**TNC -**

**I had a chance to speak with nearly every team (not repped by this group) prior to the race today.**

**Every person I spoke with (close to 20) was very complimentary of the TNC and where you all have gotten this discussion with NASCAR. The only Team I didn't speak with was Kaulig (I just didn't run into them) but I did speak with Chris yesterday when he was leaving the meeting and he said "thanks for texting me" (I texted him the day earlier to let him know Kaulig would be the only Team not participating in the meeting…)**

**A few things to share –**

**1.   The Concord group feels respected. Notwithstanding that they all say nearly the same thing "we're still a long way from having an agreement" "the devil is in the detail" "I don't know that we can get permanent Charters"….. bottom line is that they do not feel like they've been excluded and feel as though they are part of this discussion. That's a big change from the past.**

**2.   There are a few "friends of Jim" who are AMAZED at the progress you all have made with Jim.**

**3.   While in the past there has been some "pushback on the TNC's (and – I mean this as a compliment Curtis) & Curtis' "aggressive style"" … there is now near universal respect for the approach … "they know what they're doing"…. "Curtis' perspective is good for this group to hear"….. I think that's probably the biggest change is that universally the TNC approach is recognized as "necessary and strategic."**

**4.   Having MJ at the meeting - and the fact that he spoke (and what he said) – was very much respected and appreciated. There were some that didn't know MJ was in the room until he spoke – it made a big impact.**

CONFIDENTIAL                                                                                           23XI_0172856

5. Mr. H being in attendance was a BIG DEAL. That he's lending his support to the TNC – makes others feel much better.

6. To a person they believe the four in this group strike the right balance. Four different personalities that provide the right balance.

7. There is universal recognition that there is still much work to be done but the TNC has everyone's endorsement.

If there were a couple of issues that came up and has folks concerned it would the following:

A. Not everyone thinks permanent charters is achievable….

B. There is concern that "if the Teams lock into 45% of the media deal and it's only a "small AAV increase" the Teams are not in a great position"….the question is "why lock into a % of a deal without knowing what the floor would be?" NASCAR / tracks still have multiple pots of money to make - tying Teams to the broadcast deal could backfire.

C. "We will still need to see how this min. spend/cost cap works"….that sounds like a lot to figure out in a short amount of time.

As the RTA Exec. Director, I'll share that this AM's discussion with the Teams was one of my favorite days on this job. The Teams recognize the effort that you all have put into this and are appreciative…. And also recognize Rob's continued effort (more than one person saying "it's good to have Rob in the meetings...."...

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL

23XI_0172857