# Exhibit 64

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

| | |
|---|---|
| From: | Prime, Scott [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9B6B2CF7C8CA4FD8ACB6D1178F728CB0-PRIME, SCOT] |
| Sent: | 3/24/2023 8:13:09 PM |
| To: | 'Steve Newmark (SNewmark@roushfenway.com)' [SNewmark@roushfenway.com]; Curtis Polk ; Gordon, Jeff |
| CC: | O'Donnell, Steve [sodonnell@nascar.com]; Phelps, Steve [sphelps@nascar.com]; Kennedy, Ben [bkennedy@nascar.com]; Crotty, Gary [gcrotty@nascar.com] |
| Subject: | Deck from today |
| Attachments: | March 24 2023 - NASCAR Charter Proposal Response.pdf |

All – please find attached the deck from today for reference. Thanks for taking the time early on a Friday morning, good luck at COTA this weekend.

Best,
Scott

Scott Prime | VP, Strategy & Innovation | NASCAR
630 Fifth Avenue, 23rd Floor | New York, NY 10111
Office: (212) 326-1845 | Mobile:

CONFIDENTIAL
NASCAR-00327102

# NASCAR Charter Proposal Response
Confidential - for Discussion Only
March 24th, 2023



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00327103

## Overview

- We are committed to addressing all aspects of the current model
- A holistic solution addressing all 4 key areas is required to transform and align our industry, and continue to grow enterprise value for all stakeholders
  - **Marketing / Content / IP** – we need the industry to be aligned in how we go-to-market as a sport; the fragmented nature of our sport today does not maximize the promotional and revenue potential
  - **Governance** – optimize certain elements of the current governance structure
  - **Revenue** – restructure the revenue model to increase the Race Teams' share of media rights revenue relative to other industry stakeholders
  - **Cost** – ceiling / floor / tax model to provide stability and increase competitive balance

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY    NASCAR-00327104

# Agenda

- **Marketing / IP**

- Governance

- Revenue

- Cost



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
NASCAR-00327105

## Marketing / IP

- As part of the holistic framework, having the Teams and Drivers being all-in to operating as a collective is critical to grow and promote the sport

- Initial meetings with the Working Team have demonstrated a commitment from the Teams that we are generally aligned; questions still remain as to whether Teams can deliver all of the Driver assets, or whether a separate program / mechanism is required

- We remain optimistic that a solve is possible here, but all other parts of the framework depend on solving this area

- 33% of new revenue across the board is not an appropriate solve; need to evaluate profitability of each new opportunity, and allocate value appropriately
4 CONFIDENTIAL
FOR NASCAR USE ONLY

Attorney – Client Privilege



## Governance

1) **Charters tied to length of media rights agreement**
   - Open to language that NASCAR intends to continue with the Charter system with an existing Team, assuming we can continue to agree on the relevant terms
   - Locking in a permanent economic and governance model in perpetuity is not feasible
   - Must have a regular mechanism for renegotiating commercial and governance terms of the agreement (conditions will continue to evolve, as they have over the past 75 years)

2) **Limit of 3 Charters per organization (grandfathering in existing 4 Charter Teams)**
   - Aligned – will work on grandfathering model to make sure everyone is treated equally

3) **Continue to provide an opportunity for Open teams to compete**
   - Aligned

5 CONFIDENTIAL
FOR NASCAR USE ONLY

Attorney – Client Privilege

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00327107

# Governance

4) **Refinement of the endorsement process (reduction/increased specificity of what needs an endorsement)**
   - Agreed that Teams need to retain a voice on decisions that have material Team cost implications; strategic decisions on the direction of the sport that don't impact Team costs should remain with the sanctioning body

5) **Establish a materiality threshold on single source RFP process / shorten material runways**
   - Work together to establish what needs to go through the RFP process – intent is that parts that don't impact overall Team budgets don't require as robust of a process

6) **Push back rules release date / more flexibility on in season rule package changes**
   - Given fluidity of in-season rules package, August 1st is too soon to propose the future year's rule package. Push back the rules release date, subject to the material change rule.

7) **Implement robust transfer approval process; transfer fee set to 5% of purchase price**
   - Agree to more Team disclosure (similar to other Leagues) and transfer fee of 2.5%; Teams would not have approval rights of a transfer of NASCAR to a 3rd party

Attorney – Client Privilege

CONFIDENTIAL
FOR NASCAR USE ONLY

## Governance

8) **Eliminate short term leases / transfers**
   - No leases going forward; willing to revisit the current minimum performance standards, but we believe a mechanism is required to ensure quality teams and protect the investment of other owners

9) **Limit Charter acquisition after a sale to 36 months**
   - Reduces anti-flip incentives; in order to maximize long term enterprise value, an owner selling a team should not be allowed to repurchase within a defined period

10) **Increase specificity around the protection of goodwill provisions**
    - Aligned on tighter exclusivity provisions

11) **Allow France family ownership of Charters**
    - France Family members permitted to own Charters (similar to other motorsports series)

7 CONFIDENTIAL
FOR NASCAR USE ONLY

Attorney -- Client Privilege



## Revenue

- No change to the baseline proposed revenue model

- If deal comes in above or below the proposed model, revenue split above or below baseline target will need to be evaluated

- Agree that deal is conditioned on the current 38 race schedule

- Agree that the manner in which the Charter money is divided and distributed should be reevaluated (fixed vs. variable components)



Attorney – Client Privilege

CONFIDENTIAL
FOR NASCAR USE ONLY

## Cost / Governance

- We are pursuing a cost cap in the best interest of race teams; significant administrative burden to NASCAR

- If we move forward with the concept, we accept the team position of phasing in the cap and floor (exact levels to be determined as system is built out)

- NASCAR retains the rights to reallocate luxury tax payments in the best interest of the sport; agree that no payments can be made to NASCAR, affiliated properties or other tracks / promoters

CONFIDENTIAL
FOR NASCAR USE ONLY

