# Exhibit 65

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

**From:** Jonathan Marshall [jsm@raceteamalliance.com]
**Sent:** 3/30/2023 11:41:38 AM
**To:** Robert Kauffman
**CC:** Steve Newmark [SNewmark@rfkracing.com]; Jeff Gordon ; Curtis Polk ; Dave Alpern
**Subject:** Re: TNC - Review of Action Items

Sending out invite to all now.

JSM

On Thu, Mar 30, 2023 at 11:34 AM Robert Kauffman wrote:

> I think given the status of talks with NASCAR all teams is appropriate, especially if we want to discuss the 'hit hard' approach.
>
>> **From:** Jonathan Marshall <jsm@raceteamalliance.com>
>> **Date:** Thursday, March 30, 2023 at 11:06 AM
>> **To:** Steve Newmark <SNewmark@rfkracing.com>
>> **Cc:** Robert Kauffman , Jeff Gordon , Curtis Polk , Dave Alpern
>> **Subject:** Re: TNC - Review of Action Items
>>
>> Next Tuesday's board meeting was being limited to the board - so we have 8 teams invited.
>>
>> If I expand the invite to all 16 Teams - I do expect to have nearly all in attendance due to the topic and we can follow up individually for those that are unable to attend due to short notice.
>>
>> OK to send out the invite to all?
>>
>> JSM
>>
>> On Thu, Mar 30, 2023 at 11:01 AM Steve Newmark <SNewmark@rfkracing.com> wrote:
>>
>>> Agreed. As a heads up, Phelps left me a message and asked to catch up today. I'll let you know if he has anything notable to share.
>>>
>>> And, could we use the RTA Board Mtg next Tuesday to update the group since it's already on the calendar?
>>>
>>> **Steve Newmark**
>>> **President**
>>>
>>> *RFK RACING*
>>>
>>> 4600 Roush Place

CONFIDENTIAL

23XI_0172464

Concord, NC 28027

Office: 704-720-4686

Mobile: ▇▇▇▇▇▇

Email: snewmark@rfkracing.com

www.rfkracing.com



**From:** Robert Kauffman ▇▇▇▇▇▇
**Sent:** Thursday, March 30, 2023 10:52 AM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>; Jeff Gordon ▇▇▇▇▇▇ Curtis Polk ▇▇▇▇▇▇; Dave Alpern ▇▇▇▇▇▇; Steve Newmark <SNewmark@rfkracing.com>
**Subject:** Re: TNC - Review of Action Items

My 2cts, unfortunately 'hit hard' I believe is the only course of action that might change a bad outcome at this point, time is running out. Some good, actionable ideas here.

I believe we need to brief the membership on the turn of events vs the meeting in Daytona when you guys are ready.

Rob

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Date:** Thursday, March 30, 2023 at 10:00 AM
**To:** Jeff Gordon ▇▇▇▇▇▇, Curtis Polk ▇▇▇▇▇▇, Dave Alpern ▇▇▇▇▇▇ Steve Newmark <SNewmark@rfkracing.com>, Robert Kauffman ▇▇▇▇▇▇
**Subject:** TNC - Review of Action Items

As per our call on Tuesday, I was asked to deliver an update on Options to Actions Teams could execute now. After speaking with both Wasserman & John Olguin, I'm attaching that list which covers the following:

**NEAR TERM PR / MEDIA ENGAGEMENT OPTIONS**

- **Public Relations & Media**
- **Outreach to Broadcasters**

CONFIDENTIAL

23XI_0172465

## LONGER TERM OPTIONS

- **Exhibitions**
- **Discuss Partnerships with Sanctioning Bodies**

Would you like to set up a time to review together?

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

CONFIDENTIAL

23XI_0172466



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL

23XI_0172467