# Exhibit 67

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**Messages in chronological order** (times are shown in GMT -04:00)

---

**SB — Scott Bowen** — 4/4/2023, 12:57 PM
All good with Ryan and Seth on the Ben change? I was going to go ahead and send Donna some roster info. Also talked to Sammy Johns today and he's going to push it up the chain and RCR and see if they'll support it. RC may be the biggest issue there.

**JF — Jerry Freeze** — 4/4/2023, 1:12 PM
Ryan was good about it. I hadn't mention to Seth, he has a well earned callous from all the changes you have made to his crews in the past.... Ryan in fact said he would take Ben under his wing and you'll be putting him on the 6 car in about 4 weeks.

**SB — Scott Bowen** — 4/4/2023, 1:14 PM
If he can do that then you better watch out cause I might hire Ryan to be the coach. I honestly think Ben will thrive on the car and do because I don't think he was ever accepted by that group. That is the honest truth. Seth should be okay with Ben.

**JF — Jerry Freeze** — 4/4/2023, 1:24 PM
So I sent O'Donnell an email yesterday about adding the backup pit crew roster spots to the agenda and expectedly no response as of yet. However we had an RTA call this morning and the teams are going to boycott the Team Owner Council meeting tomorrow in protest to NASCAR stonewalling on the charter negotiations. Not sure what our next step to get this heard and supported by the teams might be. We have a Team Presidents meeting next week, but not sure if that will still happen or not after this goes down tomorrow. You didn't hear it from me about the boycott of the TOC.

**SB — Scott Bowen** — 4/4/2023, 1:26 PM
Some of a b****. Now I'm going to really have to get involved in this thing. Lol. My next move is to go see Roger, Rick and Joe, just to have them write a check and buy NASCAR.

**JF — Jerry Freeze** — 4/4/2023, 1:28 PM
Childress said today that Jim France told him they have the Saudi's interested in buying into NASCAR. Maybe we can go into partnership with them and have our own LIV NASCAR Tour.

**SB — Scott Bowen** — 4/4/2023, 1:29 PM
I might be a good thing because they're not afraid to spread the wealth as long as we continue to buy oil

**JF — Jerry Freeze** — 4/4/2023, 1:32 PM
That's right. They have no problem paying Phil Mickelson $200 Million to shoot 5 over par every tournament. They got cash to burn.

**SB — Scott Bowen** — 4/4/2023, 1:37 PM
And look if they need some cost savings on that front they can pay me 20 million and I'll shoot 25 over par

**JF — Jerry Freeze** — 4/4/2023, 1:37 PM
I think they would want you to pay more than 9 holes though....

**SB — Scott Bowen** — 4/4/2023, 1:38 PM
He can't shoot but five over on nine?

HIGHLY CONFIDENTIAL – OCO

FRM_0075893