# Exhibit 71

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| | |
|---|---|
| **From:** | Robert Kauffman |
| **Sent:** | 4/20/2023 12:29:31 PM |
| **To:** | Jonathan Marshall [jsm@raceteamalliance.com] |
| **Subject:** | Points for call |
| **Attachments:** | Points.docx |

Not sure if the guys are coordinated or if we are lining up owners to weigh in?
I wrote down a few key points to discuss w TNC. I'm around all afternoon.

Rk

HIGHLY CONFIDENTIAL – OCO                                        RTA00035972

Points:

1. Divide and conquer is now N strategy– solidarity more important than ever.
2. N setting up 4x4 meetings. Pay attention. Stick with message that TNC is tasked to negotiate.
    a. Many individual teams don't have time or the legal resources ?
    b. We have retained Wasserman and Covington on behalf of ALL Teams
    c. We believe N has some trick up their sleeve.
3. May try to offer different deals  - need central intel of what they are offering to get best deal for everyone
    - Early sign up bonus?
    - More famous names?
    - Driver pool $ that competes with your sponsors? Push back!
4. Teams July1 to Dec31. Don't rush, we have time. Stay coordinated.
5. Intel that TV deal is contingent on getting majority of current teams. Teams are the content!
6. Pressure will be high, but the stakes are high. Permanent Charters.
7. Code – 'Jim is mad' or 'setback' = progress. Everyone not showing at TOC sent a strong message.
8. Use JSM as central contact for info or feedback.

HIGHLY CONFIDENTIAL – OCO

RTA00035973