# Exhibit 72

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**Messages in chronological order** (times are shown in GMT -04:00)

---

**SL · Steve Lauletta** — 4/21/2023, 1:28 PM
The direction is not very clear in my opinion. Maury is right tell the teams only the TNC negotiates

**CP · curtis polk** — 4/21/2023, 1:33 PM
I agree but some of my group are not willing to fight like hell

**SL · Steve Lauletta** — 4/21/2023, 1:35 PM
The only talking point should be 1) when Jim brings up charters tell him "my team is relying on the TNC" 2) permanent charters, revenue split for new sources, and how the TV monkey is split is what I care about. DONE

**SL · Steve Lauletta** — 4/21/2023, 1:35 PM
These clowns to DH's point will go down roads and say stupid shit otherwise

**SL · Steve Lauletta** — 4/21/2023, 1:48 PM
I told Newmark too you guys have to get teams direction to follow that is to not engage on charters but talk to the TNC and Jim will get there are no cracks to be had if we all say that and just talk short track rules and driver access BS

**CP · curtis polk** — 4/21/2023, 2:05 PM
I agree and at Dega I'm meeting in person w Pern, JG and Newmark to let them know how weak that call was and we need to be leaders and fighters and not worried about relationships. This is business and afterwards everyone will be friends again

**SL · Steve Lauletta** — 4/21/2023, 2:07 PM
Yeah I told Newmark that was the worse call since we started as the lack of direction was scary as these guys will mess this up now if we don't tell them what to do next

**SL · Steve Lauletta** — 4/21/2023, 6:46 PM
Just heard May 4-5 does not work for Rick Dreiling so Wilson working on other options to connect with him. Any thoughts on that LOI redline? Thanks

**CP · curtis polk** — 4/21/2023, 6:47 PM
I will review it this weekend. On Dreiling I move north May 11

**SL · Steve Lauletta** — 4/21/2023, 7:10 PM
10-4

HIGHLY CONFIDENTIAL - OCO

23XI_0249514