# Exhibit 73

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**Messages in chronological order** (times are shown in GMT -04:00)

💬 **chat990813921430065333**

**CP** — **curtis polk** ▶ 4/25/2023, 8:04 AM
So NASCAR is starting to schedule meetings w teams and Jim. They reached out to a few yesterday to schedule. Have we been contacted yet? Please let me know when and if we do and I am likely to want to attend.

**SL** — **Steve Lauletta** ◀ 4/25/2023, 8:06 AM
I have not heard anything

**GM** — **Gene Mason** ▶ 4/25/2023, 8:06 AM
We will be the last team

**CP** — **curtis polk** ▶ 4/25/2023, 8:07 AM
I'm actually hoping they don't ask to meet w us. It keeps letting us build a record

**SL** — **Steve Lauletta** ◀ 4/25/2023, 8:07 AM
I am wondering if they even plan one with us 😬

**GM** — **Gene Mason** ▶ 4/25/2023, 8:07 AM
True

HIGHLY CONFIDENTIAL - OCO                                                                                               23XI_0249239