# Exhibit 75

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jerry Freeze [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59249A9FB6BA428EB35193B4A41D5D47-ADMIN] |
|---|---|
| Sent: | 5/12/2023 7:29:40 AM |
| To: | Jonathan Marshall [jsm@raceteamalliance.com] |
| CC: | BJENK█████████████████ |
| Subject: | Re: TNC - NASCAR's Response to Teams' May 1, 2023 Letter |

Jonathan –

I know it would help me and maybe some others if you could provide what were all of the specific items we agreed in February that the TNC would go back to NASCAR with in our acceptance of the financial terms offered at that time. From my notes at that meeting it was: (1) permanent charters, (2) 1/3 split of any revenue the tracks created that involved the teams (i.e. sports betting), (3) 45% split of the TV revenue regardless of what the deal came in at, (4) increased endorsment rights in rules/package changes. I am not sure if there is anything else that I may have missed.

I believe it would be a good idea if we are all on the same page with what is important to us when we have these conversations, given they do not want to deal directly with the TNC. And for the record, no meeting has been offered to our team as of yet.

Thanks,

Jerry

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Date:** Thursday, May 11, 2023 at 4:20 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>
**Subject:** TNC - NASCAR's Response to Teams' May 1, 2023 Letter

**Team Owners, Principals & Presidents -**

Steve Phelps responded to the Teams' May 1, 2023 letter in a communication that was sent to the TNC yesterday.

That letter is attached and I've been asked to distribute it.

If there are questions please let me know.

Thanks.

JSM


JONATHAN MARSHALL // EXECUTIVE DIRECTOR
████████████
jsm@raceteamalliance.com



HIGHLY CONFIDENTIAL – OCO

FRM_0044379

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL – OCO

FRM_0044380