# Exhibit 78

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Curtis Polk███████████████ |
|---|---|
| Sent: | 6/28/2023 1:43:44 AM |
| To: | Robby Benton [rbenton@wareracing.com] |
| CC: | Steve Newmark [SNewmark@rfkracing.com]; Dave Alpern ████████████████; ████████████████; Jonathan Marshall [jsm@raceteamalliance.com]; Rick Ware [rick@wareracing.com] |
| Subject: | Re: France/Phelps meeting summary |

Robby thanks to you and Rick for being so articulate of the team needs and unity in making our sport better. I can't tell you how valuable it is for all of us to be consistent in our meetings.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Jun 27, 2023, at 11:30 PM, Robby Benton <rbenton@wareracing.com> wrote:

All-

RWR had its individual meeting with Jim/Steve this past Friday with Rick and myself representing RWR. They showed up 15 minutes early for the scheduled 10:00 AM meeting and left at 12:30 PM (2:45 duration). We felt it was informative and cordial. Our plan was not to share documents, show a presentation or provide anything they could take away with them. We wanted a simple, open dialogue and they appreciated that. We pressed on a few matters, but most of it was a reciprocal conversation about the challenges we face and their feelings on the present and future of our collective efforts as a sport.

We made it clear why we were a member of the RTA, discussed the reasons why we feel the organization is healthy for all and why it will matter with respect to getting things done, especially once we can move beyond Charter renewals and Broadcast rights discussions. We also made it clear that we support the TNC as is and feel it's a healthy mix of experience in the sport, experience in other sports and respect amongst the team owners/executives. We also clarified that if it weren't for Curtis, we wouldn't be as united on the potential for a healthier league structure, which we feel is better for all. Regardless of whether or not we get business points established to operate more as a league, Curtis has educated us on the positives and thinking more communally so that the RTA, at the very least, operates more league minded. We are thinking more about the general health of the sport and how things affect different teams in different ways and for that reason alone, we feel the RTA is a healthy body for the sport in general.

We went on to explain that we feel the ownership pool in the NCS is as strong and diverse as it's ever been, top to bottom. Jim and Steve both agreed. We had a brief discussion about the challenges we face and how it would be hard for an outsider to come into the sport without securing key employees that know the nuances of NASCAR, especially at the NCS level. The proverbial employee pool is shallow for all positions and we're all fighting to keep our rosters full of happy, experienced and dedicated people. They acknowledged NASCAR fights the same battles and they see how challenging the sport is right now.

Jim did go on a sidebar about how much he wanted Dale Earnhardt Jr to be a NCS owner and how important it is to the fanbase to have him continue to be involved in NASCAR, but that he aspired to have him operating a team on Sundays. He went on long enough about this that it got a little weird. There is serious interest on his part for Dale to operate a NCS team sooner than later.

There were a few additional key takeaways that I wanted to share based on direct comments from Jim and/or Steve:

CONFIDENTIAL

23XI_0014538

-(Jim) there will be no permanent charters. His position was that he is only willing to attach the term of a Charter to the term of the next Broadcast rights agreement. He reasoned this by elaborating that he operates on guarantees and if the next rights deal is only 8 years, he can only honor a subsequent 8 year Charter agreement. Steve doubled down with a story about how anytime Jim says he's going to do something, he does it regardless of consequence…basically a deal is a deal. We explained how that makes planning, investment opportunities and general risk taking difficult, not knowing that we're investing in a team structure that has a foundation and longevity. If we all realize that we're subservient to the agreement term, we don't possess anything material. Jim's rebuttal was that he didn't see how Charters have done anything to add value to NASCAR, which we felt was the real root of his umbrage with the concept. He acknowledged that he saw the value to the teams, but since it hadn't done anything for NASCAR in his eyes, he was indifferent about putting much effort into making teams more valuable. He went on to say that the next Charter agreement will have the following provisions-

1. Jim will be able to own a Charter (he owns teams in other series, why not NASCAR)
2. There will be a minimum spend floor
3. There will be a cost cap with soft ceilings and luxury tax provision
4. He values the Open positions to allow teams to enter without the barrier of needing a Charter

We argued his sentiment that Charters had done nothing for NASCAR by drawing attention to the fact that Charters require us to show up and compete and that as a result, he has the continuity of (36) teams showing up each week. The France family way has always been about having quality teams "show up" to race. Charters have elevated the quality of ownership, lessened the gaps in disparity of performance and provided guaranteed income for guaranteed commitment. He nodded that he understood and agreed.

-(Steve) they expect the next rights deal to be between 6 & 10 years but seemed to elude that 7 or 8 is a likely range. He reasoned that networks are bleeding capital and there is significant uncertainty about the future. He further elaborated that no network head or board can predict where the future will go in terms of viewer preference, but that it seemed healthy to compliment a potential FOX/NBC deal with a streaming partner to hedge the bet.

-(Steve) reasoned why they feel FOX needs NASCAR and can't go forward without it. He admitted that NBC didn't need the property as much as FOX, but that they were committed as long as the overall deal made sense. He made it seem like there was a great deal of complimentary efforts in motion, but not close enough to have clarity. He didn't identify the leading streaming partner directly, but seemed like it was congruent with what we've heard (Amazon).

-(Jim) doesn't see why we all feel that the RTA is a value. He lamented that it has done nothing but work against NASCAR. Steve and Jim both brought up the fact that even though the teams share in the Ancillary rights proceeds (he referenced $8M), the RTA and teams still went out and started their own competing digital platform to compete with NASCAR, which they are baffled by. Jim said at a few different points in the meeting that he only deals with teams and that our licenses are with NASCAR and the Charters are issued by NASCAR. His point of view is that unless or until he starts seeing value to brought to NASCAR as a governing body, he sees no point in working with the RTA. We countered with the different ways the RTA has and will continue being an integrated medium for business matters, opinions, surveying and consolidation of thoughts. Jim backed off a little once we elaborated again on how from our view, Charters have kept the NCS garage stable and allowed team owners to have confidence that they were investing into a commodity that could grow in value. It's changed the mindset amongst owners and supported the sentiment that continuing to stay committed would be a rewarding venture based on market confidence. Without the Charter system, we would likely have seen much more turnover and less stability as a whole. He also agreed on that perspective.

-(Jim) said he will not go make deals with individual teams and that he understands that a better deal needs to exist for all. He cannot envision what that can look like until he gets the Broadcast rights deal done. When that is completed, he plans to make a collective deal thru the RTA/TNC. He seemed genuine on this topic.

-(Steve) elaborated further on the above topic by addressing rumors that NASCAR was going to increase team revenue and then jerk teams around by increasing license fees, entry fees, etc. He said NASCAR has no intention of changing the

CONFIDENTIAL            23XI_0014539

way it does business and sees no need to upset elements that are working fine as is. They want a healthier sport for all and are concerned at some of the rumors that have gotten back to them. Steve said they are not in the business of playing games.

A significant part of the meeting was spent discussing our own individual challenges and ideas we had from our own perspective. OEM support (or lack thereof) is a barrier for mid-level and smaller teams, as well as new teams wanting to come in. They acknowledged that they needed a better model that wasn't as dependent on OEM support. Jim wants a model that could (if needed) survive with no OEM participation. He referenced an instance in the 60's where Ford wanted to pull out for financial reasons, but couldn't justify unless the other OEM's also did, which led to an agreement from all to retract for a period and it hurt the sport at that time. He wants a way to survive without being hostage to the whims of manufacturers, especially as declining sales, market volatility and electrification efforts have made different brands question strategy going forward. Steve recalled that they thought the Dodge deal was done and had already begun planning for it, only to have one key individual at the top decide at the 11th hour that it wasn't a good idea to get involved with NASCAR and killed the program.

We wrapped up feeling that both sides had been heard and that it had been time well spent with everyone walking away more educated than they were at the start with respect to each other's viewpoint. Nothing at any time was contentious and they agreed to follow up on a few things we wanted follow up on. If you have any questions or want clarity on any of the items I've outlined, reply here or call anytime (mobile number below). Hopefully you find this summary helpful and informative.

Thank you sincerely for what each of you do on our behalf and for the group.

**Robby Benton** | President
Rick Ware Racing
210 Raceway Drive
Mooresville, NC 28117

Case 3:24-cv-00886-KDB-SCR    Document 454-41    Filed 11/21/25    Page 4 of 4

CONFIDENTIAL                                                                                                          23XI_0014540