# Exhibit 82

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jerry Freeze [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59249A9FB6BA428EB35193B4A41D5D47-ADMIN] |
|---|---|
| Sent: | 10/26/2023 1:03:25 PM |
| To: | BJENK████████████ |
| Subject: | FW: Follow up to TOC Meeting |

We didn't speak much about the TOC Meeting yesterday, but Jonathan's summary below is a good one, pretty spot on from what I have heard. I think Curtis had all of us lathered up that there was a nefarious plan in place to eliminate or radically change the charters past 12/31 but from the start yesterday you did not feel that was the case. Also it was very good to hear that at minimum we would get 42% of the TV money and at minimum the deal would come in at $1.0 B per year. 42% is a good increase from 25% in the current deal, so good to hear them say a minimum floor if they didn't get the goal of $1.2B per year. Phelps did say they would land somewhere between $1.0B - $1.3B.

Phelps was willing to get the teams a draft of the new Charter Agreement now along with an Addendum to extend the renewal term so we can go back and forth on deal points as they finalize the TV deal.

---

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Date:** Thursday, October 26, 2023 at 12:36 PM
**To:** Jerry Freeze <jfreeze@frontrowmotorsports.com>
**Subject:** Follow up to TOC Meeting

Jerry –

I've spoken with a number for the Teams re: yesterday's TOC and wanted to follow up with you as well to get your perspective. Having spoken to half the Teams, my take so far:

- Teams "pleasantly surprised", some "very encouraged" with yesterday's meeting. But, that said, there were some folks that didn't seem as pleased.
- Universally, Phelps got high praise in terms of:
  - Addressing issues
  - Diffusing tension in the room
- Things that people heard
  - NAS willing to give a 60-day extension
  - Don't expect TV deal to close before year end, extension keyed to closing of TV deal
  - On money, we can't guarantee but if "we get what we hope we'll get" Teams get 45% and if not Teams get 42%
  - We know Team want Permanent Charters but we can't give them, we'll give you 7 years plus "something" but we don't know what that something is at this point
  - We are open to some "other revenue share" but we are still looking at that
- Folks thought that those that spoke (Newmark, Alpern, Brad K., RC, Coach) all did a good job, that Denny was a bit confrontational
- There was concern that "someone had spoken to NASCAR" b/c "Phelps had the Teams' playbook"
- In my conversations with others, there seem to be more owners that are happy than unhappy and more than one Team has said "if there were a paper to sign, we would have signed it yesterday".
- As a FYI, Newmark did follow up with Phelps and asked for a draft of the Charter Agreement that NASCAR wants the Teams to sign. He's hoping to get so that any "confusion" that might exist between what NASCAR has said and what Teams heard can be dispelled.

- People were happy that Jim F. addressed the room and felt he was very effective.

HIGHLY CONFIDENTIAL – OCO

FRM_0043088

Let me know if this is generally consistent with what you heard/know/understand and I'm happy to get on a call to discuss if you'd like.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL – OCO

FRM_0043089