# Exhibit 83

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
| --- | --- |
| Sent: | 10/26/2023 5:38:46 PM |
| To: | Jeff Gordon ████████ ; Curtis Polk ████████ ; Dave Alpern ████████ ; Steve Newmark [SNewmark@rfkracing.com] |
| CC: | Rob Kauffman ████████ |
| Subject: | TNC - Discussions with Teams Post Oct. 25, 2023 TOC Meeting - CONFIDENTAIL |

*TNC –*

*As per your instructions, I've not communicated with nearly all of the 11 Teams not part of the TNC (I didn't speak to Livefast as they've deferred to Spire).*

*My notes are below. There are a few folks I've yet to hear from but based on those I've spoken with; I don't expect what is written below to change. If it does, I'll update my notes.*

*JSM*

..................................................................................................

### NOTES POST OCTOBER 25TH, TEAM OWNER COUNCIL MEETING

• A substantial number of the Teams I spoke with were encouraged with yesterday's meeting, although there's a handful that remain very disappointed in the "non-permanent Charter" issue.

• A number of those I spoke to noted that it seemed like those on the TNC were not nearly as optimistic as other Teams (some noting that they wondered if the TNC knew something that non-TNC members didn't). I spent a fair amount of time thinking/talking about this and here is my take:

o For the TNC, there was nothing new in what NAS was offering (save for the 60-day extension), and everything NAS said was the same thing that NAS said two weeks prior and continued to be "vague" / no forward movement.

o But, for many of the other Teams this was the first time they heard NAS commit to specific numbers (45%! (but also, maybe 42%)) and there was "reassurance" from hearing from both Phelps & Jim France that there was no intention of taking Charters or not renewing Charters.

• Universally, Phelps got high praise in terms of:
o Addressing issues
o Diffusing tension in the room

• People appreciated that Jim was in the room and spoke but also noted that there were a number of key owners that were not in the room.

• Things that people universally heard
o NAS willing to give a 60-day extension
o Don't expect TV deal to close before year end, extension keyed to closing of TV deal
o On money, we can't guarantee but if "we get what we hope we'll get" Teams get 45% and if not, Teams get 42%... (BUT .... I'll note that there are a number of people that think this will be 45% and thought Phelps was hedging his bets)
o NAS knows Teams want Permanent Charters, but NAS is saying that they can't give them, but will provide 7 years plus "something" (no one knowing what that something is)

HIGHLY CONFIDENTIAL - OCO                                                                 23XI_0013978

o NAS is open to some "other revenue share" but they are still looking at this. And note, the smaller the Team the less they care about this issue. For many of those that I spoke with, "this is not a lot of money to them so it's not anything they're thinking about".

• Folks thought that those that spoke on behalf of the Teams did a really good job. For Denny's "EBITDA discussion", some folks felt he was going up to the line but didn't go over it.

• To a Team, there was concern / surprise that "someone had obviously spoken to NASCAR" b/c "Phelps had the Teams' playbook", one person felt that NASCAR may have even been on the call. Another Team thought that "the TNC must have spoken to Phelps b/c how else would Phelps have known what to address and when?" Generally, though, many felt that once Phelps addressed the extension issue, that was a victory for the Teams and they relaxed.

• Overall, in my conversations with Teams:
o Substantially more Teams are happy than unhappy
o Teams (especially friends of Jim), take him at his word
o Everyone remains thankful for what TNC has accomplished on their behalf
o A number of folks feel that NAS has been pushed as far as it will go ("we don't feel there's any meat left on this bone")

• Finally, more than one Team has said "if there were a paper to sign, we would have signed it yesterday". I would put this at 9 Teams and 18 Charters at this point. And it could be larger. Obviously no TNC Teams are included in that number.

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0013979