# Exhibit 84

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| | |
|---|---|
| **Sent:** | 11/6/2023 8:34:47 PM |
| **CC:** | O'Donnell, Steve [sodonnell@nascar.com]; Phelps, Steve [sphelps@nascar.com] |
| **BCC:** | matt@leafhome.com; crice@kauligracing.com; ███████████ ████████; Andrews, Jeff |

matt@leafhome.com; crice@kauligracing.com; ███████████ ████████; Andrews, Jeff
████████████; ██████████████; ghaas@haascnc.com; ████████
jcuster@shracing.com; rp@penskecorp.com; wpc@penskecorp.com; tc@teampenske.com;
eddie@woodbrothersracing.com; Len Wood [len@woodbrothersracing.com]; Jon@woodbrothersracing.com;
rc@rcrracing.com; tgalida@rcrracing.com; bj@teamlivefast.com; matt@teamlivefast.com;
jessica@teamlivefast.com; ████████████ jfreeze@frontrowmotorsports.com;
jackro@roush.com; snewmark@roushfenway.com; maury.gallagher@allegiantair.com; jmeeks@pettys-garage.com;
mike@gmsracing.net; bmoffitt@rpm43.com; denny@23xiracing.com; ████████
steve.lauletta@23xiracing.com; ████████████ ████████;
rick@wareracing.com; rbenton@wareracing.com; ████████████ ████████████;
jmarks@trackhouse.com; tnorris@trackhouse.com; ████████████ ████████;
████████████

| | |
|---|---|
| **Subject:** | Confidential - NASCAR Charter Positions |
| **Attachments:** | 20231106 - NASCAR Charter Position Update.pdf; NASCAR Common Cost Template.pdf; 20231106 - 2019 Competitive Balance Framework Summary.pdf |

Congratulations to everyone on another great season, and a special congrats to Team Penske on their 2nd straight title. As we talked about in the Team Owner Council meeting, we committed to sending our position on all things Charter to the Teams for review. We believe this is consistent with what we shared in the TOC meeting; nothing in here should be new / a surprise, as they are either materials previously shared with the Team Negotiating Committee or at the latest Team Owner Council meeting.

In addition, we are attaching two documents related to the cost cap, also as requested in the meeting. The first document is an executive summary of the work that was done back in 2018-2019, the second is a chart of accounts worksheet that was also created (common cost template). We realized that a handful of today's Teams weren't yet Charter holders when this work was done, so thought it might be helpful to see the thinking that has already gone into it. Please note that nothing in here reflects current thinking (e.g., cap levels, tax levels, etc...), just meant to be illustrative and show where the thinking was 4-5 years ago. If we do move forward on the concept, we would go back to square one and revisit all prior work.

We look forward to getting back together in the coming days and weeks to finalize our agreement, we truly appreciate everything that you and your Teams bring to the sport.

Best,
Scott

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY
NASCAR-00003732



# Charter Position Update

Confidential - for Discussion Only

November 6th, 2023

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003733

## Overview

- We appreciate your time and feedback at the last Team Owner Council meeting, and throughout this process

- As we've continued to emphasize, we believe that having healthy race teams and an aligned industry is critical to the long-term growth of the sport

- This document summarizes our current positions across the four pillars of revenue, cost containment, governance and marketing; this should be consistent with what we shared in the last Team Owner Council meeting and with the Team Negotiating Committee

- We continue fighting on behalf of the industry to secure an optimized set of media rights agreements, and will keep you posted on our progress as we get towards the finish line

- We truly value your contributions to the sport, both past, present and future; we are looking forward to getting back together soon to continue the conversations and ultimately reaching an agreement that will help propel the industry forward



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                                                  NASCAR-00003734

# Revenue Proposal - Overview

- Material increase in the share of media rights revenue going to Race Teams; Race Teams will receive the largest share of any industry stakeholder

- Overall, this represents a significant redistribution from Tracks and NASCAR to the Race Teams; Teams will receive between 42% and 45% of media rights revenue
  - This is a ~20-40% increase in revenue in 2025 vs. 2024 based on the media rights outcome

- We understand the Teams' revenue challenge, and are pushing for media rights deals to be frontloaded, providing revenue to Teams more quickly with lower growth rates in the out years

- Final revenue proposal and distribution mechanisms (e.g., fixed vs. variable payouts) to be agreed upon once exact media rights numbers are known

- Driver Ambassador Plan is critical to grow the sport; funding ($18M in 2025) will be taken off the top of the media rights deals, so that all stakeholders are contributing



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003735

# Potential Media Rights Distribution Scenarios

## Base ($1.13B AAV)

| | | | |
|---|---|---|---|
| **2025 Cup Pool Money** | **$475** | **7-year Cup Pool Money AAV** | **$500** |
| *Cup Team Allocation of Rights* | *45%* | **7-year Per Team AAV** | **$13.9** |
| *Increase over 2024 ($340M)* | *40%* | | |
| **Average Per Team** | **$13.2** | | |

## Mid ($1.08B AAV)

| | | | |
|---|---|---|---|
| **2025 Cup Pool Money** | **$440** | **7-year Cup Pool Money AAV** | **$461** |
| *Cup Team Allocation of Rights* | *43.5%* | **7-year Per Team AAV** | **$12.8** |
| *Increase over 2024 ($340M)* | *29%* | | |
| **Average Per Team** | **$12.2** | | |

## Low ($1.03B AAV)

| | | | |
|---|---|---|---|
| **2025 Cup Pool Money** | **$406** | **7-year Cup Pool Money AAV** | **$424** |
| *Cup Team Allocation of Rights* | *42%* | **7-year Per Team AAV** | **$11.8** |
| *Increase over 2024 ($340M)* | *19%* | | |
| **Average Per Team** | **$11.3** | | |



Case 3:24-cv-00886-KDB-SCR    Document 454-44    Filed 11/21/25    Page 6 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003736

# Mid Scenario – Cup Team Pool Money (AAV = $1.08B, $M)

## Average Annual Per Charter Payout ($M)



~$650M redistributed from other stakeholders to Teams over the 7-year term of the agreement vs. current distribution model

AAV

**New revenue paradigm** values: $8.6, $9.0, $9.4, $12.2, $12.4, $12.6, $12.8, $13.0, $13.2, $13.4 — **AAV $12.8**

**Current Charter distribution model** values: $9.8, $9.9, $10.1, $10.2, $10.4, $10.5, $10.7 — **AAV $10.2**

Legend:
- New revenue paradigm
- Current Charter distribution model

Years: 2022, 2023, 2024, 2025, 2026, 2027, 2028, 2029, 2030, 2031

CONFIDENTIAL
FOR NASCAR USE ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003737

# Cost Cap

- NASCAR believes that a cost cap is an important component to ensuring a path to profitability and growing enterprise value for race teams; however, a cost cap is not a requirement to extend Charters

- In the event we do move forward, cap implementation and administration costs of ~$5M per year would be taken off the top of the media rights deals before distribution to the Industry (costs shared by all industry stakeholders)

  - At 42%, that equates to $2,100,000 or ~$58,000 per Charter

  - At 45% that equates to $2,250,000 or ~$63,000 per Charter

- Teams and NASCAR would work together (along with external support) on cost cap development

- Cap target would be phased in over time; 2026 likely the first year of the program

- Model would likely be a soft cap with a luxury tax for those exceeding the cap level

- Teams would be subject to 3rd party audit requirements, a whistleblowing program would be established, and non-compliance will result in material penalties and / or loss of Charter

- Additional detail on a significant amount of work done in 2018-2019 is attached in separate documents for your review

CONFIDENTIAL
FOR NASCAR USE ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003738

# Governance

1) **Charter Term**
   - Charters to automatically renew at the end of the current media rights cycle for one additional term, unless team violates or fails to meet specific conditions (including performance criteria)
   - Economics to be decoupled from term of Charters (to be renegotiated at the end of the first media rights agreement)
   - After the signing of the last National Series media rights agreement, NASCAR / Teams will enter good faith negotiations for 90 days around the economic terms of the additional term
   - At the end of the 90-day period, each Team will have the right to agree to the proposed terms
   - At the end of the additional term, once the next round of media rights agreements are signed, and if Teams have delivered on all commitments in the agreement and are otherwise in good standing, the parties will enter into good faith Charter renewals for further extension as set forth in the current agreement
      - Open to additional language indicating that NASCAR intends to continue with the Charter system with an existing Team, assuming we can continue to agree on the relevant terms



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003739

# Governance

**2) Refinement of the endorsement process**

- NASCAR is evaluating processes for teams to retain approval rights for major changes to vehicle components that have direct material cost implications if they are made outside of the bill of materials runway
- To minimize parts obsolescence, a material change will require a minimum notice period of 12 months, while major engine changes will necessitate an 18-month notification
- NASCAR can not increase the number of testing dates or otherwise change the testing policies in a manner that would materially increase costs for Competitors without Team approval
- Final decisions on the direction of the sport that don't materially impact Team costs remain with the sanctioning body (e.g., race locations, weekend schedules, track configurations, format changes, etc…), but Teams have a seat at the table along the way
  - Set up formal NASCAR / Team committees to collaborate in these areas under NDA
  - For clarity, no format change would be permitted that would preclude a Charter team from participating in a points event (heat / qualifying races would be considered participation)
  - Any race outside of North America would require team approval if there is a material increase in logistics cost to the Teams
- Work with Teams to develop a revised "contingency" program related to single sourced parts (Marketing program tied to single source contracts)



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                                                  NASCAR-00003740

# Governance

**3) Refinement of single source RFP process**

- New single source supplier arrangements in excess of $2,500 per car set will go through the RFP process and require Team approval

**4) Limit of 3 Charters per organization (grandfathering in existing 4 Charter Teams)**

- Exempting family transference; if new non-family control person, organization would need to divest to 3 or less charters

**5) Continue to provide an opportunity for Open teams to compete**

- Continue with 4 Open slots per race, eligible for race purse only
- Create an "Invitational" Open Team criteria for an entrant that meets a defined criteria (e.g., F1 driver, former NASCAR Champion); they would be locked into race, but not eligible for race purse

CONFIDENTIAL
FOR NASCAR USE ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003741

# Governance

**6)  Push back rules release date / more flexibility on in season rule package changes**
- Move rules release date back to November 15th (or within 2 weeks of the end of the racing season)
- In-season rules changes permitted to improve racing product, drive efficiencies, or to deal with a future-state BOP world, provided that such changes don't materially impact direct Team costs

**7)  Implement robust transfer approval process; transfer fee set to 2.5% of purchase price**
- All transfers of ownership must be disclosed and approved, regardless of size (includes minority stakes, not just change of control)
- Ownership application, financial disclosure forms and background checks for prospective buyers
- Buyers must be pre-approved by NASCAR (based off financial disclosure / background check); similar prohibited person definition as exists today
- Full due diligence rights and disclosure of deal structure, including assessment of valuation
- Debt level / financing restrictions on Charter purchases (no greater than 20%)
- Transfer fee set at 2.5% of purchase price
- Limitations on Institutional investors (details on next page)

Case 3:24-cv-00886-KDB-SCR    Document 454-44    Filed 11/21/25    Page 12 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                          NASCAR-00003742

# Limitations on Institutional Investors / Ownership Restrictions

- Investment firms can acquire non-controlling, passive minority stakes in up to 2 Cup Organizations (consisting of a maximum of 6 Charters); for clarity, this excludes sports holding conglomerates such as Fenway Sports Group and HBSE

- Firms with investments in multiple Teams are required to be siloed from any Competition data or decision-making (no visibility into a team's race strategy or analytics) – investments must be truly passive, otherwise they would be in breach of the Affiliate group rule

- Any single Cup Organization would be limited to having 49% of their Charter(s) owned by Investment firms (non-controlling, passive minority stakes; grandfathering in any existing deals)

- NASCAR has the right to refuse any transaction involving an outside investment firm if there are concerns about the moral character of the firm

- Charters / Charter organizations cannot be publicly traded

- Sovereign wealth funds are prohibited from investing into any Charter organization; NASCAR will provide reciprocity

- Limit of 20 investors / investment groups per Charter organization

Case 3:24-cv-00886-KDB-SCR    Document 454-44    Filed 11/21/25    Page 13 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003743

# Governance

**8) Eliminate short term leases / transfers**

- No leases going forward

**9) Implement Minimum Performance Standards**

- Minimum performance standards will be put in place to ensure a base level of professionalism and competitiveness of all Charter Teams:
  - Teams required to purchase 90% of tire allotments for each race
  - Teams needs to fill at least 90% of roster allocation for each race
  - 107% rule – Team must qualify within 107% of the fastest time in that session (crash / incident during qualifying would be excluded)
  - Teams required to use three or less drivers during the season unless approved by NASCAR (i.e. playoff waiver granted, medical, suspension, etc.)
- Consequences for violations will escalate; warnings, fines, points penalties, loss of race purse, and ultimately breach of Charter

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003744

# Governance

**10) Limit Charter acquisition after a sale to 36 months**
- Reduces anti-flip incentives; in order to maximize long term enterprise value, an owner selling a team would not be allowed to repurchase within the defined period

**11) Increase specificity around the protection of goodwill provisions**
- Team Owner agrees that any direct or indirect owner shall not race in or directly or indirectly own an equity ownership interest (or profits participation interest with attributes similar to equity) in any stock car racing series globally except:
  - Any such stock car racing series that is sanctioned by NEM, NASCAR or any of their respective Affiliates
  - Any other stock car racing series that is approved by NEM, NASCAR or any of their respective Affiliates
- For clarity, this is limited to professional stock car racing series, and not to any other motorsports or non-stock car series (such as V8 Supercars, IndyCar, IMSA or Global Rally Cross)

**12) Allow France family ownership of Charters**
- France Family members permitted to purchase a Charter in the open market (similar to other motorsports series), but that Family Charter owner would not serve in a Competition or Executive position within NASCAR (this is the same language in the current Charter agreement) and be subject to the same rules and requirements of any other Charter Team

13  CONFIDENTIAL
FOR NASCAR USE ONLY



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003745

# Marketing / IP – Base Commitments

- Having the Teams and Drivers being "all-in" to operate as a collective is critical to grow and promote the sport, ultimately driving value for all stakeholders

- Focus on areas where we believe we can have the greatest impact in growing the sport:
  - Migrate team websites to NASCAR Digital Media platform
  - Create & maintain minimum content standards
  - Entertainment partnerships
  - Database & Rewards program
  - Support driver ambassador program

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003746

# Migrate team websites to NASCAR Digital Media platform

**OVERVIEW**

NASCAR Digital Media will redesign and launch the Team websites as part of the NDM platform. The goal is to provide new look website for the teams, while allowing access to NDM's best in class tech infrastructure. This will allow efficiencies in workflows, content sharing, common analytics, ad delivery and consistent maintenance/upgrades. It will also provide a more familiar fan/user experience and allow better positioning for collective programs and data use across the industry.

**ASSUMPTIONS & REQUIREMENTS**

- Teams identify what content on current sites is a must have to migrate over.
- NDM will hire staff to support build and on-going operation & maintenance.
- Sites can choose from different design layouts but will utilize the same core components designed by NDM.
- All sites will be customized in themes, colors, logos etc. unique to each team, with an emphasis on mobile design.
- Teams will continue to be responsible for daily operation and content publishing. NDM will be prepared to assist as needed.



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003747

# Migrate team websites to NASCAR Digital Media platform

**IN SCOPE:** 16 total sites.  RCR, Spire, and Wood Brothers can keep current site or submit for refresh as part of the overall project.

**NOT IN SCOPE:**
- Online stores (links to either Fanatics or team-controlled shops will be included in this project).
- Ad Serving Integration (sites will have design elements for partner exposure and configurable units for teams to use)
- Rewards Program (TBD; dependent on data partnership)

**TIMING:**  Project will begin when all resources identified have been hired or resourced and proceed on the following timeline:

**1.5 Months Discovery & Planning**
**2 Months Design**
**3 Months Development**
**Rollout TBD - ~2 sites per month estimated.**



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003748

# Migrate team websites to NASCAR Digital Media platform

**PROCESS:**
NDM will utilize its project process to complete:

- <u>DESIGN</u>:  NDM web designers will complete wireframes for the component versions available for selection by each team.  Approval process should go through a single point of contact at each team for both component version and design sign-off.

- <u>DEVELOPMENT:</u>  NDM will utilize a streamlined approach to build sites based on design selected and reusing as many components as possible that already exist on the platform.  This allows for a reduced dev window to complete in a reduced amount of time.

- <u>ROLL-OUT</u>:  The majority of work within the project will be to roll-out and configure the sites.  It is recommended that teams supply a dedicated resource who will be working with the site to participate with NDM during this phase.

- <u>LAUNCH</u>:  Once roll out is complete and the launch date is identified, NDM infra will work with a team IT person to cutover to the new site.  NDM will manage the DNS moving forward.

- <u>ACCOUNT MANAGEMENT</u>:  Once site is live, a dedicated Account Manager will be assigned to each team to help with backend questions, analytics delivery, improvements, issue tracking and technical help.



HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003749

# Migrate team websites to NASCAR Digital Media platform

**<u>PERSONNEL:</u>**

| POSITION | COST |
|---|---|
| Mid-Level Developer | $95,000 |
| Mid-Level Developer | $95,000 |
| Account Manager | $55,000 |
| Account Manager | $55,000 |
| Project Manager | $70,000 |
| Design/Platform/UX | $65,000 |

**<u>TOTAL COST:</u>** $435,000 (PER TEAM @ 16 - $27,188; PER TEAM @ 13 - $33,461)



Case 3:24-cv-00886-KDB-SCR    Document 454-44    Filed 11/21/25    Page 20 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003750

# Create & maintain minimum content standards

- The goal is to maximize fan engagement via the creation and publishing of quality content across all team and driver platforms. We believe this can be done efficiently through the following:

    - Coordination between NASCAR & teams on at-track content capture, minimizing the number of people on-site/traveling

    - Automation – NASCAR currently has access to various tools than can clip content from broadcasts and streaming in-car feeds, then share instantly with teams and drivers so content can be shared from their platforms

    - Content production requirements – teams would make drivers and other key personnel available for content capture regularly (specific requirements to be agreed upon)

    - NASCAR to provide quarterly digital / social analytics and best practices to benchmark and determine mutually agreed upon standards

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                                      NASCAR-00003751

# Entertainment Partnerships

- NASCAR and teams would agree to baseline annual participation agreements, such as:
  - Original content that includes more than 2 teams, at-track footage, or content capture. Teams would grant these shopping rights to NASCAR, understanding that production / participation agreements are still required, and driver agreements are separate
    - If NASCAR is shopping a program or series about the sport in general (e.g., playoff show or full season like Race for the Championship) then the Teams grant NASCAR the non-exclusive (understanding that any exclusivity and holdback would have to be mutually agreed upon in advance) transferable right to: (i) use Team marks seen in-context at events and Team shop; and (ii) access to the Team shop and Team employees and owners for filming for the project, including right to mic team at the NASCAR events (subject to separate driver deal)
  - Multi-team esports endeavors (i.e., iRacing Pro Invitational), TV/film/influencer projects, etc. (most will be covered via Driver Ambassador program – teams will not unreasonably withhold)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003752

# Database & Rewards Program

- Teams agree to add all existing team databases to the existing MCDP (Motorsports Consumer Data Platform), which currently includes all NASCAR and track (both NASCAR and SM) databases
  - As part of the MCDP, teams will have access to data and insights from all participants and periodic opportunities to message various segments
  - NASCAR to make Kraft Analytics Group (KAGR) available to outline data partnership(s) with teams at no cost
  - Additionally, teams may also choose to participate in the NASCAR Fan Rewards program by supplying merchandise and experiences
  - Additionally, teams are encouraged to participate in the Fan Rewards program providing reasonable number of team assets such as merchandise, used car parts, driver meet-and-greets and experiences) to ensure teams are represented
  - Partner on at least 1 team sponsor activation to drive Fan Rewards registrations during a calendar year; outputs / data intelligence will be shared with teams & sponsors
  - Chances to engage sponsors through points earning opportunities when visiting sponsor displays, race shops, or other driver/team touchpoints

Case 3:24-cv-00886-KDB-SCR     Document 454-44     Filed 11/21/25     Page 23 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                                    NASCAR-00003753

# Driver Ambassador Program

- Agreement between NASCAR and Drivers to provide an opportunity to increase earning potential based on time invested
- NASCAR to keep teams informed on activity and will need teams to encourage driver participation; Teams will have line of sight to ensure activities do not conflict with sponsors / sponsor events
- These activities are above and beyond the base driver requirements that are currently in place

- Activities could include:
  - In-Market Appearances
  - At-Track Appearances
  - Content sessions at the NASCAR Studio
  - Social Media growth, engagement, activity etc.
  - Entertainment Integrations
  - Influencer / Celebrity Meet and Greets
  - Crossover Opportunities
  - Content creation
  - Large Market Media Tours

  - Docuseries Participation
  - Broadcast Partner shoulder programming
  - Esports Pro Invitationals
  - Government Affairs Meet and Greets
  - NASCAR HoF and Foundation appearances
  - (Weekly) Merchandise Hauler appearances
  - NASCAR Brand Shoots
  - Licensing opportunities
  - Industry Events



Case 3:24-cv-00886-KDB-SCR     Document 454-44     Filed 11/21/25     Page 24 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003754

# Driver Ambassador Program

- Drivers categorized into points-based Multipliers centered on their impact on the sport (i.e., drivers with larger profiles get more multipliers for their time)
  - For example, an at-track Q&A for 15 minutes would count as one point and a top 5 driver in profile would receive a 5x multiplier counting for 5 points toward his total for their participation.
- The total pool of funds would be distributed at either end of the season (discussing mid-season payout) based on ranking order of total points for the season.
  - Based off the Multiplier, drivers with higher profiles have potential to earn more points.
- A marketplace of sorts will be created where drivers can see what opportunities are available to them at any time; they will also be able to see the points available to accrue for participation in that opportunity.
  - Note some opportunities may be available to limited drivers while others may be available to all
- Driver must garner a set number of points to be eligible for the incentive program
- NASCAR, Driver Advisory Council, Teams / Driver Reps and INFLCR oversight committee to govern program
- Rules and penalties to be set in place for last minute cancellation and no shows on committed opportunities

Case 3:24-cv-00886-KDB-SCR    Document 454-44    Filed 11/21/25    Page 25 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                    NASCAR-00003755

# Marketing / IP – New Revenue Opportunities

- A committee (NASCAR / Teams) will be formed to jointly identify and source new revenue opportunities that use collective Team IP + NASCAR IP
  - "Team IP" is defined as:
    - Team logos
    - Stylized number
    - Driver in uniform

- Only opportunities that run through this process would be subject to the revenue share

- For purposes of creating new revenue for the industry, NASCAR will be the exclusive agent for agreements which involve 4 or more teams + NASCAR and / or tracks

- The Committee will present applicable new revenue opportunity to all Charter teams, including the net revenue percentage which will be payable collectively to the Charter teams; the default revenue percentage is 33% of net revenue
  - Committee will have full line of sight into the economics of the opportunity

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                        NASCAR-00003756

# Marketing / IP – New Revenue Opportunities

- If the revenue designated to the Charter teams collectively is determined to be below 33% of net revenue due to the nature of the opportunity, then the Charter teams will decide whether or not to pursue the opportunity

- No individual team can opt out unless:
    - There is a conflict with a current partner to whom the team has a contractual relationship at the time the opportunity is presented
    - Team has a signed term sheet for an upcoming partnership or can show evidence of current conversations which would put the Team in conflict if the agreement was completed

- Once approved, the parties will enter into signed SOW for the specific project, which would allow NASCAR the right to sublicense the Team IP as part of the opportunity

- Nothing here would prevent Teams nor NASCAR from pursuing their own sponsorship, licensing, or other commercial agreements that do not use the other's IP

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY    NASCAR-00003757

**Version: 5/2/2022**

**Number of Cup Series Cars**

| | Team Trial Balance As Reclassed | | Conforming Adjustments | | Common Cost Template Balance | | Common Cost Template Balance Per Car |
|---|---|---|---|---|---|---|---|
| **DIRECT RACE COSTS** | | | | | | | |
| Engine | | | | | $ | - | #DIV/0! |
| Engine Accessories | | | | | $ | - | #DIV/0! |
| Bodywork | | | | | $ | - | #DIV/0! |
| Shocks | | | | | $ | - | #DIV/0! |
| Brakes | | | | | $ | - | #DIV/0! |
| Fuel System | | | | | $ | - | #DIV/0! |
| Car Electronics | | | | | $ | - | #DIV/0! |
| Drivetrain | | | | | $ | - | #DIV/0! |
| Chassis | | | | | $ | - | #DIV/0! |
| Wheels | | | | | $ | - | #DIV/0! |
| Tires | | | | | $ | - | #DIV/0! |
| Electronic Fuel Injector | | | | | $ | - | #DIV/0! |
| Suspension | | | | | $ | - | #DIV/0! |
| Decals / Wraps | | | | | $ | - | #DIV/0! |
| Paint | | | | | $ | - | #DIV/0! |
| Freight-Car | | | | | $ | - | #DIV/0! |
| Depreciation-Car | | | | | $ | - | #DIV/0! |
| **Total Car Parts** | $ | - | $ | - | $ | - | **#DIV/0!** |
| Communication Equipment | | | | | $ | - | #DIV/0! |
| Uniforms / Fire Suits | | | | | $ | - | #DIV/0! |
| Pit Supplies | | | | | $ | - | #DIV/0! |
| Pit Tools | | | | | $ | - | #DIV/0! |
| **Total Pit Equipment** | $ | - | $ | - | $ | - | **#DIV/0!** |
| Chemicals | | | | | $ | - | #DIV/0! |
| Fixtures | | | | | $ | - | #DIV/0! |
| Materials | | | | | $ | - | #DIV/0! |
| Fuels | | | | | $ | - | #DIV/0! |
| Janitorial | | | | | $ | - | #DIV/0! |
| Machinery & Equipment | | | | | $ | - | #DIV/0! |
| Rentals | | | | | $ | - | #DIV/0! |
| Maintenance | | | | | $ | - | #DIV/0! |
| Supplies | | | | | $ | - | #DIV/0! |
| Tools / Templates | | | | | $ | - | #DIV/0! |
| Uniforms / Rags | | | | | $ | - | #DIV/0! |
| Depreciation-Machinery & Equipment | | | | | $ | - | #DIV/0! |
| CNC Costs | | | | | $ | - | #DIV/0! |
| **Total Shop Materials and Supplies** | $ | - | $ | - | $ | - | **#DIV/0!** |
| Machine Shop | | | | | $ | - | #DIV/0! |
| Car Parts and Planning | | | | | $ | - | #DIV/0! |
| Car Design | | | | | $ | - | #DIV/0! |
| Mechanics | | | | | $ | - | #DIV/0! |
| Aerodynamics | | | | | $ | - | #DIV/0! |
| Over the Wall Crew Salaries | | | | | $ | - | #DIV/0! |
| Over the Wall Crew Training / Coaching | | | | | $ | - | #DIV/0! |
| Engineering - Direct | | | | | $ | - | #DIV/0! |
| **Total Direct Salaries & Benefits** | $ | - | $ | - | $ | - | **#DIV/0!** |
| Off Site Services | | | | | $ | - | #DIV/0! |
| 3rd Party Transportation | | | | | $ | - | #DIV/0! |
| IT - At the Track | | | | | $ | - | #DIV/0! |
| Contract Labor - Direct | | | | | $ | - | #DIV/0! |
| **Total Outside Services** | $ | - | $ | - | $ | - | **#DIV/0!** |
| **TOTAL DIRECT RACE COSTS** | $ | - | $ | - | $ | - | **#DIV/0!** |
| | | | | | | | |
| **INDIRECT RACE COSTS** | | | | | | | |
| Credentials | | | | | $ | - | #DIV/0! |
| Entry Fees | | | | | $ | - | #DIV/0! |
| Penalties & Fines | | | | | $ | - | #DIV/0! |
| Other NASCAR Related Costs | | | | | $ | - | #DIV/0! |
| **Total NASCAR Related Costs** | $ | - | $ | - | $ | - | **#DIV/0!** |
| Wind Tunnel | | | | | $ | - | #DIV/0! |
| Engineering | | | | | $ | - | #DIV/0! |
| Simulation software | | | | | $ | - | #DIV/0! |
| Body Scan Testing | | | | | $ | - | #DIV/0! |
| Equipment Rental | | | | | $ | - | #DIV/0! |
| Track Rental | | | | | $ | - | #DIV/0! |
| Tires - Testing | | | | | $ | - | #DIV/0! |
| Contract Labor - Indirect | | | | | $ | - | #DIV/0! |
| **Total R & D and Testing** | $ | - | $ | - | $ | - | **#DIV/0!** |
| Airfare | | | | | $ | - | #DIV/0! |
| Depreciation-Planes | | | | | $ | - | #DIV/0! |
| Hotel | | | | | $ | - | #DIV/0! |
| Ground Transportation | | | | | $ | - | #DIV/0! |
| Per Diem | | | | | $ | - | #DIV/0! |
| Other Travel Costs | | | | | $ | - | #DIV/0! |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003758

| | | | | | | |
|---|---|---|---|---|---|---|
| Meals & Entertainment | | | | $ | - | #DIV/0! |
| **Total Travel** | $ | - | $ | - | $ | - | #DIV/0! |
| Transport/Hauler – Fuel | | | | $ | - | #DIV/0! |
| Transport/Hauler – R &M | | | | $ | - | #DIV/0! |
| Transport/Hauler – Rental | | | | $ | - | #DIV/0! |
| Transport/Hauler – Insurance | | | | $ | - | #DIV/0! |
| Transport/Hauler – Depreciation | | | | $ | - | #DIV/0! |
| Transport/Hauler – Lease | | | | $ | - | #DIV/0! |
| Transport/Hauler – Contract Labor | | | | $ | - | #DIV/0! |
| Other (e.g. Motorhome, Tolls) | | | | $ | - | #DIV/0! |
| **Total Transport/Hauler Costs** | $ | - | $ | - | $ | - | #DIV/0! |
| **TOTAL INDIRECT RACE COSTS** | $ | - | $ | - | $ | - | #DIV/0! |
| | | | | | | |
| **OVERHEAD COSTS** | | | | | | |
| Administration | | | | $ | - | #DIV/0! |
| Marketing | | | | $ | - | #DIV/0! |
| Legal & Accounting | | | | $ | - | #DIV/0! |
| Human Resources | | | | $ | - | #DIV/0! |
| Information Technology | | | | $ | - | #DIV/0! |
| Purchasing | | | | $ | - | #DIV/0! |
| **Total Overhead Salaries & Benefits** | $ | - | $ | - | $ | - | #DIV/0! |
| Utilities | | | | $ | - | #DIV/0! |
| Telephone | | | | $ | - | #DIV/0! |
| Cleaning | | | | $ | - | #DIV/0! |
| Rent | | | | $ | - | #DIV/0! |
| Repairs & Maintenance | | | | $ | - | #DIV/0! |
| Security | | | | $ | - | #DIV/0! |
| Furniture & Fixtures | | | | $ | - | #DIV/0! |
| Landscaping | | | | $ | - | #DIV/0! |
| **Total Facility** | $ | - | $ | - | $ | - | #DIV/0! |
| Sponsorship Cost | | | | $ | - | #DIV/0! |
| Advertising & Promotions | | | | $ | - | #DIV/0! |
| Agency Commissions | | | | $ | - | #DIV/0! |
| Press Kits/Media Cost | | | | $ | - | #DIV/0! |
| **Total Advertising** | $ | - | $ | - | $ | - | #DIV/0! |
| Driver | | | | $ | - | #DIV/0! |
| Property & Casualty | | | | $ | - | #DIV/0! |
| Workers Comp | | | | $ | - | #DIV/0! |
| Sponsor/Race | | | | $ | - | #DIV/0! |
| Other Insurance | | | | $ | - | #DIV/0! |
| **Total Insurance** | $ | - | $ | - | $ | - | #DIV/0! |
| Hardware | | | | $ | - | #DIV/0! |
| Software | | | | $ | - | #DIV/0! |
| Hardware Support/Subscriptions | | | | $ | - | #DIV/0! |
| Software Support/Subscriptions | | | | $ | - | #DIV/0! |
| Internet | | | | $ | - | #DIV/0! |
| **Total IT Costs** | $ | - | $ | - | $ | - | #DIV/0! |
| Professional Fees – Accounting & Legal | | | | $ | - | #DIV/0! |
| Professional Fees – Marketing | | | | $ | - | #DIV/0! |
| Professional Fees – Other | | | | $ | - | #DIV/0! |
| **Total Professional Fees** | $ | - | $ | - | $ | - | #DIV/0! |
| Bank Charges | | | | $ | - | #DIV/0! |
| Holiday Costs | | | | $ | - | #DIV/0! |
| Charitable Donations | | | | $ | - | #DIV/0! |
| Dues & Subscriptions | | | | $ | - | #DIV/0! |
| Freight | | | | $ | - | #DIV/0! |
| Miscellaneous | | | | $ | - | #DIV/0! |
| Office Supplies | | | | $ | - | #DIV/0! |
| Gain (Loss) Asset Disposition | | | | $ | - | #DIV/0! |
| Inventory Revaluation | | | | $ | - | #DIV/0! |
| Other Costs | | | | $ | - | #DIV/0! |
| **Total Other Overhead** | $ | - | $ | - | $ | - | #DIV/0! |
| Depreciation-Other | | | | $ | - | #DIV/0! |
| Amortization | | | | $ | - | #DIV/0! |
| **Total Depreciation & Amortization** | $ | - | $ | - | $ | - | #DIV/0! |
| Property Taxes | | | | $ | - | #DIV/0! |
| Income Taxes | | | | $ | - | #DIV/0! |
| Sales Taxes | | | | $ | - | #DIV/0! |
| Payroll Taxes | | | | $ | - | #DIV/0! |
| **Total Taxes** | $ | - | $ | - | $ | - | #DIV/0! |
| **TOTAL OVERHEAD COSTS** | $ | - | $ | - | $ | - | #DIV/0! |
| | | | | | | |
| **TOTAL COSTS** | $ | - | $ | - | $ | - | #DIV/0! |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003759

**Competitive Balance Framework**

*DRAFT PROPOSAL / PRE-DECISIONAL*

October 2019

1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003760

**TABLE OF CONTENTS**

PROCESS OVERVIEW

GOALS AND PRINCIPLES

MODEL COMPONENTS
    Included Expenses
    Excluded Expenses

MODEL FRAMEWORK
    Design and Approach
    Target Thresholds
    Phased Thresholds
    Common Cost Template
    Conforming Adjustments
    Additional Considerations

DETERRENT AND REDISTRIBUTION
    Deterrent System
    Redistribution System

GOVERNANCE AND ENFORCEMENT
    Cost Cap Committee
    Compliance Audits
    Compliance Officers
    Non-Compliance Procedures
    Intentional Circumvention
    Charter Sales
    Whistleblowing

APPENDIX
    Tax Penalty Examples

Case 3:24-cv-00886-KDB-SCR    Document 454-44    Filed 11/21/25    Page 31 of 41

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY    NASCAR-00003761

**PROCESS OVERVIEW**

- Based on feedback from the CBF working group, we have developed a framework outlining the proposed approach and mechanics
- We understand that there are significant details to be ironed out from an implementation and execution standpoint – we believe the best approach is get general alignment on the concepts, and then re-engage with outside support (lawyers, accountants) to build out the detailed "rule book"
- We know that all possible scenarios / situations will NOT be answered prior to launch – we understand that this will continue to evolve

**GOALS AND PRINCIPLES**

- Create a dynamic model that promotes increased competition and fan interest in NASCAR
- Include as much as possible into the model that impacts Competitive Balance
  - Give flexibility for teams to allocate resources where they feel as though they will get the highest marginal returns
  - Minimize risk of miscategorizing expenses
- Exclude items that directly generate sponsorship revenue
- Exclude overhead / items that do not impact performance on the track
- Exclude non-Cup operations
  - Other racing series and ancillary businesses (e.g., engine shops)



3

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003762

**MODEL COMPONENTS**

**Included Expenses: Direct and Indirect Race Costs**

**Car Parts + Engines**
Engine, bodywork, shocks, brakes, fuel system, car electronics, drivetrain, chassis, wheels, tires, electronic fuel injector, suspension, decals, wraps, paint, freight (car), depreciation (car)

**Pit Equipment**
Communication equipment, pit supplies, pit tools

**Shop Materials + Supplies**
Chemicals, fixtures, materials, fuels, janitorial, machinery and equipment, rentals, maintenance, supplies, tools, templates, uniforms, rags, depreciation (machinery + equipment), CNC costs

**Other Direct Costs – Competition Related (however sourced)**
Machine shop, car parts and planning, car design, mechanics, aerodynamics, over the wall crew, over the wall crew training and coaching, engineering, IT

**Outside Services**
Off-site services, third party transportation, IT (at-track), vendor costs

**NASCAR Related Costs**
Credentials, entry frees, penalties + fines, other NASCAR related costs

**R&D + Testing**
Wind tunnel, engineering, simulation software, body scan testing, equipment rental, track rental, tires (testing), vendor costs (indirect)

**Travel, Transport + Hauler Costs\***
Airfare, depreciation (planes), hotel, ground transportation, per diem, other travel costs, meals + entertainment, transport / hauler – fuel, repairs + maintenance, rental, insurance, depreciation, lease, vendor costs, other (motorhome, tolls, etc.)
*\*Material debate on whether this should be included / excluded – significant cost, but questions about quality of life trade-offs*

**Total IT Costs**
Hardware, software, support / subscriptions, internet

**CapEx, Depreciation + Amortization – Competition-Related**
On-track / competition related equipment

4

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                                                NASCAR-00003763

**Excluded Expenses: Overhead, Operating Expenses, Taxes and Fees**

**Overhead Costs (however sourced)**
  Administration, Marketing and Communications, Legal, Accounting, HR, Purchasing

**Other Overhead**
  Bank charges, holiday costs, charitable donations, dues + subscriptions, freight, office supplies, gain (loss) on asset disposition, inventory revaluation, other costs, miscellaneous; excludes competition related overhead

**Professional Fees (non-Competition)**
  Accounting + legal, marketing, other

**Facility**
  Utilities, telephone, cleaning, rent, repairs + maintenance, security, furniture + fixtures, landscaping

**Advertising**
  Sponsorship cost, advertising + promotions, agency commissions, press kits / media cost, uniforms, fire suits

**Insurance**
  Driver, property + casualty, workers comp, sponsor / race, other insurance

**Depreciation + Amortization (non-Competition)**
  Real property and non-competition related costs

**Taxes**
  Income, property, sales (on non-competition related items),

**Driver + Executive Compensation**
  Use roster rule to determine included vs. excluded for Executive Compensation – have a fixed number of excluded executives (e.g., Team Owner + Team President)

5

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

**MODEL FRAMEWORK**

**Design and Approach**

A luxury-tax system that incorporates both incentives for compliance and deterrents for non-compliance of spending within a determined "competitive zone". A governance structure will regulate the cost cap model and manage enforcement.

**Target Thresholds**

Establishment of a competitive zone with a proposed cap of $15,000,000 per car as the end state by 2023.

| Number of Cars | Total Threshold (per Team) | Scale Delta* |
|:---:|:---:|:---:|
| 1 | $15,000,000 | $0 |
| 2 | $29,500,000 | $500,000 |
| 3 | $44,000,000 | $1,000,000 |
| 4 | $59,500,000 | $1,500,000 |

*Teams fielding multiple cars have economies of scale from an operational perspective. We intend to use a combination of an accountant's quantitative analysis and Team interviews to come to a final perspective on the actual scale benefits.

While the Cap threshold will be defined in advance, it will also be reviewed on an annual basis by the "Cost Cap Committee" (see **Governance** section) to evaluate whether any industry changes, including but not limited to, a new vehicle with a significant change in cost to build, schedule changes, race length changes would warrant a change to the Cap for the following year. Additionally, the committee will review the included and excluded expenses to determine if reclassifications are needed.

6

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003765

**Phased Thresholds**

Given the implementation of Gen 7 in 2021 and the potential for upfront investment, we would propose a phase-in to get to the target, with a goal of steady state by 2023.

*2021 – first year of full implementation*

| Number of Cars | Total Threshold (per Team) | Scale Delta |
|:---:|:---:|:---:|
| 1 | $20,000,000 | $0 |
| 2 | $39,500,000 | $500,000 |
| 3 | $59,000,000 | $1,000,000 |
| 4 | $78,500,000 | $1,500,000 |

*2022 – second year of full implementation*

| Number of Cars | Total Threshold (per Team) | Scale Delta |
|:---:|:---:|:---:|
| 1 | $17,500,000 | $0 |
| 2 | $34,500,000 | $500,000 |
| 3 | $51,500,000 | $1,000,000 |
| 4 | $68,500,000 | $1,500,000 |

*2023 – third year of full implementation*

| Number of Cars | Total Threshold (per Team) | Scale Delta |
|:---:|:---:|:---:|
| 1 | $15,000,000 | $0 |
| 2 | $29,500,000 | $500,000 |
| 3 | $44,000,000 | $1,000,000 |
| 4 | $59,500,000 | $1,500,000 |

**Common Cost Template**

To determine compliance with the spending cap, teams will utilize a common accounting template created by a third-party. The template will map general ledger accounts to standardized line items and include detailed instructions for conforming adjustments, to measure non-traditional items in a consistent manner.

Teams will be required to have a financial audit by an approved auditor prior to mapping their trial balances to the common template. Additionally, all teams will move to a common fiscal year-end for CBF reporting purposes only (tax reporting remains unchanged).

**Conforming Adjustments**

**Value-In-Kind (VIK) / Fair Market Values:** Teams may receive items included in the capped expense list in exchange for services performed. To properly account for these items in the spending threshold, teams will be required to record the fair market value of goods received on the Common Cost Template.

For items of material value, and in the event of a dispute, the Cost Cap Committee with use anonymized data from the accounting services provider to determine the fair market value. In addition, Teams must book the fair market value of any expense – for example, if a Team has an agreement with an engine

7

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003766

supplier where they get their engines for 50% of cost in exchange for promoting the supplier, the Team must book the engine cost at fair market value.

**Make vs. Buy / Related Party Transactions:** Teams that make parts and pieces included in the capped expenses will only include the cost of goods produced for team use. For teams that manufacture items for resale to other teams, costs can be offset by revenue generated in the sale of such items.

**Series Allocations:** Only Cup Series costs should be recorded in the Common Cost Template. Teams that compete in other racing series (e.g. Formula 1, NASCAR XFINITY Series) must allocate the Cup related portion of expenses included in the cost cap and exclude any non-Cup activities.

**OEM Support:** Teams will need to account for services provided by OEMs at fair market value. We will work with our OEM partners to develop a process to ensure that Team activities are not shifted to OEMs, and that OEMs can continue to innovate and facilitate tech transfer (exact details to be finalized)

### Additional Considerations

**Minimum Requirements:** teams will be required to meet minimum requirements that promote increased competition. Minimum requirements may include:
- Purchasing a full allocation of tires for each race
- Completing a set percentage of laps over the course of the season
- Spending the minimum guaranteed Pool money on costs included in the cap model
- Other requirements TBD: matching crew uniforms, SFI certifications, etc.

Teams who do not meet the minimum requirements will be subject to penalties, including but not limited to financial penalties.

**One-Off Projects:** One-time upgrades or projects will be evaluated on a case-by-case basis by the Cost Cap Committee to determine inclusion / exclusion from the cap.

**Open Teams:** Any full-time Open Team who is eligible for the Championship (starts all races) will be subject to the Cost Cap (as part the NASCAR Rule Book).

8

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

NASCAR-00003767

**DETERRENT AND REDISTRIBUTION**

**Deterrent System**

Teams that exceed the cap (i.e. non-compliant teams) are subject to a tax penalty. Note that the penalty system will begin in the first full year of implementation (2021).

The tax structure will be a tiered penalty system that increases with the percent spent above the cap.

| Percent Spent Above Cap | Penalty Charge per Dollar |
|---|---|
| <5% | $0.10 |
| 5% to 25% | $0.25 |
| 25% to 50% | $0.50 |
| 50% to 100% | $1.00 |
| > 100% | $1.50 |

- <5% penalty level set lower to account for the fact that teams may not be able to accurately budget to the dollar (intent is to deter intentional spending above the cap, not penalize budget errors)
- Penalties will multiply for teams that repeatedly exceed the spending cap
  - 1.5x multiplier for the 2nd consecutive year exceeding the spending cap
  - 2x multiplier for the 3rd (and each subsequent) year exceeding the cap
- Multiplier resets once a team gets below the cap level
- Multiplier does not apply for spends less than 5% over the cap level

**Tax Penalty Examples in Steady State (2023)**

Year 1 – with cap of $15M, team spends $23M

| | Rate | Expense | Base Tax |
|---|---|---|---|
| Up to $15M | 0% | $15,000,000 | $0 |
| $15M - $15.75M (<5%) | 10% | $750,000 | $75,000 |
| $15.75M - $18.75M (5-25%) | 25% | $3,000,000 | $750,000 |
| $18.75M - $22.5M (25-50%) | 50% | $3,750,000 | $1,875,000 |
| $22.5M - $30.0M (50-100%) | 100% | $500,000 | $500,000 |
| $30.0M+ (>100%) | 150% | $0 | $0 |
| **Total** | | **$23,000,000** | **$3,200,000** |

Year 2 – with cap of $15M, same team spends $18M

| | Rate | Expense | Base Tax | Multiplier | Total Tax |
|---|---|---|---|---|---|
| Up to $15M | 0% | $15,000,000 | $0 | 1.0 | $0 |
| $15M - $15.75M (<5%) | 10% | $750,000 | $75,000 | 1.0 | $75,000 |
| $15.75M - $18.75M (5-25%) | 25% | $2,250,000 | $562,500 | 1.5 | $843,750 |
| $18.75M - $22.5M (25-50%) | 50% | $0 | $0 | 1.5 | $0 |
| $22.5M - $30.0M (50-100%) | 100% | $0 | $0 | 1.5 | $0 |
| $30.0M+ (>100%) | 150% | $0 | $0 | 1.5 | $0 |
| **Total** | | **$18,000,000** | **$637,500** | | **$918,750** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                    NASCAR-00003768

**Payments / Redistributions:** in the event a team is subject to a tax, they may pay via a direct payment from Team Owner. The redistribution mechanism of collected tax money to be determined.


## GOVERNANCE AND ENFORCEMENT

There will be a four-pronged governance structure to oversee the cost cap model.

**Cost Cap Committee:** An industry group that reviews questions or issues that arise and brings forward recommendations and solutions.

**NASCAR (Sanctioning Body):** NASCAR will make determinations on potential issues or disputes where the Committee cannot agree; in addition, NASCAR will make all decisions related to non-compliance penalties.

**Appeals Panel:** An independent group of neutral arbitrators (3) elected by the Cost Cap Committee that will manage any disputes; decisions of the panel will be considered final and binding. The Appeals Panel members will serve a 3-year term.

**Whistleblowing:** Whistleblowing will be one of the most effective deterrents for intentional circumvention of the cap. In conjunction with a third-party auditor, a protected, anonymous portal will be established where anyone can surface concerns. Whistleblowers will have to provide specific, credible information to avoid a flood of frivolous claims. Additionally, there could be financial incentives to compensate for the risk of coming forward with valid information.


## Cost Cap Committee

The Cost Cap Committee will be comprised of 10 people, with representation from NASCAR (3), Teams (3 – 1 per OEM), OEMs (3 – 1 per OEM), and the third-party auditor (1). The committee will use their collective knowledge to help identify potential issues and create solutions.

**Appointment:** Committee members will be selected by their respective group (e.g., Ford teams decide who is the Ford Team representative). Committee members will serve a one-year term, but can serve more than one term, subject to being reselected by their group.

**Meeting Cadence:** The Committee will convene three times a year, with additional ad-hoc meetings as needed. The first meeting will be in early February, ahead of the season start. The second meeting will occur in July to review the cap for the prior year and set the cap for the subsequent year, and a final meeting will occur in November to ensure plans are place for year-end audits and submissions.

**Duties:** The committee will conduct an annual review of the spending thresholds and determine if the cap value should remain as is, be revised up, or be revised down. The review will occur after all penalties and redistributions are made and a decision for the following season will be made by September 1. The Committee will also be tasked with handling special requests from the industry including spending reviews for one-time team projects to determine if an expense is subject to the cap. The group will also opine on changes to included / excluded items, with additional responsibilities to be determined.

10

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

Teams may direct questions to the Cost Cap Committee at any time, and the group can convene on an ad-hoc basis as needed.

## Compliance Audits

A full compliance audit of all race teams will be required for accurate enforcement of the spending thresholds and associated deterrents. The third-party auditor will conduct the reviews and be granted access to any and all supporting documentation as needed (including all related party transactions and other conforming adjustments). The audit will include a reconciliation of the Common Template to an audited GAAP financial statement or tax return. Compliance audits for the previous season will be completed by May 1 of the following year (i.e. the 2021 season audit will be completed by May 1, 2022).

## Compliance Officers

Compliance Officers will act as stewards of the Cap model to help investigate irregularities alongside the third-party auditors. This group, collectively a Compliance Team, will have a mix of specific industry knowledge in the forms of financial expertise (former team Presidents, CFOs) and technical capabilities (former engineers, Crew Chiefs). They will be selected by the Cost Cap Committee.

## Non-Compliance Procedures

If a team is found to owe taxes for spending above the threshold, tax payments will be due by July 1 of the audit year, with redistribution occurring by August 1 (e.g. an audit of the 2021 season finds a team was non-compliant. The team must pay their tax liability by July 1, 2022; compliant teams will receive their allocation by August 1, 2022).

If cash flow prevents a team from paying their full penalty by July 1 of the follow year, NASCAR will work in good faith with the team(s) to devise a payment structure to satisfy the liability.

## Intentional Circumvention

Intentional circumvention of the threshold (i.e. moving things off balance sheet) will result in a deterrent significant enough to be materially detrimental to a team's ability to compete. Teams may face multi-million-dollar fines for violations, with step-ups for multiple offenses, including the potential loss of Charter. Additionally, teams in violation may be ineligible for all prize money for a set period of time during the following season.

To minimize the risk of a team intentionally disregarding the threshold with the intent of shuttering team operations at season-end (i.e. overspending to "buy" a championship ahead of planned closure), teams may be subject to a mid-season "check-in" on July 1 (to be completed August 1). For explanatory purposes, potential consequences may include:

11

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

- If the cap is exceeded by July 1 (current season), prize money for the remainder of the season will be held in escrow until tax is paid
- If a team is over the cap by 50% on July 1 (current season), the estimated tax amount must be paid to allow for continued participation

## Charter Sales

**Tax Liabilities:** Tax liabilities (monies owed for falling outside of the competitive zone) are tied to a Charter. Any liabilities must be resolved prior to the sale or transfer of a Charter, and the buyer of a Charter is liable for any taxes due. Any Team Owner with continuing participate in NASCAR must go through the audit process, even upon sale of a Charter. For example, if a Team Owner ran 2 cars in 2021, and sold 1 Charter at the end of the 2021 season, they would be required to submit their financials and the Purchaser of that Charter would be liable for any taxes due.



12

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY                                          NASCAR-00003771