# Exhibit 85

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 11/16/2023 11:19:45 AM |
| To: | Curtis Polk |
| CC: | Jeff Gordon ; Dave Alpern ; Steve Newmark [SNewmark@rfkracing.com]; Rob Kauffman |
| Subject: | Re: TNC - Summary of Team Responses to NASCAR Nov. 6th Counter Proposal |

Thoughts in response -

- Nearly to a Team, there is widespread acceptance as to money (Teams have not reacted negatively to the money) with Team principals/execs praising the work of the TNC in getting these amounts to the level they are. That said, I believe there is still a sense that the numbers will be closer to the $1.130B annual (and therefore 45%) than the $1.030B (and therefore 42%). Why folks believe, that, I don't know actually - maybe a misplaced sense of optimism.

- A number of Teams (esp. the larger Teams) expressed concern for negotiating this deal on a sliding scale of $$ as the willingness of the larger Teams to compromise on the assets that NASCAR is looking for is 100% affected by how much money NASCAR is paying to the Teams.

- The biggest issue that I'm seeing from Team reaction will be the split of monies ... and I'm concerned that there is a wide divergence in opinions as to how "additional monies" should be split - and whether there will be more a "level playing field" in terms of monies that would allow "more Teams to compete on even footing".

- I don't think anything above is surprising. The real issue I see is that assets like a data base controlled by a Hendrick, Penske or Gibbs is not equal to data bases of many other Teams (many that don't have a data base management system). So, asking "all Teams" to contribute an asset of unequal value is going to be a great challenge. However, as Teams look at money splits, relative asset value may help Teams get more comfortable with proposed division of monies.

- Regarding your question - what are you willing to sign up for in action steps to fight for these things, I largely expect to come to down to money and NASCAR's reaction to Teams response to the November 6th counter proposal. How many of the items that NASCAR loaded into the Nov. 6th proposal is NASCAR "insisting to keep" vs. willing to concede the point?

JSM

On Thu, Nov 16, 2023 at 10:54 AM Curtis Polk < > wrote:
Thanks for compiling this. What about the % split, are they ok with the possibility of less than 45%. They sure don't generally like the deal when they speak one on one anonymously. I guess the question to ask of the teams strongly against most of these issues…..what are you willing to sign up for in action steps to fight for these things? The TNC are not magicians!

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or

HIGHLY CONFIDENTIAL - OCO                                        23XI_0226508

any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Nov 16, 2023, at 10:43 AM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

Team Negotiating Committee -

Attached is a summary of the comments that I received from the Teams regarding NASCAR's November 6th counter proposal sent to all Teams. I tried to provide color / depth in terms of how the collective of the Teams felt. I heard from all Teams with the exception of the TNC Teams repped & Kaulig. If I hear from Kaulig (I've sent follow up emails), I'll update if there is anything noteworthy/different.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
<TNC - TEAM RESPONSE TO NASCAR'S NOVEMBER 6, 2023 COUNTER PROPOSAL - Summary v.1 (3).pdf>

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com

HIGHLY CONFIDENTIAL - OCO

23XI_0226509

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL - OCO

23XI_0226510