# Exhibit 87

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Robert Kauffman |
| --- | --- |
| Sent: | 12/20/2023 7:09:02 PM |
| To: | Jonathan Marshall [jsm@raceteamalliance.com] |
| Subject: | Re: RTA - TNC communication to NASCAR - DRAFT |

Thanks. The TNC made a mistake not communicating with the teams faster about signing the extension. Okay just move on.
Yes, time to push it a bit. Let's speak with guys in the morning.
Rob

On Dec 20, 2023, at 17:03, Jonathan Marshall <jsm@raceteamalliance.com> wrote:


Rob -

Responding to your email -

• The TNC met with all 11 teams during the past week. The TNC accomplished their goal of getting Teams re-commited.

• To a Team they are ommitted to having the TNC represent their interest in a new charter and understand that there may be no extension letter to sign.

• Regardless, the collective of the teams wish to stick together and believe that there is strength in numbers.

• Below, you will see a draft communication that I just sent to Covington a few minutes ago.

# Redacted for Privilege

JSM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Redacted for Privilege

HIGHLY CONFIDENTIAL – OCO

RTA00034883

# Redacted for Privilege

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR



jsm@raceteamalliance.com

HIGHLY CONFIDENTIAL – OCO                                    RTA00034884

\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

HIGHLY CONFIDENTIAL – OCO

RTA00034885