# Exhibit 88

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Gordon, Jeff |
|---|---|
| Sent: | 12/22/2023 10:37:38 AM |
| To: | Steve Newmark [SNewmark@rfkracing.com] |
| CC: | Dave Alpern ; Curtis Polk ; Jonathan S. Marshall [jsm@raceteamalliance.com] |
| Subject: | Re: NASCAR Call |

Thanks Steve. I thought for sure they would ask or push back on the extension letter so that's interesting. Getting a group of CFO's together is a good idea if you feel those included understand the confidentiality needed to keep things moving forward.

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Dec 22, 2023, at 5:28 PM, Steve Newmark <SNewmark@rfkracing.com> wrote:

Thanks, Dave. Jeff, we mentioned that the teams would likely come back with some questions, and may respond at some point with a revised extension letter. But we didn't focus much on it, and they didn't push us at all about if and when we would sign (so we let it go). I did share my personal opinion that I didn't want us to get distracted by the extension letter, and that we really should focus on the substantive issues still outstanding.

We also mentioned to Phelps that there was confusion about the production agreements and costs, and that we hope to get more clarity from them on how that unfolded, and what the final agreements include. Phelps provided a bit more color on a few of the production cost issues, specifically with WBD, but understands we will likely require more. We mentioned that the teams will need to get comfortable that dollars weren't shifted from "TV money" to "production costs". He did comment that they would rep and warrant anything we wanted there (which, Curtis, I know is short of what you mentioned, but it was offered voluntarily, and we didn't feel it was the time to start that negotiation).

I think the most important piece is that they're sending the redline only to the TNC initially. This will allow us to vet any issues, particularly the split of the money. Alpern and I talked about getting a small group of CFOs together to come up with a proposed split that we think is reasonable for all teams, so we're ready to hand something to NASCAR when we meet in January. Previously, they were very open to having the teams suggest/propose how to allocate the dollars.

HIGHLY CONFIDENTIAL - OCO                                                                                          23XI_0170964

Steve

**From:** Gordon, Jeff
**Sent:** Friday, December 22, 2023 10:17 AM
**To:** Dave Alpern
**Cc:** Curtis Polk; Steve Newmark; Jonathan S. Marshall
**Subject:** Re: NASCAR Call

Thanks Dave. Appreciate you guys taking that call. Was the language in the extension brought up and that no teams plan to sign the one they presented?

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

4325 Papa Joe Hendrick Blvd.
Charlotte, NC 28262

On Dec 22, 2023, at 5:11 PM, Dave Alpern wrote:

Just wrapped up our call with Phelps and OD.

Our Steve as usual did a great job summarizing our position. He reviewed our calls with the 16 teams and emphasized the unanimous support of the TNC. In particular, he focused on the teams' total support for Curtis and that we are united in our desire to have everything flow through the TNC and the four of us.

Steve also shared that sending the extensions to all the teams was not wise and much frustration could have been avoided by vetting first through the TNC. They indicated a redline was forthcoming today and we stressed it needed to come first to the TNC. They agreed but mentioned concern that we properly represent to the teams what was in the redline without any "spin" (my word).

We told them the TNC would digest the redline over the next few days and middle of next week would get back to them and the teams. We told them of our communication that was going out today to the teams and they asked that we let them know we (the TNC) would be getting a redline today from NASCAR.

Also talked about getting them a couple dates for January to get in a room and negotiate.

HIGHLY CONFIDENTIAL - OCO                                                                                                     23XI_0170965

Steve N. can fill in the blanks I left out.

**Dave Alpern**
President
13415 Reese Blvd W, Huntersville, NC 28078
O:704-944-5033

<jgr_linkedin_0a142d9d-efc5-435b-9269-1e2e4ef5a487.png>

<jgr_twitter_adf52a74-0175-4bf8-8137-98e67a2b435d.png>

<jgr_tiktok_aa965ef4-4f99-4916-9385-118af10d406c.png>

<jgr_facebook_4618a887-69c5-400c-a6db-2d8f9343a3f5.png>

<jgr_instagram_9933b3a2-6e8b-43a3-8055-78710af84b52.png>

<jgr-logo-color_fa82d9a8-2445-474a-b075-175d8f575b9c.png>

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipients only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

HIGHLY CONFIDENTIAL - OCO

23XI_0170966