# Exhibit 89

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Torrey Galida [tgalida@rcrracing.com]
**Sent:** 1/26/2024 8:50:13 AM
**To:** Steve Newmark [SNewmark@rfkracing.com]; Jonathan Marshall [jsm@raceteamalliance.com]; Curtis Polk ███████; Gordon, Jeff ███████; Rob Kauffman ███████; David Alpern
**Subject:** RE: 1/25 Nascar mtg summary

Steve, I agree with Jeff. You did a great job leading the discussion, and this I a good summary. Thank you.

One comment. When OD brought up the "elephant in the room," the expiration of the charter extension, you did a good job of finessing the response. I believe you said something to the effect that we shouldn't worry about the extension, we should focus on getting a deal done. It will be interesting to see if NASCAR lets the issue drop, or if they re-engage us to sign an additional extension. If NASCAR proposes another extension, we should try to get alignment on a course of action by the team owners on Monday's call.

Torrey

---

**From:** Steve Newmark <SNewmark@rfkracing.com>
**Sent:** Thursday, January 25, 2024 4:47 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>; Curtis Polk ███████; Gordon, Jeff ███████; Torrey Galida <tgalida@rcrracing.com>; Rob Kauffman ███████; David Alpern ███████
**Subject:** Re: 1/25 Nascar mtg summary

Please use this one to respond, as I inadvertently copied my head of sales, as opposed to Alpern, on the initial one. Apologies.

---

**From:** Steve Newmark
**Sent:** Thursday, January 25, 2024 4:43:09 PM
**To:** Jonathan Marshall; Curtis Polk; Gordon, Jeff; Jacob Wyne; Torrey Galida; Rob Kauffman
**Subject:** 1/25 Nascar mtg summary

Here's a quick, rambling attempt to summarize our meeting today with OD, Prime, Ben K, Amanda O and Dan P.

We kicked it off by sharing that the teams were still extremely troubled and disappointed by NASCAR's position. We explained that we might have understated the level of frustration and anger at the lack of progress, and that it confirms a lot of Team owner suspicions that NASCAR has never been serious about truly fixing the team economic problem. As a result, we were not authorized or prepared to review their line by line comments, as it makes no sense until we have resolution on the macro issues.

So, we reviewed the 4 big areas and restated our positions as follows:

1. Revenue - it needs to be 45% with no carve outs or skimming. Period. (We will need transparency but they've offered that, so we'll follow up on that piece.) We hit them pretty hard about Crotty's statement that they have "no money left' and that there's simply "no more money." We were blunt that their financials are

HIGHLY CONFIDENTIAL - OCO

23XI_0013095

lucrative, while the teams are bleeding, and that we believe our compromise here is more than reasonable, considering it doesn't fundamentally change the business model bc we will still have to rely on massive sponsor dollars to survive. We tried to debunk their sound bites that we're getting all of the money, by walking through that the TV increase is an average of $300M a year, and although we're getting a large portion of that, there's still plenty to go to NASCAR to supplement the significant positive EBITDA they already have. Alpern was vocal about their 9 figure EBIDTA and our collective negative EBITDA. At the end, NASCAR finally seemed to acknowledge that this was simply a matter of dividing the money in a fair way, and they believe that what they're offering is more than fair. We also talked at length about the MFN and how we were incredulous that they wouldn't agree, especially with all teams on board. The NASCAR group in the room ultimately acknowledged there wasn't any legal or other reason for their position, other than Jim wants to maintain flexibility. We told them that was completely unacceptable, and just counterproductive for the sport, and another example of their pushing the teams to the brink.

2. Length of Charters & Transfer restrictions. We talked a bit about how we basically acquiesced to their refusal about perpetual charters despite never hearing one logical explanation for why. But we weren't willing to agree to a meaningless extension provision that really gave no protection. Instead, it had to have real disclosure obligations, and a requirement that NASCAR can't offer better terms to any potential new charter member (i.e. what they offer us has to be the same as what they offer to anyone else). They seemed to back down on this but again didn't commit. On the transfer restrictions, they were even more conciliatory and asked us to propose what we'd like, as they were willing to back off their stringent terms. They just asked that it still have some reasonable restrictions so every charter doesn't become 100% owned by private equity. We asked whether they would reciprocate whatever we agree to, and they said they would consider (but I'm certain that will elicit a "hell no" from Jim). After talking about the offensiveness of the 2.5% transfer fee again, they said they understood and really just need coverage of their expenses around a transfer and protection against litigation costs if they become embroiled in charter transfer disputes. So, I think they caved here (which again is not a real concession, but it at least gets us to a reasonable position.)

3. Governance. Again, we talked about a seat at the table and more collaboration, and how their proposals eviscerated that concept and took us backwards. Ultimately, we had them acknowledge that the current system is actually working for them, and that it's primarily the optics of the 3 strike rule (in Jim's mind). They walked back a lot of changes they had proposed in their draft. Notably, their lawyers seems to think the 3 strike rule and endorsement process was the best solution that they could come up with. We said we would be wiling to make optical changes but not substantive steps backward. But, even here, we didn't dive into the additional insight/transparency/consultation that we would expect going forward.

4. New Business Opportunities. This was probably the most difficult and (other than revenue) contentious of the topics. Probably hard to summarize but we basically said there's two ways to do this - we agree to share in all new business opportunities with a preset arrangement (and not fight about whose IP is more valuable to that particular opportunity) or we handle it like we do now on a case by case basis, which has been miserable for everyone, created animosity and not resulted in maximizing revenues. And we said the we're not willing to accept the current arrangement because all of the value simply accrues to them, and we don't share in opportunities that we basically create by being the Show. They're still struggling to get their arms around this concept, but agreed that the current model is completely broken and problematic. We did hammer that we don't believe we owe them any new rights in exchange for their offer of more TV money (as that increase is simply a partial way of correcting the current inequities). Instead, any new rights would only be given if we have a sharing of all new revenue opportunities, such as gambling. It's clear that Jim doesn't see it this way, and that he views the money increase as a quid pro quo for the additional grant of IP rights.

I'm sure I missed a lot of key points, so Torrey, Dave and Jeff, chime in with any other material items.

HIGHLY CONFIDENTIAL - OCO

23XI_0013096

At the end, OD asked how we'd like to proceed, and asked whether we'd want to extend the exclusive period, and keep trying to find a solution. He emphasized several times how critical it was to get this done by Daytona (it's obvious that Jim has told him to get this done asap or else, but hasn't armed him with much of an ability to move on the major points, other than transfer restrictions and a few others). We responded that the teams weren't inclined to extend but may continue to negotiate in good faith if there was real movement on their side. That said, we conditioned everything on what the teams would direct us to do after we reported back. We were very clear that it's possible and maybe even likely that, based on their positions, the teams may decide to take a fundamentally different approach, and not continue with these behind the scenes dialogues. OD said he understood and just asked that we don't blindside them without any notice at all. Lastly, we did say that the four of us would propose that we lay out, in one or two pages, exactly what the teams would be willing to agree on the four points above as a last effort to bridge the gap (which would include everything we've said above) but even that approach needs approval from the teams, which we may not get based on what has transpired the last two weeks.

Then, when we were trying to leave the NASCAR parking lot, none of our validations worked, and we had to pay to exit the garage . . .

Steve

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

HIGHLY CONFIDENTIAL - OCO  23XI_0013097