# Exhibit 92

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**Messages in chronological order** (times are shown in GMT -05:00)



**TJ** <​█████​>  ▶ 1/29/2024, 4:41 PM
We don't agree w this…

**TJ** <​█████​>  ▶ 1/29/2024, 4:41 PM
Sorry I literally choked there…but I don't understand what leverage this creates

**Steve Lauletta** <​█████​>  ◀ 1/29/2024, 4:42 PM
It shows the teams are all aligned by doing the same thing IMO which is how they have always worked in terms of splitting the teams up. My take is we start to finally put them a little on our timeline versus theirs which we have done the past 2 years

**TJ** <​█████​>  ▶ 1/29/2024, 4:43 PM
Ok

**Steve Lauletta** <​█████​>  ◀ 1/29/2024, 4:44 PM
Remember we went to them with the initial extension idea since they for whatever dumb reason would not negotiate these details until their media deals were done so they backed themselves into a corner

HIGHLY CONFIDENTIAL - OCO

23XI_0248146