# Exhibit 93

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Gordon, Jeff |
|---|---|
| Sent: | 2/13/2024 9:05:00 PM |
| To: | Robert Kauffman |
| CC: | Torrey Galida [tgalida@rcrracing.com]; Steve Newmark [SNewmark@rfkracing.com]; curtis polk ; Jonathan S.Marshall [jsm@raceteamalliance.com]; Dave Alpern |
| Subject: | Re: Charters - Next Steps |

We need to get a email out to teams right away to reiterate that we have their attention and have to stick together more than ever. If the lawyers are ok discouraging the one on ones I would put that in there also. At a minimum if they take a meeting not to commit to anything.

**Jeff Gordon**
**Vice Chairman**
**Hendrick Motorsports**

<u>4325 Papa Joe Hendrick Blvd.</u>
<u>Charlotte, NC 28262</u>

On Feb 13, 2024, at 8:33 PM, Robert Kauffman > wrote:

Do you guys just want to call them out on it being a trap? It clearly is.

On Feb 13, 2024, at 20:30, Torrey Galida <tgalida@rcrracing.com> wrote:

Richard just called me. OD had just called him. OD said they wanted to set up meetings with each of the teams individually and said Richard would receive a letter tomorrow.

Richard did not commit to a meeting. He doesn't want to fall into the trap.

On Feb 13, 2024, at 7:21 PM, Robert Kauffman < > wrote:

Exactly! Don't fall for it.

On Feb 13, 2024, at 19:20, Torrey Galida <tgalida@rcrracing.com> wrote:

Thanks. Divide and conquer begins a new phase.

On Feb 13, 2024, at 7:04 PM, Steve Newmark <SNewmark@rfkracing.com> wrote:

HIGHLY CONFIDENTIAL - OCO

23XI_0237685

FYI.

Begin forwarded message:

**From:** "Prime, Scott" <sprime@nascar.com>
**Date:** February 13, 2024 at 6:55:34 PM EST
**To:** ▮▮▮▮▮▮▮▮▮▮▮ Steve Newmark <SNewmark@rfkracing.com>
**Cc:** "O'Donnell, Steve" <sodonnell@nascar.com>
**Subject: Charters - Next Steps**

Hi Steve and Dave,

We received the letter from the TNC on Friday, and in the spirit of giving a heads up, we wanted to inform you of our next steps. Starting today / tomorrow, we will be giving each controlling Owner a call to let them know to be expecting a letter from NASCAR, likely by end of day tomorrow or Thursday at the latest, outlining our point-by-point position relative to what was sent over. As part of the letter sent to each owner, NASCAR will be looking to schedule one-on-one meetings with them in the next week or so. The goal of those meetings is to understand each individual owner's issues, and understand their desire on whether or not they want to continue with negotiations.

We remain committed to the system and are optimistic about reaching a deal – looking forward to a (hopefully not rainy) Daytona 500, see you both down there. Let us know if you have any questions in the meantime.

Thanks,
Scott

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

HIGHLY CONFIDENTIAL - OCO

23XI_0237686