# Exhibit 94

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

💬 **Rob Kaufmann, Curtis Polk, David Alpern and 5 others - 2/14/2024**

JM  **Jonathan Marshall**                                          2/14/2024, 8:02 AM
Update –

1.    Heard from other Teams over the evening.  It seems like folks are waiting to see the letter from NASCAR before committing to a meeting, but I can't be certain that's the case with all.

2.    I'll have a suggested communication to this group out shortly.  Waiting on additional thoughts from Covington.

3.    Plan is to distribute something to Teams before 9AM.

JG  **Jeff Gordon**                                               2/14/2024, 8:06 AM
10-4 thanks Jonathan.

Will the communication address deal points/messaging for teams who decide to meet with Jim?

JM  **Jonathan Marshall**                                          2/14/2024, 8:17 AM
Re: messaging.  NAS's email to TNC said it would be sending out a letter that details NAS' position on open points, so thought is to see what NAS says before putting out message points.

This AM's communication will get e/o up to speed that NAS is once again trying to drive a wedge between the Teams and effectively neutralize the TNC, remind all there's a meeting at Sat. @ 1PM and ask that for Teams considering a meeting, not to have the meeting prior to the Team meeting on Saturday.

Language subject to TNC input / approval.

JG  **Jeff Gordon**                                               2/14/2024, 8:21 AM
Liked "Re: messaging.  NAS's email to TNC said it would b…"

SN  **Steve Newmark**                                             2/14/2024, 8:47 AM
Is the group aligned that we should invite Jim, Phelps, OD and Ben to our Sat team mtg?  If so, I can respond to Prime's email and get that out there immediately (as I think it will be a good talking with the teams and potentially the media).

DA  **David Alpern**                                              2/14/2024, 8:49 AM
Yes

RK  **Rob Kaufmann**                                              2/14/2024, 8:50 AM
Have you decided what you're doing with Jeffery K? Is he calling in and coached what to say?

I would suggest you guys summarize where JK is rather than have him address the group. I would invite Jim to the team meeting. He will probably decide.

JG  **Jeff Gordon**                                               2/14/2024, 8:54 AM
Liked "Is the group aligned that we should invite Jim, Ph…"

JG  **Jeff Gordon**                                               2/14/2024, 8:55 AM
If we think he can be coached and stay away from the nuclear options I would be open to it?

SN  **Steve Newmark**                                             2/14/2024, 8:57 AM
I think we summarize for now, and focus on the fact that we have retained him. The schedule will be tight regardless and having him on Zoom may not be ideal for that mtg.

DA  **David Alpern**                                              2/14/2024, 8:59 AM
. I would like to talk about him and summarize what his ideas are and tell them we have him on retainer but not have him be there

CONFIDENTIAL

| RK | **Rob Kaufmann** | 2/14/2024, 8:59 AM |
|----|------------------|--------------------|

Agreed. Zoom will not work well.

| JM | **Jonathan Marshall** | 2/14/2024, 9:25 AM |
|----|------------------------|---------------------|

I just sent to the group an updated email to Teams which i will send when i have the greenlight. The email includes a sentence that the TNC invited NASCAR to address the team during the upcoming Saturday meeting.

| JM | **Jonathan Marshall** | 2/14/2024, 10:34 AM |
|----|------------------------|----------------------|

I spoke with a Team owner. He spoke to O'Donnell this AM who said "we know that there's a team negotiating committee, but we're not making progress and we have to know what the 15 individual owners are looking for".

This owner continued: (i) our team can't say no to Jim France if he wants to meet (ii) why are we not expediting our meeting (even if it's a zoom call) to Thurs or Friday otherwise I suspect that a handful of Teams will take a meeting prior to Saturday?

| CP | **System Message (Custodian Polk, Curtis)** | 2/14/2024, 10:45 AM |
|----|---------------------------------------------|----------------------|

▮▮▮▮▮▮▮ added ▮▮▮▮▮▮ to the conversation

| CP | **Curtis Polk** | 2/14/2024, 10:46 AM |
|----|-----------------|----------------------|

I believe that when individual teams contact JM and say what the above said it is important to say

The TNC has the support and direction from the 15 teams and all 15 teams are aware of the status of the negotiations and frustrated w NASCAR's lack of movement.

| SN | **Steve Newmark** | 2/14/2024, 10:47 AM |
|----|-------------------|----------------------|

I think we probably need to have a short call tmrw morning, maybe at 8 or 9 am? The sole purpose of the meetings that NASCAR's requesting of each team is discuss the charter renewal and understand where that team stands.

| CP | **Curtis Polk** | 2/14/2024, 10:48 AM |
|----|-----------------|----------------------|

A TNC call or w Teams?

| SN | **Steve Newmark** | 2/14/2024, 10:52 AM |
|----|-------------------|----------------------|

All teams. I think we need to overcommunicate. Otherwise, Nascar will dictate the narrative.

| CP | **Curtis Polk** | 2/14/2024, 11:21 AM |
|----|-----------------|----------------------|

I'm not available 10-11 am and 1-4 pm

| JM | **Jonathan Marshall** | 2/14/2024, 12:09 PM |
|----|------------------------|----------------------|

we are going to send out a meeting invite for 8 AM tomorrow for a meeting with all teams. That invitation will go out within the next hour.

In a conversation I had with an owner this morning, he said that Phelps told him that NASCAR wants to get a deal done in the "next two weeks". And they believe this is the only way to do that.

| RK | **Rob Kaufmann** | 2/14/2024, 12:12 PM |
|----|------------------|----------------------|

I'm sure they do, on THEIR terms.

| CP | **Curtis Polk** | 2/14/2024, 1:38 PM |
|----|-----------------|---------------------|

Are we meeting with Marcus Smith at Daytona?

| JG | **Jeff Gordon** | 2/14/2024, 1:57 PM |
|----|-----------------|---------------------|

I saw Marcus today for another reason and pulled him aside. Updated him on the latest team negotiations. Could sense some frustration from him with NASCAR as well as pushback on what the teams are asking for. Didn't get into use of track but he did share some interesting details about how his tracks work and that he would like to sit down with a group of owners or the TNC to discuss further. He said what NASCAR presented to him several weeks ago was a significant step backwards for SMI and the way his model works(he claims NASCAR has more levers to pull revenue from)that would be unsustainable(take that for what it's worth). He made a comment that due to NASCAR sanctioning fees and the purse payout etc they only retain 60% of the amount they receive from TV per race.

| CP | **Curtis Polk** | 2/14/2024, 2:15 PM |
|----|-----------------|---------------------|

CONFIDENTIAL

23XI_0252196

So for tomorrow and Saturday…….its all about LEVERAGE, we have to be prepared to create leverage and exercise it. I thought that is why we let the Exclusive period expire so that we would show the flexibility it gave us in creating leverage.

**CP**     **Curtis Polk**                                                                2/14/2024, 2:15 PM

If the Teams are uncomfortable w creating leverage and using it then let's go make a deal

**JG**     **Jeff Gordon**                                                                2/14/2024, 2:16 PM

Liked "So for tomorrow and Saturday…….its all about LEVER…"

**JG**     **Jeff Gordon**                                                                2/14/2024, 2:16 PM

Liked "If the Teams are uncomfortable w creating leverage…"

**SN**     **Steve Newmark**                                                            2/14/2024, 2:17 PM

Well said. Along with that I think we need to stress the no team left behind concept. We have to alleviate fears that the big teams will strike a separate deal or let the small teams be taken advantage of.

**CP**     **Curtis Polk**                                                                2/14/2024, 2:19 PM

Yes we need to reiterate the December discussions that NO team will sign a new Charter that isn't offered to all 15 teams from 2023.

**JG**     **Jeff Gordon**                                                                2/14/2024, 2:26 PM

Good plan especially basing off of Jonathan's email. The smaller teams are panicked and ready to sign whatever is put in front of them in fear of losing their charters. Wish they would express that when we are meeting with them so we could address their concerns.

**RK**     **Rob Kaufmann**                                                              2/14/2024, 2:39 PM

And finally got the answer; the Nascar $1.4b loan they used to take private ISC is now $416mm!  They paid off ONE BILLION!

**RK**     **Rob Kaufmann**                                                              2/14/2024, 2:40 PM

But there's no more money for the teams…

**CP**     **Curtis Polk**                                                                2/14/2024, 2:41 PM

Wowza!

**JG**     **Jeff Gordon**                                                                2/14/2024, 2:41 PM

Forgot to mention that Marcus thought it was ridiculous that NASCAR still charges teams for credentials and to compete. Said that's for short tracks not for the Cup Series.

**JG**     **Jeff Gordon**                                                                2/14/2024, 2:41 PM

Liked "And finally got the answer; the Nascar $1.4b loan …"

**CP**     **Curtis Polk**                                                                2/14/2024, 2:41 PM

So in 5 years they had $200 million per year in cash flow to pay down debt in addition to dividends to France family

**RK**     **Rob Kaufmann**                                                              2/14/2024, 2:47 PM

$60mm dividend per year min was their original carve out.

**JM**     **Jonathan Marshall**                                                        2/14/2024, 5:12 PM

FYI that Roger Penske called to say that he will be on the call tomorrow at 8 AM. He confirmed that Phelps called him earlier in the day, and that Phelps said that Roger would be receiving a letter from Nascar detailing NASCAR's positions. He asked me if, anyone had received that letter yet, because he had not. I let him know that to my knowledge that letter has not yet been sent. He also confirmed that he had spoken to Mr. H., who told roger he would be on the 8 AM call as well.

**RK**     **Rob Kaufmann**                                                              2/14/2024, 5:16 PM

Very good. You guys have everyone's attention. Including Jim. Ball to the TNC!

CONFIDENTIAL

23XI_0252197

| JG | **Jeff Gordon** | 2/14/2024, 5:29 PM |
| | Rick confirmed with the same with me. Great news! | |

| CP | **Curtis Polk** | 2/14/2024, 7:09 PM |

*Attachment: FILE_9330.pdf (125 KB)*

| CP | **Curtis Polk** | 2/14/2024, 7:10 PM |
| | Here is the letter from NASCAR | |

| TG | **Torrey Gallida** | 2/14/2024, 7:13 PM |
| | RC got one. I was not copied. I guess I have been tainted by my association with the TNC | |

| RK | **Rob Kaufmann** | 2/14/2024, 7:19 PM |
| | We will now meet with teams one on one and try to kill this insurrection off once and for all. | |

| CP | **Curtis Polk** | 2/14/2024, 7:51 PM |

Tomorrow is a big moment. We need to hear strong voices from the leading teams to keep everyone together. We also need to express to the teams how the deal on the table is much different then what we have tried to get for two years w almost no movement from NASCAR. If we want even more, now is the time to seize the moment and really throw it back in NASCAR's face that we want even more concessions. Let's not talk about a rival series please.

| RK | **Rob Kaufmann** | 2/14/2024, 7:55 PM |

If possible I would suggest trying to get RH, RC, JG, RP to agree & emphasize those points in advance and speak up in front of the others.

| SN | **Steve Newmann** | 2/14/2024, 8:11 PM |

Agree, Rob. My suggestion is for you to open and then maybe Jeff and Curtis to follow, hopefully with RC, RH, JG and RP after that. I know Dave, Torrey and I will be happy to chime in but, in my opinion, this one needs to be led by owners to have the impact we want.

| DA | **David Alpern** | 2/14/2024, 8:20 PM |
| | Coach is on a plane at that time and is trying to arrange to be on the call | |

| RK | **Rob Kaufmann** | 2/14/2024, 8:46 PM |
| | Likewise, im dialing in from the airport so limited in terms of what I can say. | |

| TG | **Torrey Gallida** | 2/14/2024, 8:49 PM |
| | I'll talk to RC before call | |

| CP | **Curtis Polk** | 2/14/2024, 8:54 PM |
| | Who is going to handle the we shouldn't meet one on one? Has NC responded to our invite for Saturday? | |

| JM | **Jonathan Marshall** | 2/14/2024, 10:29 PM |
| | I will open the call at 7:45 for the TNC if anyone wants to join prior to the call. We will hold the participants until 8am. | |

| JG | **Jeff Gordon** | 2/14/2024, 10:38 PM |

Sorry I took my wife to dinner for Valentine's & turned my phone off.

The letter NASCAR sent is pretty disappointing as they basically have thrown us under the bus. I'll be ready to contribute tomorrow however you think suits the call best. I probably won't get a chance to talk to Rick before the call but anticipate him being called on or speaking up at some point.

| DA | **David Alpern** | 2/14/2024, 10:46 PM |
| | See guys at 7:45 | |

CONFIDENTIAL

23XI_0252198

CONFIDENTIAL                                                                                                                              23XI_0252199