# Exhibit 95

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Jonathan Marshall [jsm@raceteamalliance.com]
**Sent:** 2/14/2024 2:02:25 PM
**To:** Jeff Gordon ▮ ; Curtis Polk ▮ ; Dave Alpern ▮ ; Steve Newmark [SNewmark@rfkracing.com]; Torrey Galida [tgalida@rcrracing.com]
**CC:** Rob Kauffman ▮
**Subject:** TNC - Notes from Discussions with Teams - CONFIDENTIAL / NOT TO BE FORWARDED PLEASE

*In the last few days I've spoken with a number of the two/one car Teams regarding how folks were feeling. These calls were both before NASCAR's reach out yesterday evening and also this AM. My notes are below and I'm sharing as I thought you might find them helpful.*

*While generally, I do not ascribe any conversation to a specific Team to keep confidences, I feel it's important to share my belief that the guys at Spire are seemingly influential (and are big TNC supporters). While there is huge respect & deference to Hendrick (Mr. H & Jeff) from leadership at Spire, they find themselves in a "different place recently" due to their purchase of the $40M Charter, increasing their risk if a deal doesn't materialize. Because Spire has been on the buying and selling sides of things, there seems to be a comfort level from many of the smaller Teams to reach out to TJ or Jeff to see what they're thinking on Charter Renewals.*

*Key thoughts shared -*

- A group of Teams would have preferred to sign the extension (at least 4, maybe 6 Teams)
  - Not sure if not signing bought the Teams any benefits
  - No one wants to look like a schmuck, so no one signed the extension

- The belief is that the established Teams think differently from those who have "just bought Charters" (with the exception of 23XI who thinks more like an established Team)
  - These Teams are going to race in 2025 with or without Charters
  - Would never lose their Charters/ability to race b/c Jim's not taken their charters and if he did, they would still race
  - Smaller Teams genuinely could get Charters taken away and we're feeling it
  - If you have an OEM, you have OEM money so the $ equation is just different & the variation in sponsorship money is drastic

- What would go a long way is for established Teams to say "we're not going to get your charters taken away" … "we honestly fear that the Teams will blow up the Charters before NASCAR would"
  - People are in for a fight but not for nuclear war
  - Established Teams have OEM money and therefore are in a much different place than a number of our Teams

- "In our room full of owners"
  - Many don't believe the value of the bluff
  - Still believe Teams do not have leverage "we are misstating our leverage"
  - Don't say "we're going to race elsewhere" b/c half the room doesn't believe it"
  - This is a messaging problem

CONFIDENTIAL                                                                                          23XI_0012860

- Teams need to see progress….the longer we're at loggerheads the greater chance Teams will get peeled off….unfortunately….
  o We think if Phelps went Team by Team he could start peeling folks off…(JSM NOTE - this was a comment yesterday before NASCAR's outreach)

- People are glazing over when we say things like "we will race somewhere else"….it's a belief/messaging problem as no one believes it.

- We don't think that NASCAR feels any of our moves are changing their mind, we are only annoying them.

- To the question – what you would sign up for in this deal –
o Everyone wants more money but would be "OK with 42% money"
o Believe NAS will be reasonable with governance and transfer, just a matter of negotiating
o OK with 7 + 7 as long as there's an MFN - and there is no belief Jim will cave on this provision
o Most believe fighting for additional money is worth it…..and don't think their "other rights NASCAR is asking for are that valuable to them" (i.e. "larger Teams are able to monetize these rights in sponsorship and many of us are not")

- One owner this AM said that he thought O'D making these calls yesterday/today is a sign that the NASCAR business side is now panicked that there's not a deal and they're trying to push the Teams into saying "yes" to something.

- Most believe that time is not on the Teams' side - "NASCAR can run out the clock, we cannot"

- Still strong support for the TNC and are appreciative of their work (a thankless job) but also, Teams need to see progress and the last few weeks it seems like we're going backwards.

*********************************************

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL

23XI_0012861