# Exhibit 96

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jerry Freeze [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=59249A9FB6BA428EB35193B4A41D5D47-ADMIN] |
|---|---|
| Sent: | 2/18/2024 3:33:09 PM |
| To: | Jeff Dennison [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=72829150d9e44888bd2d19cadf056db0-jdennison] |
| Subject: | FW: TNC - Follow Up from Feb. 17, 2024 Daytona Meeting |

Just a heads up. The other part of the media strategy was to have the individual teams not comment to media on charter negotiations and defer to the TNC. (Jeff Gordon/Dave Alpern/Newmark/Curtis Polk)

I'll keep you posted on the media strategy as they roll it out.

---

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Date:** Sunday, February 18, 2024 at 3:28 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>
**Cc:** Rob Kauffman
**Subject:** TNC - Follow Up from Feb. 17, 2024 Daytona Meeting

### *Following up on yesterday's Team meeting.*

The TNC met earlier today and are initiating the media leg of our agreed strategy. Later today you will receive talking points which will emphasize the "defer to the TNC - one voice philosophy". NASCAR has already begun to contact some owners directly, which have deferred discussions to the TNC.

Also, in advance of any discussions with media, the TNC provided a head's up to NASCAR as it promised it would during the last meeting between NASCAR and the TNC. The tenor of all discussions will be professional and respectful.

If there are any questions, please feel free to contact any of the TNC, Rob or me.

Thank you.

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***