# Exhibit 97

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**Messages in chronological order** (times are shown in GMT -05:00)



JM **Jonathan Marshall** <██████████> ▶ 2/20/2024, 5:22 PM
The TNC asked me to follow up with Teams to see if there was information to share regarding any individual meetings with Nascar. phelps indicated to Newmark that they've now met with a half a dozen teams. Not sure if you all were one of those teams, but if you were wanted to see if you'd be willing to get on the phone and share some insights. Thanks.

JF **Jerry Freeze** <██████████> ◀ 2/20/2024, 5:25 PM
We did not meet with them and do not plan to.

JM **Jonathan Marshall** <██████████> ▶ 2/20/2024, 5:50 PM
Thanks for getting back to me. I appreciate it.

HIGHLY CONFIDENTIAL – OCO                                                                                          FRM_0089867