# Exhibit 99

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** jsm@raceteamalliance.com [jsm@raceteamalliance.com]
**Sent:** 2/29/2024 2:07:14 PM
**To:** ██████████████████████; curtis████████████; d███████████████████████; snewmark@rfkracing.com; tgalida@rcrracing.com; rk███████████
**Subject:** TNC (2 of 2 emails) - Update from TNC to Team Owners/Principals - DRAFT FOR REVIEW / APPROVAL BEFORE SENDING

TNC –

Two emails. This is the first regarding update from TNC to Teams –

JSM

------------------------------------

*See below for an update from the Team Negotiating Committee*

Owners, Principals & Presidents -

As Teams are headed to Las Vegas this weekend, we wanted to provide the following by way of update.

A.   **Attorney's update.**   Jeff Kessler and his team are engaged & evaluating the myriad of issues relating to the competitive racing environment today and how this might affect the Teams.   Within a week or so we would expect to receive their assessment, which the TNC will share with Team owners after it has had a chance to review and discuss itself.

B.   **Media Discussions.**   Discussions with key media stakeholders are being set up now.

C.   **Pool Allocation Committee (PAC).**   This past week, at the TNC's request, a group of Team executives (from HMS, JGR, Kaulig, RFK and RWR) met to discuss and share ideas regarding how pool monies are currently allocated by NASCAR to the Teams and what sort of changes might Teams recommend to NASCAR in a renewed Charter Agreement.   In the next few weeks, the PAC is expected to make recommendation(s) to the TNC which will then be shared with the Teams for further input before moving forward with any recommendation to NASCAR.

D.   **In the Media.**   This is the link (reprinted below) to the latest A/P story with references to NASCAR's financial health.   NASCAR teams have hired a top antitrust attorney in their revenue dispute. Here's what it means | AP News.   The TNC continues to be appreciate of the support and notes that it is less than 2 weeks into the 60-day window approved by the Teams in Daytona.   We will follow with additional updates weekly, or more regularly if necessary.

Please feel free to reach out with questions.

Finally, a reminder of the importance to keep information confidential, not discussing outside of your Team or this group.

Thank you –

*Team Negotiating Committee*

*******************************************

HIGHLY CONFIDENTIAL - OCO   23XI_0012757

[ADD A/P STORY HERE ON FINAL DISTRIBUTION]