# Exhibit 100

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** jsm@raceteamalliance.com [jsm@raceteamalliance.com]
**Sent:** 3/20/2024 8:39:31 AM
**To:** 'Chris Rice' [crice@kauligracing.com]
**Subject:** RE: [EXTERNAL]Re: Pool Allocation Committee - 3/20/24 Presentation

I agree that no one agreed/said to take NASCAR's proposal out. That said, my guess is that once put to a vote before this group – at best – the vote would be:

Vote By Teams - 2 For & 4 Against // Vote By Charters – 4 For & 11 Against

The question for this group is whether they can get to an 80% threshold for approval of any of the plans that they would recommend to the TNC.

JSM

---

**From:** Chris Rice <crice@kauligracing.com>
**Sent:** Tuesday, March 19, 2024 8:06 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>
**Subject:** Re: [EXTERNAL]Re: Pool Allocation Committee - 3/20/24 Presentation

Thanks Jonathan as far as taking the Nascar one out I don't think we all agreed to take that one out. Correct me if I'm wrong.


Chris Rice
President
Kaulig Racing, INC.
105 Austin DR
Lexington NC 27295

Crice@KauligRacing.com
www.KauligRacing.com

**IMPORTANT CONFIDENTIALITY NOTICE AND DISCLAIMER:** This e-mail contains confidential and proprietary information some of which may be legally privileged. The documents and accompanying e-mail communiation contain confidential information belonging to the sender and is legally protected. If you are not the intended recipient, or an addressing or transmission error has misdirected this e-mail, please notify the author by replying to it. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the communicated information is strictly prohibited.


On Mar 19, 2024, at 1:29 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

I think we are both right, but you are more right!!!

HIGHLY CONFIDENTIAL – OCO                                            RTA00034000

No reason to communicate but we will be aware.

Thanks

JSM

JONATHAN MARSHALL // EXECUTIVE DIRECTOR
jsm@raceteamalliance.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

On Tue, Mar 19, 2024 at 1:07 PM Tim Carmichael < > wrote:

Jonathan,
While purse is the bucket JGR pays the highest percentage of to the drivers, I don't think we should communicate that as the reason not to grow purse.

It is up to the teams to deal with their drivers and how each team constructs their driver contracts. Also, and more importantly, if it comes out that we are trying to keep money from drivers we will have a problem on our hands.

I think we should communicate that we don't want to disproportionately grow the purse bucket because week to week finishing positions are too random (see Bristol as an example) and the idea is to reward consistently good performance which is done first by historical, second by year end, and lastly by weekly purse.

Thanks,
Tim

Get Outlook for iOS

---

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Sent:** Tuesday, March 19, 2024 12:46:48 PM
**To:** Len Wood <Len@woodbrothersracing.com>
**Cc:** Lampe, Scott < >; Phil Roberts <PRoberts@rfkracing.com>; Tim Carmichael < >; Robby Benton <rbenton@wareracing.com>; Chris Rice <crice@kauligracing.com>
**Subject:** [EXTERNAL]Re: Pool Allocation Committee - 3/20/24 Presentation

Thanks Len.

HIGHLY CONFIDENTIAL – OCO
RTA00034001

One number that I spoke with Phil about was what % of the Purse/Year End do Teams "generally share" with their Drivers.

If you look at NAS's proposal moving Purse to 50% (from current 35.4%) & Y/E to 10% (from 9.6%), that's a swing of 15% (of 100%) - and therefore a shift of 15% X $429M to the Purse/YE = $64.35M.  Unless a Team has an auto adjustment in their agreement with Drivers, a $65M shift to a "shared pool" could cost Teams tens of millions of dollars....compounding issues.

I can't imagine that NAS has done any analysis on what impact this would have on the Teams.

JSM

On Tue, Mar 19, 2024 at 12:16 PM Len Wood <Len@woodbrothersracing.com> wrote:
> Jonathan, I agree with you. I think the owners should be reminded of what NASCAR's proposal is.
>
> **From:** Lampe, Scott <​​​​​​​​​​​​​​​​​​​​​​​>
> **Sent:** Tuesday, March 19, 2024 12:12 PM
> **To:** Jonathan S. Marshall <jsm@raceteamalliance.com>; Phil Roberts <PRoberts@rfkracing.com>
> **Cc:** Tim Carmichael <​​​​​​​​​​​​​​​​​​​​​​​>; Robby Benton <rbenton@wareracing.com>; Chris Rice <crice@kauligracing.com>; Len Wood <Len@woodbrothersracing.com>
> **Subject:** RE: Pool Allocation Committee - 3/20/24 Presentation
>
> Fair enough.  Let's roll on
>
> **From:** Jonathan Marshall <jsm@raceteamalliance.com>
> **Sent:** Tuesday, March 19, 2024 11:33 AM
> **To:** Phil Roberts <PRoberts@rfkracing.com>
> **Cc:** Lampe, Scott <​​​​​​​​​​​​​​​​​​​​​>; Tim Carmichael <​​​​​​​​​​​​​​​​​​​​​​​>; Robby Benton <rbenton@wareracing.com>; Chris Rice <crice@kauligracing.com>; Len Wood <Len@woodbrothersracing.com>
> **Subject:** Re: Pool Allocation Committee - 3/20/24 Presentation
>
> My thoughts -
>
> - NASCAR's proposal is the one that has been made to the Teams - so from a fact based scenario, it's a "legitimate proposal"
>
> - However, there are going to be a number of Teams that would vote against the NASCAR proposal and won't achieve "supermajority vote"
>
> - I believe it's beneficial for the PAC to note (i) that it reviewed NAS's proposal, (ii) evaluated the pros/cons and (iii) ultimately could not recommend it - and the reasons why.  When the Teams make the recommendation to NAS it will be important (I believe) to show to NAS why their proposal wasn't adopted and including it in our evaluation shows Teams' good faith efforts to evaluate it along side of other proposals.
>
> JSM

HIGHLY CONFIDENTIAL – OCO

RTA00034002

On Tue, Mar 19, 2024 at 10:35 AM Phil Roberts <PRoberts@rfkracing.com> wrote:

Good question – from my perspective, we still don't have agreement on a single solution from everyone. During the last meeting, there were still references made to the NASCAR plan as a possibility, although no one has specifically voted on it (and we all recognize the issues with having a significant increase to Purse and eliminating Historical), while the other 2 plans have pretty much been ruled out for now.

The goal is still to get everyone (or as many as possible) behind just one solution but we are not there yet. Hopefully closer to reaching that goal by the end of the meeting tomorrow!

What are other's thoughts on this?

---

**From:** Lampe, Scott <​█████████████​>
**Sent:** Tuesday, March 19, 2024 9:59 AM
**To:** Jonathan S. Marshall <jsm@raceteamalliance.com>; Tim Carmichael <█████████████>; Robby Benton <rbenton@wareracing.com>; Chris Rice <crice@kauligracing.com>; Len Wood <Len@woodbrothersracing.com>
**Cc:** Phil Roberts <PRoberts@rfkracing.com>
**Subject:** RE: Pool Allocation Committee - 3/20/24 Presentation

Is anyone in favor of the Nascar(team suggested) plan? I thought we had decided to remove that one?

---

**From:** Jonathan Marshall <jsm@raceteamalliance.com>
**Sent:** Tuesday, March 19, 2024 9:19 AM
**To:** Lampe, Scott <█████████████>; Tim Carmichael <█████████████>; Robby Benton <rbenton@wareracing.com>; Chris Rice <crice@kauligracing.com>; Len Wood <Len@woodbrothersracing.com>
**Cc:** Phil Roberts <PRoberts@rfkracing.com>
**Subject:** Pool Allocation Committee - 3/20/24 Presentation

PAC -

Attached is the presentation for Wednesday's meeting. **It is a DRAFT.**

Phil & I discussed and at this point we believe there are three proposals that are being debated -

1. Current - roll everything forward
2. NASCAR's proposal - the one that they included in the draft of the Charter
3. PBR Plan

Len has pulled his proposal and said he would endorse the PBR Plan.

And, we didn't think either "all in Historical" or the RB Plan would garner enough votes to move it forward - each garnering (at best) two votes (out of the six).

HIGHLY CONFIDENTIAL – OCO

RTA00034003

Current, NASCAR & PBR Plan.

If you'd like to see changes/additions prior to the meeting, please reach out to Phil and/or me and we'll get it done.

Speak tomorrow or feel free to reach out today.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com
<image001.jpg>

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com
<image002.jpg>

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

HIGHLY CONFIDENTIAL – OCO

RTA00034004

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



\*\*\*This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.\*\*\*

HIGHLY CONFIDENTIAL – OCO                                                          RTA00034005