# Exhibit 101

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Curtis Polk [curtis@jump.management] |
|---|---|
| Sent: | 3/23/2024 12:03:53 PM |
| To: | Gene Mason [gene.mason@jump.management] |
| CC: | two trey ███████████ |
| Subject: | Re: 23XI Denny |

I agree w EVERY point Gene makes.

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Mar 22, 2024, at 12:06 PM, Gene Mason <gene.mason@jump.management> wrote:

Yes, at the meeting in FL I suggested at east semi-annual but really quarterly meetings so that everyone feels heard and when decisions are made everyone I son the same page.

Eugene Mason, CFO
Jump Management LLC
5335 Wisconsin Ave NW, #440
Washington, DC 20015
Fax +12023509902

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Mar 22, 2024, at 1:03 PM, twotrey███████████ wrote:

Wow!! Alot to take in but I totally understand your assessment. Love for us to get on the same page. How do we do this? Maybe a meeting at the shop in Charlotte
Thoughts?

On Fri, Mar 22, 2024 at 12:45 PM, Gene Mason <gene.mason@jump.management> wrote:

Some updates and insights from my recent conversations with Rod and Rick Russell and others over the last week.

To start with I think that what we have accomplished in the last three years is more than amazing. We went from nothing to starting a team with staff left over from LFR. We have made great improvement each year far

CONFIDENTIAL                                                                                                   23XI_0021606

in excess of what a startup should be able to do. We have a team in place that is great. We have improved our staff each year to the extent that other teams are trying to poach people from us and are unsuccessful due to how great it is to work at 23XI.

2311 Real Estate
Denny has been pushing for Pro Sport to sublet space from us at the new shop. I have been pushing back for a couple of reasons.
1) I am in total agreement with Steve that the Pro Sport employees cannot have use of our amenities at the shop (GYM, Cafe etc) They are not 23XI employees and represent other drivers. I do not want our employee have to worry about what they are talking about in their home because Pro Sport employees may be using the same spaces. I told both Rod and Denny we would always make conference space available to Pro Sport as long as we were not using it. 2

2) I told Rod and Denny that Pro Sport would be responsible for the cost of the buildout (500-800k) of the space not 2311 Real Estate. Rod has repeatedly tried to tell me that Pro Sport building out the space would have value to us. I have told both he and Denny that if they moved out we would tear out their buildout and use the space for storage so it does not increase the value of the building.

3) Rod and Rick complained to me about the cost of the new Pit Practice Facility and that they were unaware of it prior to when I sent them a recent update. I told them that I forwarded the information when I received it and that I was not involved with the cost and planning. I told Rod that now that they are not moving into the space I will work to reduce the cost of and size of the building for the pit practice. I reached out to Wheels and John at Choate to get brought up to speed and they had already had discussions on reducing costs for the facility. I told Wheels and John that I will be involved going forward with the planning and execution of the facility.

The most serious issue with cost control is Denny. I heard the same thing from Wheels and Choate. Denny comes in and says money is no issue and then when there is pushback he throws Wheels and Mikey under the bus (this is from Rod). Spending money with no plan does not make the pit facility better its just causes issues when the cost escalates for user a million to almost 2 million and does not address the issues that need to be taken care of. The improvement to the pit crews is not a sprint, it takes years to train pit crews. I will make sure that the sis completed timely and with a sound plan on execution. I will be talking with Wheels, Mikey, Dave and Choate next week. We have already had at least one practice at our shop using the temporary barriers that have been delivered as we go through the process of construction a complete facility.

23XI Racing
New Charter
I spoke with both Rod and Rick about the third charter and our strategy for the POTENTIAL purchase. Rod wanted to talk about how Denny can pay for a third charter purchase. I told Rod that we will never have Michael owning less than 51% of the team. I said in the vent that both sides bring potential investors in AFTER the new Charter agreement is in place that ownership will sit down together to determine which group makes sense. I told them that if Denny wants to reduce his ownership in favor of a new investor that we would be ok with that. I also said that I was against different ownership percentages for each charter. In my opinion this just creates incentives for not behaving s a team as some owners would be incentivized to allocate resources differently. I emplaned that there are a couple of different ways that investors can come in and create a distribution event for the current equity owners. Denny can reuse his ownership interest below 40% in favor of the new investors. We can issue voting and non voting stock so that while the equity is reduced the actual control will not change. I stressed with Rod that by Denny signing the non binding purchase agreement with SHR that he was undermining Curtis's negotiation position with NASCAR in the event it escalates. There is no way that everyone does not know that Denny signed the agreement even with NDA's, this is just NASCAR. I discussed with Rod that I would not support the purchase of a third charter without the charter issue being settled with NASCAR, I stressed that I would advise to pay 50 million for a Charter that I know the value of than 25-35 million for a Charter that may be worth nothing.

CONFIDENTIAL  23XI_0021607

What I did not go over with Rod was that if Denny thinks that he signed the agreement and that 23XI would have to pay a premium to get the charter if he is awarded the option to buy is false. We would just tell him to go ahead and purchase it and try and sell it to another team.

Dave Rogers
Michael a quick and abridged update for the Wednesday competition cal with Denny, Cutis, Steve, Dave Wheels and Mikey. We went over the pre race and in race adjustments to Strategy and why they failed for us. There is an issue with JR and how the at track strategy is communicated and implemented. Bubba had reached out to Dave after the race to express his frustrations with the calls at the race. Dave had a meeting with Bootie and JR about what happened at the race and ripped into them. JR for the fact that he continues to argue his point on strategy and his insistence that anyone that does not agree with him is an idiot and Bootie for why he let that happen. I was aggressive with Dave during the call about what he was doing about JR (The behavior JR exhibited at the race has been ongoing since we started as a team). I saw during the cal that Dave was angry about some of the comments Denny made about what is done at JGR compared to what we do. Dave pushed back hard on Denny telling him that Dave knows more about what goes on at JGR than Denny does and that he took exception with his comments. I interjected here by asking Dave how many years had the JRG road crews been together 10 years or more and that in my opinion we cannot expect in 3 years to equal what those crews have built over time. I then had a conversation with Dave after the call to make sure that he understood what my concern was. I explained to him that I was not advocating terminating JR but that part of leaderships role is to make sure that all of our team interacts respectfully with each other. I also talked with him about Denny comments and reiterated our support for him and that dealing with Denny the driver in these meetings was part of the job. He agreed with me and said he was just frustrated that we consistently unload with the best cars and setups and that JGR has to ask us what we did and move their setups to ours after practice and qualifying and Denny comes in and dismisses that. (inside baseball here, most other organizations including JRG each car operates as its own team competing with the other cars to the point of not sharing strategy and setup to the extent we do) We have created a unique and successful culture at 23XI where everyone wins and losses together and shares everything to make the TEAM better. I told Dave that my frustration is that we have the best cars on race day without question due to how our team works and we hurt our selves with our inability to adapt during the race to what is happening at the race. Right or wrong I also think that we have so much data and the best analysts that we spend maybe too much time racing exactly how the race was won the previous year and not enough time in thinking about what to do in unforeseen circumstances and coming up with potential winning new strategy. What I did not tell Dave and I do not know that this is true is that in my opinion the other teams studied how we were successful last year and have a strategy on how to mitigate this and even use this against us.


Denny
The positives. Denny is a great driver one of the best of all time. He is completely driven for 23XI to succeed. He knows more about how to prepare to drive a race and how to execute that almost any other driver.

The negatives. He does not know as much as he thinks he does about race strategy and the other nuts and bolts of racing. Denny relies on regurgitating what Chris Gabehart says as if it were gospel. He I sa terrible business man. He ascribes to the dumb theory that if spend more money it will tannate into wins and speed. This is only true to a small extent. He is always telling the team that money is no object and that he is making the decisions on how to spend it. This pushes the staff to make decisions that are not necessarily the best but they feel they have to make those decisions. Whenever Curtis or I disagree with him he accuses us of not valuing him which is very far from the truth and why we had to have the meeting at the Grove during the sponsor summit last year. His is the only position that matters.

CONFIDENTIAL

23XI_0021608

Eugene Mason, CFO
Jump Management LLC
5335 Wisconsin Ave NW, #440
Washington, DC 20015
Fax +12023509902

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

CONFIDENTIAL

23XI_0021609