# Exhibit 102

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

💬 **chat124250220993487413**

**SL** — **Steve Lauletta** — ▶ 4/4/2024, 7:08 AM
Curtis would you be open to sharing the proposal of how the new charter revenue would be split with us as Gene and I could use it to forecast impact on our current and future revenue? Hope the party was fun last night !

**CP** — **Curtis Polk** — ▶ 4/4/2024, 8:44 AM
Ok I'm in Nashville but when I get back later today I'll try to send to you

**CP** — **Curtis Polk** — ▶ 4/4/2024, 3:59 PM
Very confidential not even SHR has seen this
41 car $9,201,000
14 car $9,826,000
10 car $10,724,000
4 car. $13,680,000

This is Pool Committee recommendation and is 2025 charter $ based on 2023 performance

**SL** — **Steve Lauletta** — ▶ 4/4/2024, 4:02 PM
Well that makes this deal on the table even better than I thought

**CP** — **Curtis Polk** — ▶ 4/4/2024, 4:04 PM
That includes PM and pool $

**EM** — **Eugene Mason** — ◀ 4/4/2024, 4:05 PM
Keep in mind that the 10 number will go down due to 2024 performance

**CP** — **Curtis Polk** — ▶ 4/4/2024, 4:08 PM
For rough calculation purposes, the breakdown is 40.8%. Fixed, 21.7% historical
29.5% PM
8% YE points
After 2025, each bucket grows 5% per year

**CP** — **Curtis Polk** — ▶ 4/4/2024, 4:09 PM
We tried to keep PM and YE roughly flat in 2025 to not have drivers get a windfall. DH cover your eyes please 😊

**CP** — **Curtis Polk** — ▶ 4/4/2024, 4:10 PM
The really big jump in 2025 is to fixed.

**DH** — **D H** — ▶ 4/4/2024, 4:10 PM
Fuck.. im 90% of prize money at JGR lok

**SL** — **Steve Lauletta** — ▶ 4/4/2024, 4:10 PM
Does it show the increase amount from the current approach? As the historical I have is $2M for the 10 (from then) and would guess maybe the other buckets are another 4-5M for them so looking at an increase of 3-4M for that charter?

**CP** — **Curtis Polk** — ▶ 4/4/2024, 4:11 PM
The 10 in 2024 w 2023 performance should get $8,328,000

**CP** — **Curtis Polk** — ▶ 4/4/2024, 4:13 PM
Currently the breakdown is
26.1% historical
28.9% fixed
35.4% PM
9.6% YE

**SL** **Steve Lauletta** ▶ 4/4/2024, 4:14 PM
Great, Gene we can work on some scenarios for moving forward so will call you tomorrow to discuss

**EM** **Eugene Mason** ◀ 4/4/2024, 4:15 PM
Ok

**DH** **D H** ▶ 4/4/2024, 4:35 PM
Wait I thought that we were getting 42.5% of media money and it did NOT go up much at all year after year. Now your saying they go up 5% a year?

**CP** **Curtis Polk** ▶ 4/4/2024, 5:09 PM
Sorry I didn't type this well. There are 4 buckets. The general direction is all buckets(except fixed)go up 5% per year from current level and the balance goes to fixed. So we see a big jump in fixed in first year then they have very small growth based on how the TV money flattens out. The other recommendation being made is to pay 1-36 in YE v current 1-25.
This is all preliminary stuff. I'm sharing the SHR #s so Jake and Gene can do some modeling

**CP** **Curtis Polk** ▶ 4/4/2024, 5:09 PM
Heck the ultimate conclusion can look quite different

HIGHLY CONFIDENTIAL - OCO                                                                                          23XI_0251670