# Exhibit 104

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

**Messages in chronological order** (times are shown in GMT -04:00)



**JM** — **Jonathan Marshall**  ▶ 4/11/2024, 12:21 PM

Thank you again for yesterday.   it was really great for Ken to be able to see the contrast between different teams and their approaches.

On a separate topic. I've been asked to find out the teams are agreeing to meet with Jim or not. At this point, it seems like a split where half the teams are saying they will meet (subject to having meaningful dialogue about the four issues indicated in the letter), and others simply saying I don't see a reason to meet as we're not going to negotiate this individually with teams and need to collective solution. If you want to give your thoughts, happy to hear them, but if you're uncomfortable sharing them, that's fine as well.

**JF** — **Jerry Freeze**  ◀ 4/11/2024, 1:27 PM

When Bob and I discussed it, he said he wanted to see what some of the other owners were doing.  We weren't opposed to meeting them and keep on the same 4 issues.  I'll share with him it sounds like a mixed bag of those meeting and those not.

**JM** — **Jonathan Marshall**  ▶ 4/11/2024, 1:59 PM

It is a mixed bag but those meetings are definitely sticking with the four issues

HIGHLY CONFIDENTIAL – OCO                                                                                                  FRM_0089871