# Exhibit 110

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**Messages in chronological order** (times are shown in GMT -04:00)

---

**JM**    **Jonathan Marshall**    ▶ 8/16/2024, 8:06 AM

You'll see I sent the summary to you of the changes made (I should say the changes that weren't made) to the charter agreement. I'll be doing a bit of an outreach today to see where peoples heads are at in terms of this latest. If you've got some time today or over the weekend to chat, let me know. I want to make sure I have spoken to each Team.

**JF**    **Jerry Freeze**    ◀ 8/16/2024, 8:53 AM

I did read the summary last night. Thank you. I haven't spoken to Bob yet, but I know his viewpoint pretty well. We would stand on rejecting this, as they obviously aren't considering any of our more important counters. But, we also hear some scuttlebutt that NASCAR is positioning this possibly as a take it or leave it and then if we reject it, others accept it, we eventually would be forced to purchase our charters back from NASCAR if we so chose to continue being a Charter team in 2025. Being a team NASCAR could take or leave being in the sport, this has us concerned if this were to be their position. I will get Bob's "official" feedback for you, but I do know we are in the camp to continue the fight, let the narrative be that we can pick and choose where to race in 2025, if there are no charters. It is the only leverage we have, I believe. But if others are caving, especially HMS, JGR or Penske etc, that would be good to know.

**JM**    **Jonathan Marshall**    ▶ 8/16/2024, 8:57 AM

We are in alignment.

I will be monitoring where peoples heads are at, and will share back as soon as I know. I am in discussions with everyone.

**JF**    **Jerry Freeze**    ◀ 8/16/2024, 9:02 AM

Thank you.

HIGHLY CONFIDENTIAL – OCO      FRM_0076197