# Exhibit 116

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

💬 **chat124250220993487413**

SL **Steve Lauletta** �no ▶ 10/31/2024, 9:22 AM

Tyler working on Hollis schedule for a late Saturday away from track meeting or Sunday depending on his arrival. He also thinks he can get us the $1M support on Reddick new deal linked to our extension. They are sending their sponsorship agreement draft back to nascar with the non team ownership language in it but nascar has not sent yet. I and also DH told him about the McAnally Cup entry rumor

CP **Curtis Polk** ▶ 10/31/2024, 9:23 AM

Moving to text w Kessler⚫

EM **Eugene Mason** ◀ 10/31/2024, 9:25 AM

Emphasized "Tyler working on Hollis schedule for a late Saturd…"

HIGHLY CONFIDENTIAL - OCO

23XI_0251749