# Exhibit 118

# FILED UNDER SEAL

Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **chat124250220993487413**

**DH** — **D H**  ▶ 1/4/2025, 10:41 AM
Stupid question but are we even in the RTA this year?

**EM** — **Eugene Mason**  ◀ 1/4/2025, 10:41 AM
Should we even be in?

**DH** — **D H**  ▶ 1/4/2025, 10:43 AM
Well I could give 2 shits about the other teams but im guessing JMarshall is probably going to be able to give a ton of information to the case as it proceeds

**EM** — **Eugene Mason**  ◀ 1/4/2025, 10:44 AM
Don't need to be in RTA for that just depose him

**SL** — **Steve Lauletta**  ▶ 1/4/2025, 11:11 AM
I have not received any information from JSM other than meeting schedules about dues or plans for the group.

**SL** — **Steve Lauletta**  ▶ 1/4/2025, 11:25 AM
I do think outside of flawed charter negotiations there is some value in having the teams have a mechanism to share information and discuss issues/opportunities

**CP** — **Curtis Polk**  ▶ 1/4/2025, 11:29 AM
Go to text thread w lawyers

HIGHLY CONFIDENTIAL - OCO

23XI_0251750