# Exhibit 140

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

**From:** Robert Kauffman [REDACTED]
**Sent:** 8/30/2022 8:07:39 PM
**To:** Steve Newmark [SNewmark@rfkracing.com]; Jonathan Marshall [jsm@raceteamalliance.com]
**CC:** Curtis Polk [REDACTED]; Dave Alpern [REDACTED]; Jeff Gordon [REDACTED]
**Subject:** Re: TNC - Team Letter to NASCAR - DRAFT

My thoughts below in CAPS, maybe a call is best. rk

---

**From:** Steve Newmark <SNewmark@rfkracing.com>
**Date:** Tuesday, August 30, 2022 at 7:54 PM
**To:** Jonathan Marshall <jsm@raceteamalliance.com>
**Cc:** Curtis Polk [REDACTED], Dave Alpern <[REDACTED]>, Jeff Gordon <[REDACTED]>, Robert Kauffman [REDACTED]
**Subject:** Re: TNC - Team Letter to NASCAR - DRAFT

A couple of thoughts. Didn't the RTA appoint this committee a while back? Shouldn't this just be reaffirming that this group is authorized to speak and act on behalf of all the teams? The way it reads, it almost implies that the prior activity was more informal, and not sanctioned. I would prefer not to reinforce Jim's prior narrative that we weren't really engaged in real discussions. IT IS MEANT TO REINFORCE THAT YOU 4 ARE THE GUYS FROM HERE OUT. THE PAST IS THE PAST. ALSO FORMALIZE A COMMUNCATION (NEGOTIATION WITH OUT CALLING IT THAT) PROCESS.

Also, do we need to say that we expect any negotiations around the new paradigm to proceed through the TNC? I FELT BEING TOO SPECIFIC ABOUT YOU HAVE TO NEGOTIATE THROUGH THESE 4, AND NOT DIRECTLY WITH THE OWNERS WOULD BE INFLAMATORY. IT IS IMPLIED BUT NOT SPECIFICALLY CALLED OUT.

All of that said, I'm comfortable with whatever approach you guys want to take here. Although I'm not sure the letter says much, it was specifically requested by several of the owners including RC. I WOULD DEFER TO THE GROUP, BUT I THINK WE WERE LOOKING FOR A MANDATE FROM THE TEAMS THAT THIS IS THE GROUP TO SPEAK WITH. I DON'T THINK GETTING INTO ANYTHING ELSE EXPLICITLY HELP. I AGREE WITH CURTIS, THE REAL STUFF WILL BE CONVEYED IN CONVERSATIONS, NOT LETTERS.

LASTLY, WANTED TO KEEP IT SIMPLE IF WE WANT TO GET EVERYONE TO SIGN. THAT IS A CHALLENGE IN ITSELF.

Steve

On Aug 30, 2022, at 6:14 PM, Jonathan Marshall <jsm@raceteamalliance.com> wrote:

Curtis, Jeff, Dave and Steve -

Attached is a proposed draft of a letter to be sent to NASCAR following this AM's RTA Board and Member meeting.

This letter has been reviewed (and revised) by Peter Zern, outside counsel from the Covington firm which advised the Teams during the original Charter negotiations.

Let Rob and I know any comments, suggestions or concerns.

Once we have this together, I'll have it set up to be signed by all 16 Teams.

HIGHLY CONFIDENTIAL - OCO                                                                                                23XI_0171168

Thanks.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***