# Exhibit 141

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 229 Defendants' Motion to Seal, entered on 10/2/2025 at 8:14 a.m. and filed on 10/2/2025**

| From: | Jonathan Marshall [jsm@raceteamalliance.com] |
|---|---|
| Sent: | 9/11/2024 7:13:05 PM |
| To: | Bob Jenkins ▇▇▇▇▇▇▇▇ Jerry Freeze [jfreeze@frontrowmotorsports.com] |
| Subject: | 2025 Charter Agreement Summary |
| Attachments: | Charter Agreement Summary NASCAR Final 2025 - 2031 vs. 2016 09122024.pdf |

Bob and Jerry -

The attached summary outlines key points of the 2025 Charter Agreement. In reviewing, please note:

- This is intended to assist Team executives in their review.

- The focus is on material terms, key changes between the 2016 vs. 2025 Charter and is written in a business memo style for quick reference.

For a more detailed analysis, please refer to the full Charter Agreement.

Also, please note that the Teams received a letter earlier today from Steve Phelps that referenced a side letter that would be coming in the next few days. The material issue that will be addressed in the Side Letter is one that Joe Gibbs Racing brought to NASCAR's attention on Friday evening and seeks to clarify the terms by which NASCAR is required to offer Teams specific monies on the Extended Term (this is addressed in the memo attached). The Side Letter will be going to each of the Teams.

If there are any questions, please let me know.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR

▇▇▇▇▇▇
jsm@raceteamalliance.com



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

**SUMMARY OF NEW CHARTER TERMS**

**AS OF SEPTEMBER 6, 2024**

---

The following is a summary of the material differences between the existing Charter ("2016 Charter") and the new Charter ("2025 Charter").

*This memo is not intended to be an analysis of all terms of the agreement and readers are encouraged to review the long from agreement in its entirety in order to complete their analysis.*

1. **FINANCIAL ISSUES**:

    a. **Pool Money Increase**. The increase in money can be found in Exhibit "B" (attached) and is as follows:
        i. $340M – 2024 (Last year of the 2016 Charter Pool Money)
        ii. Pool Money – 2025 Charter
            1. 2025    $431.3M
            2. 2026    $437.0M
            3. 2027    $447.0M
            4. 2028    $450.6M
            5. 2029    $458.6M
            6. 2030    $462.3M
            7. 2031    $444.5M - $468.2M (depending on audience performance)
    b. **Distribution of Pool Money.** NAS largely adopted Teams' Pool Money Allocation proposal with the following changes:
        i. "Championship Payments" now referred to as "**Performance Payments**" and are paid over 2 successive years (vs. 3 successive years in the 2016 Charter).
        ii. "**Fixed Money**" increases in larger amounts in the initial year of agreement vs. later years.
    c. **Pool Money Reductions.** NAS has the ability to reduce Pool Money in the future fund programs like:
        i. Driver Ambassador Program ("**DAP**")
            1. Estimated cost of DAP is $16M in 2025 but NAS has said it could cost up to $20M annually.
            2. NAS determines the annual cost of DAP and how monies are distributed to Drivers.
            3. If NAS ends DAP during the Term, the funds return to Pool but only if NAS determines that Teams supported the program (otherwise NAS retains the money).
            4. Funds come out of "**Media Revenues**" before distribution to Teams/Tracks/NASCAR (i.e., Teams pay "pro rata share" of program).
        ii. Cost Cap Administration Costs: If a Cost Cap is adopted (*see "Cost Cap" below*), the fees to administer the Cost Cap come out of "Media Revenues" before distribution to Teams/Tracks/NAS (Teams would then pay a "pro rata share" of administration fees (which NAS estimates would be ~$5M per year)).

Case 3:24-cv-00886-KDB-SCR    Document 454-66    Filed 11/21/25    Page 3 of 19

HIGHLY CONFIDENTIAL – OCO                                                          RTA00019364

d. **Other Costs.** To the extent there are other cost increases (e.g., introduction of a new car, new single source supplier (including a new engine supplier), scheduling changes outside of the U.S., etc.), those costs will first be presented to the newly devised "**Team Advisory Committee**" (*see "Governance / Approval Rights" below*) but NAS will retain final say over adoption of new costs. Teams' rights through "endorsement/non-endorsement" procedure which was part of the 2016 Charter have been omitted and are not part of the 2025 Charter.

e. **Direct payment to Drivers is Permitted.** Under the 2025 Charter, NAS is now permitted to pay the Drivers directly as follows:

   i. Through the DAP program;

   ii. Via "**Other Awards**" (amounts paid to Driver (which may be waived by Driver in writing to be paid to Team) for the mid-season tournament from Warner Brothers Discovery and any successor promotion by a Broadcast Partner); and

   iii. NAS reserves the right to pay "additional awards, bonuses or any other consideration" to Drivers if it decides to do so.

   iv. A proviso was also added whereby NAS agreed to use good faith efforts to provide transparency to Teams for any payments made to a Team's Driver(s).

f. **Annual Fees Payable to NAS.** Attached as Exhibit C is the NAS Fee Schedule (Schedule 3 to the 2025 Charter).

g. **Media Revenues** - NAS will make a rep each year to confirm the amount received under media revenue.

2. **LENGTH OF TERM**

a. **Initial Term** – 7 years (2025 – 2031)

b. **Extension Term** – 7 years (2032 – 2038)

   i. Each Team decides on extension based on NAS providing new economic terms & Team's acceptance of those terms. The amount of Pool Money and Team share for Extended Term is decided by NAS.

   ii. Provided that the Team is in "**Good Standing**" (as defined), NAS will provide the Team with a Pool Money Notice no later than November 1, 2030 (unless that is not practical).

   iii. If NAS has signed a "**Traditional Broadcast Deal**" (as defined), then:

      1. If the deal is up to 7 years with an AAV that is no less than the AAV of the current media deal for the corresponding period (i.e., the first year of the deal as compared to the first year of the current deal) then NAS will offer the Teams at least the Pool Money (on a per year basis) of the existing media deal.

      2. If the deal is less than 7 years (but AAV still meets the test above), NAS will offer Teams an extension equal to the length of the media deal as for

2
CONFIDENTIAL

HIGHLY CONFIDENTIAL – OCO
RTA00019365

the Pool Money which is at least equal to the existing media deal (prorated for the lesser number of years).

3. For deals over 7 years, and again provided the AAV is no less than the current AAV (on the same "corresponding year basis" provided above), NAS will match both the AAV of current deal and extend the term to match the new broadcast deal.

4. NAS will use good faith efforts to enter into a deal that is 7 years, but final decision is NAS's.

5. NOTE: NAS has indicated that they will be sending a side letter to the Teams that revises the calculation of the AAV as follows: The minimum amount of Pool Money paid out to the Teams will be according to the schedule for the corresponding years in the Initial Term (e.g. 2025-2029 if a five (5) year deal) so that the minimum Pool Money paid out to the Teams for the Extension Term (assuming the next media eal is the same or more on an AAV basis), whether a shorter term or longer term than the Initial Term, to be equal to the aggregate value of the AAV of the Initial Term Pool Money multiplied by the number of years in the Extension Term. By way of example, if the AAV of the Initial Term Pool Money is $451,000,000 (on a 7-year term), and the Extension Term is for five (5) years, then the minimum aggregate amount of Pool Money NEM will pay to the Teams over the Extension Term is: $2,255,000,000 ($451,000,000 x 5 years).

iv. If the Team intends to extend its Charter it will send an **Extension Notice** between January 1 - March 1, 2031.

v. Failure to timely send the Extension Notice waives the Team's right to extend the Agreement, except if NAS fails to provide the Pool Money details.

vi. **Matching Right –**

1. If the term is not extended, then NAS cannot offer the Agreement to others on improved terms without informing Team Owner during the Matching Period (which is the length of the Initial Term, or the Initial Term + 180 days if a Team remains active in the Cup Series during 2032).

2. Team has 30 days to accept more favorable terms if offered during this period.

3. If a Team doesn't extend but otherwise enters a competitive series, then they lose their right to Match.

c. **Extension beyond 14 Years** –

i. Operates similar to the 2016 Charter.

ii. Starting 18 months prior to expiration of the Initial Term (July 1, 2037, or earlier / later depending on corresponding period of the final full calendar), NAS and Teams enter an exclusive 6-month negotiating period ("**Negotiating Period**"), to

HIGHLY CONFIDENTIAL – OCO

determine if the Charter will be extended beyond December 31, 2038 (or earlier/later if applicable).

   iii. Other Terms

      1. All renewal discussions shall be confidential and conducted in good faith.

      2. NAS will deliver to Team a written proposal.

      3. If the parties have not agreed to renew the Agreement prior to the expiration of the Negotiation Period:

         a. Then by no later than 15 days following the final day of the Negotiation Period, NAS must submit its final offer (the "**Final Offer**"); and

         b. Team shall accept or decline the Final Offer in writing no later than 15 days following receipt thereof.

      4. NAS cannot reissue the Charter to any third party on terms more favorable than those included in the Final Offer for the remainder of the Extension Term following the end of the Negotiation Period.

         a. If NAS intends to reissue the Charter, Team has a matching right.

3. **GOVERNANCE / APPROVAL RIGHTS**

   a. **Committees**:

      i. Team Owner Council ("**TOC**") – exists as it currently does

      ii. Competition Committee – exists as it currently does

      iii. New Committees

         1. Team Advisory Committee ("**TAC**")

         2. New Business Committee ("**New Biz Comm**")

   b. **TOC Meetings:**

      i. Will occur not less than twice a year (down from four (4) a year)

      ii. Teams will nominate the TOC co-chair to serve a 2-year term

      iii. These meetings will be in-person meetings (no video), except for "special meetings" which may be attended via video.

   c. **Team Advisory Committee** is a new committee:

      i. Objective - Review "General Changes" (*see below*) at an early stage

      ii. Seven (7) people on committee

         1. Four (4) NAS reps

         2. Three (3) Team reps (one from each OEM class)

   d. **Notable changes in New Charter.** The following were eliminated:

      i. "Endorsement Procedure" (where Teams would endorse/not endorse "Material Changes")

      ii. The "three strikes rule" (where if NAS overrode the Teams three times, Teams relieved of the non-compete)

HIGHLY CONFIDENTIAL – OCO    RTA00019367

  e. **"Material Change" definition – Now "General Change"**: New Agreement rebrands the definition of "Material Change" to now be "General Change" (list of what constitutes a "change" remains largely the same). If there is a "General Change" then:

    i. First reviewed with the newly formed TAC

    ii. Then brought to the TOC for "meaningful consultation"

    iii. And NAS reserves the right to make final decision on all

  f. **How "Other Changes" adopted**: For other competition matters that do not meet the definition of a "General Change", those will be brought to the "Competition Committee" for input/feedback. NAS reserves the right to make all final decisions on all matters.

  g. **Single Source Suppliers**: For new single source suppliers ("**SSS**"), Teams move from an endorsement/non-endorsement right to "notice rights". NAS will notify Teams of any such changes 12 months in advance (24 months if change in engine). All SSS rights to be vetted by Competition Committee (not TOC). NAS reserves all final decision rights.

4. **IN SEASON RULE CHANGES**

  a. Expands definition of allowed changes beyond current definition (*see 2016 Charter*) to also include:

    i. Changes to *create efficiencies*; and

    ii. Changes to *preserve parity* or *improve race quality*.

  b. If it is a change "intended to preserve parity or improve race quality" and will cost the Teams > $150,000 on average per season, then NAS will share with TAC to allow input prior to implementation.

  c. Eliminates 4 month notice requirement to the Teams (notification to go to TAC instead).

5. **NON-COMPETE**

  a. The non-compete provision has been expanded from "stock car racing" (2016 Charter) to "automobile and truck racing" (2025 Charter), unless otherwise specifically excluded by NAS (2025 Charter lists which series are acceptable) or otherwise approved by NAS. This would preclude Teams from participating in any racing series (not already excluded or otherwise created) in the Territory (U.S., Canada, and Mexico) that involves an "automobile" or "truck", including any new EV series if one should be created.

6. **FIELD SIZE / NEW CHARTERS / FRANCE FAMILY OWNERSHIP**

  a. Field Size - Max is 40 (same as 2016 Charter) but can be increased to 43.

  b. Issuing New Charters - NAS allowed to issue up to four (4) additional Charters (same as 2016 Charter).

    i. Will need to increase Pool Money pro rata if additional Charter(s) issued.

5
CONFIDENTIAL

Case 3:24-cv-00886-KDB-SCR  Document 454-66  Filed 11/21/25  Page 7 of 19

HIGHLY CONFIDENTIAL – OCO               RTA00019368

  ii. Except, that if new OEM, then NAS reserves the right to issue the new Charter not tied to the "Fixed Owners' Plan".

 c. NAS does not need to offer existing Teams the opportunity to purchase the newly issued Charter, and all monies received from the sale of a newly issued Charter would go to NAS.

 d. France Ownership – France Family can own a Charter. No special provisions apply to such ownership. 2025 Charter is silent to the process by which such a Charter could be obtained.

7. **USE OF TEAM IP – ANCILLARY ACTIVITIES / NEW BUSINESS OPPORTUNITIES**

 a. **Ancillary Rights**

  i. In the 2016 Charter, Teams receive monies as their share of "**Ancillary Activity**" revenue (has represented between ~$4M - $9M a year on average and shared with all 36 Charter Teams to varying degrees based on a formula).

  ii. Under 2025 Charter:

   1. Teams do not participate in revenues from "Ancillary Activities".

   2. See Exhibit A (attached) for definition of "Ancillary Activity." Note that 2025 Charter has added NFTs as an Ancillary Activity.

   3. There was discussion as to whether NAS will provide a list of agreements which currently make up "Ancillary Activities", and NAS may still decide to do so.

   4. Teams grant NAS the right to use their IP in "Ancillary Activities".

 b. **New Business** – In the 2025 Charter the concept of "New Business" has been created to capture opportunities that may exist that include NAS, Track (if applicable) and Team IP. Particulars are:

  i. New Biz Comm Established.

   1. Formed by three (3) Team execs and NAS executives (number of NAS executives TBD).

   2. Explores new opportunities (but which would not include Ancillary Activities or other areas of business already developed by NAS or Tracks).

   3. Intent is to collaborate on efforts to generate and source viable opportunities, although nothing specific has been identified. Examples include:

    a. Gaming

    b. Content projects

    c. New technologies

  ii. Approval of NAS and New Biz Comm (two-thirds of Team reps on committee needed to approve a deal) is needed to move new opportunities forward,

        including approval over all deal terms, revenue allocation, and calculation methods.

    iii.  If approved, Teams may not opt out, except for actual/provable conflicts or image integrity concerns.

    iv.  NAS and Team each free to pursue deals without the others' IP.

8. **WEBSITES / NEW ENTERTAINMENT PROGRAMS / FAN REWARDS / DATABASES**

   a. **Websites** – Team agrees to move Team-specific website to be hosted exclusively on official NAS platforms, subject to terms of a TBD agreement to be entered into by Team and NAS.

      i.  Hosting services provided at no cost to Team

      ii.  Team responsible for daily operation and content publishing at own cost

     iii.  Team minimum content standards will apply

     iv.  Website content can be produced by Team or NAS affiliate

      v.  Sponsorship coordination on Team-specific website to avoid conflicts and comply with contracts

     vi.  Team will agree to cooperate in bringing Driver websites to NEM platform at no extra cost to Team

   b. **New Entertainment Programs** – NAS has the right to produce, sell, or license programs with over 4 NASCAR Cup Series Competitors (Teams may not opt out).

      i.  Rights granted include (A) Team Intellectual Property, (B) access to race shop and employees for filming purpose, and (C) right to mic Driver and Team members at Events.

      ii.  Team to use best efforts to obtain liability releases and mitigate sponsor conflicts.

     iii.  If "exclusive rights" are being sought, NAS to get Team's approval.

     iv.  Regular communication on entertainment opportunities with mutual coordination between NAS and Team.

      v.  Provision is silent on compensation to the Team.

   c. **NASCAR Fan Rewards Support** – Team will cooperate with NAS to integrate Team into NASCAR Fan Rewards program and:

      i.  Collaborate for custom exposure and engagement opportunities; and

      ii.  Use commercially reasonable efforts to share non-identifiable first-party data.

   d. **Motorsports Consumer Data Platform ("MCDP")** – Team agrees to add existing and future consumer data to MCDP:

      i.  No sharing of personally identifiable information, only aggregated trends and habits.

HIGHLY CONFIDENTIAL – OCO    RTA00019370

      ii. Team will have same access to MCDP as other participants, excluding administrator.

9. **CHARTER LIMITATIONS**

    a. 2025 Charter caps the number of Charters at 3 per Team.
    b. NAS reserves the right to waive cap, and has done so with respect to the current 4-Charter Teams.

10. **COST CAP**

    a. Teams commit to explore the feasibility and implementation of a cost cap. NAS will determine if and when to move forward, but the intention is to adopt a cost cap.
    b. NAS will announce timing of "soft launch" (a trial setting to facilitate accounting practices and assess potential impacts on Team operations) after which NAS determines whether to implement.
    c. If instituted, cap starts year following the conclusion of the soft launch.
    d. Cost to implement will be deducted from Media Revenues prior to payment to the Teams.

11. **MOST FAVORED NATIONS**

    a. There is no "most favored nations" clause in the 2025 Charter (also note there is no such clause in the 2016 Charter).
    b. NAS reserves the right to do separate deals with Teams and there is no obligation for disclosure of unequal treatment among Teams.

12. **INSTITUTIONAL INVESTORS** – Institutional Investors are allowed to hold interest in a Team Owner subject to the following requirements:
    a. Cannot own > 49% of Charter Member.
    b. Charter Member cannot have > 49% of its equity held by a Fund or Funds.
    c. Cannot be a control person, Team reps or in any management / governance role of a Team.
    d. Cannot have equity in more than two (2) Teams (unless exclusion otherwise applies).
    e. Interest is a passive interest.
    f. If Fund has more than one (1) investment, then Fund can have no access to "Competitive Data" or input.
    g. Prohibition on "Sovereign Wealth Funds".

13. **TRANSFER RESTRICTIONS**

  RTA00019371

a. **Team Owner to ensure compliance** with the Agreement by all Owners, submitting updates annually.
    i. Teams will still need to disclose all "Owners" (and changes thereto) but only "Team Owner and Substantial Owners" are subject to various restrictions on transfer.
    ii. Identification of Substantial Owners owning 10% or more equity, updates required within 30 days of any changes.
    iii. Transfer notice mandatory for changes in Owners' identity, including new Substantial Owners.
    iv. Control Person and Designated Team Representative details to be kept current.
b. **Restrictions on Transfers**
    i. All subject to NAS's pre-approval.
    ii. But only applicable if Control Person would fall below 30% equity interest.
    iii. Transferee cannot have more than 40% debt financing as consideration exchanged for such equity interest.
    iv. Teams cannot have more than twenty (20) Owners.
    v. NAS agreed to omit the provision that Teams could not pledge more than 50% of the value of the Charter to secure debt financing.
c. **NAS Fee on each Charter Transfer** – On a transfer of a Charter, NAS is entitled to a fee equal to the greater of (i) 2% of the gross purchase price, or (ii) $250,000.
d. **3-year prohibition on Charter repurchase** – Following a sale of a Charter, the Owner is prohibited from repurchasing a Charter for thirty-six (36) months following such Transfer.

14. **OTHER PROVISIONS**

    a. **Change of Control** – There is no change of control provision if control of NAS were to change during the Term.

    b. **Minimum Performance Standards**
        i. For each year, Team must purchase 90% of the allotment of tires, fill at least 90% of crew roster for each race, use three (3) or less drivers and qualify within at least 107% of the fastest time in each Event session of practice on average on a rolling basis across previous three (3) races (with some exclusions due to conditions/accidents, etc.).
        ii. Failure to meet standards is a combination of fines escalating to potential termination of the Charter.

    c. **Charter Leasing** – A Charter may be leased, with NAS's prior approval, one-time per each Term (i.e., 7-year period).

HIGHLY CONFIDENTIAL – OCO

    d. **Rep and Warranty** – A new rep has been added as follows: *"Teams have not entered into any alliance, agreement or other governing body that would in any way inhibit or limit the authority of Team Owner or Control Person in exercising all rights and obligations under this Agreement".*

HIGHLY CONFIDENTIAL – OCO    RTA00019373

<u>EXHIBIT "A"</u>

**ANCILLARY ACTIVITY DEFINED**

1. NAS and its Affiliates may utilize and distribute Works (***inclusive of Team Intellectual Property visible within the Works***) in conducting Ancillary Activity.

2. **"Works"** means all film, audio only, video only, audio-visual, photographic images, sounds and Event Data (including all in-car content and timing and scoring information) arising from and during any Event.

3. **"Ancillary Activity"** means:

   a. operation of NASCAR.com;
   b. the exploitation/license of any audio-only content;
   c. the licensing/distribution of Event content via internet, mobile telephone/mobile data technology protocols (in all forms and formats);
   d. any other licensing/exploitation of content that is not a Live Transmission;
   e. licensing or rights to the Events for Live Transmission outside of the United States; and
   f. video and photographs generated during Events.

4. For illustration, Ancillary Activities include:
   a. licensing of Event Data;
   b. e-commerce activities;
   c. NFTs;
   d. licensing of content (not Live) on third party digital platforms (e.g., Yahoo, Apple, etc.);
   e. licensing of content for fantasy games, video games or similar content offered on NASCAR platforms and/or third-party platforms; and/or
   f. simulated virtual reality versions of content/data whether live or otherwise.

HIGHLY CONFIDENTIAL – OCO                                                  RTA00019374

<u>EXHIBIT "B"</u>

**TIMING OF PAYMENTS OF POOL MONEY**

Race Purse and Fixed Owner's Plan monies will be paid within 5 Business Days subsequent to final race results for each Event (with the exception of the Qualifying Races for Daytona 500 and the Clash, which will be paid within 5 Business Days subsequent to final race results of the Daytona 500).

Year-End Point Fund monies will be paid within 30 calendar days subsequent to final race results for each Year.

Timely remittance of all monies is subject to submission of all banking, tax and other administrative information reasonably requested by NEM, including information required to comply with federal, state and local tax laws.

<u>Pool Money</u>

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 (a) |
|---|---|---|---|---|---|---|---|
| | | | | | $000's | | |
| **Total Pool Money** | $431,373 | $437,043 | $447,055 | $450,662 | $458,614 | $462,312 | $444,558 - 468,209 |
| **Uses of Funds** | | | | | | | |
| Race Purse (Points events) | 118,014 | 121,555 | 125,201 | 128,957 | 132,826 | 136,811 | 133,797 - 140,915 |
| Race Purse (Invitational events) | 6,005 | 6,186 | 6,371 | 6,562 | 6,759 | 6,962 | 6,809 - 7,171 |
| Fixed Owner's Plan | 182,136 | 180,329 | 182,640 | 178,314 | 178,096 | 173,378 | 161,989 - 170,607 |
| *Per Charter* | *5,059* | *5,009* | *5,073* | *4,953* | *4,947* | *4,816* | |
| Performance Plan | 91,505 | 94,250 | 97,078 | 99,990 | 102,990 | 106,080 | 103,743 - 109,262 |
| Year-End Point Fund | 33,712 | 34,723 | 35,765 | 36,838 | 37,943 | 39,081 | 38,220 - 40,254 |
| **Pool Money** | **431,373** | **437,043** | **447,055** | **450,662** | **458,614** | **462,312** | **444,558 - 468,209** |
| *Per Charter* | *11,983* | *12,140* | *12,418* | *12,518* | *12,739* | *12,842* | *12,349 - 13,006* |

Race-specific purses to be communicated to Teams by November 1st of the prior year

(a) Final number to be delivered to Teams by September 1, 2029

HIGHLY CONFIDENTIAL – OCO                                                  RTA00019375

**Race Purse Payout Curve For Cup Series Points Events (a)**

| Finish Position | Payout Percentage | Finish Position | Payout Percentage |
|:---:|:---:|:---:|:---:|
| 1 | 5.160% | 21 | 2.399% |
| 2 | 4.067% | 22 | 2.318% |
| 3 | 3.976% | 23 | 2.237% |
| 4 | 3.885% | 24 | 2.157% |
| 5 | 3.794% | 25 | 2.076% |
| 6 | 3.704% | 26 | 1.995% |
| 7 | 3.613% | 27 | 1.915% |
| 8 | 3.522% | 28 | 1.834% |
| 9 | 3.432% | 29 | 1.753% |
| 10 | 3.341% | 30 | 1.672% |
| 11 | 3.250% | 31 | 1.597% |
| 12 | 3.165% | 32 | 1.521% |
| 13 | 3.079% | 33 | 1.445% |
| 14 | 2.993% | 34 | 1.370% |
| 15 | 2.908% | 35 | 1.294% |
| 16 | 2.822% | 36 | 1.218% |
| 17 | 2.736% | 37 | 1.143% |
| 18 | 2.651% | 38 | 1.057% |
| 19 | 2.565% | 39 | 0.971% |
| 20 | 2.479% | 40 | 0.886% |

(a) The Race Purse Payout Curve for the Daytona 500 Qualifying Races will be determined annually based on past practices and the number of entrants

HIGHLY CONFIDENTIAL – OCO
RTA00019376

CONFIDENTIAL

**Fixed Owner's Plan payouts**

| | | | | $000's | | | |
|---|---|---|---|---|---|---|---|
| | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** | **2031 (a)** |
| Fixed Owner's Plan | $182,136 | $180,329 | $182,640 | $178,314 | $178,096 | $173,378 | 161,989 - 170,607 |
| Fixed Amount Per Points Event | $5,059 | $5,009 | $5,073 | $4,953 | $4,947 | $4,816 | *$4500 - $4739* |
| Fixed Amount Per Charter / Per Event | $141 | $139 | $141 | $138 | $137 | $134 | $125 - 132 |

**Performance Plan Payout Methodology**

Performance Plan is a share-based model, calculated annually using a combination of rolling 2-year Owner Points finishes

**Rolling 2-year Owner Points Shares**

- 36 shares given to the best average Charter Team Owner Points finish over the past 2 years, declining to 1 share for 36th best average Charter Team Owner Points finish
- Most recent year weighted at 100%, 2nd most recent year at 50%
- In the event of a tie in Charter Team Owner Points in a given season, teams that are tied will both receive credit for their tied position (e.g., if two teams tied for 10th, then both teams would receive credit for a 10th place finish in that season)
- In the event of a tie in average Charter Team Owner Points finish over the past 2 years, then the shares would be split across the tied Teams (e.g., if two Teams tied for 5th in average Charter Team Owner Points finish over the past 2 years, then each of those two Teams would split the shares for 5th and 6th place, resulting in 31.5 shares for each Team – 32 shares for 5th, 31 shares for 6th, average of 31.5 shares)

A Charter's rolling 2-year Owner Points shares are divided by the total number of outstanding shares to determine the percentage of total Performance Plan money to be paid out to the Charter in the following season.

Given the rolling nature of the calculation, NEM will notify all Charter Teams of their Performance Plan payout for the following season within 30 calendar days subsequent to the final race results for each Season.

HIGHLY CONFIDENTIAL – OCO                                RTA00019378

## Year-End Point Fund Payout

| Finish Position | Payout Percentage | $000's 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|
| 1 | 8.423% | $2,840 | $2,925 | $3,013 | $3,103 | $3,196 | $3,292 | $3219 - $3391 |
| 2 | 7.138% | $2,406 | $2,479 | $2,553 | $2,630 | $2,708 | $2,790 | $2728 - $2873 |
| 3 | 6.853% | $2,310 | $2,379 | $2,451 | $2,524 | $2,600 | $2,678 | $2619 - $2759 |
| 4 | 6.567% | $2,214 | $2,280 | $2,349 | $2,419 | $2,492 | $2,567 | $2510 - $2644 |
| 5 | 6.282% | $2,118 | $2,181 | $2,247 | $2,314 | $2,383 | $2,455 | $2401 - $2529 |
| 6 | 5.996% | $2,021 | $2,082 | $2,145 | $2,209 | $2,275 | $2,343 | $2292 - $2414 |
| 7 | 5.711% | $1,925 | $1,983 | $2,042 | $2,104 | $2,167 | $2,232 | $2183 - $2299 |
| 8 | 5.425% | $1,829 | $1,884 | $1,940 | $1,998 | $2,058 | $2,120 | $2073 - $2184 |
| 9 | 5.068% | $1,709 | $1,760 | $1,813 | $1,867 | $1,923 | $1,981 | $1937 - $2040 |
| 10 | 4.783% | $1,612 | $1,661 | $1,711 | $1,762 | $1,815 | $1,869 | $1828 - $1925 |
| 11 | 4.497% | $1,516 | $1,562 | $1,608 | $1,657 | $1,706 | $1,758 | $1719 - $1810 |
| 12 | 4.212% | $1,420 | $1,462 | $1,506 | $1,551 | $1,598 | $1,646 | $1610 - $1695 |
| 13 | 3.926% | $1,324 | $1,363 | $1,404 | $1,446 | $1,490 | $1,534 | $1501 - $1580 |
| 14 | 3.569% | $1,203 | $1,239 | $1,276 | $1,315 | $1,354 | $1,395 | $1364 - $1437 |
| 15 | 3.284% | $1,107 | $1,140 | $1,174 | $1,210 | $1,246 | $1,283 | $1255 - $1322 |
| 16 | 2.998% | $1,011 | $1,041 | $1,072 | $1,104 | $1,138 | $1,172 | $1146 - $1207 |
| 17 | 2.698% | $910 | $937 | $965 | $994 | $1,024 | $1,055 | $1031 - $1086 |
| 18 | 2.384% | $804 | $828 | $853 | $878 | $905 | $932 | $911 - $960 |
| 19 | 2.099% | $707 | $729 | $751 | $773 | $796 | $820 | $802 - $845 |
| 20 | 1.799% | $606 | $625 | $643 | $663 | $683 | $703 | $688 - $724 |
| 21 | 1.499% | $505 | $521 | $536 | $552 | $569 | $586 | $573 - $603 |
| 22 | 1.199% | $404 | $416 | $429 | $442 | $455 | $469 | $458 - $483 |
| 23 | 0.899% | $303 | $312 | $322 | $331 | $341 | $352 | $344 - $362 |
| 24 | 0.571% | $193 | $198 | $204 | $210 | $217 | $223 | $218 - $230 |
| 25 | 0.286% | $96 | $99 | $102 | $105 | $108 | $112 | $109 - $115 |
| 26 | 0.214% | $72 | $74 | $77 | $79 | $81 | $84 | $82 - $86 |
| 27 | 0.200% | $67 | $69 | $71 | $74 | $76 | $78 | $76 - $80 |
| 28 | 0.186% | $63 | $64 | $66 | $68 | $70 | $73 | $71 - $75 |
| 29 | 0.171% | $58 | $59 | $61 | $63 | $65 | $67 | $65 - $69 |
| 30 | 0.164% | $55 | $57 | $59 | $60 | $62 | $64 | $63 - $66 |
| 31 | 0.157% | $53 | $55 | $56 | $58 | $60 | $61 | $60 - $63 |
| 32 | 0.154% | $52 | $54 | $55 | $57 | $59 | $60 | $59 - $62 |
| 33 | 0.151% | $51 | $53 | $54 | $56 | $57 | $59 | $58 - $61 |
| 34 | 0.148% | $50 | $52 | $53 | $55 | $56 | $58 | $57 - $60 |
| 35 | 0.146% | $49 | $51 | $52 | $54 | $55 | $57 | $56 - $59 |
| 36 | 0.143% | $48 | $50 | $51 | $53 | $54 | $56 | $55 - $57 |
| **Total Year-End Point Fund** | | $33,712 | $34,723 | $35,765 | $36,838 | $37,943 | $39,081 | $38,220 - 40,254 |

HIGHLY CONFIDENTIAL – OCO

RTA00019379

EXHIBIT "C" (Schedule 3 in 2025 Charter)

**NEM FEE SCHEDULE\***

|  | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|
| **Membership** | | | | | | | | |
| **Cup Licenses** | | | | | | | | |
| Team Owner | $4,824 | $4,920 | $5,019 | $5,119 | $5,222 | $5,326 | $5,433 | $5,541 |
| Driver | $6,031 | $6,152 | $6,275 | $6,400 | $6,528 | $6,659 | $6,792 | $6,928 |
| Gold Driver | $9,649 | $9,842 | $10,039 | $10,240 | $10,444 | $10,653 | $10,866 | $11,084 |
| Crew / Admin | $1,809 | $1,845 | $1,882 | $1,920 | $1,958 | $1,997 | $2,037 | $2,078 |
| Team Sponsor | $2,786 | $2,842 | $2,899 | $2,957 | $3,016 | $3,076 | $3,137 | $3,200 |
| Per Event License | $385 | $393 | $401 | $409 | $417 | $425 | $434 | $442 |
| | | | | | | | | |
| **Cup Credentials** | | | | | | | | |
| Annual Credential | $1,327 | $1,354 | $1,381 | $1,408 | $1,436 | $1,465 | $1,494 | $1,524 |
| Minor Hard Card | 500 | $510 | $520 | $530 | $540 | $550 | $550 | $550 |
| Replacment Credential | $379 | $387 | $394 | $402 | $410 | $418 | $427 | $435 |
| Credential Transfer | $250 | $255 | $260 | $265 | $270 | $275 | $275 | $275 |
| | | | | | | | | |
| **Single Event Credentials (SEC)** | | | | | | | | |
| Cup Credential | $385 | $393 | $401 | $409 | $417 | $425 | $434 | $442 |
| | | | | | | | | |
| **Entry Fees** | | | | | | | | |
| Cup Single Race | $5,433 | $5,542 | $5,652 | $5,766 | $5,881 | $5,998 | $6,118 | $6,241 |
| Cup Yearly Bundle | $131,044 | $133,665 | $136,338 | $139,065 | $141,846 | $144,683 | $147,577 | $150,528 |
| *Implied Single Race Cost* | $3,640 | $3,713 | $3,787 | $3,863 | $3,940 | $4,019 | $4,099 | $4,181 |

\* This chart reflects major team-related fees for participating in racing events. Other fees during the year (e.g., tables at the Cup Banquet, filing an appeal) to be determined on an annual basis, with NEM acting reasonably and in a manner consistent with past practices.