# Exhibit 2

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**

**Chat with "Jeff Dickerson" <░░░░░░░> on December 6, 2022**

Jeff Dickerson ░░░░░░░ >_$!<Other>!$_ ░░░░░░░

Earliest item: 2022-12-06 01:08:24
Latest item: 2022-12-06 01:56:15

**Tuesday 06 December 2022**

Instant Message : Native Messages
From
　Jeff Dickerson ░░░░░░░　　　　　01:08:24

Omg

Instant Message : Native Messages
From
　Jeff Dickerson ░░░░░░░　　　　　01:08:39

I screened it AND wrote back 6 days later

Instant Message : Native Messages
From
　Jeff Dickerson ░░░░░░░　　　　　01:08:54

This is gonna be a problem in tech

Instant Message : Native Messages
From
　_$!<Other>!$_ <░░░░░░░>　　　　　01:20:27

Too busy responding to RTA RFPs for exhibition races, I understand

Instant Message : Native Messages
From
　Jeff Dickerson ░░░░░░░　　　　　01:28:38

Giggles

Instant Message : Native Messages
From
　Jeff Dickerson ░░░░░░░　　　　　01:28:41

So good

Instant Message : Native Messages
From
　Jeff Dickerson ░░░░░░░　　　　　01:28:55

'RFI's'

CONFIDENTIAL

NASCAR-00464396

**Instant Message : Native Messages**
From _$!<Other>!$_ <■■■■■>
01:29:03
You around Wednesday?

**Instant Message : Native Messages**
From Jeff Dickerson ■■■■■
01:29:36
I have to fly to Rapid on Wednesday around 1130 but good until then or after 530 eastern

**Instant Message : Native Messages**
From _$!<Other>!$_ <■■■■■>
01:30:15
Could call tomorrow too - but will be home with a sick kid, can plop her in front of her 4th movie of the day

**Instant Message : Native Messages**
From Jeff Dickerson ■■■■■
01:30:48

69198304342__386FE41C-A8BE-43D7-9855-DD87C6C07536.heic

Stub: ~/Library/SMS/Attachments/d2/02/at_0_9795F12E-44A5-4ACC-98A7-60D95681A42F/69198304342__386FE41C-A8BE-43D7-9855-DD87C6C07536.heic

https://p31-content.icloud.com/M01C2BCFBA33883A77BC3E09F9ECA5E3D23E272A1281111164EFDCBE3ADD102C5.C01USN00

**Instant Message : Native Messages**
From Jeff Dickerson ■■■■■
01:31:02
Dude, you gotta get her watching football

**Instant Message : Native Messages**
From _$!<Other>!$_ <■■■■■>
01:31:30
She's asleep now - this one looks bigger than mine

**Instant Message : Native Messages**
From _$!<Other>!$_ <■■■■■>
01:32:10
Probably be watching World Cup all day tomorrow, to be honest

CONFIDENTIAL

NASCAR-00464397



**[Other] 01:32:29:** She loves soccer

**[Other] 01:32:35:** Need a scholarship

**Jeff Dickerson 01:32:56:** How in the world did Japan miss all those PK's?

**[Other] 01:33:27:** Japan can't hit the target when the enemy knows an attack is coming

**Jeff Dickerson 01:33:54:** I mean they must have been tipping their pitches right?

**[Other] 01:34:42:** Have hated them since they sold me Dice-K to the Red Sox and he sucked

**[Other] 01:35:01:** Where's the gyroball?!?

**Jeff Dickerson 01:35:46:** Facts

CONFIDENTIAL  NASCAR-00464398

**Jeff Dickerson** (01:36:37): I have to catch up on news but seems like a huge day in baseball free agency

**Other** (01:37:59): Same - Phillies and Mets spending, Red Sox having to cut to fund Keselowski and Newmark again

**Other** (01:38:36): Need to fix the model

**Jeff Dickerson** (01:38:44): Shouldn't the RedSox be in every FA discussion

**Other** (01:38:57): Henry is a cheap bastard now

**Jeff Dickerson** (01:39:38): He has to sell Liverpool cuz of the Goodyear tire bill

**Other** (01:40:42): Laughed at "He has to sell Liverpool cuz of the Goodyear tire …"

**Other** (01:41:05): No doubt

CONFIDENTIAL                                                                                     NASCAR-00464399

> **Instant Message : Native Messages**
> From _$!<Other>!$_ < ▓▓▓ >   01:41:29
> But good business decision

> **Instant Message : Native Messages**
> From _$!<Other>!$_ < ▓▓▓ >   01:42:03
> Charters gonna be worth…zero…unless we can get our shit together

**Instant Message : Native Messages**
From Jeff Dickerson ▓▓▓   01:42:42
Can't we just meet in the middle and call it good

**Instant Message : Native Messages**
From Jeff Dickerson ▓▓▓   01:43:49
Listen I know you have a Marcus Smith bobble head

> **Instant Message : Native Messages**
> From _$!<Other>!$_ < ▓▓▓ >   01:44:06
> It's actually a fleshlight

**Instant Message : Native Messages**
From Jeff Dickerson ▓▓▓   01:44:13
OMg

**Instant Message : Native Messages**
From Jeff Dickerson ▓▓▓   01:44:23
I literally spit my drink out

**Instant Message : Native Messages**
From Jeff Dickerson ▓▓▓   01:44:27
Oh man that is so good

CONFIDENTIAL                                                                                      NASCAR-00464400

**[Other]** (01:45:10): We'll be good - just need to calm your boy Curtis down a notch

**[Other]** (01:45:14): Not worried

**Jeff Dickerson** (01:45:37): I talked to him last week and he's a pistol.

**[Other]** (01:46:04): He is - and it rubs our oldtimers the wrong way

**Jeff Dickerson** (01:46:14): Super smart and I'm like yeah man I get it, I own an ECHL team

**Jeff Dickerson** (01:46:22): We're peers

**[Other]** (01:46:29): Laughed at "Super smart and I'm like yeah man I get it, I own ..."

**[Other]** (01:46:33): I get him, Phelps and OD too

CONFIDENTIAL                                                                    NASCAR-00464401

**[Other]** (01:47:01): But family digs in when a new guy (Rob K 2.0) shows up

**Jeff Dickerson** (01:47:20): Jim should deal with Mr. H, The Steve's with Curtis

**[Other]** (01:47:34): That's the current plan

**[Other]** (01:47:46): Hopefully can make some progress soon

**Jeff Dickerson** (01:47:58): Kauffman is such a peculiar guy

**[Other]** (01:48:11): Very

**Jeff Dickerson** (01:48:18): They just need translators

**Jeff Dickerson** (01:48:41): It's like we need all that smart shit you're saying passed through the lens of relatability

CONFIDENTIAL

NASCAR-00464402

**[Other] (01:49:24):** Yup - problem is we're doing our best to translate for him, but then we get blown up

**Jeff Dickerson (01:49:54):** (By RFI's?)

**[Other] (01:50:50):** Well that, but we can't advocate / translate team position internally without being seen by "people" as turncoats

**Jeff Dickerson (01:51:11):** Oh man

**Jeff Dickerson (01:51:14):** I get that

**Jeff Dickerson (01:51:37):** That's a shitty spot.

**Jeff Dickerson (01:51:43):** Can Ben?

**[Other] (01:52:13):** Nah - love Ben, but he's not ready for that yet

CONFIDENTIAL

NASCAR-00464403

**Instant Message : Native Messages**
From Jeff Dickerson  01:52:49

In all seriousness, every meeting I've been in the Steve's, Ben, you. All the team guys speak so well of you all and are like they get it, it's just moving Jim.

**Instant Message : Native Messages**
From _$!<Other>!$_  01:53:30

Yes - that's the whole game, but feels like Curtis (specifically) has no idea how to do that

**Instant Message : Native Messages**
From Jeff Dickerson  01:53:50

Who is it on the team side?

**Instant Message : Native Messages**
From _$!<Other>!$_  01:53:55

And only antagonizes

**Instant Message : Native Messages**
From Jeff Dickerson  01:54:06

Is it Jeff?

**Instant Message : Native Messages**
From Jeff Dickerson  01:54:11

Mr. H?

**Instant Message : Native Messages**
From Jeff Dickerson  01:54:33

Newmark Alpern seem reasonable

**Instant Message : Native Messages**
From _$!<Other>!$_  01:55:46

Gotta run - back in 30 - but Jeff / Alpern / Newmark just look at their shoes every meeting while Curtis takes lead

CONFIDENTIAL

NASCAR-00464404




CONFIDENTIAL

NASCAR-00464405