# Exhibit 3

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**



**Chat with "Scott Miller" &lt;█████████&gt; on December 6, 2022**

+█████████
John Probst █████████ &gt; Scott Miller &lt;█████████&gt;

Earliest item: 2022-12-06 20:16:19
Latest item: 2022-12-06 20:57:32

**Tuesday 06 December 2022**

Instant Message : Native Messages
From
  Scott Miller &lt;█████████&gt;                               20:16:19

I don't think that was too bad…..if there was one GM engine shop I'd imagine the whole deal might be a little easier.

Instant Message : Native Messages
From
  John Probst █████████                                   20:18:29

Yeah

Instant Message : Native Messages
From
  Scott Miller █████████                                  20:18:43

Also, I can't figure out how we think we can create a technical situation for the small teams that will make them competitive. From the Charter meeting.

Instant Message : Native Messages
From
  John Probst █████████                                   20:18:55

And if gm proper paid any money for development that would help

Instant Message : Native Messages
From
  John Probst █████████                                   20:19:36

You don't. You might be able to help a GMS or roush or Kaulig some. But there is no help for the ones that dont want it

Instant Message : Native Messages
From
  John Probst █████████                                   20:19:45

Like govt welfare

CONFIDENTIAL                                                                NASCAR-00481463

**John Probst** (20:20:01): You can help the ones that want help. The rest just suck up your resources

**Scott Miller** (20:20:08): Exactly

**Scott Miller** (20:22:41): Spire and Front Row may be "helpable" but Ware and McCloud are already on the Gov teet, they'll just make more babies LOL

**John Probst** (20:34:17): Yes

**John Probst** (20:34:31): Spire is a tweener imo

**John Probst** (20:34:51): They say the right things but when you look at metrics they aren't very good compared to their words

**Scott Miller** (20:57:32): They're not on any kind of a consistent basis for sure

**End Thread**

Thread Statistics
**Instant Message Count**
13

CONFIDENTIAL

NASCAR-00481464