# Exhibit 4

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**

# Chat with "Steve Phelps" on August 30, 2023

Earliest item: 2023-08-30 15:06:54
Latest item: 2023-08-30 18:02:45

**Wednesday 30 August 2023**

**Brian Herbst — 15:06:54**
I do think - at some point - it would be helpful for you / me to get in a big room with these owners / presidents to talk about state of the media business, fragility of the pay tv model, and how we all need to come together in order to stand a chance in 2030/2031

**Brian Herbst — 15:07:10**
Otherwise it doesn't matter what the %s are

**Steve Phelps — 15:09:33**
I agree with you. Did you give them some sense of how bad things are out there?

Childress needs to be taken out back and flogged. He's a stupid redneck who owes his entire fortune to nascar.

**Brian Herbst — 15:14:55**
I didn't go there - kept it high level for now.

Ongoing conversations, figuring out where all the puzzle pieces land, etc.

But happy to do so in future conversations - just didn't know if now was the time to provide a dose of reality or not.

**Steve Phelps — 15:16:20**
10-4. How's it going thus far?

**Brian Herbst** — 15:19:27
Getting a little testy. OD doing a great job on the hot seat, but there's a lot of "we'll discuss internally", "want to get together in a room", etc

**Steve Phelps** — 15:28:06
These guys are short sighted and self serving. Childress is an idiot. If they don't like the state of the sport, sell you charter and get out.

**Brian Herbst** — 15:42:07
Newmark & Custer both thought the tv level set (into the future) was a good idea.

We can add that to the tactical next steps

**Steve Phelps** — 15:46:50
Insole to Newmark about it yesterday. Told him we would do a good media deal this go around but I was terrified about the next one - particularly if we don't come together. I also spoke to Justin marks about it.

I spoke to the existing media market and how challenging it is - but was confident that we would end up in a good place. Maybe not what we had originally planned but in the ballpark.

**Steve Phelps** — 15:47:50
I assume the meeting has concluded?

**Brian Herbst** — 15:51:14
Newmark did talk about your conversation, he thought it was really insightful. Glad you spoke with Justin as well

**Brian Herbst** — 15:51:42
And yes - meeting wrapped. Just doing post meetings catch-ups

CONFIDENTIAL                                                                                    NASCAR-00265851

**Instant Message : Native Messages**
From Steve Phelps  16:08:40

Did I mention that Childress is an idiot?

**Instant Message : Native Messages**
From Brian Herbst  16:11:42

Laughed at "Did I mention that Childress is an idiot?"

**Instant Message : Native Messages**
From Brian Herbst  16:11:52

Just listened to the hit. He is an idiot.

**Instant Message : Native Messages**
From Brian Herbst  16:12:13

So many false claims and/or disingenuous statements

**Instant Message : Native Messages**
From Steve Phelps  16:14:15

If he's that angry (and apparently he is) sign your charter extension and sell. He's not smart - is a dinosaur - and a malcontent. He's worth a couple hundred million dollars - every dollar associated with nascar in some fashion. Total ass-clown.

**Instant Message : Native Messages**
From Brian Herbst  17:13:15

Agree.

And Torrey brought up the cost of the underwing today FWIW, Probst handled it well / in good style. But I guess that's an RCR talking point now

**Instant Message : Native Messages**
From Steve Phelps  17:20:47

Sounds that way. No different than the bike car - they all spent millions chasing speed under the car. He's an idiot.

CONFIDENTIAL                                                                                                   NASCAR-00265852

**Brian Herbst** — 17:38:55
Fox follow up call today, very likely that they're coming back at 16 NCS races

**Brian Herbst** — 17:39:00
Liked "Sounds that way. No different than the bike car - ..."

**Steve Phelps** — 17:40:15
At 410? Or still at 400.

Feels like we will settle at 15 and 415 or so. Thoughts?

**Brian Herbst** — 17:40:41
Yep, I'm in the same place as you.

**Brian Herbst** — 17:41:00
And no indication on dollars yet

**Brian Herbst** — 17:41:07
Guessing we get a turn tomorrow

**Steve Phelps** — 17:41:35
Might need to fire up the planes and head to LA next week.

**Brian Herbst** — 17:55:23
Remind me to tell you the shanks comment about lachlan the next time we chat

CONFIDENTIAL

NASCAR-00265853

**Instant Message : Native Messages**
From
　　Steve Phelps　　　　　　　　　　　　　　　17:59:04

Hmm. That sounds like a good one.

**Instant Message : Native Messages**
From
　　Steve Phelps　　　　　　　　　　　　　　　17:59:22

I assume it came from Jordan?

**Instant Message : Native Messages**
From
　　Brian Herbst　　　　　　　　　　　　　　　18:02:14

That's correct

**Instant Message : Native Messages**
From
　　Brian Herbst　　　　　　　　　　　　　　　18:02:17

Liked "Hmm. That sounds like a good one."

**Instant Message : Native Messages**
From
　　Brian Herbst　　　　　　　　　　　　　　　18:02:45

Pretty confident we'll get it done though, we're creeping closer

**End Thread**

| Thread Statistics | |
|---|---|
| **Instant Message Count** | |
| 32 | |

CONFIDENTIAL

NASCAR-00265854