# Exhibit 6

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**

Chat with "Steve O'Donnell" <████████> and another address on February 1, 2023

chat774311066860584862
Steve Phelps <████████>_$!<Other>!$_ <████████> Steve O'Donnell <████████>

Earliest item: 2023-02-01 14:09:51
Latest item: 2023-02-01 14:12:18

**Wednesday 01 February 2023**

Instant Message: Native Messages
From                                    14:09:51
_$!<Other>!$_ <████████>

Oh great, another owner racing in SRX

CONFIDENTIAL                                                                                                   NASCAR-00464720

Instant Message: Native Messages
From                                        14:09:54
    _$!<Other>!$_ <■■■■■■■■>

https://twitter.com/a_s12/status/1620779647654051840?s=46&t=giikpSfCcBOx7Iqu8jLR1Q

C074156699F34620A37E286D184A0AAF.pluginPayloadAttachment

Stub:
~/Library/SMS/Attachments/8c/12/225924F8491A4428BC29F51F7109350B/C074156699F34620A37E286D184A0AAF.pluginPayloadAttachment

E185F839C2384C4C9A160A95908FAF76.pluginPayloadAttachment

Stub:
~/Library/SMS/Attachments/1e/14/CC267E507B0E44F9BF82841ABBF577DA/E185F839C2384C4C9A160A95908FAF76.pluginPayloadAttachment

Instant Message: Native Messages
From                                        14:10:58
    Steve O'Donnell <■■■■■■■■>

This is nascar. Pure and simple. Enough. We need legal to take a shot at this.

Instant Message: Native Messages
From                                        14:11:19
    Steve Phelps <■■■■■■■■>

These guys are just plain stupid.

Need to put a knife in this trash series.

CONFIDENTIAL                                                                                            NASCAR-00464721

Instant Message: Native Messages
From                              14:11:24
    _$!<Other>!$_ <██████████>

Agreed

Instant Message: Native Messages
From                              14:12:18
    _$!<Other>!$_ <██████████>

"But the race weekends are too long!!
Schedule is too long!! Need more time with
family!!" - total BS

End Thread

Thread Statistics
                Instant Message
                          Count
        6

CONFIDENTIAL                                                    NASCAR-00464722