# Exhibit 7

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**

# Chat with "Jeff Dickerson" <████████> on May 14, 2024

Jeff Dickerson ████████>_$!<Other>!$_ ████████

Earliest item: 2024-05-14 22:23:13
Latest item: 2024-05-14 23:47:41

**Tuesday 14 May 2024**

**Instant Message : Native Messages**
From _$!<Other>!$_ ████████ — 22:23:13
Oh god, I can't wait to listen to you on Dale's podcast

**Instant Message : Native Messages**
From _$!<Other>!$_ ████████ — 22:23:22
Going to make my day

**Instant Message : Native Messages**
From _$!<Other>!$_ ████████ — 22:23:41
(Sorry - Kelley's podcast)

**Instant Message : Native Messages**
From _$!<Other>!$_ ████████ — 22:24:29
If I didn't get a shoutout, your Charters are gone

**Instant Message : Native Messages**
From Jeff Dickerson ████████ — 22:28:44
Oh no

**Instant Message : Native Messages**
From Jeff Dickerson ████████ — 22:28:49
Did it come out?

**Instant Message : Native Messages**
From Jeff Dickerson ████████ — 22:34:44
I think I may have hit a couple of our talking points

CONFIDENTIAL     NASCAR-00469169

**22:38:19** — _$!<Other>!$_
Going to torpedo the whole negotiation, good work - Jim listening to it now with us in a conference room

**22:38:54** — Jeff Dickerson
Oh I thought I'd get thrown out of RTA

**22:39:02** — _$!<Other>!$_
Hahaha

**22:39:25** — Jeff Dickerson
Yeah I didn't say anything crazy like Jim sucks

**22:39:38** — _$!<Other>!$_
Just he blows

**22:39:39** — Jeff Dickerson
I said permanent charters 21 times

**22:39:48** — _$!<Other>!$_
Aggressive stand, but I like it

**22:43:51** — Jeff Dickerson
I really wish I had a preview of it

CONFIDENTIAL
NASCAR-00469170

**Jeff Dickerson** — 22:44:03
I don't think I said anything too controversial

**Jeff Dickerson** — 22:44:47
I did do my (when asked about O'D) and whether we were close and some teams said we weren't...I said we're close to a deal whether those guys know it or not

**_$!<Other>!$_** — 22:53:27
Jonathan Marshall on line 2

**_$!<Other>!$_** — 22:53:54
But honestly, excited to listen, you guys have an amazing story

**Jeff Dickerson** — 22:54:11
I think Heather might have been a plant

**Jeff Dickerson** — 22:54:36
If she sent a letter to Lesa with evergreen language in it than she was a plant

**_$!<Other>!$_** — 22:55:52
It came from Alpern and the TNC on behalf of "the Teams" - she also sent your letter to her, so now we have two conflicting positions from JGR

**Jeff Dickerson** — 22:56:06
Oh thank God

CONFIDENTIAL         NASCAR-00469171

**Jeff Dickerson** — 22:56:17
These people have no creativity

**Jeff Dickerson** — 22:56:58
Then Heather is over here with us

**Jeff Dickerson** — 22:57:12
I'm relieved cuz that would hurt

**Jeff Dickerson** — 22:57:23
Trackhouse JJ Heather Us

**_$!<Other>!$_** — 22:58:56
Best part was that the TNC intentionally framed it that all teams supported it, but also left it vague / didn't have teams co-sign it

**_$!<Other>!$_** — 22:59:46
And I can tell you offline what Curtis did in our meeting about your letter

**Jeff Dickerson** — 23:00:39
Jonathan asked me today if I had heard anything from NASCAR, I was like nah man they said thanks for this and they were hopeful it provoked thought on both sides.

He said we've given thoughts to them, I said not in 2024. He didn't write back

CONFIDENTIAL    NASCAR-00469172

**Instant Message : Native Messages**
From Jeff Dickerson ▉ 23:01:25

You told me a little, if it took that for him to actually do something so be it

**Instant Message : Native Messages**
From Jeff Dickerson ▉ 23:04:16

The TNC isn't looking out for all the teams. They sit on information, spin it. I am fine with the PAC plan but it does not do anything for the bottom half (which Curtis knows cuz he was getting rev share payments in the NBA)

**Instant Message : Native Messages**
From _$!<Other>!$_ ▉ 23:06:06

We have concerns about the PAC plan

**Instant Message : Native Messages**
From _$!<Other>!$_ ▉ 23:06:32

Fact that fixed drops off the map in the later years

**Instant Message : Native Messages**
From _$!<Other>!$_ ▉ 23:07:19

Basically gets back to where we are today by the end of this deal

**Instant Message : Native Messages**
From _$!<Other>!$_ ▉ 23:07:51

"Here's a candy in 2025 to get you to sign, then we'll claw it all back"

**Instant Message : Native Messages**
From _$!<Other>!$_ ▉ 23:09:10

Also looking at reducing historical look back to 2 years, and getting rid of the championship shares so that teams can move up faster with good performance (we hated historical but willing to live with it)

**Instant Message : Native Messages**
From _$!<Other>!$_ ▉ 23:10:29

Oh - breaking news, Heather just sent the TNC language to Lesa

CONFIDENTIAL

NASCAR-00469173

> **Instant Message : Native Messages**
> From _$!<Other>!$_ ▮ — 23:10:37
> Just got it forwarded to me

> **Instant Message : Native Messages**
> From _$!<Other>!$_ ▮ — 23:10:44
> (Not kidding)

> **Instant Message : Native Messages**
> From _$!<Other>!$_ ▮ — 23:15:31
> Also, no formal confirmation that she actually sent your proposal to her (doesn't seem like it, working to confirm, just what she said she was going to do)

> **Instant Message : Native Messages**
> From _$!<Other>!$_ ▮ — 23:16:09
> But we obviously forwarded and said it was from her (and you, Trackhouse and JJ)

> **Instant Message : Native Messages**
> From Jeff Dickerson ▮ — 23:17:21
> We called them out that they were misrepresenting it while selling to the teams how it was good when it dropped every year. Jonathan was like wow yeah I guess you're right so we were like fuck off man

> **Instant Message : Native Messages**
> From Jeff Dickerson ▮ — 23:18:27
> They want a system that holds everybody down. No money, can't be key partners without their approval, etc

> **Instant Message : Native Messages**
> From _$!<Other>!$_ ▮ — 23:18:42
> Liked "They want a system that holds everybody down. No m..."

> **Instant Message : Native Messages**
> From Jeff Dickerson ▮ — 23:20:39
> She was a plant. Damnit I knew it.

CONFIDENTIAL
NASCAR-00469174

**[23:27:19]** (Other): "We have spent a lot of time over the past week working with Covington on verbiage that you all can use as a starting point. I know a few other teams have sent suggestions for including ideas of promoting and marketing tied to theevergreen language."

**[23:27:42]** (Other): She distanced herself from your proposal

**[23:28:06]** (Other): If you share this, I'm fired

**[23:31:40]** Jeff Dickerson: That's straight from Jonathan cuz I got those exact words from him

**[23:31:49]** Jeff Dickerson: That's what he wanted me to send

**[23:32:30]** Jeff Dickerson: I haven't shared anything with anyone. You said same last week so I only said all this on Kelley podcast

**[23:33:38]** (Other): Maybe I'm slow - that was what Heather wrote in her note to Lesa with the TNC proposal

**[23:33:59]** Jeff Dickerson: No you said don't share the Curtis shit

CONFIDENTIAL                                                                  NASCAR-00469175

**Jeff Dickerson** (23:34:43): So we're on same page, they didn't share the Covington language with any team until they were tipped off we were working on something

**Jeff Dickerson** (23:34:54): Nobody worked with Covington on it in 6 months

**_$!<Other>!$_** (23:36:05): Oh - got it. Was more that she said this is the Covington language, we know that "other" teams may have sent you something else, when we thought she was part of the something else

**Jeff Dickerson** (23:38:33): Ahem, she was

**Jeff Dickerson** (23:38:47): Did 8 phone calls with me on it

**_$!<Other>!$_** (23:41:46): So sounds like you cut me off a few milly of that Charter money and we write a tell-all book when this is done

**Jeff Dickerson** (23:42:24): You god damn right

**_$!<Other>!$_** (23:42:27): Unfortunately our fans don't all read and probably won't sell

CONFIDENTIAL

NASCAR-00469176

**From [Other]** — 23:42:41
Maybe it's a cartoon

**From Jeff Dickerson** — 23:43:47
I said this to Bill, I used to think how smart we were for pulling all this off. Then we got into the RTA and figured out that maybe it's the guys that advise the owners are just f'n stupid. the only smart people in the room are on the sidelines or have been on the sidelines until this round of meetings

**From [Other]** — 23:44:48
That's our industry on both sides (NASCAR and Teams), to be honest

**From Jeff Dickerson** — 23:47:41
God damnit

**End Thread**

Thread Statistics
Instant Message Count: 66

CONFIDENTIAL

NASCAR-00469177