# Exhibit 9

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**

**From:** O'Donnell, Steve [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1173122ca2244fd498f2e43a6d192640-sodonnell@n]
**Sent:** 4/21/2023 3:29:14 PM
**To:** Phelps, Steve [sphelps@nascar.com]
**Subject:** Re: In-person meeting

Driving over to Talladega. Leaving in an hour so will be in car rest of afternoon

Get Outlook for iOS

---

**From:** Phelps, Steve <sphelps@nascar.com>
**Sent:** Friday, April 21, 2023 11:26:46 AM
**To:** O'Donnell, Steve <sodonnell@nascar.com>
**Subject:** RE: In-person meeting

Let me know if you have some time this afternoon. Wanted to catch up with you on a Lesa conversation – and some next steps coming out of that.

---

**From:** O'Donnell, Steve <sodonnell@nascar.com>
**Sent:** Friday, April 21, 2023 11:03 AM
**To:** Phelps, Steve <sphelps@nascar.com>
**Subject:** Re: In-person meeting

Hah. 100%. What a jackass

Get Outlook for iOS

---

**From:** Phelps, Steve <sphelps@nascar.com>
**Sent:** Friday, April 21, 2023 9:18:03 AM
**To:** O'Donnell, Steve <sodonnell@nascar.com>
**Subject:** Fwd: In-person meeting

I'm guessing I wasn't supposed to be on this - unless he is an even bigger asshole than we thought.

Sent from my iPhone

Begin forwarded message:

**From:** Curtis Polk
**Date:** April 21, 2023 at 8:37:43 AM EDT
**To:** Steve Newmark
**Cc:** "Phelps, Steve" <sphelps@nascar.com>, "David Alpern ( )"
< >
**Subject: Re: In-person meeting**

**WARNING: This email originated outside of NASCAR Enterprises, LLC.**
**DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.**

I assume Phelps didn't respond or said the Board was meeting on Monday and he would get back to us next week 😀

Case 3:24-cv-00886-KDB-SCR    Document 457-5    Filed 11/21/25    Page 2 of 3

CONFIDENTIAL                                                                                    NASCAR-00398726

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, forward or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email and delete the message.

On Apr 17, 2023, at 4:49 PM, Steve Newmark <​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

Steve,

I'm following up on our conversation from last Tuesday about next steps. As we discussed, the TNC remains steadfast that a meeting with the two negotiating teams, plus Jim and Lesa, as well as a few team owners, is critical to address the three pillars of a new paradigm – topline revenue split, permanent charters and future revenue. As you know, this request has been outstanding since late March, and we need to report back to the teams about whether we are making any progress, which we believe starts with being able to schedule this in-person meeting.

Please let us know by Wednesday whether your team is willing to have this meeting, and if so, a proposed date.

Thanks.

Steve

**Steve Newmark**
President

<image001.png>
4600 Roush Place
Concord, NC 28027
Office: 704-720-4686
Mobile:
Email:

www.rfkracing.com

<image002.png>
<image003.png>
<image004.png>
<image005.png>
<image006.png>

CONFIDENTIAL

NASCAR-00398727