# Exhibit 10

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**



Chat with "Jeff Dickerson" <████> on May 29, 2024

Jeff Dickerson ████>_$!<Other>!$_ <+████>

Earliest item: 2024-05-29 01:20:27
Latest item: 2024-05-29 23:00:26

**Wednesday 29 May 2024**

Instant Message : Native Messages
From
  Jeff Dickerson ████>
01:20:27

Nobody called me from any team yet

Instant Message : Native Messages
From
  _$!<Other>!$_ <████>
01:23:18

We'll take that as either a win or apathy

Instant Message : Native Messages
From
  Jeff Dickerson ████>
01:24:34

This document puts us under the button. I'm bout a third through reading the long form but so far its pretty reasonable

Instant Message : Native Messages
From
  Jeff Dickerson ████>
01:25:08

The morning will tell the story

Instant Message : Native Messages
From
  Jeff Dickerson ████>
01:25:28

Pocky asking me if we've received an offer (the teams)

Instant Message : Native Messages
From
  Jeff Dickerson ████>
01:25:42

Should I say anything? Is it out on social media or anything?

CONFIDENTIAL

NASCAR-00469409



**Jeff Dickerson** (01:26:45): I hope RC says a word about this document so I can tell him what a cuck he looked like with trump

**_$!<Other>!$_** (01:27:26): I can say it's Jim's best foot forward after 2 weeks of us putting our necks on the line with him. You can hopefully see the areas where he moved, and can maybe tweak on the margins on those areas if there's anything super important.

**_$!<Other>!$_** (01:27:38): I wouldn't say anything to Pocky

**Jeff Dickerson** (01:27:57): It's seriously fair, all kidding aside

**_$!<Other>!$_** (01:28:21): Let someone else leak - you've got a lot of credibility built up right now

**Jeff Dickerson** (01:29:05): I wish someone would complain about taking it from 4 meetings to 2.

**Jeff Dickerson** (01:29:27): I think an argument could be made to keep it at 4

**Jeff Dickerson** (01:29:35): I think the more touch points the better

CONFIDENTIAL

NASCAR-00469410

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:29:37
The renewal language was the biggest fight internally, and got him to agree to not being able to offer better terms to anyone else

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:29:44
We agree

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:30:23
We can easily go back to 4, that was more of a factor of you skipping a meeting so Jim thought you didn't want 4

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:30:34
We'll have 4-5 a year

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:30:38
Need to

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:31:41
Just send that in as feedback, and we'll adjust (we all think we need at least 4), easy win

**Instant Message : Native Messages**
From Jeff Dickerson <███████> — 01:35:06
The big teams will be happy with the performance plan

**Instant Message : Native Messages**
From _$!<Other>!$_ <███████> — 01:35:38
And hopefully smaller teams happy with the fixed not going down over time

CONFIDENTIAL

NASCAR-00469411



CONFIDENTIAL

NASCAR-00469412



CONFIDENTIAL

NASCAR-00469413