# Exhibit 1

# FILED UNDER SEAL

**Pursuant to the Text-Only Order granting Dkt. 292 Joint Motion to Seal, entered on 10/24/2025 at 1:59 p.m. and filed on 10/24/2025**

From: Jonathan Marshall
Sent: 9/6/2024 6:03:24 PM
To: Jonathan Marshall
BCC: Curtis
Subject: Fwd: 23XI letter
Attachments: NASCAR_Letter.pdf

Team Owners, Principals & Presidents -

Attached is a letter from 23XI Racing to Steve Phelps which was sent prior to the 6PM ET (original deadline for signed Charters). The extended deadline for signature has been moved to 12AM midnight tonight.

I am distributing this letter at the request of 23XI Racing ownership.

Please keep contents confidential.

Thank you.

JSM

--

JONATHAN MARSHALL // EXECUTIVE DIRECTOR



***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

CONFIDENTIAL     23XI_0011132



Mr. Steve Phelps
President
NASCAR

Steve,

We are in receipt of your Charter agreements for 23XI dated August 30, 2024. In the accompanying email you put a deadline of Friday, September 6 for the signing of these agreements. You also mentioned in the email our continuing engagement in the discussions regarding the charter agreements. Maybe this occurred with other Charter holders, but respectfully not with us.

We want to address the concerns we have regarding the Charter agreements presented to us. On August 30th, 23XI received what appears to be two standardized contract forms for the 23 and 45 charters, fully prepared and offered by NASCAR. NASCAR, with superior bargaining power and undue influence over all charters, has not provided 23XI with a fair opportunity to negotiate. Furthermore, NASCAR is applying economic duress to 23XI by creating a "damned-if-we-do, damned-if-we-don't" situation. First, a decision to not sign these new Charters would destroy the existing value of the Charters we purchased, for millions of dollars, and of which NASCAR approved. Conversely, if we sign the tendered Charters as is, we believe we will be signing an inferior contract to the existing Charters thereby depressing the enterprise value to our Charters. These tendered drafts do not adequately protect 23XI's interests. Consequently, 23XI is faced with a take-it-or-leave-it situation regarding our Charters, despite having invested millions of dollars and thousands of labor hours into them while benefiting the sport of NASCAR since entering the sport.

The existing charters that we operate under provides for "good faith negotiations". Since February 2024, NASCAR has refused to enter into negotiations with the team negotiating committee (TNC). Since that time NASCAR has made it clear that they wanted to negotiate with each team individually. On May 10th, NASCAR Senior leadership including chairman Jim France, met with 23XI ownership regarding the charter renewal. At that meeting, we discussed the issues that were important to 23XI in order to extend their Charters. Since then we have received two drafts from NASCAR that have not taken into account any of the issues we raised in May. Since then we have not been allowed to negotiate directly with Mr. France or his designee. At the same time, it is our understanding that Mr. France, or his designee, have met with many other teams, multiple times, regarding the charter negotiations and have made some concessions that were requested in those meetings.

Case 3:24-cv-00886-KDB-SCR     Document 463     Filed 11/21/25     Page 3 of 5

CONFIDENTIAL                                                                                          23XI_0011133



As a result, 23XI does not feel it has been afforded an opportunity to negotiate fairly a new charter agreement with NASCAR and it will not sign the current draft by tomorrow.

In the spirit of trying to get a deal completed and move forward in a positive direction to help grow the sport, we would need the following changes(in addition to language and ambiguity clean up) in order to quickly sign a charter.

1. We only want a 7 year agreement tied to the new media rights contracts with the pool payouts presented in the most recent draft.

2. We only want good faith negotiations language for a potential renewal after year 7.

3. We will not agree to any noncompete at the end of the 7 years if we don't renew our charters.

4. We need to have reasonable protection rights regarding unilateral decisions by NASCAR that increase fees and costs to compete in the Cup series by a material dollar amount.

5. We will accept the Driver Incentive Plan as proposed, at the dollar level proposed, and share in its cost off the top of the media rights payouts. We will not share in the cost of any increase to the plan over the 7 years beyond some reasonable annual growth rate(CPI or annual growth in media rights deal).

6. We will not agree to NASCAR paying Drivers any other direct payments during the term.

7. We will not provide Team IP rights to NASCAR unless there is a negotiation that results in a meaningful share of revenue generated by those IP rights.

8. To the extent NASCAR wants to utilize our team IP to promote the sport, we will use best efforts to help make those rights available.

Given that NASCAR failed to engage in good faith negotiations with 23XI, participated in and demonstrated unfair bargaining practices and offered unreasonable and inequitable terms, we cannot be intimidated into signing the current draft especially by tonight. We hope that you will address our concerns and enter into fair and reasonable negotiations that incorporate the above proposed terms into the charter. Our goal is that you will respectfully consider our requests

Case 3:24-cv-00886-KDB-SCR    Document 463    Filed 11/21/25    Page 4 of 5

CONFIDENTIAL                                                                                                  23XI_0011134



and incorporate them in a new draft that we can review with our attorneys. It is our sincere desire to continue to be a charter holder and race in the Cup series for the next 7 seasons.

We reserve all of our rights under the existing charter that we are operating under until December 31, 2024.

Sincerely,

Michael Jordan

Denny Hamlin

CONFIDENTIAL

23XI_0011135