UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

## NASCAR'S TRIAL WITNESS LIST

Defendants National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, NASCAR Event Management, LLC, and Jim France (collectively "NASCAR") submit the following list of witnesses that NASCAR intends to call at trial. In addition to the below-listed witnesses, NASCAR reserves the right to call any witness listed on Plaintiffs' witness list. NASCAR also reserves the right to call witnesses not listed below for impeachment or rebuttal.

1. Bazant, Jordan (via deposition testimony)
2. Clark, Tim
3. Drager, Ronald
4. France, Jim
5. Freeze, Jerry
6. Hamlin, Denny
7. Hendrick, Rick
8. Herbst, Brian
9. Jenkins, Robert
10. Jordan, Michael
11. Kauffman, Rob
12. Kennedy, Ben
13. Kennedy, Lesa France

1

14. Lauletta, Steve
15. Marshall, John
16. Mason, Gene
17. Motto, Greg
18. O'Donnell, Steve
19. Penske, Roger
20. Phelps, Steve
21. Polk, Curtis
22. Prime, Scott
23. Probst, John
24. Wells, Cal
25. Desser, Ed: Edwin S. Desser is the President of Desser Sports Media, Inc., with a 48 year career in sports media strategy, rights valuation, and distribution. He holds a B.A. in Economics (University of California, Los Angeles), and an M.B.A. in Marketing (University of Southern California). He spent 23 years as the senior media executive in the National Basketball Association Commissioner's Office, ultimately serving as President of NBA Television and New Media Ventures and Executive Vice President, Strategic Planning and Business Development. He was chief negotiator for the NBA's national and international media agreements with CBS, NBC, ABC, ESPN, Turner (TBS/TNT), and FOX. He also launched NBA TV (1999), created NBA League Pass (1994), negotiated its MVPD carriage, and launched nba.com (1995). He also served as VP/GM NBA Entertainment, Inc., and VP/Television for NBA International Ltd. Since founding Desser Sports Media, Inc., Mr. Desser has advised rightsholders, networks, distributors, technology companies, and teams on strategic planning, media valuations, rights packaging, and go to market plans for linear and direct to consumer services. He has negotiated or advised on sports and media rights transactions collectively exceeding $100 billion. Representative engagements include the NFL, MLB, NBA, PGA Tour, MLS, UFC, AAC, and the NCAA. Mr. Desser has served as an expert witness and consultant in numerous litigations, arbitrations, and regulatory proceedings on behalf of leagues, programmers, conferences, media companies, distributors, college athletes, and pro teams

    Mr. Desser's qualifications and a list of publications are set forth in Doc. No. 216-12 (Appendix A-C). In this case, he was asked to assess, analyze, and opine on the sports media rights landscape, how NASCAR achieved its position within that landscape, worked to maintain its position, and NASCAR's actions to increase the value of its rights to benefit teams and other stakeholders. The Court has ruled that Mr. Desser is qualified to offer testimony in this case. Doc. No. 434 at 2.

26. Meyer, Paul: Paul Meyer is a Partner at HKA and a Certified Public Accountant, Certified Fraud Examiner, and Accredited in Business Valuation. Mr. Meyer has spent over 40 years studying and analyzing the financial statements and financial condition of hundreds of companies, with particular expertise in identifying revenues and cash flows, and related expenses and cash disbursements. Before joining HKA, he was a founding member and the President of TM Financial Forensics, which became part of HKA in November 2022. Prior to founding TM Financial Forensics, he served as a Managing Director at Navigant Consulting and co-led its national financial and economic services group, and earlier co-

founded Tucker Alan, a 350-person financial consulting firm. He began his career at Arthur Andersen before joining Peterson Consulting, where he rose to Executive Vice President and Board member. Mr. Meyer earned his B.S. in Commerce with concentrations in accounting and quantitative methods from the University of Virginia. Mr. Meyer has testified in over 250 depositions and approximately 75 trials and major arbitrations, and has been qualified in U.S. federal and state courts, federal bankruptcy court, the Court of Federal Claims, the U.S. International Trade Commission, and international venues including the High Court of England and Wales, the London Court of International Arbitration, and the ICC International Court of Arbitration. His subject matter experience spans antitrust damages, solvency and credit covenants, lost profits, diminution in value, and valuation of tangible and intangible assets.

Mr. Meyer's qualifications and a list of publications are set forth in Doc. No. 243-7 Attachments 1-2. In this case, he was asked to analyze, assess and respond to Plaintiffs' claimed damages against Defendants as set forth in the Expert Reports of Daniel A. Rascher and Edward A. Snyder.

27. Murphy, Kevin: Kevin M. Murphy is a Distinguished Service Professor of Economics Emeritus at the University of Chicago, a Fellow of the Econometric Society and the American Academy of Arts and Sciences, and recipient of the John Bates Clark Medal and a MacArthur Fellowship. He holds an A.B. in Economics (University of California, Los Angeles) and Ph.D. in Economics (The University of Chicago). He has authored over eighty scholarly articles and co-authored the graduate text Chicago Price Theory. Professor Murphy teaches graduate price theory at Chicago and previously taught microeconomics, empirical labor, and sports analytics; he is also a Faculty Research Associate at the National Bureau of Economic Research. He advises and testifies on antitrust, labor, mergers, class certification, exclusionary conduct, and damages, and has provided expert testimony in U.S. federal courts, before the U.S. Senate and state regulators, and on behalf of agencies including the FTC and DOJ.

Professor Murphy's qualifications and a list of publications are set forth in Doc. No. 240-2 (Appendix A). In this case, he was asked to provide an economic analysis of Plaintiffs' claims regarding NASCAR's alleged market power, anticompetitive conduct, harm to competition, and antitrust injury, including as those allegations are set forth in the Expert Reports of Daniel A. Rascher and Edward A. Snyder.

28. Zmijewski, Mark: Mark E. Zmijewski is the Charles T. Horngren Professor Emeritus of Accounting at the University of Chicago Booth School of Business, where over a 30-year career he also served as a Deputy Dean, the Faculty Director of the Center for Research in Security Prices, and the faculty director of the Ph.D. program. He holds a B.S., M.B.A., and Ph.D. in Accounting with minors in Economics and Finance (State University of New York at Buffalo) and has taught at SUNY Buffalo and York University in addition to Chicago Booth, offering courses in financial and managerial accounting, mergers and acquisitions, corporate finance, valuation, and entrepreneurship. Professor Zmijewski is a Senior Consultant to Charles River Associates, a Senior Advisor and Investment Committee member at Patron Capital Partners, and was a founding partner of Chicago

3

Partners (acquired by Navigant Consulting), later serving as Managing Director of Navigant Economics and on Navigant's corporate executive committee. His research and practice focus on firm valuation, securities pricing, and the use of information in capital markets; he has published widely in leading academic journals and co-authored the textbook Corporate Valuation: Theory, Evidence & Practice. He has served as Associate Editor of The Accounting Review, sat on the editorial boards of The Accounting Review and the Journal of Accounting Research, and has extensive experience as a consulting and testifying expert in U.S. federal and state courts, Canadian and Australian proceedings, and domestic and international arbitrations on matters including business and securities valuation, M&A, solvency, securities regulation, antitrust, damages, and accounting analyses across a broad range of industries.

Mr. Zmijewski's qualifications and list of publications are set forth in Doc. No. 243-6 (Appendix A). In this case, he was asked to analyze, assess and respond to Plaintiffs' claimed diminution in value set forth in the Expert Report of Edward A. Snyder.

Dated: November 24, 2025					Respectfully submitted,

                By: */s/ Christopher S. Yates*
                   Christopher S. Yates*
                   Ashley M. Bauer*
                   **LATHAM & WATKINS LLP**
                   505 Montgomery Street, Suite 2000
                   San Francisco, CA 94111
                   chris.yates@lw.com
                   ashley.bauer@lw.com

                   Lawrence E. Buterman*
                   **LATHAM & WATKINS LLP**
                   1271 Avenue of the Americas
                   New York, NY 10020
                   lawrence.buterman@lw.com

                   Marguerite M. Sullivan
                   Jennifer L. Giordano
                   Anna M. Rathbun*
                   David L. Johnson*
                   Christopher J. Brown*
                   Christina R. Gay*
                   **LATHAM & WATKINS LLP**
                   555 Eleventh Street, NW, Suite 1000
                   Washington, DC 20004
                   marguerite.sullivan@lw.com
                   Jennifer.giordano@lw.com
                   anna.rathbun@lw.com
                   david.johnson@lw.com
                   chris.brown@lw.com
                   christina.gay@lw.com

                   Tricia Wilson Magee (N.C. Bar No. 31875)
                   **SHUMAKER, LOOP, & KENDRICK, LLP**
                   101 S Tryon Street, Suite 2200
                   Charlotte, NC 28280
                   Telephone: (704) 945-2911
                   Facsimile: (704) 332-1197
                   tmagee@shumaker.com

                   *Admitted pro hac vice*
                   *Counsel for NASCAR and James France*

# CERTIFICATE OF SERVICE

I certify that on November 24, 2025, a true and correct copy of the foregoing was served via Email on the below counsel of record for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing, Front Row Motorsports, Inc., and Curtis Polk.

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Eric S. Hochstadt
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

/s/ *Christopher S. Yates*
Christopher S. Yates