UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

**PLAINTIFFS' TRIAL WITNESS LIST**

Pursuant to Section V(J)(1) of the Pretrial Order and Case Management Plan (Dkt. No. 84) and the Court's July 24, 2025 Scheduling Order (Dkt. No. 190), 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc. (collectively, "Plaintiffs") hereby submit the following list of witnesses whom Plaintiffs expect to testify at trial through live testimony in Plaintiffs' case in chief. Plaintiffs reserve the right to call any witness listed on Defendants' witness list as well as witnesses necessary for rebuttal. Plaintiffs reserve the right to cross-examine any witness Defendants present. In addition, Plaintiffs may present deposition testimony, including in the event that any of the individuals listed below as witnesses that Plaintiffs intend to call become unable to attend trial or are otherwise unable to provide live testimony. Plaintiffs further reserve the right to modify, amend and/or supplement this list.

The following is Plaintiffs' present witness list for purposes of the jury trial, in alphabetical order:

1

| Witness | Means of Calling |
|---|---|
| Dr. Maureen Chakraborty | Live |
| Richard Childress | Live |
| James France | Live |
| Timothy Frost | Live |
| Heather Gibbs | Live |
| James Dennis Alan Hamlin | Live |
| Brian Herbst | Live |
| Robert Jenkins | Live |
| Lesa France Kennedy | Live |
| Michael Jordan | Live |
| Jonathan Marshall | Live |
| Steve Newmark | Live |
| Stephen O'Donnell | Live |
| Stephen Phelps | Live |
| Curtis Polk | Live |
| Scott Prime | Live |
| Dr. Daniel A. Rascher | Live |
| Anthony L. Smith | Live |
| Dr. Edward A. Snyder | Live |

Dated: November 24, 2025	Respectfully submitted,

By:	*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
Neha Vyas
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com
nvyas@winston.com

E. Danielle T. Williams
Stacie Knight
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com
sknight@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Josh Hafenbrack
Benjamin L. Rudofsky
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington D.C. 20036

3

Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com
brudofsky@winston.com

Benjamin S. Gordon
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
bgordon@winston.com

*Counsel for 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

**CERTIFICATE OF COMPLIANCE**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. Every statement and every citation to an authority in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/ Jeffrey L. Kessler*

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

*Counsel for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing and Front Row Motorsports, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **PLAINTIFFS' TRIAL WITNESS LIST** was served via email on the following counsel of record:

Tricia Wilson Magee
**SHUMAKER LOOP & KENDRICK, LLP**
101 S. Tryon St., Suite 2200
Charlotte, NC 28280
tmagee@shumaker.com

Christopher S. Yates
Ashley M. Bauer
Natalie W. Kaliss
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Robert B. McNary
**LATHAM & WATKINS LLP**
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
rob.mcnary@lw.com

Lawrence E. Buterman
Shayan Ahmad
Quinlan Cummings
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Marguerite M. Sullivan
Jennifer L. Giordano
Anna M. Rathbun
Christina R. Gay
David L. Johnson
Christopher J. Brown
Margaret E. Cohen
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
marguerite.sullivan@lw.com
Jennifer.giordano@lw.com
anna.rathbun@lw.com
christina.gay@lw.com
david.johnson@lw.com
chris.brown@lw.com
margaret.cohen@lw.com

*Counsel for Defendants*

         */s/ Jeffrey L. Kessler*
         Jeffrey L. Kessler