**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

|  |  |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

## NASCAR'S AMENDED EXHIBIT LIST

Pursuant to the Court's Standing Pretrial Order and Case Management Plan (Doc. No. 84) and Pretrial Order (Doc. No. 190), NASCAR Event Management, LLC, National Association for Stock Car Auto Racing, LLC, NASCAR Holdings, LLC, and Jim France (collectively "NASCAR") submit their amended trial exhibit list,[1] which is attached hereto as **Exhibit A.**

---

[1] The amended trial exhibit list includes exhibit descriptions that are abbreviated to comply with the Jury Evidence Recording System ("JERS") character limitations.

Dated:  November 28, 2025        Respectfully submitted,

By:     /s/ Christopher S. Yates
        Christopher S. Yates*
        Ashley M. Bauer*
        **LATHAM & WATKINS LLP**
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
        ashley.bauer@lw.com
        chris.yates@lw.com

        Lawrence E. Buterman*
        **LATHAM & WATKINS LLP**
        1271 Avenue of the Americas
        New York, NY 10020
        lawrence.buterman@lw.com

        Marguerite Sullivan*
        Jennifer L. Giordano*
        Anna M. Rathbun*
        David L. Johnson*
        Christopher J.  Brown*
        **LATHAM & WATKINS LLP**
        555 Eleventh Street, NW, Suite 1000
        Washington, DC 20004
        marguerite.sullivan@lw.com
        jennifer.giordano@lw.com
        anna.rathbun@lw.com
        david.johnson@lw.com
        chris.brown@lw.com

        Tricia Wilson Magee (N.C. Bar No. 31875)
        **SHUMAKER, LOOP, & KENDRICK,
        LLP**
        101 S Tryon Street, Suite 2200
        Charlotte, NC 28280
        Telephone: (704) 945-2911
        Facsimile: (704) 332-1197
        tmagee@shumaker.com

        *Admitted *pro hac vice*

        *Counsel for NASCAR and James France*

2

## CERTIFICATE OF SERVICE

I certify that on November 28, 2025, a true and correct copy of the foregoing was served via Email on the below counsel of record for Plaintiffs 2311 Racing LLC d/b/a 23XI Racing, Front Row Motorsports, Inc., and Curtis Polk.

Jeffrey L. Kessler
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
jkessler@winston.com

E. Danielle T. Williams
**WINSTON & STRAWN LLP**
300 South Tryon Street
16th Floor
Charlotte, NC 28202
Tel: (704) 350-7700
Fax: (704) 350-7800
dwilliams@winston.com

Jeanifer E. Parsigian
Michael Toomey
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 591-1000
Fax: (415) 591-1400
jparsigian@winston.com
mtoomey@winston.com

Matthew R. DalSanto
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
mdalsanto@winston.com

Eric S. Hochstadt
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

/s/ *Christopher S. Yates*
Christopher S. Yates

3