# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| 2311 RACING LLC d/b/a 23XI RACING, and FRONT ROW MOTORSPORTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, NASCAR HOLDINGS, LLC, NASCAR EVENT MANAGEMENT, LLC, and JAMES FRANCE, <br><br> Defendants. | No. 3:24-cv-886-KDB-SCR |

## STIPULATION REGARDING USE OF MEDIA RIGHTS AGREEMENT AT TRIAL

WHEREAS, trial in the above-captioned action began on December 1, 2025;

WHEREAS, Plaintiffs and Defendants have included on their Exhibit Lists (ECF Nos. 467-1, 468-1) a media rights agreement between NASCAR Broadcasting, LLC ("NASCAR") and non-party Warner Bros. Discovery, Inc. ("WBD") (Exhibit Nos. PX-255, DX-601, and DX-456 (the "Media Rights Agreement")), and other documents that contain or reflect certain highly confidential and competitively sensitive information contained in the Media Rights Agreement (e.g., Exhibit Nos. PX-242, PX-416, PX-718, PX-813, DX-458);

WHEREAS, counsel for Plaintiffs, Defendants, and WBD have conferred with each other regarding the relevance and the highly confidential and competitively sensitive nature of the Media Rights Agreement;

WHEREAS, counsel for WBD notified counsel for Plaintiffs and Defendants that the following terms of the Media Rights Agreement are highly confidential and competitively

sensitive information of WBD: sections 2.b, 4.a, 4.b, 9, 10, 16, and 17 (collectively, the "WBD Confidential Terms");

WHEREAS, Plaintiffs, Defendants, and WBD have reached an agreement to resolve any dispute regarding the use and disclosure at trial of the Media Rights Agreement, and any other documents or testimony reflecting the WBD Confidential Terms;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by the undersigned counsel on behalf of Plaintiffs, Defendants, and WBD that during the trial in this case:

1.     Plaintiffs and Defendants do not intend to introduce the Media Rights Agreement (Exhibit Nos. PX-255, DX-601, DX-456), or any other document that reflects the specific WBD Confidential Terms, with the exception of PX-242, or to elicit testimony from any witness that discloses any of the specific WBD Confidential Terms; this does not preclude a high-level, generic discussion of the terms of the Media Rights Agreement that does not disclose specifics;

2.     If Plaintiffs or Defendants seek to introduce or use Plaintiffs' summary exhibit PX-242, they will only introduce, use, and admit a copy of the exhibit that is redacted to conceal references to the individual media rights fees paid by WBD and any other broadcaster; the aggregate total media rights fees paid to NASCAR may be unredacted;

3.     In the event Plaintiffs' or Defendants' trial plans change, and they seek to introduce or use at trial the Media Rights Agreement, any other document that reflects the specific WBD Confidential Terms, or to elicit testimony from any witness that discloses any of the specific WBD Confidential Terms, the Parties will immediately provide notice to WBD, so that WBD can appear and file a motion to seal or otherwise protect from public disclosure any of WBD's highly confidential and competitively sensitive information that may be introduced or used at trial.

2

Dated: December 3, 2025

By:  /s/ Tricia Wilson Magee

Tricia Wilson Magee (N.C. Bar No. 31875)
**SHUMAKER, LOOP, & KENDRICK, LLP**
101 S Tryon Street, Suite 2200
Charlotte, NC 28280
Tel: 704-945-2911
Fax:704-332-1197
tmagee@shumaker.com

Christopher S. Yates*
Ashley M. Bauer*
Natalie W. Kaliss*
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000 San
Francisco, CA 94111
Telephone: (415) 395-8240
Facsimile: (415) 395-8095
chris.yates@lw.com
ashley.bauer@lw.com
natalie.kaliss@lw.com

Lawrence E. Buterman*
Shayan Ahmad*
Quinlan Cummings*
**LATHAM & WAKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com
shayan.ahmad@lw.com
quinlan.cummings@lw.com

Anna M. Rathbun*
David L. Johnson*
Christopher J. Brown*
Christina R. Gay*
Margaret E. Cohen*
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004 Telephone: (202)
637-2200 Facsimile: (202) 637-2201
anna.rathbun@lw.com

3

david.johnson@lw.com
chris.brown@lw.com
christina.gay@lw.com
margaret.cohen@lw.com
*Admitted *pro hac vice*

*Counsel for Defendants*

Dated:    December 3, 2025          By:    /s/ Jeffrey L. Kessler
                                          Jeffrey L. Kessler*
                                          Neha Vyas*
                                          **WINSTON & STRAWN LLP**
                                          200 Park Avenue
                                          New York, NY 10166
                                          Tel: (212) 294-6700
                                          Fax: (212) 294-4700
                                          jkessler@winston.com
                                          nvyas@winston.com

                                          Jeanifer E. Parsigian*
                                          Michael Toomey*
                                          **WINSTON & STRAWN LLP**
                                          101 California Street
                                          San Francisco, CA 94111
                                          Tel: (415) 591-1000
                                          Fax:(415)591-1400
                                          jparsigian@winston.com
                                          mtoomey@winston.com

                                          E. Danielle T. Williams (N.C. Bar No. 23283)
                                          **WINSTON & STRAWN LLP**
                                          300 South Tryon Street
                                          16th Floor Charlotte, NC 28202
                                          Tel: (704) 350-7700 Fax: (704) 350-7800
                                          dwilliams@winston.com
                                          Matthew R. DalSanto*
                                          **WINSTON & STRAWN LLP**
                                          35 W. Wacker Drive Chicago, IL 60601 Tel:
                                          (312) 558-5600 Fax: (312) 558-5700
                                          mdalsanto@winston.com

                                          Josh Hafenbrack*
                                          Benjamin L. Rudofsky*
                                          **WINSTON & STRAWN LLP**
                                          1901 L Street NW

4

Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
jhafenbrack@winston.com

Benjamin S. Gordon*
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700 Fax: (213) 615-1750
bgordon@winston.com

*Counsel for Plaintiffs and Counter-Defendants*

Eric S. Hochstadt*
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, New York 10019
Tel: (212) 506-5282
ehochstadt@orrick.com

*Counsel for Counter-Defendant Curtis Polk*

*Admitted pro hac vice*

Dated: December 3, 2025

TROUTMAN PEPPER LOCKE LLP

*/s/ Jason D. Evans*

Jason D. Evans, N.C. Bar No. 27808
301 S. College Street, 34th Floor
Charlotte, NC 28202
jason.evans@troutman.com

*Attorneys for Warner Bros. Discovery, Inc.*

5

## ARTIFICIAL INTELLIGENCE (AI) CERTIFICATION

I hereby certify the following:

1.      No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase and Bloomberg;

2.      Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 3rd day of December, 2025.

*/s/ Tricia Wilson Magee*
Tricia Wilson Magee

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December 2025, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system; additionally, service was effected via email as indicated below:

Jason D. Evans
Troutman Pepper Locke LLP
301 S. College Street, 34th Floor
Charlotte, NC 28202
jason.evans@troutman.com

This the 3rd day of December, 2025.

*/s/ Tricia Wilson Magee*